1  Seyfarth Shaw LLP
   Ellen E. McLaughlin (*pro hac vice pending*)
2  E-mail: emclaughlin@seyfarth.com
   Cheryl A. Luce (*pro hac vice pending*)
3  E-mail: cluce@seyfarth.com
   233 South Wacker Drive, Suite 8000
4  Chicago, Illinois 60606-6448
   Telephone: (312) 460-5000
5  Facsimile: (312) 460-7000

6  SEYFARTH SHAW LLP
   Kristen M. Peters (SBN 252296)
7  E-mail: kmpeters@seyfarth.com
   2029 Century Park East, Suite 3500
8  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
9  Facsimile: (310) 201-5219

10 Attorneys for Defendant
   UNITED STATES SOCCER FEDERATION
11

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA
14

15 ALEX MORGAN, MEGAN RAPINOE, BECKY SAUERBRUNN, CARLI LLOYD, MORGAN BRIAN, JANE CAMPBELL, DANIELLE COLAPRICO, ABBY DAHLKEMPER, TIERNA DAVIDSON, CRYSTAL DUNN, JULIE ERTZ, ADRIANNA FRANCH, ASHLYN HARRIS, TOBIN HEATH, LINDSEY HORAN, ROSE LAVELLE, ALLIE LONG, MERRITT MATHIAS, JESSICA MCDONALD, SAMANTHA MEWIS, ALYSSA NAEHER, ELLEY O'HARA, CHRISTEN PRESS, MALLORY PUGH, CASEY SHORT, EMILY SONNETT, ANDI SULLIVAN AND MCCALL ZERBONI,

          Plaintiffs,

     v.

UNITED STATES SOCCER FEDERATION, INC.,

          Defendant.

Case No. 2:19-cv-01717-RGK-AGR

**DEFENDANT UNITED STATES SOCCER FEDERATION, INC.'S NOTICE OF INTERESTED PARTIES PURSUANT TO C.D. LOCAL RULE 7.1-1**

55898524v.1

Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendant United States Soccer Federation, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Aside from the named parties, as of this date, there are no other known interests to report.

DATED: March 28, 2019                SEYFARTH SHAW LLP


By: */s/ Kristen M. Peters*
Kristen M. Peters
Attorneys for Defendant
UNITED STATES SOCCER FEDERATION

1

55898524v.1