Seyfarth Shaw LLP
Ellen E. McLaughlin (*pro hac vice pending*)
E-mail: emclaughlin@seyfarth.com
Cheryl A. Luce (*pro hac vice pending*)
E-mail: cluce@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

SEYFARTH SHAW LLP
Kristen M. Peters (SBN 252296)
E-mail: kmpeters@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
UNITED STATES SOCCER FEDERATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, MEGAN RAPINOE, BECKY SAUERBRUNN, CARLI LLOYD, MORGAN BRIAN, JANE CAMPBELL, DANIELLE COLAPRICO, ABBY DAHLKEMPER, TIERNA DAVIDSON, CRYSTAL DUNN, JULIE ERTZ, ADRIANNA FRANCH, ASHLYN HARRIS, TOBIN HEATH, LINDSEY HORAN, ROSE LAVELLE, ALLIE LONG, MERRITT MATHIAS, JESSICA MCDONALD, SAMANTHA MEWIS, ALYSSA NAEHER, ELLEY O'HARA, CHRISTEN PRESS, MALLORY PUGH, CASEY SHORT, EMILY SONNETT, ANDI SULLIVAN AND MCCALL ZERBONI,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>   Defendant. | Case No. 2:19-cv-01717-RGK-AGR<br><br>**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

55898251v.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant United States Soccer Federation, Inc. certifies that no publicly held corporation holds 10% or more of its stock, and Defendant does not have a corporate parent.

DATED: March 28, 2019                    SEYFARTH SHAW LLP

                                         By: */s/ Kristen M. Peters*
                                              Kristen M. Peters
                                              Attorneys for Defendant
                                              UNITED STATES SOCCER
                                              FEDERATION

1

55898251v.1