1  Jeffrey L. Kessler (admitted *pro hac vice*)
   jkessler@winston.com
2  David G. Feher (admitted *pro hac vice*)
   dfeher@winston.com
3  **WINSTON & STRAWN LLP**
   200 Park Avenue
4  New York, New York 10166
   Telephone: (212) 294- 6700
5  Facsimile: (212) 294-4700

6  Cardelle B. Spangler (admitted *pro hac vice*)
   cspangler@winston.com
7  **WINSTON & STRAWN LLP**
   35 West Wacker Drive
8  Chicago, Illinois 60601
   Telephone: (312) 558-5600
9  Facsimile: (312) 558-5700

10 Diana Hughes Leiden (SBN: 267606)
   dhleiden@winston.com
11 **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
12 Los Angeles, California 90071-1543
   Telephone: (213) 615-1700
13 Facsimile: (213) 615-1750

14 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALEX MORGAN, MEGAN RAPINOE, BECKY SAUERBRUNN, CARLI LLOYD, MORGAN BRIAN, JANE CAMPBELL, DANIELLE COLAPRICO, ABBY DAHLKEMPER, TIERNA DAVIDSON, CRYSTAL DUNN, JULIE ERTZ, ADRIANNA FRANCH, ASHLYN HARRIS, TOBIN HEATH, LINDSEY HORAN, ROSE LAVELLE, ALLIE LONG, MERRITT MATHIAS, JESSICA MCDONALD, SAMANTHA MEWIS, ALYSSA NAEHER, KELLEY O'HARA, CHRISTEN PRESS, MALLORY PUGH, CASEY SHORT, EMILY SONNETT, ANDI SULLIVAN AND MCCALL ZERBONI,<br><br>Plaintiffs/Claimants,<br><br>vs.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>Defendant/Respondent. | Case No. 2:19-cv-01717-M-AGR<br><br>**FOURTH NOTICE OF FILING OF CONSENT TO JOIN FORMS** |

**FOURTH NOTICE OF FILING OF CONSENT TO JOIN FORMS – CASE NO. 2:19-CV-01717**

NOTICE IS HEREBY GIVEN that a Consent to Join form for the following individual is attached hereto as Exhibit A. This individual chooses to participate in this Equal Pay Act civil action as a collective action.

<u>Exhibit A</u>

1. Crystal Dunn
2. Jessica McDonald

Dated: April 5, 2019

WINSTON & STRAWN LLP

By: /*s/ Diana Hughes Leiden*
Jeffrey L. Kessler
David G. Feher
Cardelle B. Spangler
Diana Hughes Leiden
Jeanifer E. Parsigian

Attorneys for Plaintiffs

---

1

**FOURTH NOTICE OF FILING OF CONSENT TO JOIN FORMS – CASE NO. 2:19-CV-01717**