UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-01717-RGK-AGR | Date | April 30, 2019 |
|---|---|---|---|
| Title | *Morgan v. United States Soccer Fed'n, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order re: Motion to Stay Case (DE 26)

On March 8, 2019, Plaintiffs, who are female professional soccer players on the United States Senior Women's National Soccer Team ("WNT"), filed the instant collective action and class action against the United States Soccer Federation, Inc. ("Defendant"). Plaintiffs allege that Defendant is the single, common employer for the WNT and the United States Men's National Soccer Team ("MNT"). Plaintiffs further allege that, despite being called upon to perform the same job responsibilities as the MNT and despite the fact that the WNT's performance has been superior to that of the MNT, the members of the WNT have consistently been paid less than their male counterparts. Plaintiffs assert two claims against Defendant: (1) violation of the Equal Pay Act, 29 U.S.C. § 206; and (2) violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e.

Because there was a related action pending in the Northern District of California when this action was filed, Plaintiffs filed a Motion for Transfer pursuant to 28 U.S.C. § 1407 with the Judicial Panel of Multidistrict Litigation ("JPML"). Plaintiffs motion is currently calendared for hearing before the JPML on May 30, 2019.

Presently before the Court is Defendant's motion for a temporary stay of the proceedings pending the JPML's decision on multidistrict litigation. Defendant argues that a stay is warranted because absent a stay, Defendant will be prejudice "if they must manage pretrial matters in this case pending the outcome of the JPML proceedings because this Court's pretrial orders may not ultimately be binding on the Court that presides over the case." (Mot. to Stay 4:19–21, ECF No. 26) Defendant also contends that a stay would eliminate the potential for conflicting pretrial rulings.

A district court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). At this time, the Court is not convinced that there is sufficient good cause to stay the matter. While the JPML's decision may impact the current case, a decision is unlikely until later this year. Therefore, in the interest of justice and judicial economy, the Court finds that a stay at this juncture is not warranted. Defendant may re-file a request to stay at a later date, should further facts or circumstances emerge that warrant a stay in this matter.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-01717-RGK-AGR | Date | April 30, 2019 |
|---|---|---|---|
| Title | *Morgan v. United States Soccer Fed'n, Inc.* | | |

Accordingly, the Court **DENIES without prejudice** Defendant's motion (DE 26).

**IT IS SO ORDERED.**

Initials of Preparer