Jeffrey L. Kessler (admitted *pro hac vice*)
jkessler@winston.com
David G. Feher (admitted *pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294- 6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (admitted *pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALEX MORGAN, ET AL.<br><br>Plaintiff/Claimant,<br><br>vs.<br><br>UNITED STATES SOCCER FEDERATION, INC.<br><br>Defendant/Respondent. | **Case No. 2:19-cv-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**DECLARATION OF MEGAN RAPINOE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Megan Rapinoe, declare as follows:

1. I am over the age of 18. If called upon to testify, I could and would competently testify to the matters set forth in this declaration.

2. I have been employed by the United States Soccer Federation ("USSF") since 2006 when I was selected to play on the United States Senior Women's National Soccer Team ("WNT").

3. I am a two-time World Cup Champion, Olympic Gold Medalist, and currently a Co-Captain of the team.

4. My main job responsibilities as a WNT player include:

   a. attending training camps and practices at the time, for the duration and at the location that the USSF determines;

   b. traveling to, attending and/or playing in games, nationally and/or internationally, including friendlies, Olympic and World Cup qualifying games, Olympic and World Cup games and/or other tournaments as decided by the USSF;

   c. staying in playing shape through, for example, running, weight training and following nutrition plans;

   d. participating in media interviews, media sessions, and other appearances at the USSF's request.

5. These have been the main job responsibilities for current and former players on the WNT since at least 2006.

6. The USSF has had and continues to have common policies and practices that discriminate against all WNT players on the basis of gender in pay and other working conditions.

7. The USSF pays me and all other women who play on the WNT pursuant to the compensation terms listed in a collective bargaining agreement between the

United States Soccer Federation and the U.S. Women's National Team Players Association, which is effective from January 1, 2017 through December 31, 2021.

8. During certain times prior to 2017, the USSF paid me and all other women who played on the WNT pursuant to the compensation terms set forth in a memorandum of understanding between the USSF and the U.S. Women's National Team Players Association, which was effective from March 19, 2013 through December 31, 2016.

9. The USSF pays the men who play on the United States Senior Men's National Team ("MNT") pursuant to the compensation terms set forth in the collective bargaining agreement between the USSF and the U.S. National Team Players Association, which was effective from January 1, 2011 through December 31, 2018. On information and belief, this collective bargaining agreement remains in effect, despite the stated end date.

10. The USSF has had and continues to have a common policy applicable to me and all current and former WNT players that pays WNT players less than MNT players as set forth in the collective bargaining agreements, even though the USSF employs both MNT players and WNT players each of whom have the same or substantially similar job responsibilities.

11. The USSF's discriminatory pay policies have applied and continue to apply to players like me who are and were "on contract", meaning we receive a specified base salary rather than a per game roster payment, and "non-contract" players who receive a per game roster payment for each game played, in lieu of a base salary amount.

12. The USSF also has had and continues to have a common policy applicable to me and all current and former WNT players of providing better working conditions for MNT players than for WNT players, even though we have the same or substantially similar job responsibilities.

13. For example, the USSF arranges flights and hotel accommodations for the MNT and WNT players.

14. Over the last five years, the USSF has provided charter flights on numerous occasions for MNT players to travel to games. Charter flights are more desirable for players because they are less susceptible to delays and generally more comfortable. Over the last five years, the USSF has provided charter flights to me and my fellow WNT players on only 10 occasions. With very rare exceptions, the USSF has required me and my fellow WNT players to travel on commercial flights, including non-direct flights causing layovers and delays.

15. USSF also has provided better hotel accommodations for MNT players when they travel for games than the hotel accommodations provided to me and my fellow WNT players when we travel for games. This is despite the fact that my fellow WNT players and I have had to travel significantly more than MNT players.

16. The USSF maintains separate medical and training staff and programs for the MNT and the WNT players. The medical and training staff the USSF has provided and continues to provide to the MNT players is larger, more experienced and has access to more and better resources than the medical and training staffs to me and my fellow WNT players.

17. The USSF decides the field surfaces for most domestic games. The USSF has required me and my fellow WNT players to play domestic games on fields with artificial turf while allowing MNT players to play domestic games on fields with grass or grass overlay.

18. The USSF decides and arranges our travel and hotels; it decides the surface of the fields on which we play.

19. Me and other WNT players are similarly situated in that we are all subject to the USSF's common policies of gender discrimination with respect to compensation and working conditions.

20. On March 30, 2016, I filed a Charge of Discrimination with the EEOC on behalf of myself and all other similarly situated WNT players alleging that the USSF had discriminated against us on the basis of gender under Title VII and the Equal Pay Act.

21. In response to the EEOC's request that each individual file a separate Charge of Discrimination, I refiled my Charge of Discrimination against USSF on April 20, 2016.

22. I diligently participated throughout the course of the EEOC's investigation into my claim including responding to the EEOC's requests for information regarding not only pay discrimination, but all other unequal terms and conditions of my employment with the USSF.

23. On February 5, 2019, the EEOC issued me a Notice of Right to Sue. I received this notice on February 11, 2019.[1]

24. On March 8, 2019, I, along with twenty-seven other members of the WNT, filed suit in this Court alleging that USSF has discriminated against us on the basis of gender by paying us less and providing inferior working conditions than MNT players.

25. I am seeking to be appointed a class representative on behalf of a class of current and former members of the WNT who were members of the WNT at any time from February 4, 2015 through the date of judgment, or the date of resolution of any appeals therefrom.

26. I am prepared to vigorously represent the interests of the members of this Class, and I have retained counsel competent and experienced in class action litigation.

---

[1] The Right-to-Sue Notice issued to me is attached as Ex. A.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on this 7th day of September, 2019.

*Megan Rapinoe*

5