# Exhibit A

# Declaration of Ellen E. McLaughlin

Seyfarth Shaw LLP
Ellen E. McLaughlin *(Admitted Pro Hac Vice)*
E-mail: emclaughlin@seyfarth.com
Noah A. Finkel *(Pro Hac Vice Admission Anticipated)*
E-mail: nfinkel@seyfarth.com
Brian M. Stolzenbach *(Admitted Pro Hac Vice)*
E-mail: bstolzenbach@seyfarth.com
Cheryl A. Luce *(Admitted Pro Hac Vice)*
E-mail: cluce@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

SEYFARTH SHAW LLP
Kristen M. Peters (SBN 252296)
E-mail: kmpeters@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

SEYFARTH SHAW LLP
Chantelle C. Egan (SBN 257938)
cegan@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
UNITED STATES SOCCER FEDERATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>UNITED STATES SOCCER FEDERATION, INC.,<br>　　　　Defendant. | Case No. 2:19-cv-01717-RGK-AGR<br><br>**DECLARATION OF ELLEN E. McLAUGHLIN IN SUPPORT OF DEFENDANT UNITED STATES SOCCER FEDERATION, INC.'s OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: March 8, 2019 |

I, Ellen E. McLaughlin, hereby declare, under penalty of perjury, as follows:

1. I am a partner of Seyfarth Shaw LLP and counsel for Defendant United States Soccer Federation, Inc. in this matter. I make this declaration based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of relevant excerpts from the 2011-2018 Collective Bargaining Agreement between the United States Soccer Federation and the Players Association for the United States Men's National Team.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of September, 2019, in Chicago, Illinois.

*/s/ Ellen E. McLaughlin*
Ellen E. McLaughlin

# Exhibit 1

## Exhibit A
## 2011-2018 Men's National Team ("Team")
## Wage, Bonus, and Sponsor Appearance Fee Schedule

*This schedule shall remain in effect for the period January 1, 2011 through December 31, 2018.*

*Federation has no obligation to hold any matches, tournaments or events or to field a team for any match, tournament or event.*

*Bonus payments and/or appearance fees for a match shall not include any win, draw or loss by forfeiture or match cancellation where Players were not required to take to the field for the match, except for when the Federation is paid specifically for that match.*

*Payments to be made to the Player Pool shall be made to a Player Pool bank account to be administered by appropriate authorizations satisfactory to the Federation from the individuals who collectively comprise the Team, as directed in writing by the Players Association.*

*The Players Association shall receive an accounting of all payments made directly to the Players under this Wage, Bonus, and Sponsor Appearance Fee Schedule. Said accounting shall include a match-by-match breakdown of the payments.*

*Amounts paid by tournament organizers, promoters, or sponsors as prize money or participation fees belong to the Federation and may be shared with the Player Pool in the sole discretion of the Federation.*

*Any reference to "FIFA Rankings" shall mean the rankings published on FIFA's website. An opponent's FIFA Ranking shall refer to the FIFA Ranking on the date of the match. If the relevant date falls on the "as of" date for the ranking period as stated on the FIFA website, the newer ranking period shall apply.*

## 2011-2014 COMPENSATION

### I. Friendlies

    A.    Except as set forth below, Players on the relevant game roster shall be compensated as follows, including but not limited to those matches against a foreign national team, scratch team, all-star team or club team, or against a domestic club team:

**Win:** versus a Team with a FIFA Ranking of 1-10 and Mexico (regardless of its FIFA Ranking) :
    $14,100 per Player.

    versus a Team with a FIFA Ranking of 11-25 (other than Mexico):
    $10,000 per Player.

    versus a Team with a FIFA Ranking of 26 or more (i.e., 26, 27, 28, etc.) (other than Mexico) or no FIFA Ranking:
    $7,500 per Player.

**Draw:** versus a Team with a FIFA Ranking of 1-10 and Mexico (regardless of its FIFA Ranking):
    $6,500 per Player.

    versus a Team with a FIFA Ranking of 11 or more (i.e., 11, 12, 13, etc.) (other than Mexico) or no FIFA Ranking:
    $5,000 per Player.

**Loss:** (regardless of opponent's rank) $4,000 per Player.

    B.    No compensation shall be due to Player for closed-door games with no paid admission and that are not televised. For the purposes of this paragraph, the term "closed door games" shall also include training matches abroad that are held on the same trip as a match for which the Player is paid pursuant to paragraph I.A. and for which the Federation receives no appearance fee or revenues, are attended by less than one thousand spectators, and are not televised regardless of whether there is paid admission.

### II. Gold Cup

    A.    Players shall be compensated as follows for each match in the Gold Cup if they are on the "tournament roster" (the roster of Players eligible to play in any game of the tournament) (unless they did not attend the game and did not attend any portion of the camp that preceded the game):

**Win:** versus a Team with a FIFA Ranking of 1-25 and Mexico (regardless of its FIFA Ranking):
$11,300 per Player.

versus a Team with a FIFA Ranking of 26 or more (i.e., 26, 27, 28, etc.) (other than Mexico) or no FIFA Ranking:
$7,500 per Player.

**Draw:** (regardless of opponent's rank):
$5,250 per Player.

**Loss:** $4,000 per Player.

B. In addition to the amounts set forth in II.A above, for each Gold Cup each Player on the "Tournament Roster" (the roster of Players eligible to play in any game of the tournament) will receive a bonus of $9,000 if the Team wins first place, or a bonus of $4,000 if the Team wins second place.

### III. Copa America

A. Players shall be compensated as follows for each match in Copa America if they are on the "tournament roster" (the roster of Players eligible to play in any game of the tournament) (unless they did not attend the game and did not attend any portion of the camp that preceded the game):

**Win:** (regardless of opponent's rank):
$11,300 per Player.

**Draw:** (regardless of opponent's rank):
$5,250 per Player.

**Loss:** $4,000 per Player.

B. In addition to the amounts set forth in III.A above:

1. Second Round Bonus. For each Copa America, if the Team advances to the Second Round, a bonus of $10,000 per Player for each Player on the "Tournament Roster" (the roster of Players eligible to play in any game of the tournament); plus

2. Place Bonus.
    (a) For each Copa America, if the Team wins fourth place, a bonus of $5,500 per Player for each Player on the "Tournament Roster" (the roster of Players eligible to play in any game of the tournament);

3

    (b)    For each Copa America, if the Team wins third place, a bonus of $9,000 per Player for each Player on the "Tournament Roster" (the roster of Players eligible to play in any game of the tournament);

    (c)    For each Copa America, if the Team wins second place, a bonus of $12,000 per Player for each Player on the "Tournament Roster" (the roster of Players eligible to play in any game of the tournament);

    (d)    For each Copa America, if the Team wins first place, a bonus of $20,000 per Player for each Player on the "Tournament Roster" (the roster of Players eligible to play in any game of the tournament).

## IV. Confederations Cup

A. Players shall be compensated as follows for each match in the Confederations Cup for which they are on the "tournament roster" (the roster of Players eligible to play in any game of the tournament) (unless they did not attend the game and did not attend any portion of the camp that preceded the game):

**Win:** (regardless of opponent's rank):
    $12,300 per Player.

**Draw:** (regardless of opponent's rank):
    $5,500 per Player.

**Loss:** $4,000 per Player.

B. In addition to the amounts set forth in IV.A above:

    1.    Semifinal Bonus. For each Confederations Cup, if the Team advances to the Semifinals, a bonus of $15,000 per Player for each Player on the "Tournament Roster" (the roster of Players eligible to play in any game of the tournament); plus

    2.    Place Bonus. For each Confederations Cup, if the Team wins the Championship, a bonus of $35,000 per Player; or, if the Team finishes in second place, a bonus of $20,000 per Player; for each Player on the "Tournament Roster" (the roster of Players eligible to play in any game of the tournament).

## V. World Cup Qualification and Qualification Matches

A. Players on the game roster shall be compensated as follows for each match in which they are on the game roster:

4

Win: "Round 1" refers to the initial set of Home and Away games the United States is expected to play against three other CONCACAF teams (expected to be six initial games). "Round 2" refers to the second set of Home and Away games the United States is expected to play against five other CONCACAF teams (expected to be ten games).
  Round 1 (regardless of opponent's rank)  $12,500 per Player
  Round 2 (regardless of opponent's rank)  $14,500 per Player

**Draw:**

  Round 1 (regardless of opponent's rank)  $6,000 per Player
  Round 2 (regardless of opponent's rank)  $8,000 per Player

**Loss:** (regardless of round) $4,000 per Player.

 B. Players who are invited into training camp for any World Cup Qualifying match but who are not on the roster for the World Cup Qualifying match associated with such training camp shall be compensated for each match played during or at the conclusion of that training camp in which that Player has participated, according to the following schedule: $2,000

 C. If the Team qualifies to participate in World Cup 2014 then Federation will pay $2,000,000 to the Team Player Pool within thirty (30) days of the conclusion of the 2014 World Cup tournament or receipt of the related funds from FIFA, whichever comes first.

## VI. World Cup 2014

 A. Making the final tournament roster for the opening game of the Team that competes in World Cup 2014 ("World Cup roster"): $55,000 per Player, payable on the next Federation regular payroll period.

 B. Players on the World Cup roster shall be compensated as follows for each match played by the Team in World Cup 2014: $5,500 per Player, regardless of whether of the Team wins, draws or loses the match; plus

 C. For each point that the Team is awarded in the first round of World Cup 2014 (three points for each win, one point for each draw and no points for losses), Federation will pay $175,000 per point to the Team Player Pool; plus

 D. If the Team advances to the second round of World Cup 2014: $3,600,000 to the Team Player Pool; plus

 E. If the Team advances to the quarter final round of World Cup 2014: $4,000,000 to the Team Player Pool; plus

 F. If the Team advances to the semi-final round of World Cup 2014: $4,500,000 to the Team Player Pool; plus

5

G.  If the Team wins third place in the World Cup: $1,000,000 to the Team Player Pool;

H.  If the Team wins second place in the World Cup: $5,000,000 to the Team Player Pool; or

I.  If the Team wins first place in the World Cup: $7,500,000 to the Team Player Pool.

J.  Payments due under C – I above shall be made following Federation's receipt of applicable World Cup payments from FIFA, but no later than sixty days after the conclusion of the World Cup.

## VII. Guaranteed Payment

Federation will pay $425,000 to the Players Association Bank Account immediately upon the signing of the Collective Bargaining Agreement as a guaranteed payment.

## VIII. Attendance Bonus.

Federation will pay an "Attendance Bonus" to the Players Association Bank Account as follows: $1.20 per paid ticket at Federation-controlled home games (that is, home friendlies and home World Cup Qualifiers). Payment due for the period January 1, 2011-September 30, 2011 shall be made within 10 days of the ratification of the of the Collective Bargaining Agreement by the Players Association and approval by the Federation's Board of Directors, and payments for subsequent time periods hereunder shall be made quarterly within forty-five (45) days of the end of the relevant calendar quarter and shall be accompanied by an accounting detailing the paid attendance and Attendance Bonus derived therefrom.

## IX. Partner Appearance Fees

An individual Player appearance is defined as one Player appearing alone or in a group for up to three hours (exclusive of travel time). (Two Players for a three hour session = two Player appearances.) An appearance includes any time Players appear anywhere on behalf of or to benefit a Federation Partner or its business, when requested by the Federation and when not part of "Team Activities." For the purposes of this Article IX, Team Activities shall mean activities scheduled for the team by the Federation while the Team is together training and not designed to benefit a Federation Partner or such Partner's business, although a Federation Partner may have some limited involvement in such Team Activities which may include, for example, the financing of the activity and/or attending the activity.

3 hours and less = 1 appearance

Over 3 hours and up to 6 hours = 2 appearances, etc.

6

U.S. Men's National Team Player -- One appearance $3,000

When Partners request the appearance of a "U.S. Men's National Team Player", Players will be contacted about their availability pursuant to a list maintained by the Players Association so that all Players have appearance opportunities. Appearance fees are paid to the individual Player.

Soccer clinics and all other group appearances will be treated as individual appearances regardless of the number of Players requested. Each Player will be compensated as set forth above.

## X.     Training Camp Payment

For Friendlies, Players who are invited into training camp but who are not on the roster for the match or matches associated with such training camp or a portion of that camp shall be compensated $1,500 for each match played during or at the conclusion of that training camp in which that Player has participated, so long as Player participates in the entire camp or the portion of the camp associated with a game, or, if the camp is more than seven days, at least seven days of the camp (or if a Player participates in a series of camps but not an entire camp, a total of seven days). If a training camp covers multiple games, the days before the first game shall be deemed associated with the first game, and days of training between games shall be deemed associated with the game that follows those days of training. For example, if a camp is held January 1st through 25th, with games played January 11th, 15th, 18th, and 25th, January 1st through 10th or 11th shall be deemed training camp associated with the January 11th game, January 12th through January 14th or 15th is training camp associated with the game on the 15th, January 16th through 17th or 18th is training camp associated with the game on the 18th, and January 19th through 24th or 25th is training camp associated with the January 25th game.

## XI.    Per Diem Payments

As set forth in Section 3 of the Uniform Player Agreement, Players shall receive per diem payments for each day they are required by the Federation to be in the venue for practice, matches, or any other purpose. These per diem payments shall be as follows:

> The Per Diem payments shall be in the following amounts:
> $50 per day for domestic venues
> $60 per day for international venues

## 2015 – 2018 COMPENSATION

## XII.   Percentage Increase for 2015-2018

All dollar amounts set as compensation levels for 2011 through 2014 of this Agreement and the 2014 World Cup, including, guaranteed payment, attendance bonuses, per diem

7

payments, sponsor appearance fees, and all other dollar amounts set forth in Sections I-XI of this Exhibit A, shall be increased to 125% of the figures provided in those Sections above to be the compensation levels for 2015 through 2018 of this Agreement and the 2018 World Cup. The Guaranteed Payment for 2015-2018 shall be paid to the Players Association on or before the first business day of 2015 as a Guaranteed Payment.

**XIII.** Except when an earlier date is provided above, all amounts due retroactively to increase compensation of Players or the Players Association Bank Account for the period from January 1, 2011 to the date of execution of this Agreement, as set forth in Sections I-XI of this Exhibit A and the Chart in Section XVI, below, shall be paid within 30 days of the ratification of the Collective Bargaining Agreement by the Players Association and approval by the Federation's Board of Directors. Due to the number of players affected, the small amounts per player, and the administrative burden involved, in lieu of calculating the retroactive per diem payments as set forth in Section XI of this Exhibit A, Federation shall pay ten thousand dollars ($10,000.00) to the Players Association Bank Account.

**XIV.** If substantive changes are made to World Cup qualifying for the 2014 or 2018 World Cups, so the assumptions about there being only two rounds for the United States Team, with six (6) games in Round 1 and ten (10) games in Round II, are incorrect, the Players Association and Federation shall negotiate in good faith compensation for World Cup Qualifiers under the changed scenario and amend this Agreement accordingly. In such event, the Players Association's and Federation's objective will be to adopt a compensation schedule for World Cup Qualifying that will pay Players at substantially the same level as would have resulted under the assumptions that were the basis for this Agreement. If the Players Association and Federation are unable to reach agreement on a substitute compensation schedule for those games, the matter shall be submitted to the Impartial Arbitrator for resolution.

**XV.** If the Team plays in any tournaments for which compensation is not provided in this Agreement, the Players Association and Federation shall negotiate in good faith to agree upon player compensation for the additional tournament(s) and its matches. In such event, the Players Association's and Federation's objective will be to adopt a compensation schedule for the additional tournament(s) and its matches that will pay Players at a level consistent with the compensation schedules for other games and tournaments of varying stature and importance, based on the stature and importance of the additional tournament(s). If the Players Association and Federation are unable to reach agreement on a compensation schedule for the additional tournament(s) and its matches, the matter shall be submitted to the Impartial Arbitrator for resolution.

**XVI.** To avoid confusion, and facilitate understanding, the Chart below sets out the compensation amounts for 2011-2018, but to the extent there is a disagreement between the Chart and the provisions above, the provisions above shall govern.

| ISSUE | 2011-2014 | 2015-2018 |
|---|---|---|
| Friendlies<br><br>Teams Not in FIFA Top 25 (Not Mexico) | $4,000 Loss<br>$5,000 Tie<br>$7,500 Win | $5,000 Loss<br>$6,250 Tie<br>$9,375 Win |
| Friendlies<br><br>FIFA Ranking 11-25 (Not Mexico) | $4,000 Loss<br>$5,000 Tie<br>$10,000 Win | $5,000 Loss<br>$6,250 Tie<br>$12,500 Win |
| Friendlies<br><br>FIFA Ranking 1-10 or Mexico | $4,000 Loss<br>$6,500 Tie<br>$14,100 Win | $5,000 Loss<br>$8,125 Tie<br>$17,625 Win |
| World Cup Qualifiers | **ROUND 1 (6 Games)**<br>**(All Opponents)**<br><br>$4,000 Loss<br>$6,000 Tie<br>$12,500 Win<br><br>**ROUND 2 (10 Games)**<br>**(All Opponents)**<br><br>$4,000 Loss<br>$8,000 Tie<br>$14,500 Win | **ROUND 1 (6 Games)**<br>**(All Opponents)**<br><br>$5,000 Loss<br>$7,500 Tie<br>$15,625 Win<br><br>**ROUND 2 (10 Games)**<br>**(All Opponents)**<br><br>$5,000 Loss<br>$10,000 Tie<br>$18,125 Win |
| Guaranteed Payment | $425,000 | $531,250 (1st Business Day of 2015) |
| Attendance Bonus | $1.20 per paid attendance at home games controlled by USSF (home friendlies and home World Cup Qualifiers) | $1.50 per paid attendance at home games controlled by USSF (home friendlies and home World Cup Qualifiers) |
| World Cup Qualification | $2,000,000 | $2,500,000 |
| World Cup Roster Bonus – Each Player | $55,000 | $68,750 |
| Points Bonus First Round World Cup Games | $175,000 | $218,750 |
| World Cup Per Game Payment | $5,500 | $6,875 |
| Bonus-Advancing to Second Round of World Cup | $3,600,000 | $4,500,000 |

9

| ISSUE | 2011-2014 | 2015-2018 |
|---|---|---|
| World Cup Quarterfinal Bonus | $4,000,000 | $5,000,000 |
| World Cup Semi-Final Bonus | $4,500,000 | $5,625,000 |
| Third Place in World Cup Bonus | $1,000,000 | $1,250,000 |
| Second Place in World Cup Bonus | $5,000,000 | $6,250,000 |
| First Place in World Cup Bonus | $7,500,000 | $9,375,000 |
| Commercial Appearances | $3,000 per appearance; 10 appearances per year | $3,750 per appearance; 10 appearances per year |
| Per Diem | $50 Domestic<br>$60 International | $62.50 Domestic<br>$75 International |
| Player In Training Camp, Not On Game Roster –Friendlies | $1,500 | $1,875 |
| Player In Training Camp, Not On Game Roster-World Cup Qualifiers | $2,000 | $2,500 |
| **Gold Cup Bonuses** | | |
| Gold Cup 1st Place Bonus | $9,000 | $11,250 |
| Gold Cup 2nd Place | $4,000 | $5,000 |
| **Gold Cup Games** | | |
| Gold Cup<br><br>Teams Not in FIFA Top 25 (Not Mexico) | $4,000 Loss<br>$5,250 Tie<br>$7,500 Win | $5,000 Loss<br>$6,563 Tie<br>$9,375 Win |
| Gold Cup<br><br>FIFA Ranking 11-25 (Not Mexico) | $4,000 Loss<br>$5,250 Tie<br>$11,300 Win | $5,000 Loss<br>$6,563 Tie<br>$14,125 Win |
| Gold Cup<br><br>FIFA Ranking 1-10 or Mexico | $4,000 Loss<br>$5,250 Tie<br>$11,300 Win | $5,000 Loss<br>$6,563 Tie<br>$14,125 Win |
| **Copa America** | | |
| 1st Place | $20,000 | $25,000 |
| 2nd Place | $12,000 | $15,000 |
| 3rd Place | $9,000 | $11,250 |
| 4th Place | $5,500 | $6,875 |
| 2nd Round Bonus | $10,000 | $12,500 |

| ISSUE | 2011-2014 | 2015-2018 |
|---|---|---|
| **Confederations Cup Bonuses** | | |
| 1st Place | $35,000 | $43,750 |
| 2nd Place | $20,000 | $25,000 |
| Semi-Finals | $15,000 | $18,750 |
| **Copa America & Confed Cup Games** | | |
| Copa America & Confederations Cup<br><br>Teams Not in FIFA Top 25 | **Copa America**<br>$4,000 Loss<br>$5,250 Tie<br>$11,300 Win<br><br>**Confederations Cup**<br>$4,000 Loss<br>$5,500 Tie<br>$12,300 Win | **Copa America**<br>$5,000 Loss<br>$6,563 Tie<br>$14,125 Win<br><br>**Confederations Cup**<br>$5,000 Loss<br>$6,875 Tie<br>$15,375 Win |
| Copa America & Confederations Cup<br><br>FIFA Ranking 11-25 (Not Mexico) | **Copa America**<br>$4,000 Loss<br>$5,250 Tie<br>$11,300 Win<br><br>**Confederations Cup**<br>$4,000 Loss<br>$5,500 Tie<br>$12,300 Win | **Copa America**<br>$5,000 Loss<br>$6,563 Tie<br>$14,125 Win<br><br>**Confederations Cup**<br>$5,000 Loss<br>$6,875 Tie<br>$15,375 Win |
| Copa America & Confederations Cup<br><br>FIFA Ranking 1-10 or Mexico | **Copa America**<br>$4,000 Loss<br>$5,250 Tie<br>$11,300 Win<br><br>**Confederations Cup**<br>$4,000 Loss<br>$5,500 Tie<br>$12,300 Win | **Copa America**<br>$5,000 Loss<br>$6,563 Tie<br>$14,125 Win<br><br>**Confederations Cup**<br>$5,000 Loss<br>$6,875 Tie<br>$15,375 Win |

11