# Exhibit B

## Declaration of Pinky Raina

Seyfarth Shaw LLP
Ellen E. McLaughlin *(Admitted Pro Hac Vice)*
E-mail: emclaughlin@seyfarth.com
Noah A. Finkel *(Pro Hac Vice Admission Anticipated)*
E-mail: nfinkel@seyfarth.com
Brian M. Stolzenbach *(Admitted Pro Hac Vice)*
E-mail: bstolzenbach@seyfarth.com
Cheryl A. Luce *(Admitted Pro Hac Vice)*
E-mail: cluce@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

SEYFARTH SHAW LLP
Kristen M. Peters (SBN 252296)
E-mail: kmpeters@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Chantelle C. Egan (SBN 257938)
cegan@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UNITED STATES SOCCER FEDERATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES SOCCER FEDERATION, INC.,<br>Defendant. | Case No. 2:19-cv-01717-RGK-AGR<br><br>**DECLARATION OF PINKY RAINA IN SUPPORT OF DEFENDANT UNITED STATES SOCCER FEDERATION, INC.'s OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: March 8, 2019 |

1

RAINA DECL. ISO DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1  I, Pinky Raina, declare, pursuant to 28 U.S.C. § 1746 and under penalty of
2  perjury, as follows:
3   1. I am the Chief Financial Officer for the United States Soccer Federation,
4  Inc. ("U.S. Soccer") and have been employed by U.S. Soccer from January 7, 2019 to
5  the present. I have personal knowledge of the facts set forth in this declaration and, if
6  called upon to testify, could and would competently testify to such facts.
7   2. The following table was compiled from payroll records kept in the ordinary
8  course of business and accurately summarizes the compensation (excluding per diem
9  payments) U.S. Soccer paid to Carli Lloyd, Megan Rapinoe, Becky Sauerbrunn, and
10 Alex Morgan (including their respective NWSL salaries) and the highest earning U.S.
11 Men's National Team Player for the periods specified:

| Class Representatives vs. Highest Earning MNT Player (Including NWSL Salaries) | | | | | |
|---|---|---|---|---|---|
| Year | Lloyd | Rapinoe | Sauerbrunn | Morgan | Highest Earning MNT Player** |
| 2014* | $ 134,800 | $ 133,450 | $ 134,800 | $ 130,750 | $ 391,847 |
| 2015 | $ 303,711 | $ 302,361 | $ 303,711 | $ 303,711 | $ 164,599 |
| 2016 | $ 174,200 | $ 145,700 | $ 176,900 | $ 172,850 | $ 179,250 |
| 2017 | $ 216,062 | $ 239,299 | $ 252,500 | $ 211,062 | $ 155,625 |
| 2018 | $ 311,478 | $ 302,640 | $ 283,390 | $ 311,890 | $ 11,250 |
| 2019*** | $ 382,395 | $ 377,046 | $ 382,326 | $ 381,762 | $ 91,396 |
| TOTAL | $1,522,646 | $1,500,496 | $1,533,626 | $1,512,025 | $ 993,967 |

*From 3/30/2014 through 12/31/2014
**This summarizes the income earned by the single MNT Player who earned the most in the aggregate over the 2014-2019 period.
***From 1/1/19 through 9/30/19

25  3. The following table was compiled from payroll records kept in the ordinary
26 course of business and accurately summarizes the compensation (excluding per diem
27 payments and their respective NWSL salaries) U.S. Soccer paid to Carli Lloyd, Megan
28 Rapinoe, Becky Sauerbrunn, and Alex Morgan and the highest earning U.S. Men's

National Team Player for the periods specified:

| Class Representatives vs. Highest Earning MNT Player (Excluding NWSL Salaries) | | | | | |
|---|---|---|---|---|---|
| Year | Lloyd | Rapinoe | Sauerbrunn | Morgan | Highest Earning MNT Player** |
| 2014* | $ 82,800 | $ 81,450 | $ 82,800 | $ 78,750 | $ 391,847 |
| 2015 | $ 249,711 | $ 248,361 | $ 249,711 | $ 249,711 | $ 164,599 |
| 2016 | $ 118,200 | $ 89,700 | $ 120,900 | $ 116,850 | $ 179,250 |
| 2017 | $ 174,500 | $ 176,800 | $ 185,000 | $ 174,500 | $ 155,625 |
| 2018 | $ 241,838 | $ 233,000 | $ 213,750 | $ 242,250 | $ 11,250 |
| 2019*** | $ 317,848 | $ 312,499 | $ 317,779 | $ 317,848 | $ 91,396 |
| TOTAL | $1,184,897 | $1,141,810 | $1,169,940 | $1,179,909 | $ 993,967 |

*From 3/30/2014 through 12/31/2014
**This summarizes the income earned by the single MNT Player who earned the most in the aggregate over the 2014-2019 period.
***From 1/1/19 through 9/30/19

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of September, 2019, in Chicago, Illinois.

_____
Pinky Raina