| | |
|---|---|
| 1 | Jeffrey L. Kessler (admitted *pro hac vice*) |
| | jkessler@winston.com |
| 2 | David G. Feher (admitted *pro hac vice*) |
| | dfeher@winston.com |
| 3 | **WINSTON & STRAWN LLP** |
| | 200 Park Avenue |
| 4 | New York, New York 10166 |
| | Telephone: (212) 294- 6700 |
| 5 | Facsimile: (212) 294-4700 |
| 6 | Cardelle B. Spangler (admitted *pro hac vice*) |
| | cspangler@winston.com |
| 7 | **WINSTON & STRAWN LLP** |
| | 35 West Wacker Drive |
| 8 | Chicago, Illinois 60601 |
| | Telephone: (312) 558-5600 |
| 9 | Facsimile: (312) 558-5700 |
| 10 | Diana Hughes Leiden (SBN: 267606) |
| | dhleiden@winston.com |
| 11 | **WINSTON & STRAWN LLP** |
| | 333 South Grand Avenue, 38th Floor |
| 12 | Los Angeles, CA 90071-1543 |
| | Telephone: (213) 615-1700 |
| 13 | Facsimile: (213) 615-1750 |
| 14 | Jeanifer E. Parsigian (SBN: 289001) |
| | jparsigian@winston.com |
| 15 | **WINSTON & STRAWN LLP** |
| | 101 California St., 35th Floor |
| 16 | San Francisco, California 94111 |
| | Telephone: (415) 591-1000 |
| 17 | Facsimile: (415) 591-1400 |
| 18 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al., | **Case No. 2:19-cv-01717-RGK-AGR** |
| Plaintiffs/Claimants, | [Discovery Matter] |
| v. | **JOINT REPORT RE: DISCOVERY DISPUTE** |
| UNITED STATES SOCCER FEDERATION, INC., | Date: October 4, 2019 |
| | Time: 11:00AM |
| Defendant/Respondent. | |

JOINT REPORT RE: DISCOVERY DISPUTE - CASE NO. 2:19-CV-01717-RGK-AGR

Pursuant to the Court's procedures, the parties hereby submit this Joint Report listing each discovery dispute to be addressed during the telephonic discovery conference scheduled for October 4, 2019 at 11:00 a.m:

**Issue No. 1**: The collection and production of text messages and other cell phone communications.

Dated: October 3, 2019              WINSTON & STRAWN LLP

By: */s/ Diana Hughes Leiden*[1]
Jeffrey L. Kessler
David G. Feher
Cardelle B. Spangler
Diana Hughes Leiden
Jeanifer E. Parsigian

Attorneys for Plaintiff

Dated:  October 3, 2019             SEYFARTH SHAW LLP

By: */s/ Chantelle C. Egan*
Ellen E. McLaughlin
Chantelle C. Egan
Cheryl A. Luce
Kristen M. Peters

Attorneys for Defendant

---

[1] I, Diana Hughes Leiden, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.