UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1717-RGK (AGRx) | Date | October 4, 2019 |
|---|---|---|---|
| Title | Alex Morgan, et al. v. United States Soccer Federation, Inc. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Karl Lozada | XTR 10/04/2019 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Diana Hughes Leiden<br>Cardelle B Spangler | Chantelle C Egan |

**Proceedings:** **TELEPHONIC DISCOVERY CONFERENCE & ORDER RE MOTION FOR DISCOVERY ORDER (Dkt. No. 68)**

Case is called. Counsel state their appearances. The court conducted a telephonic discovery conference to address the issues listed in the parties' Joint Report filed on October 4, 2019. (Dkt. No. 68.)

The court and counsel conferred as stated on the record and in light of the discovery cut-off date on February 6, 2020. (Order, Dkt. No. 58.) Defendant seeks responsive text messages from all 28 individual plaintiffs.

IT IS ORDERED that Plaintiffs shall (1) collect the text messages from the 28 individual plaintiffs as stated on the record and (2) produce nonprivileged responsive text messages for seven individual plaintiffs as follows: the six individual plaintiffs who participated in the collective bargaining process plus one non-duplicative individual plaintiff who is a class representative in another litigation. Plaintiffs shall prioritize review and production of responsive text messages from the seven individual plaintiffs so that the court and counsel can address whether production of text messages from the remaining 21 individual plaintiffs would be proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1).

IT IS FURTHER ORDERED that a telephonic discovery conference is scheduled for October 23, 2019 at 10:00 a.m.

|  | 0 | : | 45 |
|---|---|---|---|
| | Initials of Preparer | kl | |