Jeffrey L. Kessler (admitted *pro hac vice*)
jkessler@winston.com
David G. Feher (admitted *pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (admitted *pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>      Plaintiffs/Claimants,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>      Defendant/Respondent. | **Case No. 2:19-cv-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**DECLARATION OF REBECCA ROUX IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: October 21, 2019<br>Time: 9:00 A.M.<br>Place: Courtroom 850 |

I, Rebecca Roux, declare as follows:

1. I am over the age of 18. If called upon to testify, I could and would competently testify to the matters set forth in this declaration.

2. I am the Executive Director of the United States Women's National Team Players Association ("WNTPA"). In this role, I represent members of the United States Senior Women's National Soccer Team ("WNT") in collective bargaining agreement negotiations and enforcement of the collective bargaining agreement with the players' employer, the United States Soccer Federation, Inc. ("USSF"). I am familiar with terms of the Memorandum of Understanding between USSF and the WNTPA, effective March 19, 2013 through December 31, 2016 ("WNT MOU") and the Collective Bargaining Agreement between USSF and the WNTPA, effective January 1, 2017 through December 31, 2021 ("WNT CBA"). I am also familiar with the terms of the 2011–2018 Collective Bargaining Agreement between the USSF and the United States National Soccer Team Players Association ("MNT CBA").

3. Based on my review of the publicly available schedules and results of the WNT and MNT, the WNT and MNT plays more games and wins more frequently. For example, from January 1, 2017 through October 7, 2019, the WNT played 14 more games than the MNT and won 83% of their games while the MNT won 48% of their games. The WNT amassed a 48 win, 4 loss, and 6 draw record for this period, while the MNT held a 21 win, 11 loss, and 12 draw record over the same stretch. The WNT played 46 friendlies, 5 World Cup qualifiers, and 7 World Cup games for a total of 58 matches, while the MNT played 30 friendlies, 14 World Cup qualifiers, and 0 World Cup games for a total of 44 matches.

4. In the course of my work as the Executive Director of WNTPA, I regularly track the WNT's schedules, game results, and the FIFA rank of the WNT's opponents. Applying those factors to my understanding of how the MNT CBA operates and, in particular, how MNT players are compensated based on the games that they play, I have compared how much players on the WNT would have earned from March 30, 2014

through October 7, 2019 had those players' compensation been governed by the MNT CBA. For this period, the following chart shows my calculation of the total compensation that Alex Morgan, Megan Rapinoe, Carli Lloyd, and Becky Sauerbrunn each earned under the WNT MOU and WNT CBA.

| Comparison of WNT Players' Pay Under WNT Rate Versus Under MNT Rate from March 30, 2014 Through October 7, 2019 | | |
|---|---|---|
| **Player** | **Pay Under WNT Rate** | **Pay Under MNT Rate** |
| Alex Morgan | $ 1,201,449.64 | $ 4,104,920.65 |
| Megan Rapinoe | $ 1,159,099.64 | $ 3,722,625.00 |
| Carli Lloyd | $ 1,204,049.64 | $ 4,168,420.65 |
| Becky Sauerbrunn | $ 1,188,249.64 | $ 4,172,670.65 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of October 2019.

_____
Rebecca Roux