1  Jeffrey L. Kessler (admitted *pro hac vice*)
   jkessler@winston.com
2  David G. Feher (admitted *pro hac vice*)
   dfeher@winston.com
3  **WINSTON & STRAWN LLP**
   200 Park Avenue
4  New York, New York 10166
   Telephone: (212) 294- 6700
5  Facsimile: (212) 294-4700

6  Cardelle B. Spangler (admitted *pro hac vice*)
   cspangler@winston.com
7  **WINSTON & STRAWN LLP**
   35 West Wacker Drive
8  Chicago, Illinois 60601
   Telephone: (312) 558-5600
9  Facsimile: (312) 558-5700

10 Diana Hughes Leiden (SBN: 267606)
   dhleiden@winston.com
11 **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
12 Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
13 Facsimile: (213) 615-1750

14 Jeanifer E. Parsigian (SBN: 289001)
   jparsigian@winston.com
15 **WINSTON & STRAWN LLP**
   101 California St., 35th Floor
16 San Francisco, California 94111
   Telephone: (415) 591-1000
17 Facsimile: (415) 591-1400

18 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>    Plaintiffs/Claimants,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>    Defendant/Respondent. | **Case No. 2:19-cv-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**DECLARATION OF CARLI LLOYD IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: October 21, 2019<br>Time: 9:00 A.M.<br>Place: Courtroom 850 |

DECLARATION OF CARLI LLOYD                    CASE NO. 2:19-CV-01717-RGK-AGR

I, Carli Lloyd, declare as follows:

1. I am over the age of 18. If called upon to testify, I could and would competently testify to the matters set forth in this declaration.

2. I have been a member of the WNT continuously since 2005.

3. The WNT players have played more games on an inferior surface of play, artificial turf, than the MNT players. For example, from January 1, 2014 through December 31, 2017, the WNT players played 62 domestic games, including games for the World Cup and Olympic qualifiers. 13 of the 62 games (about 21%) were played on artificial turf. For only 1 game was natural grass temporarily installed over a venue with artificial turf. Over the same time period, the MNT played 32 domestic matches, with 0 on artificial turf and 7 where natural grass was installed over a venue with artificial turf.

4. I currently play for the Sky Blue FC in the National Women's Soccer League ("NWSL"). In 2017, I played for Manchester City in the FA Women's Super League. My employment with any domestic or foreign professional team is a separate job from my national team employment with the USSF. This is the same for any WNT player.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of October, 2019.



Carli Lloyd

---

DECLARATION OF CARLI LLOYD                     CASE NO. 2:19-CV-01717-RGK-AGR