1  Jeffrey L. Kessler (admitted *pro hac vice*)
   jkessler@winston.com
2  David G. Feher (admitted *pro hac vice*)
   dfeher@winston.com
3  **WINSTON & STRAWN LLP**
   200 Park Avenue
4  New York, New York 10166
   Telephone: (212) 294- 6700
5  Facsimile: (212) 294-4700

6  Cardelle B. Spangler (admitted *pro hac vice*)
   cspangler@winston.com
7  **WINSTON & STRAWN LLP**
   35 West Wacker Drive
8  Chicago, Illinois 60601
   Telephone: (312) 558-5600
9  Facsimile: (312) 558-5700

10 Diana Hughes Leiden (SBN: 267606)
   dhleiden@winston.com
11 **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
12 Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
13 Facsimile: (213) 615-1750

14 Jeanifer E. Parsigian (SBN: 289001)
   jparsigian@winston.com
15 **WINSTON & STRAWN LLP**
   101 California St., 35th Floor
16 San Francisco, California 94111
   Telephone: (415) 591-1000
17 Facsimile: (415) 591-1400

18 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>       Plaintiffs/Claimants,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>       Defendant/Respondent. | **Case No. 2:19-cv-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**FIFTH NOTICE OF FILING OF CONSENT TO JOIN FORMS** |

NOTICE IS HEREBY GIVEN that a Consent to Join form for the following individual is attached hereto as Exhibit A. This individual chooses to participate in this Equal Pay Act civil action as a collective action.

<u>Exhibit A</u>

1. Julie Ertz

Dated: October 7, 2019           WINSTON & STRAWN LLP

By: */s/ Diana Hughes Leiden*
Jeffrey L. Kessler
David G. Feher
Cardelle B. Spangler
Diana Hughes Leiden
Jeanifer E. Parsigian

Attorneys for Plaintiffs