UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1717-RGK (AGRx) | Date | October 8, 2019 |
|---|---|---|---|
| Title | Alex Morgan, et al. v. United States Soccer Federation, Inc. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Karl Lozada | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
|---|---|
| None | None |

**Proceedings:**   In Chambers:   **BRIEFING SCHEDULE**

On October 4, 2019, Non-Party Rich Nichols filed a motion to quash and for protection. (Dkt. No. 71.)   The motion states that the parties agreed that the October 15, 2019 deposition is not going forward.

IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition on or before **October 22, 2019**.

2. Non-Party Nichols may file a reply on or before **October 29, 2019**.

3. The hearing date is continued to Tuesday, **November 5, 2019 at 10:00 a.m.** in Courtroom "550" in the Roybal Courthouse.

4. The subpoena to Mr. Nichols is stayed pending a ruling on the motion to quash.

Initials of Preparer     kl