## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALEX MORGAN, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:19-cv-01717-RGK-AGR |
| v. | |
| UNITED STATES SOCCER FEDERATION, INC. | **ORDER TO STRIKE** |
| DEFENDANT(S). | **ELECTRONICALLY FILED DOCUMENTS** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 10-07 and/or the Court's Case Management Order as indicated:

| 10/07/2019 | / | 70 | / | Reply in Support of Motion to Certify Class |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

| | / | | / | |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing.
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other Single spaced text  LR 11-3.6   Reply may be refiled by 12:00 noon on October 9, 2019

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 10-07 and applicable forms.**

Dated: 10/08/2019

By: _____
U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*