UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1717-RGK (AGRx) | Date | October 16, 2019 |
|---|---|---|---|
| Title | Alex Morgan, et al. v. United States Soccer Federation, Inc. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Karl Lozada | XTR 10/16/2019 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Diana Hughes Leiden<br>Cardelle B Spangler | Brian M. Stolzenbach |

**Proceedings:**      **TELEPHONIC DISCOVERY CONFERENCE**

    Case is called. Counsel state their appearances. Third party and movant Rich Nichols is also present. The court confers as stated on the record.

    According to the subpoena attached to Mr. Nichols' motion to quash, the district of compliance is the Northern District of California. (Exh. 2.) A motion to quash must be filed in "the court for the district where compliance is required." Fed. R. Civ. P. 45(d)(3)(A); *see also* Fed. R. Civ. P. 37(a)(2) ("A motion for an order to a nonparty must be made in the court where the discovery is or will be taken."). Given that this court is not the district of compliance and the motion has not been transferred to this court under Rule 45(g), the motion to quash will be denied without prejudice to its being filed in the proper court. The parties and Mr. Nichols are urged to confer in a good faith effort to resolve the disputes, including personal service, and avoid the need to seek court intervention in either court.

    IT IS ORDERED that third party Mr. Nichols' motion to quash subpoena and for protection is DENIED WITHOUT PREJUDICE for lack of jurisdiction.

| | 0 | : | 35 |
|---|---|---|---|
| | Initials of Preparer | kl | |