Jeffrey L. Kessler (admitted *pro hac vice*)
jkessler@winston.com
David G. Feher (admitted *pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294- 6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (admitted *pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>                     Plaintiffs/Claimants,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>                     Defendant/Respondent. | **Case No. 2:19-cv-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**DECLARATION OF DIANA HUGHES LEIDEN** |

1

1    I, Diana Hughes Leiden, hereby declare, under penalty of perjury, as follows:

2    1.    I am a partner of Winston & Strawn LLP, counsel for the Plaintiffs Alex

3    Morgan, et al. ("*Morgan* Plaintiffs"), in this matter.  I make this declaration based on

4    my personal knowledge and in support of the *Morgan* Plaintiffs' Opposition to

5    Defendant United States Soccer Federation's ("USSF") *Ex Parte* Application for Leave

6    to File a Sur-Reply to the *Morgan* Plaintiffs' Motion for Class Certification.

7    2.    I am personally familiar with the facts set forth in this declaration.  If called

8    as a witness, I could and would competently testify to the matters stated herein.

9    3.    Attached as Exhibit A is a true and correct copy of the October 18, 2019

10   Email Correspondence Regarding the USSF's *Ex Parte* Application between attorneys

11   for the USSF and attorneys for the *Morgan* Plaintiffs.

12

13   I declare under penalty of perjury that the foregoing is true and correct.

14

15   Executed on this 22nd day of October, 2019 in Los Angeles, California.

16

17            */s/ Diana Hughes Leiden*
             Diana Hughes Leiden

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| From: | Leiden, Diana Hughes |
|---|---|
| To: | Luce, Cheryl A; Kessler, Jeffrey L.; Feher, David G.; Spangler, Cardelle B.; Parsigian, Jeanifer E.; Tsukerman, Lev |
| Cc: | McLaughlin, Ellen; Finkel, Noah A.; Stolzenbach, Brian; Egan, Chantelle C; Peters, Kristen M.; Fowler, Sara Eber |
| Subject: | RE: Morgan v. US Soccer - Ex Parte Motion for Leave to File Sur-Reply |
| Date: | Friday, October 18, 2019 4:30:00 PM |

Cheryl,

The hearing was canceled on Tuesday, so your proposed application nearly a week later is not timely in any event.  The fact that Judge Klausner will not hear oral argument (which is his general practice) does not provide any basis for USSF to unilaterally submit additional briefing.  Furthermore, the reply evidence and case law Plaintiffs submitted was directly in response to arguments made in USSF's opposition.  I am unaware of any authority precluding a moving party from citing authority or presenting evidence in a class certification reply brief in order to address the opposing party's arguments.  Plaintiffs will oppose the *ex parte*.  Thank you for confirming that USSF will not be attaching a proposed sur-reply brief to the application (or, I assume, putting any of the substance into the *ex parte* application).

Diana

## Diana Hughes Leiden

**Partner**

Winston & Strawn LLP

T: +1 213-615-1700

D: +1 213-615-1924

F: +1 213-615-1750

winston.com



**From:** Luce, Cheryl A <CLuce@seyfarth.com>
**Sent:** Friday, October 18, 2019 2:22 PM
**To:** Leiden, Diana Hughes <DHLeiden@winston.com>; Kessler, Jeffrey L. <JKessler@winston.com>; Feher, David G. <DFeher@winston.com>; Spangler, Cardelle B. <CSpangler@winston.com>; Parsigian, Jeanifer E. <JParsigian@winston.com>; Tsukerman, Lev <LTsukerman@winston.com>
**Cc:** McLaughlin, Ellen <EMcLaughlin@seyfarth.com>; Finkel, Noah A. <NFinkel@seyfarth.com>; Stolzenbach, Brian <BStolzenbach@seyfarth.com>; Egan, Chantelle C <CEgan@seyfarth.com>; Peters, Kristen M. <kmpeters@seyfarth.com>; Fowler, Sara Eber <SFowler@seyfarth.com>
**Subject:** RE: Morgan v. US Soccer - Ex Parte Motion for Leave to File Sur-Reply

Diana,

We had intended to address the points contained in our proposed sur-reply at the hearing, but as you know, the court canceled the hearing. We would like to provide the court with the benefit of Defendant's response to Plaintiffs' untimely evidence and authorities. The specific evidence and authorities are the facts in the new declarations attached to Plaintiffs' reply and the authorities analyzing Equal Pay Act

claims cited for the first time in the reply. It was never our intent to attach a proposed sur-reply to our filing.

Regards,

Cheryl

**Cheryl A Luce** | Associate | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5838 | Fax: +1-312-460-7838
cluce@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Leiden, Diana Hughes <DHLeiden@winston.com>
**Sent:** Friday, October 18, 2019 4:07 PM
**To:** Luce, Cheryl A <CLuce@seyfarth.com>; Kessler, Jeffrey L. <JKessler@winston.com>; Feher, David G. <DFeher@winston.com>; Spangler, Cardelle B. <CSpangler@winston.com>; Parsigian, Jeanifer E. <JParsigian@winston.com>; Tsukerman, Lev <LTsukerman@winston.com>
**Cc:** McLaughlin, Ellen <EMcLaughlin@seyfarth.com>; Finkel, Noah A. <NFinkel@seyfarth.com>; Stolzenbach, Brian <BStolzenbach@seyfarth.com>; Egan, Chantelle C <CEgan@seyfarth.com>; Peters, Kristen M. <kmpeters@seyfarth.com>; Fowler, Sara Eber <SFowler@seyfarth.com>
**Subject:** RE: Morgan v. US Soccer - Ex Parte Motion for Leave to File Sur-Reply

**[EXT. Sender]**

Cheryl,

Plaintiffs filed the reply brief on October 7.  Given that there appears to be no reason to wait two weeks to seek this relief (which under the rules and Judge Klausner's standing order must be "extraordinary relief"), we will oppose.  Even if this request was timely made, we also do not believe that a sur-reply is warranted.  If you'd like to provide the specific evidence or authority you have an issue with, we will consider.  Please also confirm immediately that USSF will not be attaching any proposed sur-reply to the *ex parte* application, as that would be a misuse of an *ex parte* application to supplement the record without permission.

Diana

**Diana Hughes Leiden**

**Partner**

Winston & Strawn LLP

T: +1 213-615-1700

D: +1 213-615-1924

F: +1 213-615-1750

winston.com [winston.com]



**From:** Luce, Cheryl A <CLuce@seyfarth.com>
**Sent:** Friday, October 18, 2019 1:44 PM
**To:** Kessler, Jeffrey L. <JKessler@winston.com>; Feher, David G. <DFeher@winston.com>; Spangler, Cardelle B. <CSpangler@winston.com>; Leiden, Diana Hughes <DHLeiden@winston.com>; Parsigian, Jeanifer E. <JParsigian@winston.com>; Tsukerman, Lev <LTsukerman@winston.com>
**Cc:** McLaughlin, Ellen <EMcLaughlin@seyfarth.com>; Finkel, Noah A. <NFinkel@seyfarth.com>; Stolzenbach, Brian <BStolzenbach@seyfarth.com>; Egan, Chantelle C <CEgan@seyfarth.com>; Peters, Kristen M. <kmpeters@seyfarth.com>; Fowler, Sara Eber <SFowler@seyfarth.com>
**Subject:** Morgan v. US Soccer - Ex Parte Motion for Leave to File Sur-Reply

Counsel:

Defendant intends to move for leave to file a sur-reply in opposition to Plaintiffs' motion for class certification on an ex parte basis. The basis for the motion is that Plaintiffs' reply contained new evidence and cited new legal authorities that were not contained in Plaintiffs' opening brief. Defendant wishes to address the new evidence and authorities in a short sur-reply in time for the court's consideration before ruling on the motion. Defendant's plan is to file the motion on Monday, October 21 at the earliest.

Pursuant to Local Rule 7-19.1, please let us know if Plaintiffs would like to discuss further.

Thank you,

Cheryl

**Cheryl A Luce** | Associate | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5838 | Fax: +1-312-460-7838
cluce@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.