1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al., | ) Case No. 2:19-cv-01717-RGK-AGR |
| Plaintiffs, | ) Hon. R. Gary Klausner |
| vs. | ) **[PROPOSED] ORDER GRANTING STIPULATION REGARDING EXPERT DISCOVERY DEADLINES AND NON-DISCOVERABILITY OF CERTAIN EXPERT MATERIALS AND COMMUNICATIONS** |
| UNITED STATES SOCCER FEDERATION, INC., | ) |
| Defendant. | ) |
| | ) CLASS ACTION |

1  Having reviewed the parties' Stipulation Regarding Expert Discovery
2  Deadlines and Non-Discoverability of Certain Expert Materials and
3  Communications and good cause appearing therefore, the Court hereby approves
4  the parties' stipulation.

6  **IT IS SO ORDERED.**

9  Dated: November 11, 2019

Hon. R. Gary Klausner
United States District Court Judge
Central District of California