# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al., | Case No. 2:19-cv-01717-RGK-AGR |
| Plaintiffs, | |
| v. | **ORDER CORRECTING AND REPLACING MINUTE ORDER (DKT. NO. 96)** |
| UNITED STATES SOCCER FEDERATION, INC., | |
| Defendant. | |

The court conducted a telephonic status conference set by Order dated October 23, 2019 (Dkt. No. 91). The court and counsel reviewed Issue Nos. 2 and 6 of the October 23, 2019 Order. With respect to Issue No. 2, Defendant reported that it has completed collection and resolved the technical problems described at the last hearing. With respect to Issue No. 6, the court reviewed the briefs filed on October 28, 2019 pursuant to the October 23, 2019 Order. The court further questioned counsel. For the reasons stated on the record, the court ruled as follows:

Issue No. 2: Defendant shall complete production of the following documents, including ESI, in its possession, custody, or control by November 8, 2019, so the parties may prepare for John Langel's deposition on November 21, 2019: (1) proposals and correspondence exchanged between the United States Women's National Team Players Association (WNTPA) and U.S. Soccer in connection with their negotiations for the 2013-2016 collective bargaining agreement between those parties; (2) notes taken by agents of either the WNTPA or U.S. Soccer reflecting what their respective negotiators said to each other in connection with those negotiations; and (3) the collective bargaining agreements between the WNTPA and U.S. Soccer negotiated by Mr. Langel.

Defendant shall complete production of ESI for Mr. Berhalter, Mr. Cordeiro and Mr. Gulati by November 12, 2019 with the exception of their respective phones.

Defendant shall complete production of non-ESI documents by November 12, 2019.[1]

Defendant shall complete the remainder of its rolling production by November 22, 2019.

---

[1] Documents in this category consist of a chart as agreed by counsel, and employment benefits information described in Paragraph 3(e) of the October 23, 2019 Order.

Issue No. 6: Plaintiffs shall produce documents sufficient to identify the compensation each received from (a) the National Women's Soccer League ("NWSL"), whether or not paid by the United States Soccer Federation ("USSF"); and (b) any other professional soccer league or team during the period April 19, 2014 to the present (or another time period agreed by counsel).

Plaintiffs shall produce (c) one copy of each sponsorship or marketing agreement entered into by the United States Women's National Team Players Association ("WNTPA") and/or REP Worldwide, including the agreement between WNTPA and REP Worldwide, to the extent within the possession, custody or control of any plaintiff; and (d) to the extent not already spelled out in the agreements produced under (c), documents sufficient to reflect the compensation each plaintiff receives pursuant to such agreements. Counsel shall confer within 7 days after entry of this order regarding the type of documentation to be produced under (d).

Defendant's motion to compel further documents under Issue No. 6 is denied without prejudice.

In addition to Issue Nos. 2 and 6, the court reviewed hard copies of Plaintiffs' text message production to date from the seven individuals described in the October 4, 2019 Order. The court granted Plaintiffs' request to complete production of the text messages by November 22, 2019.

IT IS SO ORDERED.

DATED: November 20, 2019

_____
Hon. Alicia G. Rosenberg,
United States Magistrate Judge