# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>　　　　Plaintiffs/Claimants,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>　　　　Defendant/Respondent. | **Case No. 2:19-cv-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>[~~PROPOSED~~] **ORDER APPROVING CLASS NOTICES**<br><br>Complaint Filed: March 08, 2019 |

      The Court, having considered the Joint Stipulation by the parties, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

      The Court hereby APPROVES the Title VII Class Action Notice (Exhibit 1 to the Joint Stipulation) and the Notice of Pendency of an FLSA Lawsuit (Exhibit 2 to the Joint Stipulation).

Dated:  December 1, 2019

*/s/ Gary Klausner*
R. Gary Klausner
Judge of the United States District Court
Central District of California