UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-1717-RGK (AGRx) | Date | December 2, 2019 |
|---|---|---|---|
| Title | Alex Morgan, et al. v. United States Soccer Federation, Inc. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Karl Lozada | XTR 12/02/2019 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Cardelle B Spangler<br>Jeanifer E. Parsigian | Chantelle C. Egan<br>Brian M Stolzenbach |

**Proceedings:**     **TELEPHONIC DISCOVERY CONFERENCE**

Case is called. Counsel state their appearances. The court and counsel confer as stated on the record regarding the Joint Report Re: Discovery Dispute filed on November 29, 2019. (Dkt. No. 111.) Plaintiffs agreed to serve their proposed search terms today. Defendant agreed to evaluate Plaintiffs' proposed search terms.

The court set a further hearing to address the results on Thursday, December 5, 2019, at 11:00 a.m. Counsel are ordered to contact the courtroom deputy clerk, Mr. Lozada, if the hearing can be advanced to an earlier date and time.

IT IS SO ORDERED.

                                                                                    0  :  55

                                                              Initials of Preparer   kl