Jeffrey L. Kessler (admitted *pro hac vice*)
jkessler@winston.com
David G. Feher (admitted *pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294- 6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (admitted *pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al., | **Case No. 2:19-cv-01717-RGK-AGR** |
| Plaintiffs/Claimants, | [Discovery Matter] |
| v. | **JOINT REPORT RE: DISCOVERY DISPUTE** |
| UNITED STATES SOCCER FEDERATION, INC., | Date: January 10, 2020 |
| Defendant/Respondent. | Time: 11:00 AM |

1    Pursuant to the Court's procedures and Scheduling Notice (Doc. No. 133), the

2  parties hereby submit this Joint Report describing the discovery disputes to be addressed

3  during the telephonic discovery conference scheduled for January 10, 2020 at 11:00

4  a.m.:

5    **<u>Issue No. 1</u>:** Whether Defendant should be compelled to disclose to Plaintiffs

6  whether Defendant ran its ESI search terms, other than those ESI search terms

7  previously ordered by the Court (Doc. No. 128), across all custodians or a subset of all

8  custodians, and if the latter, whether Defendant should be compelled to apply those

9  search terms across all custodians.

10    **<u>Issue No. 2</u>:** Whether Plaintiffs should be compelled to respond to Defendant's

11  interrogatories regarding alleged damages. *See* Exhibit A.

12

13  Dated: January 9, 2020          WINSTON & STRAWN LLP

14                                  By:  */s/ Jeanifer E. Parsigian[1]*
                                         Jeanifer E. Parsigian

15

16                                  Attorneys for Plaintiffs

17

18  Dated: January 9, 2020          SEYFARTH SHAW LLP

19                                  By:  */s/ Sharilee K. Smentek*
                                         Sharilee K. Smentek

20                                  Attorneys for Defendant

21

22

23

24

25

26

27

28

---

[1] I, Jeanifer E. Parsigian, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.