# EXHIBIT A

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543
Tel: (213) 615-1700
Fax: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (491) 591-1000
Fax: (491) 591-1400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al., <br><br> Plaintiffs/Claimants, <br><br> vs. <br><br> UNITED STATES SOCCER FEDERATION, INC., <br><br> Defendant/Respondent. | Case No. 2:19-CV-01717-RGK-AGR <br><br> **PLAINTIFFS' OBJECTIONS TO UNITED STATES SOCCER FEDERATION, INC.'S FIRST SET OF INTERROGATORIES** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs[1] collectively object to Defendant United States Soccer Federation, Inc.'s ("USSF") First Set of Interrogatories, dated October 8, 2019 (the "Interrogatories") as follows.[2]

## PRELIMINARY STATEMENT

The following objections are based upon information currently known and available to Plaintiffs. Discovery and investigation are in the preliminary stages and are ongoing, and may disclose the existence of additional facts, add meaning to known facts, or lead to additions, variations, or changes to these objections and responses. Without obligating themselves to do so, except to the extent required under the Federal Rules of Civil Procedure, Plaintiffs reserve the right to amend or supplement their objections or responses as additional information is discovered, revealed, recalled, or otherwise ascertained, and as further analysis, research, investigation, and discovery disclose additional facts. Plaintiffs also reserve the right to supplement their objections or responses subject to any applicable Order by the Court.

Furthermore, these objections do not in any way waive any objections by Plaintiffs, in this or in any subsequent proceeding, on any grounds, including objections as to the competency, relevancy, materiality, privilege, or admissibility of these objections or responses, or the subject matter thereof.

---

[1] Alex Morgan, Megan Rapinoe, Becky Sauerbrunn, Carli Lloyd, Morgan Brian, Jane Campbell, Danielle Colaprico, Abby Dahlkemper, Tierna Davidson, Crystal Dunn, Julie Ertz, Adrianna Franch, Ashlyn Harris, Tobin Heath, Lindsey Horan, Rose Lavelle, Allie Long, Merrit Mathias, Jessica McDonald, Samantha Mewis, Alyssa Naeher, Kelley O'Hara, Christen Press, Mallory Pugh, Casey Short, Emily Sonnett, Andi Sullivan, and McCall Zerboni.

[2] While served on Plaintiffs individually, the Interrogatories (and Plaintiffs' responses thereto) are identical in all respects.

## OBJECTIONS TO INTERROGATORIES

**INTERROGATORY NO. 1**

In a recent news article, your lawyer in this case was quoted as saying: "If they had been paid under the men's deal, they would have made vastly more." For each of the following periods of time, how much would you have made under the men's deal if you had been paid under the men's deal:

(a) March 30, 2014 to present

(b) March 8, 2016 to present

(c) March 8, 2017 to present

**RESPONSE NO. 1:**

Plaintiffs object to this Interrogatory on the ground that it is overbroad, oppressive, and unduly burdensome. Plaintiffs further object to this Interrogatory on the ground that it is compound and contains discrete subparts. Plaintiffs object to the Interrogatories to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, or any other lawfully recognized privilege or immunity from disclosure that may attach to the information requested. Plaintiffs hereby claim any such applicable privileges. Plaintiffs will not provide information protected by any such privileges or immunities. Plaintiffs object to this Interrogatory on the ground that it prematurely seeks information that will be the subject of expert testimony, which will be provided on the schedule set by the Court's Scheduling Order, the Federal Rules of Civil Procedure, and to which the parties have agreed.

**INTERROGATORY NO. 2**

Please show exactly how you calculated the figures contained in your answer to Interrogatory No. 1 by showing and describing each numerical input and each mathematical function.

**RESPONSE NO 2:**

Plaintiffs object to this Interrogatory on the ground that it is overbroad,

oppressive, and unduly burdensome. Plaintiffs further object to this Interrogatory on the ground that it is compound and contains discrete subparts. Plaintiffs object to the Interrogatories to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, or any other lawfully recognized privilege or immunity from disclosure that may attach to the information requested. Plaintiffs hereby claim any such applicable privileges. Plaintiffs will not provide information protected by any such privileges or immunities. Plaintiffs object to this Interrogatory on the ground that it prematurely seeks information that will be the subject of expert testimony, which will be provided on the schedule set by the Court's Scheduling Order, the Federal Rules of Civil Procedure, and to which the parties have agreed.

Dated: November 7, 2019               WINSTON & STRAWN LLP

                                      By: */s/ Diana H. Leiden*
                                          Jeffrey L. Kessler
                                          David G. Feher
                                          Cardelle B. Spangler
                                          Diana Hughes Leiden
                                          Jeanifer E. Parsigian

                                      *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

## United States District Court for the Central District of California

## Case No. 2:19-CV-01717-RGK-AGR

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, 38th Floor, Los Angeles, CA 90071-1543. On November 7, 2019, I served the following document:

**PLAINTIFFS' OBJECTIONS TO UNITED STATES SOCCER FEDERATION, INC.'S FIRST SET OF INTERROGATORIES**

☒ by electronically transmitting copies of the document(s) listed above via email to the addressees as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Fed. R. Civ. P. 5, or Local Rule of Court, or court order.

| | |
|---|---|
| Cheryl Ann Luce<br>Ellen Elizabeth McLaughlin<br>Brian Stolzenbach<br>Noah A. Finkel<br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL  60606<br>T: 312-460-5000<br>F: 312-460-7000<br>Email: cluce@seyfarth.com<br>Email: emclaughlin@seyfarth.com<br>Email: bstolzenbach@seyfarth.com<br>Email: nfinkel@seyfarth.com<br><br>Kristen M. Peters<br>SEYFARTH SHAW LLP<br>2029 Century Park East, Suite 3500<br>Los Angeles, CA  90067-3021<br>T: 310-277-7200<br>F: 310-201-5219<br>Email: kmpeters@seyfarth.com<br><br>Chantelle C. Egan<br>Giovanna A. Ferrari<br>SEYFARTH SHAW LLP<br>560 Mission Street, Suite 3100 | Attorneys for Defendant United States Soccer Federation, Inc. |

San Francisco, CA 94105
T: 415-397-2823
F: 415-397-8549
Email: cegan@seyfarth.com
Email: gferrari@seyfarth.com

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed: */s/ Lev Tsukerman*　　　　　　　　　Dated:　　November 7, 2019

CERTIFICATE OF SERVICE