# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19-cv-01717-RGK-AGR<br><br>RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

__01/09/2020__      __134__      __JOINT REPORT RE: DISCOVERY DISPUTE__

 Date Filed          Doc. No.     Title of Doc.

**IT IS HEREBY ORDERED:**

The hearing date has been rescheduled to January 10, 2020 at 11:00 AM.


Clerk, U.S. District Court

Dated: January 10, 2020       By: /s/ *Karl Lozada*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*