Jeffrey L. Kessler (admitted *pro hac vice*)
jkessler@winston.com
David G. Feher (admitted *pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294- 6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (admitted *pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>Plaintiffs/Claimants,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>Defendant/Respondent. | **Case No. 2:19-CV-01717-RGK-AGR**<br><br>[Discovery Matter]<br><br>Assigned to: Judge R. Gary Klausner<br><br>**STATUS REPORT REGARDING MINUTES OF TELEPHONIC DISCOVERY CONFERENCE (DOC. NO. 137)** |

On January 10, 2020, the Court held a telephonic discovery conference and ordered Plaintiffs to "identify the Requests for Production of Documents that are the subject of Issue No. 1 in the Joint Report." Doc. No. 137. Plaintiffs identify the following document requests that are the subject of issue no. 1 of the Joint Report filed on January 9, 2020 (Doc. No. 134):

**REQUEST FOR PRODUCTION NO. 1**: All documents relating to revenue (including attendance and sponsorship revenue), income, profits, and losses realized by the USSF or any other entity from any MNT-related or WNT-related activities, including documents (1) describing in detail ticket sales from January 1, 2012 onward; (2) evidencing any revenue or funds received from FIFA; and (3) showing annual and monthly budgets for the WNT or the MNT.

**REQUEST FOR PRODUCTION NO. 3**: All documents, communications, and things relating to any plan, study, analysis, or report regarding the past, current, or future economic value of the WNT or the MNT to the USSF, including any financial projections, business plans, sponsorship plans, marketing plans, development plans, financial plans, and budgetary plans.

**REQUEST FOR PRODUCTION NO. 15**: All documents, communications, and things, including employment policies, practices, rules, regulations, standards, and guidelines, relating to the WNT's or the MNT's respective job duties, job descriptions, obligations, and responsibilities as employees of the USSF.

**REQUEST FOR PRODUCTION NO. 16**: All documents relating to the WNT's or the MNT's respective salaries, compensation structures, incentives, benefits, bonuses, expense reimbursements, and any other form of compensation.

**REQUEST FOR PRODUCTION NO. 22**: Documents sufficient to show the medical staff, training support, and facilities available to the WNT and the MNT.

**REQUEST FOR PRODUCTION NO. 28**: All documents, communications, and things relating to the determination of location (city and specific stadium), timing of, and ticket prices for the WNT's and the MNT's respective soccer matches,

scrimmages, and trainings from January 1, 2012 through the present.

**REQUEST FOR PRODUCTION NO. 29**: All documents, communications, and things relating to the budgets for and resources devoted to advertisement and promotional efforts for the WNT and the MNT, including those for staff, outside consultants, and any other resources.

**REQUEST FOR PRODUCTION NO. 30**: All documents, communications, and things relating to marketing strategies for the WNT and the MNT.

**REQUEST FOR PRODUCTION NO. 35**: All documents, communications, and things evidencing or describing any survey, poll, test, report, study, or analysis relating to consumer interest, behavior, demographics, statistics, or motivations for watching, attending, listening to, reading about, or buying tickets or merchandise related to the WNT and the MNT, including all U.S. National Team game experience surveys from January 1, 2012 through the present.

**REQUEST FOR PRODUCTION NO. 38**: All communications and agreements between or including the USSF and FIFA.

**REQUEST FOR PRODUCTION NO. 42**: Documents sufficient to show the "many factors that determine whether the USWNT and USMNT take commercial flights or flights chartered by U.S. Soccer," as stated in the USSF's answer (Doc. No. 42, ¶ 72).

**REQUEST FOR PRODUCTION NO. 56**: Documents sufficient to show the qualifications for all medical staff for the WNT and the MNT, respectively.

**REQUEST FOR PRODUCTION NO. 57**: Documents sufficient to show the amount of money USSF spent on all medical staff for the WNT and the MNT, respectively.

///
///
///
///

| | | |
|---|---|---|
| Dated: January 14, 2020 | | WINSTON & STRAWN LLP |
| | By: | */s/ Jeanifer E. Parsigian* |
| | | Jeffrey L. Kessler |
| | | David G. Feher |
| | | Cardelle B. Spangler |
| | | Diana Hughes Leiden |
| | | Jeanifer E. Parsigian |
| | | Lev Tsukerman |
| | | Attorneys for Plaintiffs |