Jeffrey L. Kessler (admitted *pro hac vice*)
jkessler@winston.com
David G. Feher (admitted *pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294- 6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (admitted *pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>    Plaintiffs/Claimants,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>    Defendant/Respondent. | **Case No. 2:19-CV-01717-RGK-AGR**<br><br>[Discovery Matter]<br><br>Assigned to: Judge R. Gary Klausner<br><br>**STATUS REPORT REGARDING FURTHER TELEPHONIC DISCOVERY CONFERENCE** |

On January 16, 2020, the Court held a telephonic discovery conference regarding discovery disputes relating to Defendant's search for and production of documents responsive to certain of Plaintiffs' discovery requests identified in Dkt. No. 141. The Court set a further telephonic discovery conference on those issues for January 17, 2020.

In light of that discussion, Plaintiffs propose that Defendant produce a 30(b)(6) designee on the following topic:

- The types and location of documents in Defendant's possession, custody, or control responsive to Plaintiffs' Requests for Production Nos. 1, 3, 29, 30, and 35, including budgets and the budgeting process for the Women's National Team and the Men's National Team, financial statements and analyses, business plans, marketing plans, consumer or market research, and advertising and promotional efforts for the Women's National Team and Men's National Team.

In addition, the Court indicated that it wishes to begin the further scheduled telephonic discovery conference by discussing Plaintiffs' Request for Production No. 38. In advance of that discussion, Plaintiffs note that through the meet and confer process, the parties agreed to narrow the scope of this request to:

- Communications with FIFA relating to equal pay, disparity in pay between male and female soccer players, and this lawsuit.

Plaintiffs are concerned only with Defendant's search, collection, and production efforts relating to this narrowed subset of documents.

Dated: January 17, 2020

WINSTON & STRAWN LLP

By: */s/ Jeanifer E. Parsigian*
Jeffrey L. Kessler
David G. Feher
Cardelle B. Spangler
Diana Hughes Leiden
Jeanifer E. Parsigian
Lev Tsukerman

Attorneys for Plaintiffs