Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294- 6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California St., 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>Defendant. | **Case No. 2:19-CV-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**DECLARATION OF DIANA HUGHES LEIDEN IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION** |

1

DECLARATION OF DIANA HUGHES LEIDEN

## DECLARATION OF DIANA HUGHES LEIDEN

I, Diana Hughes Leiden, declare as follows:

1. I am a partner at Winston & Strawn LLP, counsel for Plaintiffs Alex Morgan, et al., in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called upon as a witness I could competently testify thereto.

2. On December 3, 2019, Notice of Pendency of an Equal Pay Act Lawsuit and Opt-In Consent Form were mailed to potential opt-in plaintiffs identified from a class list provided by Defendant.

3. Since that date, I learned that certain potential collective action members were excluded from the list provided by Defendant. My colleague, Lev Tsukerman, reached out to Defendant's counsel about this issue, who responded that those individuals were inadvertently not included. After correcting this issue, Winston & Strawn mailed Notices of Pendency to those additional individuals.

4. In addition, since the notice mailing, I have learned that at least sixteen potential opt-in plaintiffs are no longer at the mailing address provided by Defendants. This includes twelve Notices of Pendency returned to Winston & Strawn as undeliverable as well as four additional addresses that were otherwise incorrect based on information received by potential opt-in plaintiffs who contacted Plaintiffs either personally or through their counsel. Of the four opt-in plaintiffs that reached out to Winston & Strawn, one is currently living abroad for a professional soccer commitment and not residing at her address on file.

5. On January 10, January 21, and January 22, 2020, my colleagues and I emailed counsel for Defendant regarding the issues raised in this *ex parte* application. On January 21, we requested a stipulation to set an opt-in deadline of March 30, 2020 and to send a reminder notice to potential claimants regarding their Equal Pay Act claims via an email or text message transmitting the court-approved Notice of Collective Action Lawsuit and Opt-In Consent Form.

6. On January 22, 2020, Defendant's counsel indicated they would only agree that Plaintiffs may send email notifications to the *specific* individuals who Plaintiffs have learned did not receive the original Notice of Pendency and related materials. Defendant refused to stipulate to Plaintiffs' request to send email notifications and electronic reminders to the remainder of the potential plaintiffs who may or may not have ever received the notice and did not specifically responded to Plaintiffs' request to set the opt-in deadline as March 30, 2020.

7. Attached hereto as **Exhibit A and Exhibit B** are true and correct copies of an e-mail chain between myself and Defendants' counsel about this topic.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 23nd day of January, 2020 in Los Angeles, California.

*/s/ Diana Hughes Leiden*
Diana Hughes Leiden

# EXHIBIT A

| | |
|---|---|
| **From:** | Leiden, Diana Hughes |
| **To:** | Finkel, Noah A. |
| **Cc:** | Tsukerman, Lev; Parsigian, Jeanifer E.; Bily, Sarah J.; S-USSF Seyfarth Team |
| **Subject:** | Re: Morgan, et al. v. USSF - Class and Collective Action Lists |
| **Date:** | Friday, January 10, 2020 7:21:33 PM |

Noah,

Please identify by Bates which rosters you used. To date, we do not have enough clarity on the various versions of rosters you have produced to know what you did here so we can check it.

We will move the court on the reminder email. This will serve as notice that pursuant to Local Rule 7-19 of our intent to move ex parte. Let me know if you will oppose and if so, any basis you have for doing so.

Diana

Diana Hughes Leiden
Winston & Strawn LLP
(213) 615-1924


> On Jan 10, 2020, at 7:13 PM, Finkel, Noah A. <NFinkel@seyfarth.com> wrote:
>
> Diana,
>
> The collective and class lists were created manually from rosters, which you possess as well, and, when your team inquired about the three players identified below, we checked again. With the addition of those three players to the class list, and two of those three to the collective list, we're confident that the lists are complete.
>
> No, we will not stipulate to reminder emails and text messages.
>
> Thanks, Noah
>
>
> **Noah Finkel** | Partner
> Chicago | Ext: 735913 (+1-312-460-5913) | Mobile: +1-312-925-5036
> nfinkel@seyfarth.com
>
> **From:** Leiden, Diana Hughes <dhleiden@winston.com>
> **Sent:** Friday, January 10, 2020 3:56 PM
> **To:** Finkel, Noah A. <NFinkel@seyfarth.com>; Tsukerman, Lev <ltsukerman@winston.com>
> **Cc:** Parsigian, Jeanifer <jparsigian@winston.com>; Bily, Sarah J. <SBily@winston.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>

**Subject:** RE: Morgan, et al. v. USSF - Class and Collective Action Lists

**[EXT. Sender]**

Noah,

Thank you for your response. Because USSF's class list and collective action lists provided many weeks ago were incomplete, we are concerned that USSF's lists omit other players in addition to those identified by Lev. We need complete and accurate class and collective action lists right away. Not only is it USSF's duty to do so, but we can't check your work with the incomplete rosters, etc. that we have. We therefore ask that by Monday, USSF re-check its documents and compilation methods, provide an updated class list and collective action list, and provide us with a written explanation of how it prepared both lists. If you are unable to do this by close of business Monday, let me know right away so that we can seek relief with the Court as necessary.

Additionally, please let us know if you will stipulate to Plaintiffs sending reminder emails and text messages to those on the lists – see attached stipulation and proposed order. Our review of the case law in the Central District indicates that the text of the messages that we wrote is appropriate, but that Court sign-off is usually obtained first. Thanks.

Diana

**Diana Hughes Leiden**
**Partner**
Winston & Strawn LLP
T: +1 213-615-1700
D: +1 213-615-1924
F: +1 213-615-1750
winston.com [winston.com]
<image002.jpg>

---

**From:** Finkel, Noah A. <NFinkel@seyfarth.com>
**Sent:** Friday, January 10, 2020 9:41 AM
**To:** Tsukerman, Lev <LTsukerman@winston.com>
**Cc:** Leiden, Diana Hughes <DHLeiden@winston.com>; Parsigian, Jeanifer E. <JParsigian@winston.com>; Bily, Sarah J. <SBily@winston.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>
**Subject:** FW: Morgan, et al. v. USSF - Class and Collective Action Lists

Lev, Groom does not appear on the collective action list because she'd be time-barred. Otherwise, the reason these players do not appear on those lists is due to an error on our part in compiling the lists. Once we obtain the addresses and provide them to you,

we'd propose that the notices be sent to them and that they be given the same period of time to opt to the collection action or opt out of the class as those who received those notices in the original mailing. Sound right? Thanks, Noah

**Noah Finkel** | Partner
Chicago | Ext: 735913 (+1-312-460-5913) | Mobile: +1-312-925-5036
nfinkel@seyfarth.com

**From:** Tsukerman, Lev <ltsukerman@winston.com>
**Sent:** Thursday, January 9, 2020 7:12 PM
**To:** Stolzenbach, Brian <BStolzenbach@seyfarth.com>; Smentek, Sharilee K. <ssmentek@seyfarth.com>
**Cc:** Leiden, Diana Hughes <dhleiden@winston.com>; Parsigian, Jeanifer <jparsigian@winston.com>; Bily, Sarah J. <SBily@winston.com>
**Subject:** Morgan, et al. v. USSF - Class and Collective Action Lists

**[EXT. Sender]**

Brian and Sharilee,

We noticed that USSF's class list and collective action list (both of which we received on November 22) do not include certain players who are identified on rosters that USSF produced. For example:

(1) Shea Groom appears on USSF_Morgan_028072 for two October 2016 matches against Switzerland, but she does not appear on either the class or collective action list.
(2) Jaelin Howell appears on USSF_Morgan_028077 for two April 2017 matches against Russia, but she does not appear on either the class or collective action list.
(3) Casey Murphy appears on USSF_Morgan_028087 for two June 2018 matches against China, but she does not appear on either the class or collective action list.

Can you please advise on why these three players do not appear on either list.

Thank you,
Lev

**Lev Tsukerman**
**Associate Attorney**

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

T: +1 213-615-1700
D: +1 213-615-1834

F: +1 213-615-1750

VCard [winston.com] [nam01.safelinks.protection.outlook.com] | Email | winston.com [winston.com] [nam01.safelinks.protection.outlook.com]

<image003.jpg>

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

# EXHIBIT B

| | |
|---|---|
| **From:** | Finkel, Noah A. |
| **To:** | Parsigian, Jeanifer E.; Leiden, Diana Hughes; S-USSF Seyfarth Team |
| **Cc:** | Spangler, Cardelle B.; Edmondson, Kerrie K.; Markarian, Lara |
| **Subject:** | RE: Class Notice |
| **Date:** | Wednesday, January 22, 2020 3:54:20 PM |

Jeanifer, we're not going to agree to that.  Thanks, Noah

**Noah Finkel** | Partner | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5913 | Mobile: +1-312-925-5036 | Fax: +1-312-460-7913
nfinkel@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Parsigian, Jeanifer <jparsigian@winston.com>
**Sent:** Wednesday, January 22, 2020 4:29 PM
**To:** Finkel, Noah A. <NFinkel@seyfarth.com>; Leiden, Diana Hughes <dhleiden@winston.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>
**Cc:** Spangler, Cardelle <cspangler@winston.com>; Edmondson, Kerrie K. <KEdmondson@winston.com>; Markarian, Lara <LMarkarian@winston.com>
**Subject:** RE: Class Notice

**[EXT. Sender]**

Noah – the difficulty in reaching this many class members suggests that there may be other problems with the addresses that we aren't aware of.  We need to give effective notice to all of the potential class members, and there is no basis for you to object to email notice where there have been so many issues with the mailing addresses provided and the fact that court's generally approve email notice so we are not asking for anything exceptional.  If you will not agree, we will move the court.

**Jeanifer E. Parsigian**
**Associate Attorney**
Winston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-1469
F: +1 415-591-1400

winston.com [winston.com]



**From:** Finkel, Noah A. <NFinkel@seyfarth.com>
**Sent:** Wednesday, January 22, 2020 2:25 PM
**To:** Parsigian, Jeanifer E. <JParsigian@winston.com>; Leiden, Diana Hughes <DHLeiden@winston.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>
**Cc:** Spangler, Cardelle B. <CSpangler@winston.com>; Edmondson, Kerrie K. <KEdmondson@winston.com>; Markarian, Lara <LMarkarian@winston.com>
**Subject:** RE: Class Notice

Thanks Jeanifer.  The addresses we have for these 16 are from USSF's payroll management software, Paylocity.  To the extent the addresses in it are old, it appears that is because these players did not ever provide USSF with new addresses.  That said, we're willing to agree to email class and collective action notice to Smith, O'Reilly, Hatch, Williams, Barns, Hanson, Hinkle, Leroux, and Pinto, and to restart the 30-day opt-in and opt-out clocks for them.  The others on the list below, with one exception, already are in the case and already are your clients, so of course you are able to communicate with them however you like.  The one exception is Hope Solo who, as you know, has been represented by counsel in many depositions and in some court proceedings and thus is fully aware of this case.  Thanks, Noah

**Noah Finkel** | Partner
Chicago | Ext: 735913 (+1-312-460-5913) | Mobile: +1-312-925-5036
nfinkel@seyfarth.com

**From:** Parsigian, Jeanifer <jparsigian@winston.com>
**Sent:** Wednesday, January 22, 2020 1:56 PM
**To:** Finkel, Noah A. <NFinkel@seyfarth.com>; Leiden, Diana Hughes <dhleiden@winston.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>
**Cc:** Spangler, Cardelle <cspangler@winston.com>; Edmondson, Kerrie K. <KEdmondson@winston.com>; Markarian, Lara <LMarkarian@winston.com>
**Subject:** RE: Class Notice

**[EXT. Sender]**

- Taylor Smith
- Heather O'Reilly
- Ashley Hatch
- Lynn Williams
- Lauren Barnes
- Haley Hanson
- Jaelen Hinkle

- Sydney Leroux
- Merritt Mathias
- Samantha Mewis
- Alex Morgan
- Briana Pinto
- Megan Rapinoe
- Hope Solo
- Abby Wambach
- McCall Zerboni

**Jeanifer E. Parsigian**
**Associate Attorney**
Winston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-1469
F: +1 415-591-1400

winston.com [winston.com] [nam01.safelinks.protection.outlook.com]



**From:** Finkel, Noah A. <NFinkel@seyfarth.com>
**Sent:** Wednesday, January 22, 2020 11:52 AM
**To:** Leiden, Diana Hughes <DHLeiden@winston.com>; Parsigian, Jeanifer E. <JParsigian@winston.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>
**Cc:** Spangler, Cardelle B. <CSpangler@winston.com>; Edmondson, Kerrie K. <KEdmondson@winston.com>; Markarian, Lara <LMarkarian@winston.com>
**Subject:** RE: Class Notice

Please provide me with the 16 names so we can look into and consider this further.

**Noah Finkel** | Partner
Chicago | Ext: 735913 (+1-312-460-5913) | Mobile: +1-312-925-5036
nfinkel@seyfarth.com

**From:** Leiden, Diana Hughes <dhleiden@winston.com>
**Sent:** Wednesday, January 22, 2020 1:10 PM
**To:** Parsigian, Jeanifer <jparsigian@winston.com>; Finkel, Noah A. <NFinkel@seyfarth.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>
**Cc:** Spangler, Cardelle <cspangler@winston.com>; Edmondson, Kerrie K. <KEdmondson@winston.com>; Markarian, Lara <LMarkarian@winston.com>
**Subject:** RE: Class Notice

**[EXT. Sender]**

I will also note that any regularly noticed motion in the Central District would not be heard until the end of February, at the earliest.  We do not have time to wait for four or five weeks to send reminders and notices to people who we know did not receive them.  I don't understand the refusal to agree to emails and texts given that this is the best way to reach the potential class members, given their occupations and travel schedules.

**Diana Hughes Leiden**
**Partner**
Winston & Strawn LLP
T: +1 213-615-1700
D: +1 213-615-1924
F: +1 213-615-1750
winston.com [winston.com] [nam01.safelinks.protection.outlook.com]



**From:** Parsigian, Jeanifer E. <JParsigian@winston.com>
**Sent:** Wednesday, January 22, 2020 11:05 AM
**To:** Finkel, Noah A. <NFinkel@seyfarth.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>
**Cc:** Leiden, Diana Hughes <DHLeiden@winston.com>; Spangler, Cardelle B. <CSpangler@winston.com>; Edmondson, Kerrie K. <KEdmondson@winston.com>; Markarian, Lara <LMarkarian@winston.com>
**Subject:** RE: Class Notice

Noah – we don't have additional mailing addresses from the PA, we have email addresses and some phone numbers, which are less likely to change and are the only way we have to potentially contact these individuals.  We have no way of knowing whether other addresses were good or not, as many of these individuals reached out to us directly after hearing from other players who had received notices.  This should not be a controversial request given the facts here.  We need to move on this quickly so that people have notice.  Please let us know today if you will agree to email and text notice, or we will proceed with the ex parte.

**Jeanifer E. Parsigian**
**Associate Attorney**
Winston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-1469
F: +1 415-591-1400
winston.com [winston.com] [nam01.safelinks.protection.outlook.com]



**From:** Finkel, Noah A. <NFinkel@seyfarth.com>
**Sent:** Wednesday, January 22, 2020 10:58 AM
**To:** Parsigian, Jeanifer E. <JParsigian@winston.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>
**Cc:** Leiden, Diana Hughes <DHLeiden@winston.com>; Spangler, Cardelle B. <CSpangler@winston.com>; Edmondson, Kerrie K. <KEdmondson@winston.com>; Markarian, Lara <LMarkarian@winston.com>
**Subject:** RE: Class Notice

Jeanifer, I've been out this morning and I can't stipulate to something on such a short time frame. That said, and while I would need to discuss details with our client, I can tell you that, yes, we'd be willing to agree to issuing notice in the same form, by the same means, and under the same terms to those whose addresses are no longer good as had been issued on December 3 (as well as the class notice that was sent at a later date).  In reviewing this quickly, I don't see why we'd send notices again to those who already have been sent notices to a good address, and I don't see why it would be by email or by text.  If we have a new address from the PA, wouldn't we use just that?  Or do a skip trace? Also, can you send us a list of the 16 you contend did not receive the notice? That will help us vet this further.  I don't doubt that, particularly for some players who last were associated with USSF more than a few years ago, some may have moved and may or may not have left a forwarding address.  But I can't ask our client to stipulate to anything without obtaining this detail showing us who the 16 are and then investigating that.  I would also note that we think an ex parte motion isn't the right vehicle to resolve this dispute (if our agreement to mail notice to new addresses doesn't resolve that dispute).  It would seem a normal motion would be appropriate if we still have a dispute.  Thanks, Noah


**Noah Finkel** | Partner
Chicago | Ext: 735913 (+1-312-460-5913) | Mobile: +1-312-925-5036
nfinkel@seyfarth.com

**From:** Parsigian, Jeanifer <jparsigian@winston.com>
**Sent:** Tuesday, January 21, 2020 7:10 PM
**To:** Finkel, Noah A. <NFinkel@seyfarth.com>; S-USSF Seyfarth Team <S-USSFSeyfarthTeam@seyfarth.com>
**Cc:** Leiden, Diana Hughes <dhleiden@winston.com>; Spangler, Cardelle <cspangler@winston.com>; Edmondson, Kerrie K. <KEdmondson@winston.com>; Markarian, Lara <LMarkarian@winston.com>
**Subject:** Class Notice


**[EXT. Sender]**

Noah,

Plaintiffs are reaching out again to request your agreement to stipulate to email notice to the class

and to set March 30, 2020 as the deadline for filing consent to join.  Since our prior correspondence, we have learned that at least sixteen of the FLSA claim and consent forms did not reach their intended recipients because the addresses USSF provided were not accurate or current.

Because so many of the addresses Defendant has provided have been incorrect, we request that you stipulate to email and text notice to the potential class members and to setting the deadline for filing consent to join forms to March 30, 2020.   We are attaching a draft stipulation here.

If you do not agree, we will move the court ex parte for an order.  This will serve as notice pursuant to Local Rule 7-19 of our intent to move ex parte.

Please let us know by close of business Pacific time tomorrow if you will agree to the stipulation.

Thanks,
Jeanifer

**Jeanifer E. Parsigian**

**Associate Attorney**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5840

D: +1 415-591-1469

F: +1 415-591-1400

Email | winston.com [winston.com] [nam01.safelinks.protection.outlook.com]



Please consider the environment before printing this e-mail.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.