# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-01717-RGK-AGR | Date | January 28, 2020 |
|---|---|---|---|
| Title | *Alex Morgan et al. v. United States Soccer Federation, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Plaintiffs' Ex Parte Application for Order Authorizing Electronic and Text Notifications and Setting March 30, 2020 as Opt-in Deadline for FLSA Conditional Class (DE 151)

On March 8, 2019, Plaintiffs, who are female professional soccer players on the United States Senior Women's National Soccer Team, filed this putative collective action and class action against the United States Soccer Federation, Inc. ("Defendant"). Plaintiffs assert two claims against Defendant: (1) violation of the Equal Pay Act ("EPA"), 29 U.S.C. § 206; and (2) violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e.

On November 8, 2019, the Court granted Plaintiffs' motion for class certification and conditionally certified a Fair Labor Standards Act ("FLSA") collective action. On December 1, 2019 the Court approved the parties' stipulated Title VII Class Action Notice and Notice of Pendency of an FLSA Lawsuit. Presently before the Court is Plaintiffs' *Ex Parte* Application. Plaintiffs ask that the Court (1) authorize Plaintiffs to notify potential opt-in plaintiffs of their EPA claims via an email transmitting the Notice of Pendency of an Equal Pay Act Lawsuit and Opt-In Consent Form and to send email and/or text message reminders; and (2) set March 30, 2020 as the deadline for potential opt-in plaintiffs to send in their consent forms.

Upon review, the Court **GRANTS in part** Plaintiffs' Application. Plaintiffs may notify the following potential opt-in plaintiffs of their EPA claims via an email transmitting the Notice of Pendency of an Equal Pay Act Lawsuit and Opt-In Consent Form:

1. Taylor Smith
2. Heather O'Reilly
3. Ashley Hatch
4. Lynn Williams
5. Lauren Barnes

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-01717-RGK-AGR | Date | January 28, 2020 |
|---|---|---|---|
| Title | *Alex Morgan et al. v. United States Soccer Federation, Inc.* | | |

6. Haley Hanson
7. Jaelen Hinkle
8. Sydney Leroux
9. Briana Pinto
10. Hope Solo
11. Abby Wambach

These potential opt-in plaintiffs shall have 30 days from the date the email is transmitted to opt-in to the FLSA collective action.

**IT IS SO ORDERED.**

                                                                                                                                                     :

Initials of Preparer