SEYFARTH SHAW LLP
Cheryl A. Luce
cluce@seyfarth.com
Ellen E. McLaughlin
emclaughlin@seyfarth.com
Brian M. Stolzenbach
bstolzenbach@seyfarth.com
Noah A. Finkel
nfinkel@seyfarth.com
Sharilee K. Smentek
ssmentek@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

SEYFARTH SHAW LLP
Kristen M. Peters
kmpeters@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

SEYFARTH SHAW LLP
Chantelle C. Egan (SBN 257938)
cegan@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

SEYFARTH SHAW LLP
Kyllan B. Kershaw (SBN 744304)
kkershaw@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3958
Telephone:  (404) 885-1500
Facsimile:   (404) 892-7056

Attorneys for Defendant/Respondent
UNITED STATES SOCCER FEDERATION, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al., | Case No. 2:19-cv-01717-RGK-AGR |
| Plaintiffs/Claimants, | **JOINT REPORT RE: DISCOVERY DISPUTE** |
| v. | |
| UNITED STATES SOCCER FEDERATION, INC., | Date:  January 31, 2020 |

1

61550002v.1

1

2

Defendant/Respondent.                      Time: 12:00 PM

3          Pursuant to the Court's procedures and Scheduling Notice (Doc. No. 156), the

4   parties hereby submit this Joint Report describing the discovery disputes to be addressed

5   during the telephonic discovery conference scheduled for January 31, 2020 at 12:00 p.m.:

6          1.  Defendant's request for leave of Court to take the depositions of two additional

7   deponents beyond the ten allowed under Rule 30 of the Federal Rules of Civil Procedure.

8          2.  Defendant's request to depose Meghan Klingenberg, Jessica McDonald and

9   Sam Mewis after the close of discovery, and the parties' agreement to schedule Ms.

10  McDonald's deposition following the close of discovery given her commitments to WNT

11  camp, matches and play in Olympic qualifier matches.

12         3.  Defendant's representation that Russ Sauer is not available for deposition until

13  after the close of discovery, Plaintiffs' agreement in order to accommodate his medical

14  issues and schedule, and the status of Plaintiffs' proposed stipulation memorializing that

15  agreement.

16         4.  Defendant wants to discuss the issue of whether Plaintiffs will exceed ten

17  depositions; however Plaintiffs disagree that this is a proper issue to raise with the

18  magistrate

19         5.  Plaintiff's request to schedule the deposition of third party VISA after the close

20  of discovery.

21         6.  The necessity of Defendant filing a motion before Judge Klausner regarding its

22  request to take additional depositions beyond ten and whether alterations to the Court's

23  scheduling order must be approved by Judge Klausner.

24         7.  The necessity of filing a stipulation before Judge Klausner regarding

25  depositions taken after the close of discovery, and whether alterations to the Court's

26  scheduling order must be approved by Judge Klausner.

27

28

61550002v.1

1  DATED:  January 31, 2020                WINSTON & STRAWN LLP

2                                          By: */s/Jeanifer E. Parsigian*

3                                          One of the Attorneys for Plaintiffs

4

5                                          UNITED STATES SOCCER
6                                          FEDERATION

7                                          By: */s/Sharilee K. Smentek*[1]

8                                          One of the Attorneys for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Sharilee K. Smentek attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

3