NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>Defendant. | **Case No. 2:19-CV-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXPAND PAGE LIMITS FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**<br><br>Complaint Filed: March 8, 2019 |

The Court, having considered the Parties' Joint Stipulation to Expand Page Limits, hereby GRANTS the stipulation as follows:

The page limit for the Parties' Memoranda of Points and Authorities in support of their motions for summary judgment and the Parties' Memoranda of Points and Authorities in opposition to those motions for summary judgment is expanded from twenty (20) to twenty-five (25) pages;

The page limit for the Parties' replies in support of their motions for summary judgment is expanded from ten (10) to fifteen (15) pages;

~~The page limit for Plaintiffs' Memorandum of Points and Authorities in support of their omnibus *Daubert* Motion and Defendant's Memorandum of Points and Authorities in opposition to Plaintiffs' omnibus *Daubert* Motion is expanded from twenty (20) pages to twenty-five (25) pages;~~

~~The page limit for Plaintiffs' reply in support of their omnibus *Daubert* Motion is expanded from ten (10) pages to fifteen (15) pages~~.

IT IS SO ORDERED.


Dated: February 13, 2020

_____
R. Gary Klausner
Judge of the United States District Court
Central District of California