# EXHIBIT 4

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                CASE NO.  2:19-cv-01717-RGK-AGR
       ---------------------------------------------------X
 3   ALEX MORGAN, MEGAN RAPINOE, BECKY SAUERBRUNN,
     CARLI LLOYD, MORGAN BRIAN, JANE CAMPBELL, DANIELLE
 4   COLAPRICO, ABBY DAHLKEMPER, TIERNA DAVIDSON, CRYSTAL
     DUNN, JULIE ERTZ, ADRIANNA FRANCH, ASHLYN HARRIS, TOBIN
 5   HEATH, LINDSEY HORAN, ROSE LAVELLE, ALLIE LONG, MERRITT
     MATHIAS, JESSICA McDONALD, SAMANTHA MEWIS, ALYSSA
 6   NAEHER, ELLEY O'HARA, CHRISTEN PRESS, MALLORY PUGH,
     CASEY SHORT, EMILY SONNETT, ANDI SULLIVAN and McCALL
 7   ZERBONI,

 8                      Plaintiffs,

 9                        v.

10   UNITED STATES SOCCER FEDERATION, INC.,

11                      Defendant.
       ---------------------------------------------------X
12

13

14         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

15         VIDEOTAPED DEPOSITION OF CARLOS CORDEIRO

16                      Miami, Florida

17                    January 29, 2020

18

19

20

21   REPORTED BY:  BOBBIE ZELTMAN
                    Professional Realtime Court Reporter
22

23

24   Job Number:  174949

25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 7

```
 1

 2

 3

 4

 5

 6

 7

 8

 9              THE VIDEOGRAPHER:  Will the

10       court reporter please swear in the

11       witness.

12              THE REPORTER:  Raise your right

13       hand, please.

14              Do you solemnly swear that the

15       testimony you're about to give will be

16       the truth, the whole truth and nothing

17       but the truth, so help you God?

18              THE WITNESS:  Yes.

19              THE REPORTER:  Very good.

20                CARLOS CORDEIRO,

21        having been first duly sworn by

22       Barbara R. Zeltman, Notary Public, was

23         examined and testified as follows:

24                  EXAMINATION BY

25    BY MR. KESSLER:
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 97

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17    Q    So what you were stating during

18  your campaign is that if an existing

19  collective bargaining agreement was unfair,

20  the adjustment should be made immediately,

21  not waiting for the agreement to expire.

22        Is that fair?

23    A    Yes.

24

25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 98

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18      Q    It then says, "Beyond player

19   salaries, my platform calls for equal

20   resources for our women's program from the

21   coaching staff to the training facilities to

22   the travel accommodations.  We don't need to

23   wait for CBA negotiations to make these

24   changes.  We can start now.  It's the right

25   thing to do."
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1           Do you remember making statements

2    like that?

3        A      Yes.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 299

```
 1

 2

 3

 4

 5

 6

 7

 8

 9          (Whereupon, the deposition was

10      concluded at 4:02 p.m.)

11

12          _____

13                  CARLOS CORDEIRO

14

15  Subscribed and sworn

16  to before me this

17  _____  day of _____, 2020

18

19  _____

20          Notary Public

21

22

23

24

25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 300

```
1                        ERRATA SHEET


2    Case Name:


3    Deposition Date:


4    Deponent:


5    Pg.   No.   Now Reads       Should Read   Reason


6    ____  ____  _____      _____    _____


7    ____  ____  _____      _____    _____


8    ____  ____  _____      _____    _____


9    ____  ____  _____      _____    _____
10   ____  ____  _____      _____    _____
11   ____  ____  _____      _____    _____
12   ____  ____  _____      _____    _____
13   ____  ____  _____      _____    _____
14   ____  ____  _____      _____    _____
15   ____  ____  _____      _____    _____
16   ____  ____  _____      _____    _____
17   ____  ____  _____      _____    _____
18   ____  ____  _____      _____    _____
19   ____  ____  _____      _____    _____
20

                                 _____
21                               Signature of Deponent

22   SUBSCRIBED AND SWORN BEFORE ME

23   THIS _____ DAY OF _____, 2020.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 301

```
 1                    C E R T I F I C A T E

 2    STATE OF FLORIDA    )
                                  : ss.
 3    COUNTY OF BROWARD    )

 4              I, BARBARA R. ZELTMAN, a

 5         Professional Realtime Court Reporter and

 6         Notary Public, within and for the State

 7         of Florida, do hereby certify:

 8              That CARLOS CORDEIRO, the witness

 9         whose deposition is hereinbefore set

10         forth, was duly sworn by me and that such

11         deposition is a true record of the

12         testimony given by the witness.

13              I further certify that I am not

14         related to any of the parties to this

15         action by blood or marriage, and that I

16         am in no way interested in the outcome of

17         this matter.

18              IN WITNESS WHEREOF, I have hereunto

19         set my hand this 30th day of January,

20         2020

21

22         _____

23         BARBARA R. ZELTMAN
           Professional Realtime Reporter
           and Notary Public
24         COMM NO. GG 132922
           EXP:  August 9, 2021

25
```