Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543
Tel: (213) 615-1700
Fax: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al., <br><br>            Plaintiffs, <br><br> v. <br><br> UNITED STATES SOCCER FEDERATION, INC., <br><br>            Defendant. | Case No. 2:19-CV-01717-RGK-AGR <br><br> Judge R. Gary Klausner <br><br> **PLAINTIFFS' UNOPPOSED APPLICATION TO FILE UNDER SEAL** <br><br> Local Rule 79-5.2.2(b) <br><br> [Filed concurrently with Declaration of Diana Hughes Leiden and Proposed Order] |

TO THE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Local Rule 79-5.2.2(b), Plaintiffs Alex Morgan, et al., hereby request that this Court enter an order permitting them to file under seal the unredacted versions of Exhibits 8, 11, 12, 20, 26, 27, 28 and 31 to the Declaration of Diana Hughes Leiden in Support of Plaintiffs' Motion for Partial Summary Judgment.

## I.   Factual Background

On October 10, 2019, Magistrate Judge Alicia G. Rosenberg entered the parties' Stipulated Protective Order. *See* ECF No. 79. The Stipulated Protective Order defines "Confidential Information" as "information (regardless of how it is generated, stored, or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c), and as specified above in the Good Cause Statement." *Id*. at 3. Such information, according to the Good Cause statement, includes "U.S. Soccer Federation non-public records, policies and processes concerning the United States Senior Women's National Team ("USWNT") and United States Men's National Team ("USMNT") and/or personally-identifying information from the personnel files of one or more members of the USWNT and/or USMNT. *Id*. at 2. It also includes, "confidential business or financial information (but excludes the audited financials available at www.ussoccer.com); non-public information that could cause financial and competitive harm if disclosed; information concerning the evaluation and selection of athletes; information concerning athlete training and development; information regarding confidential business practices, or other confidential strategic, development, or commercial and sponsorship agreements or information (including information implicating confidentiality obligations to, or privacy rights of, third parties); and, information otherwise generally unavailable to the public, or which may be privileged or otherwise protected from disclosure under state or federal statutes, court rules, case decisions, or common law." *Id*. at 2-3. The Stipulated Protective Order permits the parties to designate such "Confidential

Information" as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY." *Id*. at 3, 9.

USSF has designated certain deposition testimony and documents as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Stipulated Protective Order. Under the Stipulated Protective Order, the parties must seek permission from the Court in order to file such designated documents under seal. *Id*. at 2.

## II. USSF Has Requested that Plaintiffs File Documents Supporting Their Motion for Partial Summary Judgment Under Seal

Exhibits 8, 11, 12, 20, 26, 27, 28 and 31 to the Leiden Declaration in Support of Plaintiffs' Motion for Partial Summary Judgment are documents and deposition testimony that were designated by Defendant United States Soccer Federation ("USSF") as Confidential or Highly Confidential pursuant to the terms of the Stipulated Protective Order in their entirety. Declaration of Diana Hughes Leiden in Support of Plaintiffs' Unopposed Application to File Under Seal filed concurrently herewith, at ¶ 2. These documents are set forth in the concurrently-filed Proposed Order.

Pursuant to Local Rule 79-5.2.2(b), Plaintiffs' counsel informed USSF's counsel of Plaintiffs' intent to attach certain documents and testimony designated under the Stipulated Protective Order in connection with their Motion for Partial Summary Judgment. *See id*. ¶ 3. Counsel for USSF requested that Plaintiffs file certain of those exhibits under seal in their entirety, and requested that Plaintiffs redact certain portions of other exhibits. *Id*.

Pursuant to Local Rule 79-5.2.2(b), USSF must file a declaration establishing that all or part of the designated material is sealable by Monday, February 24, 2020.

| | | |
|---|---|---|
| 1 | Dated: February 20, 2020 | **WINSTON & STRAWN LLP** |

By: <u>*/s/ Diana Hughes Leiden*</u>
Jeffrey L. Kessler
David G. Feher
Cardelle B. Spangler
Diana Hughes Leiden
Jeanifer E. Parsigian
Lev Tsukerman
Counsel for Plaintiffs

*Attorneys for Plaintiffs*
ALEX MORGAN, et al.