Jeffrey L. Kessler (admitted *pro hac vice*)
jkessler@winston.com
David G. Feher (admitted *pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294- 6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (admitted *pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, Los Angeles, CA 90071
Tel:   (213) 615-1700
Fax:   (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>        Plaintiffs/Claimants,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>        Defendant/Respondent. | **Case No. 2:19-cv-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**DECLARATION OF DIANA HUGHES LEIDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  March 30, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850 |

I, Diana Hughes Leiden, hereby declare, under penalty of perjury, as follows:

1. I am a partner at Winston & Strawn LLP, counsel for the Plaintiffs Alex Morgan, et al. in this matter. I am over the age of eighteen years old and I have personal knowledge of each and every fact stated in this declaration. If called to testify, I could testify competently thereto. I make this declaration in support of Plaintiffs' Motion for Partial Summary Judgment.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of Defendant United States Soccer Federation, Inc. ("USSF") through Tom King on January 23, 2020.

3. Attached as **Exhibit 2** is a true and correct copy of the 2013-2016 Memorandum of Understanding entered into between the U.S. Women's National Team Players Association and USSF on March 19, 2013, produced by the U.S. Women's National Team Players Association (Plaintiffs' Exhibit 117, beginning with Bates number WNTPA_00004575).

4. Attached as **Exhibit 3** is a true and correct copy of the 2005-2012 Collective Bargaining Agreement entered into between the U.S. Women's National Team Players Association and USSF produced by USSF (Plaintiffs' Exhibit 75, beginning with Bates number USSF_Morgan_028424).

5. Attached as **Exhibit 4** is a true and correct copy of the 2017-2021 Collective Bargaining Agreement entered into between the U.S. Women's National Team Players Association and USSF on April 4, 2017 produced by USSF (Plaintiffs' Exhibit 31, beginning with Bates number USSF_Morgan_000587).

6. Attached as **Exhibit 5** is a true and correct copy of the 2011-2018 Collective Bargaining Agreement entered into between the U.S. National Team Players Association and USSF on November 20, 2011 produced by USSF (Plaintiffs' Exhibit 32, beginning with Bates number USSF_Morgan_000530).

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition of John Langel on November 21, 2019.

8. Attached as **Exhibit 7** is a true and correct copy of a November 15, 2004 letter to the United States Olympics Committee from John Langel, produced by the U.S. Women's National Team Players Association (beginning with Bates number WNTPA_00010895).

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from the individual deposition of Tom King on January 23, 2020.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of notes from various collective bargaining negotiations between the U.S. Women's National Team Players Association and USSF produced by USSF (Plaintiffs' Exhibit 121, beginning with Bates number USSF_Morgan_005638).

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of USSF through Sunil Gulati on December 17, 2019.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts from the deposition of Carlos Cordeiro on January 29, 2020.

13. Attached as **Exhibit 12** is a true and correct copy of an e-mail chain dated December 21, 2017 and titled "Why I'm running for President of US Soccer" produced by USSF (Plaintiffs' Exhibit 124, beginning with Bates number USSF_Morgan_044331).

14. Attached as **Exhibit 13** is a true and correct copy of a printout of an ESPN article titled "*Carlos Cordeiro, USSF presidential candidate, answers ESPN's questions*" produced by USSF (Plaintiffs' Exhibit 127, beginning with Bates number USSF_Morgan_044356).

15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the deposition of Praptika (Pinky) Raina on January 21, 2020.

16. Attached as **Exhibit 15** is a true and correct copy of a chart detailing the match history for the U.S. Senior Women's National Soccer Team from 2014 through 2019 produced by USSF (Bates number USSF_Morgan_070835).

17. Attached as **Exhibit 16** is a true and correct copy of excerpts from the deposition of Jill Ellis on January 15, 2020.

18. Attached as **Exhibit 17** is a true and correct copy of excerpts from the deposition of Alex Morgan on December 19, 2019.

19. Attached as **Exhibit 18** is a true and correct copy of excerpts from the deposition of Carli Lloyd on December 20, 2019.

20. Attached as **Exhibit 19** is a true and correct copy of excerpts from the individual deposition of Sunil Gulati on December 18, 2019 (Volume II).

21. Attached as **Exhibit 20** is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of USSF through Jay Berhalter.

22. Attached as **Exhibit 21** is a true and correct copy of a chart detailing the match history for the U.S. Senior Men's National Soccer Team from 2014 through 2019, produced by USSF (Bates number USSF_Morgan_070834).

23. Attached as **Exhibit 22** is a true and correct copy of USSF's January 31, 2020 Supplemental Responses to Plaintiffs' First Set of Interrogatories.

24. Attached as **Exhibit 23** is a true and correct copy of USSF's organization chart, produced by USSF (Bates number USSF_Morgan_005792).

25. Attached as **Exhibit 24** is a true and correct copy of excerpts from USSF's 2020 Annual General Meeting Book of Reports (Plaintiffs' Exhibit 113).

26. Attached as **Exhibit 25** is a true and correct copy of USSF's May 31, 2016 letter to the Equal Employment Opportunity Commission, produced by USSF (Bates number USSF_Morgan_004237).

27. Attached as **Exhibit 26** is a true and correct copy of the March 30, 2004 U.S. Soccer/Soccer United Marketing ("SUM") Licensing Agreement, produced by USSF (beginning with Bates number USSF_Morgan_000875).

28. Attached as **Exhibit 27** is a true and correct copy of the October 19, 2007 U.S. Soccer/SUM Licensing Agent Agreement produced by USSF (beginning with Bates number USSF_Morgan_000906).

29. Attached as **Exhibit 28** is a true and correct copy of the January 1, 2015 USSF/SUM Master Rights Agreement produced by USSF (beginning with Bates number USSF_Morgan_000933).

30. Attached as **Exhibit 29** is a true and correct copy of excerpts from the deposition of Megan Rapinoe on January 16, 2020.

31. Attached as **Exhibit 30** is a true and correct copy of excerpts from the deposition of Rich Nichols on December 4, 2019.

32. Attached as **Exhibit 31** is a true and correct copy of excerpts from a slidedeck titled "Business Review Meeting August 20, 2019" produced by USSF (beginning with Bates number USSF_Morgan_022060).

33. Attached as **Exhibit 32** is a true and correct copy of a summary chart prepared by Plaintiffs pursuant to Federal Rule of Evidence 1006 detailing net revenue for the U.S. Senior Women's National Team and the U.S. Senior Men's National Team for fiscal years 2015 through 2020 (through October 31, 2019). The figures listed in this summary chart were taken from the following Bates numbered documents produced by USSF: USSF_Morgan_041681, USSF_Morgan_041694, USSF_Morgan_041706, USSF_Morgan_041728, USSF_Morgan_041740, USSF_Morgan_041747, USSF_Morgan_063037, and USSF_Morgan_057259–USSF_Morgan_057263.

34. Attached as **Exhibit 33** is a true and correct copy of excerpts from the individual deposition of Sunil Gulati on December 17, 2019 (Volume I).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of February, 2020 in Los Angeles, California.

                                              */s/ Diana Hughes Leiden*
                                              Diana Hughes Leiden