# EXHIBIT 1

CONFIDENTIAL

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4    ALEX MORGAN, et al.,            )
                                     )
5          Plaintiffs,               )
                                     )
6            vs.                     )   No. 2:19-cv-01717-RGK-AGR
                                     )
7    UNITED STATES SOCCER            )
     FEDERATION, INC.,               )
8                                    )
             Defendant.              )
9

10

11

12

13     VIDEOTAPED RULE 30(b)(6) DEPOSITION OF TOM KING

14               Chicago, Illinois

15          Thursday, January 23rd, 2020

16

17

18

19     THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL

20          UNDER PROTECTIVE ORDERS IN THE

21        MORGAN CASE AND THE SOLO CASE

22

23

24   REPORTED BY:  GREG S. WEILAND, CSR, RMR, CRR

25   JOB NO.:      173931

CONFIDENTIAL

Page 10

1    will be the 30(b)(6) deposition of the witness.

2    The practice we've been following is to do a

3    separate deposition in effect back to back when

4    the witness is both the 30(b)(6) designee and

5    also has individual deposition as well.

6         So we will start with that.

7              (Witness sworn.)

8                   TOM KING

9    after being first duly sworn, testified as follows:

10                   EXAMINATION

11   BY MR. KESSLER:

12        Q.    Good morning, Mr. King.

13        A.    Good morning.

14        Q.    We've just met.  My name is Jeffrey

15   Kessler.  I'm counsel for the plaintiffs in this

16   matter.

17             Mr. King, would you state your name and

18   address for the record, please.

19        A.    Sure.  My name is Tom King.  I live at

20   4223 Falkner Drive, Naperville, Illinois 60564.

21        Q.    Okay.  Have you been deposed on prior

22   occasions?

23        A.    One time before.

24        Q.    What type of case?

25             MR. STOLZENBACH:  If you know what type of

CONFIDENTIAL

Page 34

1    Q.    The men's agreement is for the period, on

2  its face, from January 1, 2011, through

3  December 31st, 2018; is that correct?

4    A.    That is correct.

5    Q.    Now, since that agreement has expired, has

6  the USSF continued to adhere to the terms of this

7  agreement with respect to the men's national team,

8  at least with respect to compensation --

9        MR. STOLZENBACH:  I'm going to object to

10    for.

11  BY MR. KESSLER:

12    Q.    -- terms?

13        MR. STOLZENBACH:  Object to form.  But you

14    can answer.

15  BY MR. KESSLER:

16    Q.    Let me ask it differently.

17        What's your understanding of how the men's

18  team is being compensated since this agreement

19  expired?

20    A.    My understanding is we've kept the same

21  payment schedule for all of the different categories

22  of games and tournaments and have continued to pay

23  based on the terms and conditions on the financial

24  requirements of the CBA.

25    Q.    Okay.  So if I wanted to know how much a

CONFIDENTIAL

Page 35

1    member of the men's team was being paid in

2    connection with a particular competition in 2019

3    after this agreement expired, it would be the same

4    way they were compensated under this agreement prior

5    to 2019, correct?

6         A.   That is correct.

7              MR. STOLZENBACH:   I'm going to object to

8         form just because, Jeffrey, there's, you know,

9         a separate schedule for '11 to '14 in the CBA

10        and '15 to '18, so that may make your question

11        a little unclear.

12   BY MR. KESSLER:

13        Q.   Okay.   After 2018, they would be

14   compensated in 2019 going forward the same way they

15   are compensated for under this agreement in the year

16   2018; is that correct?

17        A.   That is correct.   There is one small

18   nuance here that would deviate from that in terms of

19   the verbiage.   We pay a specific amount for Round 1

20   World Cup qualifiers.   There are no Round 1

21   World Cup qualifiers for the men in this particular

22   cycle.  So we have -- and it was replaced.   Those

23   dates were replaced by a tournament called the

24   CONCACAF Nations League.

25              And if you finish in the top six teams on

CONFIDENTIAL

Page 47

1    the money that it receives, correct?

2         A.    Correct.

3         Q.    Okay.  Okay.  Let's go back to the men's

4    CBA, which is Plaintiff Exhibit 32.

5              Now, the men's CBA, if you look at Page 9

6    of the -- well, let me see what this document is.

7    It's towards the back.  It's Bates stamp number 572.

8              Do you know what this chart is on -- that

9    runs from Bates stamp number 572 through 574?

10        A.    Yes.

11        Q.    What is this?

12        A.    This is our payment schedule for all the

13   various team outcomes for all the various

14   competitions that the men's team participates in.

15        Q.    Okay.  Would this chart in the men's

16   agreement that you just referred to be the

17   equivalent to what was Exhibit A to the women's CBA

18   we looked at, the chart that's on Page 53 of that

19   collective bargaining agreement?

20             MR. STOLZENBACH:  Object to form.

21             THE WITNESS:  Can you explain what you

22        mean by "equivalent"?

23   BY MR. KESSLER:

24        Q.    In other words, does it serve the same

25   function in summarizing the compensation terms for

CONFIDENTIAL

Page 48

1    the members of each of the respective teams?

2              MR. STOLZENBACH:  Object to form.

3              THE WITNESS:  I think that's fair to say

4        that would be the case, yeah.

5    BY MR. KESSLER:

6        Q.    Okay.  So if I wanted to compare for 2017

7    through 2019 the compensation paid to the women's

8    team to the compensation that would be paid to the

9    men's team during that period of time, would it be

10   correct that I would look at the column under the

11   men's chart for 2015 to '18 and compare that to the

12   terms of Exhibit A on the women's national team

13   agreement?

14             MR. STOLZENBACH:  Object to form.

15             THE WITNESS:  For years '17 through '19?

16   BY MR. KESSLER:

17       Q.    Yes.

18       A.    Yes, with just the understanding though

19   that the men is out of contract now and that we are

20   still paying against the schedule based on what we

21   would have paid in 2018.

22       Q.    Right.  Now, the men's agreement does not

23   provide for any terms regarding participation in the

24   Olympics, correct?

25       A.    That is correct.

CONFIDENTIAL

Page 68

1    particular chart, but let him mark it first.

2           MR. STOLZENBACH:  We will object to the

3    use of this exhibit because we don't think it

4    complies with Rule 1006 of the Federal Rules of

5    Evidence.

6           MR. KESSLER:  Okay.  You can reserve

7    whatever objections you want, but we eventually

8    get to what's admissible and what's not

9    admissible.

10                      (Plaintiff Exhibit 116 was

11                      marked for identification.)

12           MR. KESSLER:  And I would say prior --

13    this I will agree to -- prior to any

14    admissibility at trial, you get to check the

15    accuracy and make sure that you agree the

16    numbers are correct.

17           MR. STOLZENBACH:  I don't think that's the

18    only problem with it, but we can have that

19    debate later.

20           MR. KESSLER:  Yes.

21    BY MR. KESSLER:

22    Q.   And I asked you to have the charts out so

23    you can refresh your recollection on some of these

24    numbers, okay.

25           So the first thing I want to ask you about

CONFIDENTIAL

Page 69

1  is the friendly appearance fees.  And on this chart,

2  I'm just comparing the players on the men's national

3  team versus the non-contract players on the women's

4  national team.

5          Do you see it says "non-contract players"?

6  A.    Yes.

7  Q.    I'll ask you later about the contract

8  players in a separate set of questions about this.

9          Am I correct that in 2017 and '18 the

10  friendly appearance fees for the women were 3,750 in

11  comparison to $5,000 for the members of the men's

12  national team?

13          MR. STOLZENBACH:  Object to form.

14          THE WITNESS:  Yes, for players that have

15      eight caps or more.

16          (Stenographer clarification.)

17          THE WITNESS:  Eight caps or more for

18      3,750.

19  BY MR. KESSLER:

20  Q.    Okay.

21  A.    If you have one to seven caps, you get

22  3,250, and if you have eight or more, you get 3,750.

23  Q.    Thank you.  And "caps" means number of

24  appearances on the team?

25  A.    Correct, the number of times you've been

CONFIDENTIAL

Page 70

1    named to the roster.

2         Q.   Than you.  Now, for -- the men get 5,000

3    no matter how many caps they have, correct?  It's

4    not differentiated?

5         A.   That is correct.

6         Q.   So a man who had one cap --

7         A.   Can I just clarify one thing?

8              MR. STOLZENBACH:  Just --

9              THE WITNESS:  I just want to be

10             100 percent sure because you asked the question

11             about the number of times that you're on the

12             roster.  For this particular amount, it's based

13             on caps.  It's based on the number of times you

14             actually play for the national team.

15   BY MR. KESSLER:

16        Q.   Yes.

17        A.   You're not capped if you just make a

18   roster, all right.

19        Q.   You have to play a game?

20        A.   Correct.  All right.  So it's eight times

21   that you've been on the field, not the number of

22   times you've been on the roster.

23        Q.   So a man who played no prior games would

24   get $5,000.  And if a woman is a non-contracted

25   player on the team during '17-'18 and had fewer than

CONFIDENTIAL

1  eight appearances in games, that woman would only

2  get $3,250, correct?

3       A.   That is correct.

4       Q.   Okay.  And in 2019 to '20, okay, a woman

5  with -- is it also eight or more caps?

6       A.   Correct.

7       Q.   Okay, would get $4,000 as a non-contracted

8  player, and a man would get $5,000 to the appearance

9  regardless as to whether the man had any caps or

10 not, correct?

11      A.   Correct.

12      Q.   And for less than eight appearances in

13 games, what would the non-contracted player woman

14 get in 2019-2020?

15      A.   3,500.

16      Q.   3,500, okay.  So in that case, $1,500 less

17 than what a man would get for appearing in a

18 friendly, correct?

19      A.   Correct.

20      Q.   Okay.  Now moving to Tier 1 friendlies,

21 and these are the women tie bonuses, and for women

22 tie bonuses, the same are paid to the women whether

23 they're contracted or non-contracted players,

24 correct?

25      A.   That is correct.

CONFIDENTIAL

1      Q.   And the same amount is paid whether you

2   have caps or non-caps; is that correct?

3      A.   Correct.

4      Q.   Okay.  And so for the Tier 1 friendlies, a

5   man would get $12,625 for a win, and a woman would

6   only get 8,500; is that correct?

7           MR. STOLZENBACH:  Object to form.

8           THE WITNESS:  Correct.

9   BY MR. KESSLER:

10     Q.   And for a tie, a man would get $3,125 for

11  a tie, and a woman on the women's national team

12  would only get 1,750 for a tie, correct?

13          MR. STOLZENBACH:  Object to form.

14          THE WITNESS:  Correct.

15  BY MR. KESSLER:

16     Q.   And Tier 1 friendlies are defined in the

17  agreement for the women and the men based on the

18  rankings set forth in this chart, correct?

19     A.   Correct.

20     Q.   Okay.  For Tier 2 friendlies, this would

21  also apply to all women's national team players

22  whether they have a contract or not, correct?

23     A.   Correct.

24     Q.   For Tier 2 friendlies, a man who gets a

25  win would get 7,500, and a woman would get 5,250,

CONFIDENTIAL

Page 73

1    correct --

2              MR. STOLZENBACH:  Object.

3    BY MR. KESSLER:

4        Q.   -- for the period of the 2017 women's

5    national team CBA?

6              MR. STOLZENBACH:  Object to form.

7              THE WITNESS:  Correct.

8    BY MR. KESSLER:

9        Q.   And for a tie, the men and women would get

10   the same thing for Tier 2 friendlies, 1,250,

11   correct?

12             MR. STOLZENBACH:  Object to form.

13             THE WITNESS:  Correct.

14   BY MR. KESSLER:

15       Q.   Now, for a Tier 3 friendly --

16             MR. STOLZENBACH:  Tom, don't write on the

17        exhibit.

18             THE WITNESS:  Sorry.

19             MR. KESSLER:  Excuse me?

20             MR. STOLZENBACH:  I told him -- he has

21        been writing on the exhibits --

22             MR. KESSLER:  Don't write on the exhibits,

23        please.

24             MR. STOLZENBACH:  -- as he checks things

25        off.

CONFIDENTIAL

Page 74

```
 1            MR. KESSLER:  You can check, but please
 2       don't write on the exhibits.
 3            If he did, we will replace it with one
 4       afterwards that you agree is correct.
 5  BY MR. KESSLER:
 6       Q.   For Tier 3 friendlies, for a win, a
 7  Tier 3, the women actually would make a little bit
 8  more than the men, 5,250 versus 4,375, correct?
 9            MR. STOLZENBACH:  Object to form.
10            THE WITNESS:  That is correct.
11  BY MR. KESSLER:
12       Q.   But for a tie, the women would get nothing
13  while the men would get 1,250, correct?
14            MR. STOLZENBACH:  Object to form.
15            THE WITNESS:  Correct.
16  BY MR. KESSLER:
17       Q.   Okay.  Now let's move down to World Cup
18  qualifiers next.
19            Is it correct that under the women's
20  agreement the women would get, for qualifying games,
21  $3,000 for a win and $500 for a tie; is that
22  correct?
23       A.   Correct.
24            MR. STOLZENBACH:  Object to form.
25
```

CONFIDENTIAL

Page 75

1    BY MR. KESSLER:

2         Q.   And the men for Round 1 of men's World Cup

3    qualifying would get $15,625 for a win, $7,500 for a

4    tie, and $5,000 for a loss; is that correct?

5              MR. STOLZENBACH:  Object to form.

6              THE WITNESS:  Correct.

7    BY MR. KESSLER:

8         Q.   So that means, if I read this correctly,

9    that on the men's team, the players get more money,

10   $5,000, for losing a qualifying game in the first

11   round than the women get for winning a World Cup

12   qualifier, correct?

13             MR. STOLZENBACH:  Object to form.

14             THE WITNESS:  That is correct.

15   BY MR. KESSLER:

16        Q.   Now, with respect to Round 2, the men

17   would get $18,125 for winning, $10,000 for tying,

18   and $5,000 for losing; is that correct?

19        A.   Correct.

20        Q.   And, again, the women never get more than

21   $3,000 for a World Cup qualifying game, correct?

22             MR. STOLZENBACH:  Object to form.

23             THE WITNESS:  Correct.

24   BY MR. KESSLER:

25        Q.   Okay.  Now looking at the qualifying

CONFIDENTIAL

1  bonus, is it correct in this period that the men's

2  team would get a total of $2 million distributed to

3  the players for qualifying for the World Cup on the

4  men's team?

5         A.   Can you repeat the amount?

6         Q.   $2 million.

7         A.   That's not my understanding.

8         Q.   Okay.  What is your understanding?

9         A.   2.5 million.

10        Q.   2.5 million?

11        A.   Uh-huh.

12        Q.   Okay.  We will correct that chart.

13             And with respect to the women, do we have

14  the total right that they get for qualifying a total

15  of $750,000?

16             MR. STOLZENBACH:  Object to form.

17             THE WITNESS:  Correct.

18  BY MR. KESSLER:

19        Q.   Okay.  Now, these World Cup qualifying

20  bonuses in your understanding would be distributed

21  to the individual players in each team, correct?

22        A.   Correct.

23        Q.   Okay.  Now, with respect to the roster

24  bonus, is it correct that the men receive or would

25  receive a $68,750 bonus for being on the World Cup

CONFIDENTIAL

Page 77

1   roster, but the women would only receive 37,500 for

2   being on the World Cup roster?

3       A.   Correct.

4       Q.   With respect to World Cup games, is it

5   correct that the men for first place would receive

6   $9,375,000 in total while the women would receive

7   $2,530,000 in total for winning the World Cup?

8       A.   Correct.

9       Q.   And is it correct that if the men finished

10  in second place, they would receive in total

11  6,250,000 while the women would receive for second

12  place 1,150,000?

13      A.   Correct.

14      Q.   So as I understand this is that the men

15  for finishing in second place would receive more

16  than twice the bonus that the women would receive

17  for winning the entire World Cup in first place,

18  correct?

19      A.   Correct.

20      Q.   Now, for third place, the men would

21  receive 1,250,000 in total, and the women's team

22  would receive $575,000 in total, correct?

23      A.   Correct, yeah.

24      Q.   Now, in the women's World Cup games, there

25  are no specific bonuses for semifinal, quarterfinal

CONFIDENTIAL

Page 78

1    or second round, and is that because of the

2    different playing structure of the women's

3    tournament and the men's tournament?

4        A.    Sorry, can I just go back one number?

5        Q.    Yes.

6        A.    The third place, I just want to verify,

7    the third place for the women in the World Cup, you

8    had asked the question --

9        Q.    Yes.  575,000 total.  Is that not correct?

10       A.    Correct.

11       Q.    It is correct?

12       A.    Yes, it is correct.  Thank you.

13       Q.    Do you know why there are no semifinal

14   bonuses, quarterfinal bonuses or second round

15   bonuses for the women's national team?  Is that

16   because it's a different structure of the games?

17       A.    First of all, this is part of an overall

18   negotiation with all of the elements, and I recall

19   in those discussions that both parties agreed that

20   the bonuses would kick in for the later rounds.

21       Q.    Okay.  So let me ask you this:  Is it

22   correct then that if the men's make the semifinal,

23   they get a $5,625,000 bonus in total, but the women,

24   if all they do is make the semifinal and lose in

25   that game they don't get any bonus?

CONFIDENTIAL

Page 79

1        MR. STOLZENBACH:  Object to form.

2        THE WITNESS:  If you lose the semifinal

3     game in the women's World Cup, you do not get

4     any bonuses, correct.

5  BY MR. KESSLER:

6     Q.   Right.  While the men would get a

7  $5,625,000 bonus for losing the semifinal game?

8        MR. STOLZENBACH:  Object to form.

9        THE WITNESS:  Correct.

10  BY MR. KESSLER:

11     Q.   Okay.  And with respect to the

12  quarterfinal, the men get a $5 million bonus for

13  making the quarterfinal; is that correct?

14     A.   That is correct.

15     Q.   And the women don't get any bonus in

16  making the quarterfinal, correct?

17     A.   That is correct.

18     Q.   And with respect to the second round

19  bonus, the men get $4,500,000 in a bonus, correct?

20     A.   Can you repeat the amount?

21     Q.   For making the second round, the men

22  get -- of the World Cup, the men get a $4,500,000

23  bonus in total?

24     A.   Correct.

25     Q.   And there's no equivalent bonus in the

CONFIDENTIAL

Page 80

1    women's game, correct?

2         A.    That is correct.

3         Q.    Okay.  Moving -- and all of the World Cup

4    bonuses, to your knowledge, for both men and women

5    are distributed to the individual players, correct?

6         A.    That is my understanding, yes.

7         Q.    Okay.  Now, by the way, these World Cup

8    bonus amounts -- strike that.

9              Next question, going down now, it says

10   there's a World Cup per-game payment.

11             Is it correct that for the men, all of the

12   players get a $6,875 payment just for playing in the

13   World Cup, correct, in a game, each game?

14        A.    Correct.

15        Q.    Okay.  And for the women, the

16   non-contracted players get 4,500 for playing in each

17   game of the World Cup, correct?

18        A.    Can you repeat the amount?

19        Q.    $4,500 for the non-contract.

20        A.    Correct, yes.

21        Q.    And for the contracted players, they don't

22   get any specific per-game payment for playing in the

23   World Cup, correct?

24        A.    That is correct.

25        Q.    Okay.  That's on the women's team, the

CONFIDENTIAL

Page 81

1   contracted players that's referring to, correct?

2        A.   Yes.

3        Q.   Okay.  Now, looking at non-World Cup

4   tournaments, okay, with respect to the Copa América

5   tournament, the men would receive a $14,125 bonus

6   for winning the Copa América tournament -- no, for

7   winning a game, I guess in a Copa América

8   tournament; is that correct?

9        A.   Correct.

10       Q.   And they receive a 6,563 bonus for tying a

11  Copa América, correct?

12       A.   Yes.

13       Q.   And they receive $5,000 simply for playing

14  even if they lose a game in the Copa América

15  tournament, correct?

16       A.   Correct.

17       Q.   Now, the Copa América tournament is run

18  regionally.

19            Could you describe who's in the

20  Copa América tournaments?

21       A.   Sure.  Copa América is the official

22  confederation tournament of the Confederation of

23  CONMEBOL, which is South America, and it's held

24  every other year.  There's an anomaly here in that

25  in 2016 -- it's held in the odd years.  It was held

CONFIDENTIAL

Page 82

1    here in the United States in 2016 as Copa Centenario

2    as a 100-year celebration.  But it's a tournament

3    that -- because there's only ten teams in the

4    CONMEBOL, they always invite two.

5            So this provision was always with the mind

6    set that we could at some point be invited to

7    participate in Copa América down the road.  It

8    didn't envision hosting Copa in 2016.

9        Q.   Copa América is not a world event?

10       A.   No.

11       Q.   It doesn't invite teams from all over the

12   world?

13       A.   It's just one of the six confederation

14   championships.

15       Q.   Now, the Olympics is a world event,

16   correct?

17       A.   Correct, correct.

18       Q.   Now, for the Olympics, the women for a win

19   get $3,000 in an Olympics game in a qualifying game

20   and get $500 in a qualifier tie; is that correct?

21       A.   Correct.

22       Q.   And if you look at the next page -- wait a

23   minute.  I'm sorry.

24            Now, so am I correct that, going back to

25   the same page, that a man playing in the

CONFIDENTIAL

Page 83

1    Copa América tournament for winning would get more

2    than four times what a woman would get for winning

3    in an Olympic qualifier event; is that correct?

4         A.   You're comparing the 25,000 win bonus?

5         Q.   No, the 14,125 per game win bonus to the

6    Olympic qualifier win.

7         A.   Correct.

8         Q.   Okay.  Looking at the next page now, the

9    qualification bonus for the Olympics for the women's

10   national team is $35,000; is that correct?

11        A.   I believe it's 25.

12        Q.   Excuse me?

13        A.   Is it 25 for the women to qualify?

14             MS. PARIGIAN:  Yes, I believe that's

15        incorrect on the chart.  It's 25,000.

16   BY MR. KESSLER:

17        Q.   It should be $25,000?

18        A.   Correct.

19        Q.   Okay, $25,000.

20        A.   I'm not going to mark on it mine.

21        Q.   And what is the roster?  Is that the same?

22             MS. PARIGIAN:  Yes, the roster is also

23        25,000.

24   BY MR. KESSLER:

25        Q.   And there's also a roster bonus of

CONFIDENTIAL

Page 84

1    $25,000; is that correct?

2        A.   Correct, for the Olympics for the women,

3    yes.

4        Q.   And for winning the Olympics, the women

5    would get $100,000 for the gold, $55,000 for silver,

6    and $25,000 for bronze; is that correct?

7        A.   Correct.

8        Q.   For the SheBelieves Cup, there's a first

9    place bonus of $5,000; is that correct?

10       A.   Correct.

11       Q.   And for the Four Nations Tournament,

12   there's a first place bonus of $5,000; is that

13   correct?

14       A.   Correct.

15       Q.   Now, going back to the Copa América

16   tournament, the men would receive a second round

17   bonus of 12,500, correct?

18       A.   12,500, correct.

19       Q.   Right?

20       A.   Yes.

21       Q.   And for the gold they would win 25,000,

22   silver 15,000, bronze 11,250, and fourth place

23   6,875, correct?

24       A.   Correct.

25       Q.   Okay.  Now, what is the Confederation Cup?

CONFIDENTIAL

Page 85

1      A.    The Confederation Cup, it has been

2   disbanded.   This was a tournament that FIFA

3   traditionally had in the host nation of the

4   World Cup.

5           So in 2010, we qualified for the 2 -- for

6   the 2009 -- the World Cup was in South Africa in

7   2010.   We qualified for the Confederations Cup for

8   2009 by winning the Gold Cup, our confederation

9   tournament, the previous year.   The Confederation

10  Cup, which is a tournament hosted by FIFA, is for

11  the six confederation champions of each area.

12          So this was to be a dry run for the

13  World Cup host to host a smaller tournament, albeit

14  12 months prior to hosting the World Cup.

15      Q.    Okay.   And for the Confederation Cup, the

16  men received, when it was played, a per-game bonus

17  of 15,375 for winning, 6,875 for tying, and 5,000

18  for losing; is that correct?

19          MR. STOLZENBACH:   Object to form just

20      because you said "when it was played," and I

21      don't know that this contract covered when the

22      U.S. men's national team played in it.

23  BY MR. KESSLER:

24      Q.    Well, let me ask you, when was the

25  Confederation Cup last played?

CONFIDENTIAL

Page 86

1        A.    The last Confederation Cup was 2013.

2        Q.    '13?

3        A.    And we didn't qualify.

4        Q.    You did not qualify?

5        A.    We played in the 2009 edition.

6        Q.    Okay.  Had the men qualified in 2013, it

7   would have applied, but I understand you're saying

8   it wasn't played during this later period of time?

9        A.    Correct.

10       Q.    Okay.  So we can skip the Confederation

11  Cup on this for now.

12             With respect to the Gold Cup, what event

13  is that, if you can describe it?

14       A.    The Gold Cup is our own confederation

15  tournament.  So CONCACAF is the confederation we

16  play in, and that is every other year on the odd

17  years.

18       Q.    And that is still played?

19       A.    Correct.

20       Q.    And that is not again a global event?

21  It's just for the confederation that USSF belongs

22  to?

23       A.    Correct, North America, Central America

24  and the Caribbean.

25       Q.    Right.  And so with respect to that

CONFIDENTIAL

Page 87

1   tournament, if the men got a win, they would get

2   $15,375 for a win; is that correct?

3        A.   For a Gold Cup win?

4        Q.   Yes, in a game.

5             MR. STOLZENBACH:  Object to form.

6             THE WITNESS:  It depends on the FIFA

7        ranking of the opponent.

8   BY MR. KESSLER:

9        Q.   Okay.  So what would -- what is the

10  variation?

11       A.   Okay.  So if we are playing teams that are

12  not in the top 25 --

13       Q.   Right.

14       A.   -- a win would yield between -- in the

15  second quad would yield $9,375.

16       Q.   Okay.

17       A.   A tie would yield 6,563.

18       Q.   Right.

19       A.   And a loss 5,000.

20       Q.   Okay.  And what about if you're playing in

21  the higher tier games?

22       A.   And then if you were playing in -- if

23  you're playing ranked 11 through 25, a win would

24  yield 14,125.

25       Q.   Right.

CONFIDENTIAL

1     A.   A tie would yield 6,563, and a loss would

2   yield 5,000.

3     Q.   Okay.

4     A.   And if you were playing a team in the top

5   ten, it would replicate the second tier.

6     Q.   What do you mean "would replicate the

7   second tier"?

8     A.   It would be 14,125 for a win, 6,563 for a

9   tie, and 5,000 for a loss.

10    Q.   Okay.

11    A.   So Tiers 1 and 2 are merged.

12    Q.   And for finishing first place in the

13  Gold Cup, how much would the men receive?

14    A.   25,000 -- sorry, Gold Cup?

15    Q.   Yes.

16    A.   11,250.

17    Q.   And for second place?

18    A.   5,000.

19    Q.   Thank you.  You can put that chart away.

20         MR. STOLZENBACH:  Do you want to just mark

21      mine, which is clean, as the actual exhibit,

22      and I'll take the one with notes?

23         MR. KESSLER:  Sure.  Thank you very much.

24      Let's re-mark that.

25

CONFIDENTIAL

Page 89

1   BY MR. KESSLER:

2        Q.   I now want to -- let's go to this next.

3             Okay.  Let me show you next a copy of a

4   document that's previously been marked, which is the

5   MOU of the women's national team.

6             Do we have a previous --

7             MS. PARIGIAN:  We're marking a new version

8        of this because the prior one that we used as

9        an exhibit that USSF had produced didn't have

10       the terms sheet at the end, so we're producing

11       or we're marking the version that was produced

12       by the PA that has the term sheet.

13            MR. KESSLER:  Okay.  So let's then put a

14       new exhibit number for this.  This is now 11 --

15            MS. PARIGIAN:  7.

16            MR. KESSLER:  -- 7.

17            MR. STOLZENBACH:  Is it the same term

18       sheet we marked in Ms. Roux's deposition?

19            MS. PARIGIAN:  I don't know offhand.

20                      (Plaintiff Exhibit 117 was

21                       marked for identification.)

22   BY MR. KESSLER:

23       Q.   Do you recognize Exhibit 117?

24       A.   I do.

25       Q.   And what is this?

CONFIDENTIAL

1      A.   This is the memo of understanding between

2   the women's Players Association and U.S. Soccer.

3      Q.   Okay.  And this memorandum was entered

4   into on March 19, 2013; is that correct?

5      A.   Correct.

6      Q.   Okay.  And it would cover the period from

7   March of 2013 through the end of 2016; is that

8   correct?

9      A.   Correct.

10     Q.   Okay.  Now, this agreement in term was a

11  modification of a prior collective bargaining

12  agreement; is that correct?

13     A.   Correct.

14     Q.   Let me show you a copy of that next.  And

15  this has been previously marked as Exhibit 7 -- is

16  that 5?  Exhibit 75.

17                    (Plaintiff Exhibit 75 was

18                     identified.)

19  BY MR. KESSLER:

20     Q.   And do you recognize Exhibit 75 as the CBA

21  which was entered into by the women's national team

22  and USSF in December of 2005?

23     A.   Yes.

24     Q.   And that CBA covered the period through

25  December 31st of 2012; is that correct?

CONFIDENTIAL

Page 91

1      A.    Correct.

2      Q.    And is it your understanding that to the

3  extent the MOU, which is Exhibit 117, did not change

4  any terms that are listed in Exhibit 75, the prior

5  CBA, is your understanding that the prior terms

6  continued in effect under the MOU?

7      A.    I'm not sure.

8      Q.    Okay.

9          MR. KESSLER:  We could probably stipulate

10        to that.  I believe that's your position.

11          MR. STOLZENBACH:  Let me just read what

12        you said.

13          MR. KESSLER:  Okay.

14          MR. STOLZENBACH:  Yes, we'd agree to that.

15          MR. KESSLER:  I think you actually

16        obtained a judicial ruling to that effect.

17          MR. STOLZENBACH:  I think we did.

18  BY MR. KESSLER:

19      Q.    Okay.  All right.  So the prior CBA terms

20  would stay in effect except to the extent modified

21  by the MOU; that's what your counsel just stipulated

22  to.

23      A.    Okay.

24      Q.    So let me start out by saying I want to go

25  back to the CBA and ask some questions about that

CONFIDENTIAL

Page 110

1  on top of that, that's what makes the 17,625; is

2  that correct?

3      A.   That is correct.

4      Q.   Okay.  And that --

5      A.   Can I draw your attention to the column

6  though at the top here because it says 2/11 through

7  2/18, and that wouldn't be accurate because the

8  payment schedule between 2/11 and 2/14 was

9  different.  So this is ticking over into the next

10  quad, okay.

11          So that column should read '15 through '18

12  for the CBA.

13      Q.   So both columns should be '15 to '18 is

14  what you're saying?

15      A.   Not both columns because the first

16  column --

17      Q.   No, no, I understand.  Let me get that

18  back out because I put that away.

19          You're saying that the column for the

20  women's national team is correct, but for the men's

21  national team it shouldn't say '11 to '18 in terms

22  of that, correct?

23      A.   If you're trying to draw the comparison

24  between the women's MOU and the comparable time

25  period for the CBA, it really should read 2015 --

CONFIDENTIAL

Page 111

1      Q.    '15 to '18 --

2      A.    -- to '18.

3      Q.    -- in terms of what was here.  Yeah, we

4  agree with you in that.  This was simply indicating

5  it came from that CBA from '11 to '18.  The footnote

6  makes that clear.  But I understand your point.  It

7  only applied for that period of time.

8           MR. STOLZENBACH:  But even for the period

9           from '13 and '14, which is covered on the

10          left-hand column, that would be a different set

11          of numbers on the right-hand side.

12          MS. WAHLKE:  Right.

13          MR. KESSLER:  Right.  I understand what

14          you're saying.  It would be a different set of

15          numbers in terms of that.  We will definitely

16          have a different chart at a future time with

17          respect to that.

18          Okay.  Let's just use -- put the chart

19          aside and we're just going to use the two

20          agreements.

21          This is the men's agreement.  Now let me

22          get the women's agreement.  The MOU is what I'm

23          using, right?  Do you have the MOU?  Okay.

24  BY MR. KESSLER:

25     Q.    Looking at the ...

CONFIDENTIAL

Page 112

1              Okay.  Looking at the MOU chart, for 2013

2    to 2016, the women would receive a win bonus of

3    1,350; is that correct?

4         A.   Okay.

5              MR. STOLZENBACH:  Object to form.

6              THE WITNESS:  Are you looking at the chart

7         that's the last page of the --

8    BY MR. KESSLER:

9         Q.   The MOU.

10        A.   -- MOU?

11        Q.   Yes.

12        A.   Could you just point out where it is?

13        Q.   So it says "Salaried Players," and then it

14   says "Win Bonus" on the bottom.

15        A.   Yep.

16        Q.   Right.  Now, at this time, there was no

17   provision for nonsalaried players, right?  There was

18   something for floaters, but all the women were under

19   contract at that time, correct --

20        A.   Yes.

21        Q.   -- under the MOU?

22             MR. STOLZENBACH:  Object to form.

23   BY MR. KESSLER:

24        Q.   And so for women on the national team

25   other than a floater, if you won a friendly, you

CONFIDENTIAL

Page 113

1    received 1,350, correct?

2         A.    That is correct.

3         Q.    Okay.  And comparing that to the men's

4    payments, that with respect to 2015 forward, which

5    is the period that we want to compare, okay, the men

6    would receive $9,375 for a win; is that correct?

7         A.    Well, are you comparing it to the 1,350,

8    because if that's the case, it would just be the

9    difference between 5,000 and 9,375.

10        Q.    I'm comparing it to the win bonus of

11   1,350, yes.

12        A.    Okay.  Then the win bonus for the men

13   would be 4,375.

14        Q.    Because you're subtracting out the

15   appearance fee; is that correct?

16        A.    Correct.

17        Q.    Okay.

18        A.    If you're trying to make a straight

19   comparison --

20        Q.    That's fine.

21        A.    -- just on win bonus --

22        Q.    So the comparison would be 4,375; is that

23   right?  Just repeat your number again.

24        A.    4,375.

25        Q.    Okay.  So the men would receive for a win

CONFIDENTIAL

Page 114

1   bonus 4,375, and the women would receive 1,350,

2   correct?

3           MR. STOLZENBACH:  Object to form.

4           THE WITNESS:  That is correct.

5   BY MR. KESSLER:

6       Q.   And with respect to a tie or a loss, the

7   women would not receive any bonus; is that correct?

8       A.   That is correct.

9       Q.   Okay.  But if the men tied, what would

10  their tie bonus be minus the appearance fee?

11      A.   The tie bonus for Tier 1?

12      Q.   Yes.

13      A.   Sorry, Tier 3, we're going backwards here,

14  Tier 3 for teams not in the FIFA top 25 and not

15  Mexico, the bonus for a men's player tie is $1,250.

16      Q.   Okay.  And the women would not receive

17  anything for a tie, correct, as a bonus?

18      A.   Correct.

19      Q.   Okay.  With respect to the World Cup

20  qualifiers, for the women, they would receive a

21  $15,000 qualifying bonus and a 15,000 payment for

22  making the tournament roster; is that correct?

23      A.   Correct.

24      Q.   Okay.  And with respect to the men, for

25  the overlapping period of '15 and '16, which is what

CONFIDENTIAL

Page 115

1   I'm asking about, the men would receive a

2   qualification -- well, first of all, they would

3   receive a qualification bonus if they make the

4   World Cup of $2,500,000 in total; is that correct?

5        A.   Correct.

6        Q.   Okay.  And that's in comparison to the

7   15,000 per person for the women for qualifying,

8   correct?

9             MR. STOLZENBACH:  Are we talking about '15

10       and '16?

11            MR. KESSLER:  '15 and '16.

12            MR. STOLZENBACH:  When there was no men's

13       World Cup?

14   BY MR. KESSLER:

15       Q.   You can make it '15 through '18 if you

16   want.

17            And from the period '15 through '18, if

18   there was a World Cup, the men would receive in

19   total a 2,500,000 qualifying bonus while if the

20   women had a World Cup during that period they would

21   individually receive a $15,000 qualifying bonus,

22   correct?

23       A.   For the 2018 FIFA World Cup in Russia that

24   we didn't qualify for the men, had we qualified,

25   they would have received 2-1/2 million dollars.

CONFIDENTIAL

Page 116

1            For the 2015 women's World Cup that we did

2     qualify and participate and win, the players that

3     were on the qualifying roster got the 15,000 --

4         Q.    Right.

5         A.    -- and then an additional 15,000 for going

6     to Canada to play in the --

7         Q.    For going and playing on the roster?

8         A.    Correct.

9         Q.    Right.  And if the men had qualified for

10    the World Cup during this period, which, as you

11    pointed out, they didn't, they would have got a

12    World Cup roster bonus of 68,750 each, correct?

13        A.    Correct.

14        Q.    That's in comparison to what the women

15    received during that period of $15,000 each,

16    correct?

17        A.    Correct.

18        Q.    Okay.  Now, looking at the women's deal,

19    they received the same qualifying bonus and

20    tournament bonus under the MOU for both the

21    World Cup and the Olympics, correct?

22        A.    Correct.

23        Q.    And they also received the same payments

24    for first place, second place, third and fourth

25    place under the World Cup and the Olympics on the

CONFIDENTIAL

Page 121

1          MR. KESSLER:  Okay, sorry.  It's 28461.  I

2      think it's the very last page.

3          THE WITNESS:  Okay.

4  BY MR. KESSLER:

5      Q.   This provision would have remained in

6  effect through the term of the MOU.

7          Is that your understanding?

8      A.   Sorry, again, which?

9      Q.   This is Article --

10     A.   VIII or IX?

11     Q.   No, it's Article XIX -- not XIX, IX,

12 Article XI on Page 28461 entitled Additional Payment

13 if Compensation Ratios Change.

14     A.   Yes.

15     Q.   That provision would have remained in

16 effect through the term of the MOU, is that correct,

17 because it wasn't changed in the MOU?

18     A.   And your question is does this survive the

19 MOU?

20     Q.   No.  Did this --

21     A.   Make it into it?

22     Q.   -- continue during the period of the MOU

23 after the 2005 CBA otherwise expired?

24     A.   My understanding on that is based on what

25 counsel had said previously, that the MOU was the

CONFIDENTIAL

Page 122

1    carryover from this particular agreement.

2         Q.   And based on that, this provision would

3    continue, correct?

4         A.   Correct.

5         Q.   Do you know if any payment was ever made

6    to the women's national team under this provision?

7         A.   I don't.

8         Q.   Okay.  Do you know who was responsible for

9    preparing an analysis to determine if any payment

10   was due under this section at USSF?

11        A.   Conclusively, I don't know the actual

12   person, but my guess is it would be finance and

13   legal together.  They do the analysis and make the

14   payment if it was due.

15        Q.   Do you know if finance or anyone else ever

16   sent a report to the union each year when this

17   provision was in effect showing what the calculation

18   was according to USSF and whether or not anything

19   was due?  In other words, was there any kind of

20   written communication provided to show what the

21   calculation was, do you know that?

22        A.   I don't recall seeing any document to that

23   effect, but if it was in the agreement, we would

24   have fulfilled it.

25        Q.   Well, the agreement doesn't state that a

CONFIDENTIAL

Page 123

1    report has to be made.  It just -- this is the only

2    provision there is.  So the provision just says if

3    the calculation requires, a payment will be made.

4            So my question really is in implementing

5    the CBA, was there a process by which the USSF made

6    this calculation each year and then sent some type

7    of written communication to the union to explain why

8    money either wasn't due or was due?

9       A.   I never saw any documents to that effect,

10   but I can't imagine us not making the payments if

11   they were due.

12           MR. KESSLER:  So I'd just like to say to

13       counsel again, this is a question I think would

14       be covered, if you can find out afterwards.

15       Our understanding is, and I want to confirm,

16       that there never were such communications.  In

17       other words, we can't find in any of the union

18       files anything that says here's the

19       calculation, nothing is due, okay.  If that --

20       first of all, if it exists, we certainly would

21       think it would have been produced.  We haven't

22       seen it in your production, but we wanted to

23       confirm with this witness just that there

24       wasn't any such communication process.

25           I just ask you to take that under

CONFIDENTIAL

Page 138

1   Morgan vs. USSF; Solo vs. USSF

2   No. 2:19-cv-01717-RGK-AGR; 3:18-CV-05215 JD

3

4           I hereby certify that I have read the

5   foregoing transcript of my deposition, given on

6   January 23rd, 2020, at the place aforesaid,

7   consisting of pages 1 through 137, inclusive, and I

8   do again subscribe and make oath that the same is a

9   true, correct, and complete transcript of my

10  deposition so given as aforesaid, as it now appears.

11      Please check one:

12      _____ I made no corrections

13      _____ Number of errata sheets submitted

14

        (signed) _____

15              TOM KING

16

        ALSO PRESENT:_____

17

18

    SUBSCRIBED AND SWORN TO

19  before me this ____ day

    of _____ 2020.

20

    _____

21  Notary Public

22

23

24

25

CONFIDENTIAL

Page 139

1                          CORRECTION PAGE

2

3    CASE NAME:        Morgan vs. USSF; Solo vs. USSF

4    DEPOSITION OF:  Tom King

5    DATE TAKEN:      January 23rd, 2020

6

7    PAGE          LINE        CHANGE

8    _____         _____       _____

9    _____         _____       _____

10   _____         _____       _____

11   _____         _____       _____

12   _____         _____       _____

13   _____         _____       _____

14   _____         _____       _____

15   _____         _____       _____

16   _____         _____       _____

17   _____         _____       _____

18   _____         _____       _____

19   _____         _____       _____

20   _____         _____       _____

21   _____         _____       _____

22   _____         _____       _____

23   DATE:                     _____

24   SIGNATURE:                _____

25

CONFIDENTIAL

Page 140

1          The within and foregoing deposition of the

2     witness, TOM KING, was taken before GREG S. WEILAND,

3     CSR, RMR, CRR, at Suite 4700, 35 West Wacker Drive,

4     in the City of Chicago, Cook County, Illinois,

5     commencing at 10:09 o'clock a.m., on the 23rd day of

6     January, 2020.

7          The said witness was first duly sworn and

8     was then examined upon oral interrogatories; the

9     questions and answers were taken down in shorthand

10    by the undersigned, acting as stenographer; and the

11    within and foregoing is a true, accurate and

12    complete record of all the questions asked of and

13    answers made by the aforementioned witness at the

14    time and place hereinabove referred to.

15         The signature of the witness was not

16    waived and the deposition was submitted to the

17    deponent as per copy of the attached letter.

18         The undersigned is not interested in the

19    within case, nor of kin or counsel to any of the

20    parties.

21         Witness my signature on this 27th day of

22    January, 2019.

23    _____

24    GREG S. WEILAND, CSR, RMR, CRR

      License No. 084-003472

25