# **EXHIBIT 15**

# Document Provided in Native Format

CONFIDENTIAL

USSF_Morgan_070835

| Year | Date | Opponent | Ranking | Score | Result | Competition | Venue | City | State | Country | Surface | Hotel Accomodations | Means of Team Travel to Match |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 10-Nov | Costa Rica | 38 | 6-0 | W | Friendly | TIAA Bank Stadium | Jacksonville | FL | USA | Grass | One Ocean Resort and Spa | Charter |
| 2019 | 7-Nov | Sweden | 5 | 3-2 | W | Friendly | MAPFRE Stadium | Columbus | OH | USA | Grass | LeVeque Hotel Columbus | Commercial |
| 2019 | 6-Oct | Korea Republic | 20 | 1-1 | D | Friendly | Soldier Field | Chicago | IL | USA | Grass | Ritz Carlton Chicago | Charter |
| 2019 | 3-Oct | Korea Republic | 20 | 2-0 | W | Friendly | Bank of America Stadium | Charlotte | NC | USA | Grass | Omni Charlotte | Commercial |
| 2019 | 3-Sep | Portugal | 30 | 3-0 | W | Friendly | Allianz Field | St. Paul | MN | USA | Grass | Loews MSP | Charter |
| 2019 | 29-Aug | Portugal | 30 | 4-0 | W | Friendly | Lincoln Financial Field | Philadelphia | PA | USA | Grass | The Logan Hotel | Commercial |
| 2019 | 3-Aug | Ireland | 33 | 3-0 | W | Friendly | Rose Bowl | Pasadena | CA | USA | Grass | Westin Pasadena | Commercial |
| 2019 | 7-Jul | Netherlands | 8 | 2-0 | W | Women's World Cup | Groupama Stadium | Lyon | - | France | Grass | Fourviere Hotel | N/A |
| 2019 | 2-Jul | England | 3 | 2-1 | W | Women's World Cup | Groupama Stadium | Lyon | - | France | Grass | Metropole La Residence | Train |
| 2019 | 28-Jun | France | 4 | 2-1 | W | Women's World Cup | Parc Des Princes | Paris | - | France | Grass | Relais de la Malmaison | Train |
| 2019 | 24-Jun | Spain | 13 | 2-1 | W | Women's World Cup | Stade Aguste-DeLaune II | Reims | - | France | Grass | Grand Hotel Continental Reims | Bus |
| 2019 | 20-Jun | Sweden | 9 | 2-0 | W | Women's World Cup | Stade Oceane | Le Havre | - | France | Grass | Hotel Barnere Le Royal | Bus |
| 2019 | 16-Jun | Chile | 39 | 3-0 | W | Women's World Cup | Parc Des Princes | Paris | - | France | Grass | Melia La Defense | Bus |
| 2019 | 11-Jun | Thailand | 34 | 13-0 | W | Women's World Cup | Stade Aguste-DeLaune II | Reims | - | France | Grass | Best Western La Paix | Charter |
| 2019 | 26-May | Mexico | 26 | 3-0 | W | Friendly | Red Bull Arena | Harrison | NJ | USA | Grass | Westin Jersey City | Commercial |
| 2019 | 16-May | New Zealand | 19 | 5-0 | W | Friendly | Busch Stadium | St. Louis | MO | USA | Grass | Hotel St. Louis | Charter |
| 2019 | 12-May | South Africa | 49 | 3-0 | W | Friendly | Levi's Stadium | Santa Clara | CA | USA | Grass | Hotel Valencia | Commercial |
| 2019 | 7-Apr | Belgium | 20 | 6-0 | W | Friendly | Banc of California Stadium | Los Angeles | CA | USA | Grass | Omni Downtown Los Angeles | Charter |
| 2019 | 4-Apr | Australia | 6 | 5-3 | W | Friendly | Dick's Sporting Goods Park | Commerce City | CO | USA | Grass | Renaissance Denver Downtown | Charter |
| 2019 | 5-Mar | Brazil | 10 | 1-0 | W | SheBelieves Cup | Raymond James Stadium | Tampa | FL | USA | Grass | Le Meridien Tampa | Charter |
| 2019 | 2-Mar | England | 4 | 2-2 | D | SheBelieves Cup | Nissan Stadium | Nashville | TN | USA | Grass | The Thompson | Charter |
| 2019 | 27-Feb | Japan | 8 | 2-2 | D | SheBelieves Cup | Talen Energy Stadium | Chester | PA | USA | Grass | Le Meridien Philadelphia | Charter |
| 2019 | 22-Jan | Spain | 12 | 1-0 | W | Friendly | Estadio José Rico Pérez | Alicante | - | Spain | Grass | Hospes Amerigo Hotel | Charter |
| 2019 | 19-Jan | France | 3 | 1-3 | L | Friendly | Stade Oceane | Le Havre | - | France | Grass | Hotel Barriere Le Normandy | Charter |
| 2018 | 13-Nov | Scotland | 19 | 1-0 | W | Friendly | The Simple Digital Arena | Glasgow | - | Scotland | Grass | Marriott Glasgow | Charter |
| 2018 | 8-Nov | Portugal | 33 | 1-0 | W | Friendly | Estadio António Coimbra da Mota | Lisbon | - | Portugal | Grass | IberoStar Lisbon | Commercial |
| 2018 | 17-Oct | Canada | 5 | 2-0 | W | Women's World Cup Qualifying | Toyota Stadium | Frisco | TX | USA | Grass | Westin Stonebriar | N/A |
| 2018 | 14-Oct | Jamaica | 64 | 6-0 | W | Women's World Cup Qualifying | Toyota Stadium | Frisco | TX | USA | Grass | Westin Stonebriar | Charter |
| 2018 | 10-Oct | Trinidad & Tobago | 52 | 7-0 | W | Women's World Cup Qualifying | WakeMed Soccer Park | Cary | NC | USA | Grass | Renaissance Raleigh North Hills | N/A |
| 2018 | 7-Oct | Panama | 66 | 5-0 | W | Women's World Cup Qualifying | WakeMed Soccer Park | Cary | NC | USA | Grass | Renaissance Raleigh North Hills | N/A |
| 2018 | 4-Oct | Mexico | 24 | 6-0 | W | Women's World Cup Qualifying | WakeMed Soccer Park | Cary | NC | USA | Grass | Renaissance Raleigh North Hills | Commercial |
| 2018 | 4-Sep | Chile | 39 | 4-0 | W | Friendly | Avaya Stadium | San Jose | CA | USA | Grass | Hotel Valencia | Commercial |
| 2018 | 31-Aug | Chile | 39 | 3-0 | W | Friendly | StubHub Center | Carson | CA | USA | Grass | Westdrift | Commercial |
| 2018 | 2-Aug | Brazil | 7 | 4-1 | W | Tournament of Nations | Toyota Park | Bridgeview | IL | USA | Grass | Park Hyatt Chicago | Commercial |
| 2018 | 29-Jul | Australia | 8 | 1-1 | D | Tournament of Nations | Pratt & Whitney Stadium | East Hartford | CT | USA | Grass | Hotel Godowin | Commercial |
| 2018 | 26-Jul | Japan | 6 | 4-2 | W | Tournament of Nations | Children's Mercy Park | Kansas City | KS | USA | Grass | Intercontinental Kansas City | Commercial |
| 2018 | 12-Jun | China PR | 17 | 2-1 | W | Friendly | FirstEnergy Stadium | Cleveland | OH | USA | Grass | Ritz Carlton Cleveland | Commercial |
| 2018 | 7-Jun | China PR | 17 | 1-0 | W | Friendly | Rio Tinto Stadium | Sandy | UT | USA | Grass | Grand America Hotel | Commercial |
| 2018 | 8-Apr | Mexico | 25 | 6-2 | W | Friendly | BBVA Compass Stadium | Houston | TX | USA | Grass | Hotel Derek | Commercial |
| 2018 | 5-Apr | Mexico | 25 | 4-1 | W | Friendly | EverBank Field | Jacksonville | FL | USA | Grass | One Ocean Hotel | Commercial |
| 2018 | 7-Mar | England | 3 | 1-0 | W | SheBelieves Cup | Orlando City Stadium | Orlando | FL | USA | Grass | Omni Championsgate | Commercial |
| 2018 | 4-Mar | France | 6 | 1-1 | D | SheBelieves Cup | Red Bull Arena | Harrison | NJ | USA | Grass | Westin Jersey City | Charter |
| 2018 | 1-Mar | Germany | 2 | 1-0 | W | SheBelieves Cup | MAPFRE Stadium | Columbus | OH | USA | Grass | The Lofts | Charter |
| 2018 | 21-Jan | Denmark | 12 | 5-1 | W | Friendly | SDCCU Stadium | San Diego | CA | USA | Grass | U.S. Grant Hotel | Bus |
| 2017 | 12-Nov | Canada | 5 | 3-1 | W | Friendly | Avaya Stadium | San Jose | CA | USA | Grass | Fairmont San Jose | Commercial |
| 2017 | 9-Nov | Canada | 5 | 1-1 | D | Friendly | BC Place | Vancouver | - | Canada | Turf | Sheraton Wall Center | Commercial |
| 2017 | 22-Oct | Korea Republic | 15 | 6-0 | W | Friendly | WakeMed Soccer Park | Cary | NC | USA | Grass | Renaissance Raleigh North Hills | Commercial |

| Year | Date | Opponent | Ranking | Score | Result | Competition | Venue | City | State | Country | Surface | Hotel Accomodations | Means of Team Travel to Match |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | 19-Oct | Korea Republic | 15 | 3-1 | W | Friendly | Mercedes-Benz Superdome | New Orleans | LA | USA | Turf | NOPSI Hotel, New Orleans | Commercial |
| 2017 | 19-Sep | New Zealand | 19 | 5-0 | W | Friendly | Nippert Stadium | Cincinnati | OH | USA | Turf | Hotel Covington | Commercial |
| 2017 | 15-Sep | New Zealand | 19 | 3-1 | W | Friendly | Dick's Sporting Goods Park | Commerce City | CO | USA | Grass | Kimpton Monaco Denver | Commercial |
| 2017 | 3-Aug | Japan | 6 | 3-0 | W | Tournament of Nations | StubHub Center | Carson | CA | USA | Grass | Belamar Hotel | Bus |
| 2017 | 30-Jul | Brazil | 8 | 4-3 | W | Tournament of Nations | Qualcomm Stadium | San Diego | CA | USA | Grass | Westin San Diego Gaslamp | Commercial |
| 2017 | 27-Jul | Australia | 7 | 0-1 | L | Tournament of Nations | CenturyLink Field | Seattle | WA | USA | Turf | Hyatt Olive 8 | Commercial |
| 2017 | 11-Jun | Norway | 11 | 1-0 | W | Friendly | Komplett Arena | Sandefjord | - | Norway | Grass | Scandic Park | Bus |
| 2017 | 8-Jun | Sweden | 6 | 1-0 | W | Friendly | Gamla Ullevi Stadium | Gothenburg | - | Sweden | Grass | Scandic Crown | Commercial |
| 2017 | 9-Apr | Russia | 25 | 5-1 | W | Friendly | BBVA Compass Stadium | Houston | TX | USA | Grass | JW Marriott Houston | Bus |
| 2017 | 6-Apr | Russia | 25 | 4-0 | W | Friendly | Toyota Stadium | Frisco | TX | USA | Grass | W Hotel Dallas | Commercial |
| 2017 | 7-Mar | France | 3 | 0-3 | L | SheBelieves Cup | RFK Stadium | Washington D.C. | DC | USA | Grass | W Washington DC | Bus |
| 2017 | 4-Mar | England | 5 | 0-1 | L | SheBelieves Cup | Red Bull Arena | Harrison | NJ | USA | Grass | The Westin Jersey City | Bus |
| 2017 | 1-Mar | Germany | 2 | 1-0 | W | SheBelieves Cup | Talen Energy Stadium | Chester | PA | USA | Grass | The Inn at Penn (Phil) | Commercial |
| 2016 | 13-Nov | Romania | 36 | 5-0 | W | Friendly | StubHub Center | Carson | CA | USA | Grass | The Belamar | Commercial |
| 2016 | 10-Nov | Romania | 36 | 8-1 | W | Friendly | Avaya Stadium | San Jose | CA | USA | Grass | Hotel Valencia Santa Ana Row | Commercial |
| 2016 | 23-Oct | Switzerland | 15 | 5-1 | W | Friendly | U.S. Bank Stadium | Minneapolis | MN | USA | Turf | Westin Minneapolis | Commercial |
| 2016 | 19-Oct | Switzerland | 15 | 4-0 | W | Friendly | Rio Tinto Stadium | Sandy | UT | USA | Grass | Marriott University Park Hotel | Commercial |
| 2016 | 18-Sep | Netherlands | 12 | 3-1 | W | Friendly | Georgia Dome | Atlanta | GA | USA | Grass over Turf | The Ritz-Carlton Atlanta | Commercial |
| 2016 | 15-Sep | Thailand | 32 | 9-0 | W | Friendly | MAPFRE Stadium | Columbus | OH | USA | Grass | Renaissance Columbus Downtown Hotel | Commercial |
| 2016 | 12-Aug | Sweden | 6 | 1-1 | L-PK (3-4) | Olympics | Mane Garrincha Stadium | Brasilia | - | Brazil | Grass | Royal Tulip Brasilia Alvorada | Charter |
| 2016 | 9-Aug | Colombia | 24 | 2-2 | D | Olympics | Amazonia Arena | Manaus | - | Brazil | Grass | Tropical Manaus | Charter |
| 2016 | 6-Aug | France | 3 | 1-0 | W | Olympics | Mineirão Stadium | Belo Horizonte | - | Brazil | Grass | Mercure Hotel Belo Horizonte | N/A |
| 2016 | 3-Aug | New Zealand | 17 | 2-0 | W | Olympics | Mineirão Stadium | Belo Horizonte | - | Brazil | Grass | Mercure Hotel Belo Horizonte | Commercial |
| 2016 | 22-Jul | Costa Rica | 29 | 4-0 | W | Friendly | Children's Mercy Park | Kansas City | KS | USA | Grass | Intercontinental Kansas City | Commercial |
| 2016 | 9-Jul | South Africa | 52 | 1-0 | W | Friendly | Soldier Field | Chicago | IL | USA | Grass | Westin Chicago North Shore | Commercial |
| 2016 | 5-Jun | Japan | 7 | 2-0 | W | Friendly | FirstEnergy Stadium | Cleveland | OH | USA | Grass | Westin Cleveland Downtown | Commercial |
| 2016 | 2-Jun | Japan | 7 | 3-3 | D | Friendly | Dick's Sporting Goods Park | Commerce City | CO | USA | Grass | JW Marriott at Cherry Creek | Commercial |
| 2016 | 10-Apr | Colombia | 24 | 3-0 | W | Friendly | Talen Energy Stadium | Chester | PA | USA | Grass | Hotel Palomar Philadelphia | Bus |
| 2016 | 6-Apr | Colombia | 24 | 7-0 | W | Friendly | Pratt & Whitney Stadium | East Hartford | CT | USA | Grass | Marriott Hartford Downtown | Bus |
| 2016 | 9-Mar | Germany | 2 | 2-1 | W | SheBelieves Cup | FAU Stadium | Boca Raton | FL | USA | Grass | Boca Raton Marriott | Commercial |
| 2016 | 6-Mar | France | 3 | 1-0 | W | SheBelieves Cup | Nissan Stadium | Nashville | TN | USA | Grass | Renaissance Nashville Hotel | Commercial |
| 2016 | 3-Mar | England | 5 | 1-0 | W | SheBelieves Cup | Raymond James Stadium | Tampa | FL | USA | Grass | Hilton Tampa Downtown | Commercial |
| 2016 | 21-Feb | Canada | 11 | 2-0 | W | Olympic Qualifying | BBVA Compass Stadium | Houston | TX | USA | Grass | JW Marriott Houston | N/A |
| 2016 | 19-Feb | Trinidad & Tobago | 48 | 5-0 | W | Olympic Qualifying | BBVA Compass Stadium | Houston | TX | USA | Grass | JW Marriott Houston | Bus |
| 2016 | 15-Feb | Puerto Rico | 108 | 10-0 | W | Olympic Qualifying | Toyota Stadium | Frisco | TX | USA | Grass | The Westin Stonebriar | N/A |
| 2016 | 13-Feb | Mexico | 26 | 1-0 | W | Olympic Qualifying | Toyota Stadium | Frisco | TX | USA | Grass | The Westin Stonebriar | N/A |
| 2016 | 10-Feb | Costa Rica | 34 | 5-0 | W | Olympic Qualifying | Toyota Stadium | Frisco | TX | USA | Grass | The Westin Stonebriar | Commercial |
| 2016 | 23-Jan | Ireland | 32 | 5-0 | W | Friendly | Qualcomm Stadium | San Diego | CA | USA | Grass | The Westin San Diego | Bus |
| 2015 | 16-Dec | China PR | 15 | 0-1 | L | Friendly | Mercedes-Benz Superdome | New Orleans | LA | USA | Turf | JW Marriott New Orleans | Commercial |
| 2015 | 13-Dec | China PR | 15 | 2-0 | W | Friendly | University of Phoenix Stadium | Glendale | AZ | USA | Grass | Westin Phoenix Downtown | Commercial |
| 2015 | 10-Dec | Trinidad & Tobago | 48 | 6-0 | W | Friendly | The Alamodome | San Antonio | TX | USA | Turf | Eilan Hotel & Spa | Commercial |
| 2015 | 25-Oct | Brazil | 7 | 3-1 | W | Friendly | Florida Citrus Bowl | Orlando | FL | USA | Turf | Grand Bohemian Hotel | Commercial |
| 2015 | 21-Oct | Brazil | 7 | 1-1 | D | Friendly | CenturyLink Field | Seattle | WA | USA | Turf | Grand Hyatt Seattle | Commercial |
| 2015 | 20-Sep | Haiti | 63 | 8-0 | W | Friendly | Legion Field | Birmingham | AL | USA | Turf | Westin Birmingham | Commercial |
| 2015 | 17-Sep | Haiti | 63 | 5-0 | W | Friendly | Ford Field | Detroit | MI | USA | Turf | Westin Book Cadillac Detroit | Commercial |
| 2015 | 19-Aug | Costa Rica | 34 | 7-2 | W | Friendly | Finley Stadium | Chattanooga | TN | USA | Turf | The Chattanoogan | Commercial |
| 2015 | 16-Aug | Costa Rica | 34 | 8-0 | W | Friendly | Heinz Field | Pittsburgh | PA | USA | Grass | Renaissance Hotel | Commercial |
| 2015 | 5-Jul | Japan | 4 | 5-2 | W | Women's World Cup | BC Place | Vancouver | - | Canada | Turf | Sheraton Wall Center | Charter |
| 2015 | 30-Jun | Germany | 1 | 2-0 | W | Women's World Cup | Olympic Stadium | Montreal | - | Canada | Turf | Le Centre Sheraton | Bus |
| 2015 | 26-Jun | China | 16 | 1-0 | W | Women's World Cup | Lansdowne Stadium | Ottawa | - | Canada | Turf | Fairmont | Charter |
| 2015 | 22-Jun | Colombia | 28 | 2-0 | W | Women's World Cup | Commonwealth Stadium | Edmonton | - | Canada | Turf | Delta Edmonton South | Charter |
| 2015 | 16-Jun | Nigeria | 33 | 1-0 | W | Women's World Cup | BC Place | Vancouver | - | Canada | Turf | Coast Coal Harbour | Charter |
| 2015 | 12-Jun | Sweden | 5 | 0-0 | D | Women's World Cup | Winnipeg Stadium | Winnipeg | - | Canada | Turf | Delta Winnipeg | N/A |

| Year | Date | Opponent | Ranking | Score | Result | Competition | Venue | City | State | Country | Surface | Hotel Accomodations | Means of Team Travel to Match |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | 8-Jun | Australia | 10 | 3-1 | W | Women's World Cup | Winnipeg Stadium | Winnipeg | - | Canada | Turf | Delta Winnepeg | Charter |
| 2015 | 30-May | Korea Republic | 18 | 0-0 | D | Friendly | Red Bull Arena | Harrison | NJ | USA | Grass | Westin Jersey City Newport | Commercial |
| 2015 | 17-May | Mexico | 25 | 5-1 | W | Friendly | StubHub Center | Carson | CA | USA | Grass | The Belamar | Commercial |
| 2015 | 10-May | Ireland | 31 | 3-0 | W | Friendly | Avaya Stadium | San Jose | CA | USA | Grass | Fairmont San Jose | Commercial |
| 2015 | 4-Apr | New Zealand | 17 | 4-0 | W | Friendly | Busch Stadium | St. Louis | MO | USA | Grass | The Ritz-Carlton St. Louis | Commercial |
| 2015 | 11-Mar | France | 3 | 2-0 | W | Algarve Cup | Estádio Algarve | Faro | - | Portugal | Grass | Cascade Resort | Commercial |
| 2015 | 9-Mar | Iceland | 20 | 0-0 | D | Algarve Cup | Municipal Stadium | Lagos | - | Portugal | Grass | Cascade Resort | Commercial |
| 2015 | 6-Mar | Switzerland | 19 | 3-0 | W | Algarve Cup | Municipal Stadium | VR de SA | - | Portugal | Grass | Cascade Resort | N/A |
| 2015 | 4-Mar | Norway | 12 | 2-1 | W | Algarve Cup | Municipal Stadium | VR de SA | - | Portugal | Grass | Cascade Resort | Commercial |
| 2015 | 13-Feb | England | 6 | 1-0 | W | Friendly | Stadium MK | Milton Keynes | - | England | Grass | Luton Hoo Hotel & Spa | Train |
| 2015 | 8-Feb | France | 3 | 0-2 | L | Friendly | Stade du Moustoir | Lorient | - | France | Turf | Sofitel Quiberon | Commercial |
| 2014 | 21-Dec | Brazil | 8 | 0-0 | D | International Tournament of Brasilia | Mané Garrincha Stadium | Brasilia | - | Brazil | Grass | Royal Tulip Brasilia Alvorada | N/A |
| 2014 | 18-Dec | Argentina | 37 | 7-0 | W | International Tournament of Brasilia | Mané Garrincha Stadium | Brasilia | - | Brazil | Grass | Royal Tulip Brasilia Alvorada | N/A |
| 2014 | 14-Dec | Brazil | 6 | 2-3 | L | International Tournament of Brasilia | Mané Garrincha Stadium | Brasilia | - | Brazil | Grass | Royal Tulip Brasilia Alvorada | N/A |
| 2014 | 10-Dec | China PR | 14 | 1-1 | D | International Tournament of Brasilia | Mané Garrincha Stadium | Brasilia | - | Brazil | Grass | Royal Tulip Brasilia Alvorada | Commercial |
| 2014 | 26-Oct | Costa Rica | 40 | 6-0 | W | Women's World Cup Qualifying | PPL Park | Chester | PA | USA | Grass | Westin Wilmington | N/A |
| 2014 | 24-Oct | Mexico | 25 | 3-0 | W | Women's World Cup Qualifying | PPL Park | Chester | PA | USA | Grass | Westin Wilmington | Commercial |
| 2014 | 20-Oct | Haiti | 60 | 6-0 | W | Women's World Cup Qualifying | RFK Stadium | Washington | DC | USA | Grass | Renaissance DuPont Circle | Commercial |
| 2014 | 17-Oct | Guatemala | 79 | 5-0 | W | Women's World Cup Qualifying | Toyota Park | Bridgeview | IL | USA | Grass | Oak Brook Hills Resort | Commercial |
| 2014 | 15-Oct | Trinidad & Tobago | 46 | 1-0 | W | Women's World Cup Qualifying | LIVESTRONG Sporting Park | Kansas City | KS | USA | Grass | Intercontinental Kansas City | Commercial |
| 2014 | 18-Sep | Mexico | 25 | 4-0 | W | Friendly | Sahlen's Stadium | Rochester | NY | USA | Turf | Rochester Airport Marriott | Commercial |
| 2014 | 13-Sep | Mexico | 25 | 8-0 | W | Friendly | Rio Tinto Stadium | Sandy | UT | USA | Grass | Salt Lake Marriott Downtown | Commercial |
| 2014 | 20-Aug | Switzerland | 19 | 4-1 | W | Friendly | Wakemed Soccer Park | Cary | NC | USA | Grass | Renaissance Raleigh North Hills | Commercial |
| 2014 | 19-Jun | France | 4 | 2-2 | D | Friendly | Pratt & Whitney Stadium | East Hartford | CT | USA | Grass | Hilton Hartford | Commercial |
| 2014 | 14-Jun | France | 4 | 1-0 | W | Friendly | Raymond James Stadium | Tampa | FL | USA | Grass | Renaissance Tampa | Commercial |
| 2014 | 8-May | Canada | 7 | 1-1 | D | Friendly | Investors Group Field | Winnipeg | - | Canada | Turf | Delta Winnepeg | Commercial |
| 2014 | 10-Apr | China PR | 16 | 3-0 | W | Friendly | Qualcomm Stadium | San Diego | CA | USA | Grass | Hilton San Diego | Commercial |
| 2014 | 6-Apr | China PR | 16 | 2-0 | W | Friendly | Dick's Sporting Goods Park | Commerce City | CO | USA | Grass | JW Marriott Cherry Creek | Commercial |
| 2014 | 12-Mar | Korea DPR | 10 | 3-0 | W | Algarve Cup | Belavista Municipal Stadium | Parchal | - | Portugal | Grass | Cascades Resort | Bus |
| 2014 | 10-Mar | Denmark | 13 | 3-5 | L | Algarve Cup | Municipal Stadium | Albufeira | - | Portugal | Grass | Cascades Resort | N/A |
| 2014 | 7-Mar | Sweden | 6 | 0-1 | L | Algarve Cup | Municipal Stadium | Albufeira | - | Portugal | Grass | Cascades Resort | Commercial |
| 2014 | 5-Mar | Japan | 3 | 1-1 | D | Algarve Cup | Belavista Municipal Stadium | Parchal | - | Portugal | Grass | Cascades Resort | Commercial |
| 2014 | 13-Feb | Russia | 21 | 8-0 | W | Friendly | Georgia Dome | Atlanta | GA | USA | Turf | The Westin Buckhead | Commercial |
| 2014 | 8-Feb | Russia | 21 | 7-0 | W | Friendly | FAU Stadium | Boca Raton | FL | USA | Grass | The Westin Ft. Lauderdale | Commercial |
| 2014 | 31-Jan | Canada | 7 | 1-0 | W | Friendly | Toyota Stadium | Frisco | TX | USA | Grass | The Westin Stonebriar | Commercial |