# EXHIBIT 16

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2              CASE NO.  2:19-cv-01717-RGK-AGR
       ---------------------------------------------------X
 3   ALEX MORGAN, MEGAN RAPINOE, BECKY SAUERBRUNN,
     CARLI LLOYD, MORGAN BRIAN, JANE CAMPBELL, DANIELLE
 4   COLAPRICO, ABBY DAHLKEMPER, TIERNA DAVIDSON, CRYSTAL
     DUNN, JULIE ERTZ, ADRIANNA FRANCH, ASHLYN HARRIS, TOBIN
 5   HEATH, LINDSEY HORAN, ROSE LAVELLE, ALLIE LONG, MERRITT
     MATHIAS, JESSICA McDONALD, SAMANTHA MEWIS, ALYSSA
 6   NAEHER, ELLEY O'HARA, CHRISTEN PRESS, MALLORY PUGH,
     CASEY SHORT, EMILY SONNETT, ANDI SULLIVAN and McCALL
 7   ZERBONI,

 8                  Plaintiffs,

 9                    v.

10   UNITED STATES SOCCER FEDERATION, INC.,

11                  Defendant.
       ---------------------------------------------------X
12

13

14                      CONFIDENTIAL

15           VIDEOTAPED DEPOSITION OF JILL ELLIS

16                   Miami, Florida

17                  January 15, 2020

18

19
     REPORTED BY:  BOBBIE ZELTMAN
20                 Professional Realtime Court Reporter

21

22

23   Job Number:   174943

24

25
```

Confidential

```
 1        MS. WAHLKE:  Lydia Wahlke on

 2   behalf of US Soccer.

 3        MS. LEIDEN:  And I think we

 4   have one of my colleagues on the

 5   phone.

 6        MS. PARSIGIAN:  Yes, this is

 7   Jennifer Parsigian from Winston & Strawn

 8   for Plaintiffs.

 9        THE VIDEOGRAPHER:  Will the

10   court reporter please swear in the

11   witness.

12        THE REPORTER:  Raise your right

13   hand, please.

14        Do you solemnly swear that the

15   testimony you're about to give will be

16   the truth, the whole truth and nothing

17   but the truth, so help you God?

18        THE WITNESS:  Yes.

19        THE REPORTER:  Very good.

20             JILL ELLIS,

21     having been first duly sworn by

22   Barbara R. Zeltman, Notary Public, was

23     examined and testified as follows:

24        EXAMINATION BY MS. LEIDEN:

25   Q    Good morning.
```

Page 155

1    There's just reasons.

2       Q      And so when you -- you said you

3    provided some input with respect to

4    surfaces.

5              Was that similar to the game

6    location where you would learn what the

7    surface was and then provide input, or were

8    you involved at all in kind of making the

9    decision from the start?

10      A      I mean, after 2016, I don't

11   think -- I mean, I can't think that we

12   played on another turf field, so before

13   that -- I mean, the World Cup in 2015 was on

14   turf, so we had to train on turf to be ready

15   to play on turf in a world environment.

16             But I think after I guess 2016, I'm

17   trying to think, we played mainly on grass,

18   but I would be given -- I got to know the

19   stadiums to know they were grass.  So if

20   they said we're playing here, I knew it was

21   grass.  But after a certain point they were

22   all grass.

23      Q      Were there times after you learned

24   essentially where the game was going to be

25   played that you requested that it be moved

```
 1          to be played on grass rather than turf?

 2          A     I'm trying to think.

 3                I mean, I think I recall -- this is

 4          maybe the end of 2015 finding out we were

 5          playing potentially on a turf field and I

 6          raised an issue and they actually -- I think

 7          it was Georgia -- I can't remember exactly,

 8          but they put grass down.

 9          Q     At the Georgia Dome?

10          A     Yes.

11                MS. LEIDEN:  Let's go off the

12          record.

13                THE VIDEOGRAPHER:  The time is

14          12:35 p.m.  We are going off the

15          record.

16                (Whereupon, a luncheon recess was

17            taken at 12:35 p.m. through 1:42 p.m.)

18            A F T E R N O O N   S E S S I O N

19                    JILL ELLIS,

20          resumed, having been previously

21              duly sworn, was examined

22            and testified further as follows:

23                THE VIDEOGRAPHER:  The time is

24          1:42 p.m.  We're back on record.

25     BY MS. LEIDEN:
```

Confidential

1    Q     Welcome back.

2          Before we broke for lunch, we were

3    talking about generally your responsibility

4    as head coach and different decisions that

5    were made about the team.

6          And we had discussed that you did

7    have significant input in terms of deciding

8    the opponent that the team would play,

9    right?

10   A     Yes.

11   Q     And then we were talking about game

12   locations and then field services.

13         And is it accurate to say that

14   US Soccer would make the decision with

15   respect to both locations and the field

16   service?

17   A     Yes.

18   Q     And I believe there are two

19   different things you had talked about in

20   terms of field.  One was the size of the

21   field and one was the actual makeup of the

22   surface, whether it was artificial or turf,

23   right?

24   A     Yes.

25   Q     And US Soccer would make those

Confidential

```
 1  decisions and you might have input on them

 2  that you would provide essentially after the

 3  fact?

 4      A    Yes.

 5      Q    Okay.

 6           The next thing I want to talk about

 7  is travel.

 8           So similar question is:  Did you

 9  have a role in making a decision in terms

10  of, first let's say, what type of hotel

11  accommodations that you and the players

12  would have when you traveled for games?

13      A    No.

14      Q    How would you learn what the

15  accommodations would be?

16      A    So when it was Tim who was my

17  administrator, he located the hotels, and

18  then Molly did it as time, so Molly was

19  responsible for finding the hotels.  Her

20  process, I mean, because I know she sent

21  certain parameters to operate in terms of

22  the CBA, so she would find the hotels and

23  then she would let me know.

24           And sometimes she would go scout

25  flights out and she would go fly out there
```

Confidential

1    to make sure it was acceptable.

2       Q      And were there any times after you

3    learned what the accommodations would be

4    that you made a request that it be changed?

5       A      No.

6       Q      Are you aware of any similar type

7    of requests from the players themselves in

8    terms of hotels?

9       A      The only time I heard players

10   complain about a hotel was I think there was

11   construction at one hotel, and we moved them

12   from like one side of the hotel to the

13   other.

14          You know, I didn't really track a

15   lot of that, I'll be honest, but the players

16   spoke directly to Molly if there was an

17   issue.

18          But, no, I mean, I think -- again,

19   I've been retired for five and a half years.

20   I can't honestly said I've taken issue with

21   a hotel.

22      Q      The next thing in terms of travel,

23   were you involved at all in the decisions as

24   to flights that yourself and the team would

25   take when traveling for games?

Confidential

1      A      No.

2      Q      And when I say "flights," I mean,

3   first of all, whether the flight would be a

4   charter flight, whether it would be a

5   commercial flight and then whether within a

6   commercial flight whether any particular

7   class -- same question, in terms of all

8   those options, were you involved at all

9   before the decision was made as to what type

10  of flight?

11     A      No.  In 2018 for World Cup

12  qualifiers, that's when I was specifically

13  asked for charter.  And so that was probably

14  the only time I've involved myself in

15  flights.

16     Q      And was that request granted?

17  Honored?

18     A      Yes.

19     Q      Other than the World Cup

20  qualifiers, were there other times that the

21  women's team took charter flights?

22     A      We definitely chartered back from

23  the World Cup in Canada because we went to

24  LA.

25     Q      In 2015?

1      A      Yes.  '19 as well.

2             I think we took some charters

3      around She Believes tournament -- just

4      because it was a really terrible ride -- it

5      was crazy, but other than that I don't

6      recall.

7      Q      And with respect to the type of

8      flight and the class on a commercial flight,

9      were there any times other than making the

10     request specifically for the charter flights

11     that you made a request to change the

12     flights either type or time or anything with

13     respect to that?

14     A      Gosh.  Not that I can remember.

15            No, not that I can remember.  I

16     mean, I remember after once the new CBA came

17     in, the players got business class flights

18     internally which was huge because it was

19     physically so much better.

20            So but prior to that or involving

21     myself in flights or changing flights, I

22     can't remember -- would there be one time

23     where I said, Hey, can we get on an earlier

24     flight when I looked at the schedule.  But

25     we do the schedule a month out, so when they

Page 162

```
1    say, Hey -- I think it's like on occasion,

2    can we train that morning and push the

3    flight back?  You know, things like that,

4    maybe occasionally.  I can count on one

5    hand, potentially.

6        Q    And then similar question with

7    respect to the training personnel and

8    medical personnel that would -- well, first

9    just, and I think we covered this a little

10   bit already -- that were used by the team

11   generally in terms of hiring training

12   personnel, medical staff, was that something

13   you were involved in the decision making?

14       A    So once James Bunce was hired in --

15   end of 2017 -- I'm not exactly sure -- I was

16   invited in the interviews for the physical

17   therapist and new trainer, this was after

18   Rick left.  That's been kind of my only kind

19   of involvement in that process.

20            In terms of securing the massage

21   therapists or trainers, that was always

22   handled out of Chicago.  I think Hughie did

23   it, Hugh O'Malley did it way back when and I

24   think it got passed on, but that was kind of

25   the administrative side that Molly dealt
```

1    with all of that.

2        Q    And what about whether and how

3    those personnel would travel with the team

4    to games?

5            Were you involved in deciding who

6    would kind of be on the travel group to a

7    particular game?

8        A    I mean, everybody that was in count

9    for the most part, you know, like we took

10   over planes, there were 50 of us when we

11   traveled with the players and staff.

12   Sometimes the staff would take -- they would

13   split non-essential personnel so always the

14   medical team would travel with the players.

15   Molly would always travel with the players,

16   but if we had to send a different group

17   because they were not essential, sometimes

18   the comp crew would take a different flight.

19   That's the only time I can recall us

20   splitting up, so to speak.

21       Q    As the head coach, did you have any

22   visibility into the travel accommodations

23   for the men's team?

24       A    Did I have --

25       Q    Visibility.  Did you have any

Confidential

1    knowledge of how they were traveling?

2        A     I mean, I was told.  I didn't see

3    it per se but I knew they chartered.

4        Q     You knew that the men were

5    generally taking chartered flights?

6        A     Yes.

7        Q     Was there any discussion on your

8    end with respect to asking for the same

9    thing?

10       A     Yes.

11       Q     And who would have been involved in

12   those conversations?

13       A     Tom King.

14       Q     And that was between you and Tom

15   King?

16       A     Yes.

17       Q     And what did Mr. King respond?

18       A     I think one time he said -- I don't

19   think it's in the CBA but I pushed for the

20   World Cup qualifiers and he said he'd speak

21   to Dan and it got approved.

22       Q     So that would have been 2019?

23       A     End of '18.

24       Q     Do you recall ever making that

25   request or request for respective charters

1    flights before those World Cup qualifiers?

2        A      I think yes.  I think we took a

3    couple -- yeah, it was something that I felt

4    was important because of just, you know, the

5    time involved in going domestic.

6        Q      But generally speaking while you

7    were the head coach, it's your understanding

8    that the men did take more charter flights

9    than the woman overall, right?

10       A      Yes.

11       Q      And then similar question with

12   respect to hotel accommodations, things like

13   that:  Did you have any knowledge of what

14   types of hotels the men were staying at,

15   that type of thing?

16       A      Not directly, no.  I mean, I think

17   Molly was pretty vigilant in checking out

18   places, and I know she talked to the men's

19   counterpart to her and would get hotel

20   information and stuff like that, so they

21   would compare.

22       Q      Other than charter flights, were

23   there any other accommodations or travel

24   issues that you recall bringing to the

25   attention of US Soccer as being different

Confidential

1              MS. KERSHAW:  Just clarifying.

2   BY MS. LEIDEN:

3        Q     And we have been talking about or

4        looking at budgets that are specific to

5        certain years, and so this document

6        aggregates certain information from fiscal

7        year 2012 through fiscal year 2020.

8              So there are two items in this

9        summary.  The first is hotels and from the

10       fiscal year 2012 to fiscal year 2020, the

11       expenses for the women's team has been about

12       $7.3 million and the men's team has been

13       about $10.7 million.

14             Do you see that?

15       A     Yes.

16       Q     On the right-hand side?

17       A     Yes.

18       Q     And on Air Travel, it looks like

19       the men's team is about 14.3 million and the

20       women is about 6.3 million?

21       A     Yup.

22             MS. KERSHAW:  I'm just going to

23       object again to the foundation of

24       this document.  She can't verify

25       whether these numbers are accurate or

1          correct.

2                    But answer.  You can still answer

3          the question.

4                    MS. LEIDEN:  Well, with

5          respect -- I'm not asking her for

6          foundation.

7                    As I said, this was a document

8          prepared by Plaintiffs' counsel.  So with

9          respect, I don't think that's an

10         objection that has any merit.  But again

11         with all of these, I'm not asking her to

12         authenticate a document she's never seen.

13                   I'm asking her questions about the

14         numbers that are reflected in the

15         documents.

16   BY MS. LEIDEN:

17         Q    So my actual question to you after

18      all that is:  Are you aware of any reason

19      why the soccer Federation has spent over

20      $3 million more on the men's team than the

21      women's team in hotels for fiscal year 2020?

22         A    Do I know why?  No.

23         Q    And then the same question with

24      respect to why the US Soccer has spent about

25      $8 million more on the men's team than the

Confidential

```
 1   women's team on air travel over that same

 2   period of time?

 3       A     No.

 4       Q     Are you surprised at all by these

 5   numbers?

 6       A     That word "surprise" again.

 7             I look at it and I go, Okay, what

 8   am I doing that year.  That's kinda how I

 9   look at things, you know, am I playing a lot

10   of games.

11             But, no, I'm not surprised.

12       Q     And you had testified a little bit

13   about this earlier, but your general

14   understanding, I believe, was that the women

15   played about 24 games or so per year?

16       A     Yes.

17       Q     And that generally speaking, the

18   Women's National Team has played more -- a

19   greater number of teams than the men's team

20   in this period, right?

21       A     Yes.  I don't know for certain, but

22   I would imagine so, yes.

23       Q     And the Women's National Team won

24   two World Cups during this time frame,

25   right?
```

Confidential

Page 238

```
 1      A      Correct.

 2      Q      And the men's team won zero World

 3   Cups during this period?

 4      A      Correct.

 5      Q      And setting aside that particular

 6   document, was it your understanding while

 7   you were the head coach of the Women's

 8   National Team that US Soccer spent more

 9   money on the men's team than the women's

10   team?

11      A      Did I know that factually, no.  Did

12   I assume that, yes, because I knew they got

13   charters.

14      Q      So that was one specific thing that

15   you knew or were told was that the men had

16   chartered flights and the women didn't,

17   right?

18      A      Correct.

19      Q      Are there any other specific

20   things that you can think of that you were

21   told or found out in terms of differences

22   between funds spent on one versus the other?

23      A      I mean, not related to the players,

24   no.  Coaches' salaries, yes.  But --

25      Q      That's a good point.  So coaching
```

Confidential

Page 239

1      salary, chartered flights, is there anything

2      else besides those two things that you are

3      aware of in terms of individual line items?

4          A    No.

5          Q    But I take it you would have

6      preferred those be equal?

7              MS. KERSHAW:  Is that a

8          question?

9          A    Do I answer?  Would I have

10     preferred?

11             Jill Ellis' preference would be to

12     take more money than everybody.  So my

13     preference would be more.

14  BY MS. LEIDEN:

15         Q    Right.  Let me ask a clean question

16     for the record.

17             Would it have been your preference

18     that US Soccer spend the same amount of

19     money on your salary as compared to the

20     salary of the Men's National Team head

21     coach?

22         A    Correct.  Yes.

23         Q    And would it have been your

24     preference that US Soccer spend at least the

25     same amount of money for flights for the

```
 1   Women's National Team that it did for the

 2   men's team?

 3       A      Yes.

 4       Q      You can set that away.  I'll shift

 5   you away from numbers for a while and talk

 6   about kind of the responsibilities and the

 7   duties of players on the team as opposed to

 8   your specific job duties.

 9              Generally speaking, what's your

10   understanding of what the job duties are for

11   a player on the Women's National Team?

12       A      I don't think job duties is gender

13   specific across the board, so I think they

14   would be the same responsibilities:  To be a

15   good professional, to come into camp fit, to

16   perform at a high level, to seek treatment

17   when you're injured are I think the

18   parameters of which a player has

19   responsibilities.

20       Q      And those things that you

21   mentioned, being a good professional,

22   fitness, performing at a high level, seeking

23   treatment for injuries, would those be the

24   same expectations for players on the Men's

25   National Team?
```

Confidential

Page 241

1      A      Certainly.

2      Q      Would you agree that one of the

3   responsibilities or requirements for a

4   player on the Women's National Team would be

5   available for team training?

6      A      Yes.

7      Q      And be available for games and

8   tournaments?

9      A      Yes.

10     Q      And to be available to travel for

11  both training and tournaments and games?

12     A      Yes.

13     Q      And that would be the same on the

14  men's side as well?

15     A      Correct.

16     Q      So generally speaking, the

17  responsibilities and requirements, I'll say

18  that, for being on the US Men's National

19  Team would be the same as the requirements

20  and responsibility for being on the Women's

21  National Team, correct?

22     A      Yes.

23     Q      And shifting away from duties or

24  responsibilities, would you say there's

25  skills necessary to be on the Women's

Confidential

Page 242

```
 1    National Team?

 2       A     Certainly.

 3       Q     And could you, at a high level,

 4    kind of talk about the skills that you

 5    looked for as a head coach for your players?

 6       A     I mean, it's the four pillars of

 7    the game.  So you're looking at athleticism,

 8    you are looking at tactical IQ, you are

 9    looking at technical proficiency, and mental

10    fortitude.

11       Q     And what do you mean by "tactical

12    IQ"?

13       A     Meaning they have a good base

14    understanding of the game in terms of space

15    and decision-making.  So it's the thinking

16    part of the game.  There are varying

17    disagrees of that even within our squad

18    because it's experienced-based, but that's

19    the thinking part of the game, yeah.

20       Q     And by "technical proficiency,"

21    would you be referring to specific physical

22    soccer skills?

23       A     Passing, shooting, dribbling,

24    heading such.

25       Q     I believe you referred to those as
```

Confidential

1      "pillars," right?

2          A      Yes.

3          Q      So those pillars:  Athleticism,

4    tactical IQ, tactical proficiency and mental

5    fortitude, those all would be skills that

6    would be necessary for a man to be on the

7    Men's National Team, right?

8          A      I would imagine so.  I've never

9    coached men, but I would hazard to say a

10   player is a player.

11         Q      Do you think the players on the

12   Women's National Team are as skilled as the

13   players on the Men's National Team?

14         A      Yes.

15         Q      Do you think they work as hard as

16   the players on the Men's National Team?

17         A      Yes.

18         Q      Do you think that the US Women's

19   National Team is more popular than the US

20   Men's National Team currently?

21         A      I'm not on social media but I would

22   hazard to say yes.

23         Q      Do you have any insight into the

24   ranking or level of team that the Men's

25   National Team faces?

Confidential

Page 244

```
 1      A      In the FIFA rankings in the level

 2   of opponents, I don't know the FIFA men's

 3   rankings but I know the top teams.  I don't

 4   know who the men play in terms of FIFA

 5   ranks.

 6      Q      But I assume you do have visibility

 7   for that for the Women's National Team,

 8   right?

 9      A      Yes.

10      Q      And generally speaking, would you

11   say that the Women's National Team plays

12   fairly high-ranked opponents?

13      A      Yes.

14      Q      And has that been true throughout

15   your tenure as the head coach?

16      A      I think it's actually increased.

17   As we built in tournaments and invited the

18   elite teams into the tournaments, I actually

19   think our schedule has grown in strength

20   over time.

21      Q      And sorry.  Just to clarify, you

22   think that over time, the team has actually

23   faced tougher competition?

24      A      Yeah, because we go to these

25   tournaments and you bring in the top three
```

Confidential

1    or four teams and each tournament is

2    determined by tier, so I think we've played

3    a very rigorous schedule.

4        Q    Can you explain exactly what you

5    mean by "tier"?

6        A    If you play a top ten team, the

7    elite teams in the world, if you're playing

8    mid-range.  I mean, I think there's a

9    hundred-something rankings so we tend to

10   play the top teams as much possible.

11            MS. LEIDEN:  This document was

12       already marked at -- this was

13       Exhibit 51 at the deposition of Jay

14       Berhalter.

15            And I'll represent that, as Counsel

16       represented at Mr. Berhalter's

17       deposition, that this is a summary

18       prepared by Plaintiffs' counsel that is

19       based on documents that were produced by

20       United States Soccer Federation in this

21       case and that was pulled from

22       USSF-MORGAN-023627 through 023628 and

23       that this summarizes for 2014 and 2019

24       the Men's National Team games and the

25       Women's National Team games and the

Confidential

```
 1                    MS. LEIDEN:  That's all for me.

 2           Hopefully, that means we're done.

 3                    MS. KERSHAW:  We're done.

 4                    THE VIDEOGRAPHER:  The time is

 5           5:21 p.m.  We're going off the

 6           record.

 7

 8

 9                    (Whereupon, the deposition was

10           concluded at 5:21 p.m.)

11

12           _____

13                    JILL ELLIS

14

15   Subscribed and sworn

16   to before me this

17   _____  day of _____, 2020

18

19   _____
                      Notary Public
20

21

22

23

24

25
```

Confidential

Page 299

```
 1    STATE OF FLORIDA       )        PAGE _____ of _____

 2                           ) ss:

 3    COUNTY OF BROWARD       )

 4                    I wish to make the following

 5    changes, for the following reasons:

 6    PAGE    LINE

 7    _____   _____      CHANGE:  _____

 8                       REASON:  _____

 9    _____   _____      CHANGE:  _____

10                       REASON:  _____

11    _____   _____      CHANGE:  _____

12                       REASON:  _____

13    _____   _____      CHANGE:  _____

14                       REASON:  _____

15    _____   _____      CHANGE:  _____

16                       REASON:  _____

17    _____   _____      CHANGE:  _____

18                       REASON:  _____

19    _____   _____      CHANGE:  _____

20                       REASON:  _____

21

22    _____        _____
      Witness's signature                Date

23

24

25
```

Confidential

```
1                    C E R T I F I C A T E

2   STATE OF FLORIDA      )
                                   : ss.
3   COUNTY OF BROWARD      )

4                   I, BARBARA R. ZELTMAN, a

5           Professional Realtime Court Reporter and

6           Notary Public, within and for the State

7           of Florida, do hereby certify:

8                   That JILL ELLIS, the witness whose

9           deposition is hereinbefore set forth, was

10          duly sworn by me and that such deposition

11          is a true record of the testimony given

12          by the witness.

13                  I further certify that I am not

14          related to any of the parties to this

15          action by blood or marriage, and that I

16          am in no way interested in the outcome of

17          this matter.

18                  IN WITNESS WHEREOF, I have hereunto

19          set my hand this 21st day of January,

20          2020.

21

22          _____

23          BARBARA R. ZELTMAN
            Professional Realtime Reporter
            and Notary Public
24          COMM NO. GG 132922
            EXP:  August 9, 2021

25
```