# EXHIBIT 17

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

_____
                                   )
                                   )
ALEX MORGAN, et al.,               )
                                   )
          Plaintiffs,              ) Case No.
                                   ) 2:19-cv-01717
     vs.                           ) RGK-AGR
                                   )
UNITED STATES SOCCER               )
FEDERATION, INC.,                  )
                                   )
          Defendant.               )
_____

DEPOSITION OF ALEX MORGAN

Los Angeles, California

Thursday, December 19, 2019

Volume I

Reported by:
Gail E. Kennamer, CSR 4583, CCRR
Job No. 172865

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

_____
                                   )
                                   )
ALEX MORGAN, et al.,               )
                                   )
         Plaintiffs,               ) Case No.
                                   ) 2:19-cv-01717
     vs.                           ) RGK-AGR
                                   )
UNITED STATES SOCCER               )
FEDERATION, INC.,                  )
                                   )
         Defendant.                )
_____

   Deposition of Alex Morgan, Volume I, taken
on behalf of Defendant at 2029 Century Park East, Suite
3500, Los Angeles, California; beginning at 10:07 a.m.
and ending at 5:28 p.m.; Thursday, December 19, 2019,
before Gail E. Kennamer, CSR 4583, CCRR.

Page 10

1       Los Angeles, California; Thursday, December 19, 2019
2                            10:07 a.m.
3
4                           ALEX MORGAN,
5   a witness herein, having been administered an oath, was
6   examined, and testified as follows:
7
8                          -EXAMINATION-
9
10    BY MS. FERRARI:
11        Q.   Ms. Morgan, have you ever been deposed before?
12        A.   I have not.
13        Q.   All right.
14             MR. KESSLER:  Just before we do that, are we
15   good for appearances or just take it from our cards?
16             THE REPORTER:  Yes, I have your appearances.
17             MR. KESSLER:  We don't have to state our
18   appearances.  Okay.  Sorry.
19    BY MS. FERRARI:
20        Q.   Since you have not been deposed before, I want
21   to talk to you a little bit about the process before we
22   start.
23        The court reporter is taking down everything you say
24   here today, so it's important that you answer audibly with
25   "Yeses" and "Nos."  "Uh-huh," "Uh-uh," nods of the head,

Page 212

1    A.   Yes.
2    Q.   And it requires more skill to play for the U.S.
3    Men's National Team than the U.S. Soccer U17 boys' team;
4    right?
5    A.   Yes.  That would be the progression.
6    Q.   And it requires more skill to play for the U.S.
7    Men's National Team than the U.S. Soccer Youth 17 girls'
8    team?
9    A.   It's difficult to compare that.
10   Q.   Why can't you compare it?
11   A.   Because the Youth 17 women's team has never
12   competed in official matches against either the Youth 17
13   boys' team or the full men's team.
14   Q.   I apologize.  I should say women's and men's,
15   and I shouldn't say boys and girls.
16   A.   That's okay.
17   Q.   All right.  It requires -- Do you think it
18   requires more skill to play for the U.S. Men's National
19   Team than the U.S. Women's National Team?
20   A.   No.
21   Q.   It's a different skill?
22   A.   Is it a different skill to play for the Men's
23   National Team than the Women's National Team?
24   Q.   Yeah.  The Men's National Team members and
25   Women's National Team members, do they have the same

Page 226

1      ***

2

3   I, ALEX MORGAN, do hereby declare under penalty of

4   perjury that I have read the foregoing transcript;

5   that I have made any corrections as appear noted, in

6   ink, initialed by me, or attached hereto; that my

7   testimony as contained herein, as corrected, is true and

8   correct.

9

10       EXECUTED this _____ day of _____, 20__,

11   at_____, _____.
              (City)              (State)

12

13
                    _____
14                         ALEX MORGAN

                           VOLUME I
15

16

17

18

19

20

21

22

23

24

25

Page 227

I, Gail E. Kennamer, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: December 31, 2019

*Gail K*
_____

GAIL E. KENNAMER, CSR 4583, CCRR

Page 228

1        ERRATA SHEET
2   Case Name:
3   Deposition Date:
4   Deponent:
5   Pg.  No.  Now Reads        Should Read    Reason
6   ___  ___  _____       _____     _____
7   ___  ___  _____       _____     _____
8   ___  ___  _____       _____     _____
9   ___  ___  _____       _____     _____
10  ___  ___  _____       _____     _____
11  ___  ___  _____       _____     _____
12  ___  ___  _____       _____     _____
13  ___  ___  _____       _____     _____
14  ___  ___  _____       _____     _____
15  ___  ___  _____       _____     _____
16  ___  ___  _____       _____     _____
17  ___  ___  _____       _____     _____
18  ___  ___  _____       _____     _____
19  ___  ___  _____       _____     _____
20

                                    _____
21                                  Signature of Deponent
22  SUBSCRIBED AND SWORN BEFORE ME
23  THIS ____ DAY OF _____, 2020.
24  _____
25  (Notary Public)   MY COMMISSION EXPIRES:_____