# EXHIBIT 18

```
 1              UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA

 3
     ALEX MORGAN, et al.,              )
 4                                     )
                  Plaintiff,           )
 5                                     )
               vs.                     ) 2:19-cv-01717-RGK-AGR
 6                                     )
     UNITED STATES SOCCER              )
 7   FEDERATION, INC.,                 )
                                       )
 8                Defendant.           )
     ----------------------------------)
 9

10

11

12              DEPOSITION OF CARLI LLOYD

13              Philadelphia, Pennsylvania

14              Friday, December 20, 2019

15

16

17

18

19

20

21

22

23

24   Reported by:
     FRANCIS X. FREDERICK, CSR, RPR, RMR
25   JOB NO. 172871
```

Page 5

```
 1    C A R L I    L L O Y D,   called as a witness,
 2          having been duly sworn by a Notary
 3          Public, was examined and testified as
 4          follows:
 5    EXAMINATION BY
 6    MR. FINKEL:
 7          Q.    Ms. Lloyd, could you please state
 8    and spell your name for the record.
 9          A.    Carli Lloyd.  C-A-R-L-I,
10    L-L-O-Y-D.
11          Q.    And I'm Noah Finkel.  I'm an
12    attorney for the United States Soccer
13    Federation.
14                Have you ever had your deposition
15    taken before?
16          A.    No.
17          Q.    Have you ever testified in any
18    kind of case before?
19          A.    No.
20          Q.    So what will happen today is I'll
21    be asking you questions.  You will be
22    answering them.  If you don't hear one of my
23    questions, just let me know that.  If I talk
24    too quickly and you don't get it all, and I
25    have a tendency to do that, just tell me and I
```

Page 108

1    we can go."

2            What did you mean by that?

3        A.   For us to get something out of it

4    to challenge ourselves but also to be able to

5    compete with the size, strength, and

6    athleticism of the boys, that's where we have

7    capped it off.  That's where our coaches have

8    capped it off because suddenly it becomes a

9    non-skill game but versus athletic big,

10   strong, fast game.

11       Q.   And do you think the team could be

12   competitive against the national U18 team?

13       A.   If they weren't big, strong and

14   fast?

15       Q.   Sure.

16       A.   And they weren't men?  The

17   genetics they essentially have, yes.

18       Q.   They are men, of course, right?

19       A.   Of course.

20       Q.   Okay.  And so if you --

21       A.   But if you're basing it off of

22   skill, yes, I think that we are a very skilled

23   team and we definitely could.

24       Q.   Okay.  And do you think that the

25   team could be competitive against the senior

Page 109

```
 1   Men's National Team?
 2        A.    I'm not sure.
 3        Q.    Okay.
 4        A.    Shall we fight it out to see who
 5   wins and then we get paid more?
 6        Q.    It would be a great event,
 7   wouldn't it?
 8        A.    Might be some injuries there.
 9        Q.    Well, let's hope not.  We don't
10   want that for either team.
11        A.    Just kidding.
12        Q.    Well, do you -- well, so why do
13   you think that the -- why is it capped at the
14   U16?  You alluded to U18 you don't play and I
15   think I miss -- I think I missed the reason
16   why on that.
17              MS. SPANGLER:  Objection.  Asked
18         and answered.  And also calls for
19         speculation.  But you can answer if you
20         can.
21        A.    My individual development, I've
22   been training with this U18 academy boys team
23   since they were U12.  This is my -- that's my
24   individual development to train with that
25   team.
```

1  sports to have that?

2        MS. SPANGLER:  Same objection.

3    A.    Yes.  But you're an attorney.  If
4  I were an attorney, we're both doing the same
5  job.

6    Q.    Right.  Well, there aren't
7  separate firms for men and women.

8    A.    But it's essentially the same job.
9  They're just men and we're just women.  Our
10  makeup.  Our genetics.

11   Q.    Okay.  Well, do you think that the
12  players on the two teams are -- well, why --
13  if there are two separate teams -- I'm sorry.
14  Let me just make sure.  You don't have a
15  problem with there being separate teams for
16  men and women, right?

17   A.    No.

18   Q.    Okay.  And do you then agree that
19  the players on the two teams are not equal in
20  every respect?

21       MS. SPANGLER:  Objection to the
22     form.  Vague.

23   A.    Yeah, I'm not really
24  understanding.

25   Q.    Well, I mean, you testified

1  earlier about speed and strength and
2  athleticism.  Do you think that the players on
3  the men's team have different speed, strength
4  and athleticism than the players on the
5  women's team?
6       A.    Yes.  The genetic makeup of that,
7  yes.
8       Q.    Okay.
9       A.    Skill wise, I'm sure that I -- I
10 regard myself as a very, very skillful player.
11 I wouldn't doubt that I'm more skillful than
12 some of those male players.
13      Q.    What about in total ability?
14      A.    Ability is your own ability to go
15 as far as you want.  Ability is very
16 open-ended.
17      Q.    Now, do you think that -- by
18 ability I mean kind of caliber of play
19 overall.  So let's approach it this way.
20            I mean, do you think that having
21 greater speed is a factor in a player's
22 overall soccer ability?
23      A.    I think that that's subjective.
24 I'm not a super blazingly fast player but I'm
25 a complete player.  So there's a lot of

Page 140

1  damages that are set forth in the Complaint
2  you would be seeking in this lawsuit?
3          A.   Yes.
4               MS. SPANGLER:  I don't have any
5       other questions.
6               MR. FINKEL:  Nor do I.
7               MS. SPANGLER:  Thank you.
8               (Time Noted:    12:48 p.m.)
9
10
11
12
13
14
15
16
17
18
19                      _____
20                      CARLI LLOYD
21
22  Subscribed and sworn to before me
23  this ___ day of _____, 2020.
24
25  _____

```
 1            C E R T I F I C A T E

 2    STATE OF NEW YORK      )

 3                           : ss.

 4    COUNTY OF NEW YORK     )

 5            I, FRANCIS X. FREDERICK, a

 6    Notary Public within and for the State

 7    of New York, do hereby certify:

 8            That CARLI LLOYD, the witness

 9    whose deposition is hereinbefore set

10    forth, was duly sworn by me and that

11    such deposition is a true record of

12    the testimony given by the witness.

13            I further certify that I am not

14    related to any of the parties to this

15    action by blood or marriage, and that

16    I am in no way interested in the

17    outcome of this matter.

18            IN WITNESS WHEREOF, I have

19    hereunto set my hand this 31st day of

20    December, 2019.

21

22

23

24                    _____

25                    FRANCIS X. FREDERICK
```

```
 1    NAME OF CASE:  MORGAN v. USSF

 2    DATE OF DEPOSITION:  DECEMBER 20, 2019

 3    NAME OF WITNESS:  CARLI LLOYD

 4    Reason codes:
           1.  To clarify the record.
 5         2.  To conform to the facts.
           3.  To correct transcription errors.
 6    Page _____ Line _____ Reason _____
      From _____ to _____
 7
      Page _____ Line _____ Reason _____
 8    From _____ to _____

 9    Page _____ Line _____ Reason _____
      From _____ to _____
10
      Page _____ Line _____ Reason _____
11    From _____ to _____

12    Page _____ Line _____ Reason _____
      From _____ to _____
13
      Page _____ Line _____ Reason _____
14    From _____ to _____

15    Page _____ Line _____ Reason _____
      From _____ to _____
16
      Page _____ Line _____ Reason _____
17    From _____ to _____

18    Page _____ Line _____ Reason _____
      From _____ to _____
19
      Page _____ Line _____ Reason _____
20    From _____ to _____

21    Page _____ Line _____ Reason _____
      From _____ to _____
22
                   _____
23
                   CARLI LLOYD
24

25
```