# EXHIBIT 19

Page 125

1          SUNIL GULATI - CONFIDENTIAL
2         UNITED STATES DISTRICT COURT
3         CENTRAL DISTRICT OF CALIFORNIA
4   ALEX MORGAN, et al.,            )
                                    )
5              Plaintiffs,          )
                                    )
6         vs.                       ) 2:19-cv-01717-RGK-AGR
                                    )
7   UNITED STATES SOCCER            )
    FEDERATION, INC.,               )
8                                   )
              Defendant.            )
9   -------------------------------)
    (Caption continued on the next page.)
10
11          * * *CONFIDENTIAL* * *
12  CONT'D. VIDEOTAPED DEPOSITION OF SUNIL GULATI
13              New York, New York
14              December 18, 2019
15                 Volume II
16
17
18
19
20
21
22
23  Reported by:
24  KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25  JOB NO. 173646

Page 130

1           SUNIL GULATI - CONFIDENTIAL

2           THE VIDEOGRAPHER: This is the start
3 of media labeled number 1 in the
4 video-recorded deposition of Sunil Gulati in
5 the matter of Alex Morgan, et al. versus the
6 United States Soccer Federation, and Hope
7 Solo versus the United States Soccer
8 Federation, Inc., in the United States
9 District Court for the Northern District of
10 California, San Francisco Division, on
11 December 18, 2019 at approximately 9:to a.m.
12           My name is Lem Lattimer. I'm the
13 legal video specialist from TSG Reporting.
14 The court reporter is Kathy Klepfer from TSG
15 Reporting.
16           Counsels, please introduce yourself.
17 SUNIL GULATI, having been previously sworn,
18     resumed and testified as follows:
19 EXAMINATION BY (Cont'd.)
20 MR. KESSLER:
21     Q. Good morning, Mr. Gulati.
22     A. Good morning.
23     Q. Mr. Gulati, are the FIFA rules for
24 playing the game the same for the Men's Team and
25 the Women's Team?

Page 132

1      SUNIL GULATI - CONFIDENTIAL
2   depositions with respect to documents that
3   were produced in the Morgan case but not the
4   Solo case, with the agreement from Solo's
5   counsel that they will keep those particular
6   non-produced documents in the Solo matter
7   attorneys eyes only until we reach an
8   agreement on the Protective Order.
9           Is that an agreement?
10          MS. de BARTOLOMEO:  Yes, it is.
11          MS. McLAUGHLIN:  Thank you.
12  BY MR. KESSLER:
13     Q.   Okay.  We'll start again.
14          Good morning again, Mr. Gulati.
15     A.   Good morning.
16     Q.   Mr. Gulati, I was just asking are the
17  FIFA rules of the games the same for the Men's
18  Team and the Women's Team?
19     A.   I take it by that you mean the laws of
20  the game, which is FIFA's overriding what we
21  would call rules here.
22          I think that's correct.  There's some
23  modifications for various competitions, but
24  they're -- the laws of the game are the same.
25     Q.   The field length is the same?

1        SUNIL GULATI - CONFIDENTIAL
2     A.    In the laws of the game, the field
3  length, there is some -- some ranges.  So that's
4  why I said for certain events they may not be
5  exactly the same, but it's not specific to
6  gender at the World Cup, but there may be
7  some --
8     Q.    That's not really -- there's no gender
9  distinction between the size of the field,
10 right?
11    A.    In the laws of the game, that's
12 correct.
13    Q.    And in the laws of the game, it's the
14 same length of the game?
15    A.    Yes.
16    Q.    Okay.  And the -- the rules of the
17 game, you know, what's a penalty, you know,
18 what's off-sides, those rules are all the same
19 for the men and the women under FIFA rules,
20 correct?
21    A.    What is a penalty, what is off-sides
22 is -- are the same interpretation, yes.
23    Q.    Okay.  Do you agree that the Women's
24 National Team players train as hard as the Men's
25 National Team players train for their

Page 134

1         SUNIL GULATI - CONFIDENTIAL
2 competitions?
3         MS. McLAUGHLIN: Objection. Form.
4    A.   I'm not -- I'm not quite sure what
5 that means. So if you want to clarify a little
6 bit more.
7    Q.   Okay. So do they work as hard and as
8 diligently to prepare for their games as the men
9 work to prepare for the men's games, in your
10 view?
11    A.   I assume that's the case, yes.
12    Q.   Okay. And I think we agreed yesterday
13 the women, in general, play more games each year
14 on the Women's National Team than the Men's
15 National Team; is that correct?
16    A.   In general terms, that's correct.
17    Q.   Now, Mr. Gulati, when you stepped down
18 as president of USSF, there was an election in
19 2018 for a new president; is that correct?
20    A.   Yes.
21        I didn't step down, in that
22 terminology. My term was up, and I didn't seek
23 reelection; and then, yes, there was another
24 election.
25    Q.   You decided not to stand for

1  SUNIL GULATI - CONFIDENTIAL

2

3  CERTIFICATE

4  STATE OF NEW YORK )
   : ss
5  COUNTY OF NEW YORK)

6  I, Kathy S. Klepfer, a Registered
7  Merit Reporter and Notary Public within and
8  for the State of New York, do hereby
9  certify:
10  That SUNIL GULATI, the witness whose
11  deposition is herein before set forth, was
12  duly sworn by me and that such deposition is
13  a true record of the testimony given by such
14  witness.
15  I further certify that I am not
16  related to any of the parties to this action
17  by blood or marriage and that I am in no way
18  interested in the outcome of this matter.
19  In witness whereof, I have hereunto
20  set my hand this 20th day of December, 2019.

21  *[signature: Kathy S. Klepfer]*

22  ---------------------------------

   KATHY S. KLEPFER, RPR, RMR, CRR, CLR

23

24

25

Page 291

```
 1              SUNIL GULATI - CONFIDENTIAL
 2   NAME OF CASE:  A. Morgan, et al. v. USSF
 3   DATE OF DEPOSITION:  December 18, 2019
 4   NAME OF WITNESS:  Sunil Gulati
 5   Reason Codes:
 6        1.   To clarify the record.
             2.   To conform to the facts.
 7        3.   To correct transcription errors.
 8   Page  196   Line  5    Reason  3
     From  give                 to  get
 9
     Page  270   Line  3    Reason  3
10   From  wasn't              to  was
11   Page _____ Line _____ Reason _____
     From _____ to _____
12   150, line 25, 151, line 9, 15, 20
     Page  151   Line  21,22  Reason  3
13   From  Shalaya            to  Shalala
14   Page _____ Line _____ Reason _____
     From _____ to _____
15
     Page _____ Line _____ Reason _____
16   From _____ to _____
17   Page _____ Line _____ Reason _____
     From _____ to _____
18
     Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
     From _____ to _____
21
     Page _____ Line _____ Reason _____
22   From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24                                    [signature]
25                              SUNIL GULATI  1/13/20
```