# EXHIBIT 21

# Document Provided in Native Format

CONFIDENTIAL
USSF_Morgan_070834

| Year | Date | Opponent | Ranking | Score | Result | Competition | Venue | City | State | Country | Surface | Hotel Accomodations | Means of Team Travel to Match |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 19-Nov | Cuba | 179 | 4-0 | W | Nations League | Truman Bodden Sports Complex | George Town | - | Cayman Islands | Grass | Kimpton Seafire | Charter |
| 2019 | 15-Nov | Canada | 69 | 4-1 | W | Nations League | Orlando City Stadium | Orlando | FL | USA | Grass | Omni ChampionsGate | Commercial |
| 2019 | 15-Oct | Canada | 75 | 0-2 | L | Nations League | BMO Field | Toronto | ON | Canada | Grass | Hotel X | Charter |
| 2019 | 11-Oct | Cuba | 178 | 7-0 | W | Nations League | Audi Field | Washington D.C. | - | USA | Grass | Fairfax Marriott at Fair Oaks | Commercial |
| 2019 | 10-Sep | Uruguay | 5 | 1-1 | D | Friendly | Busch Stadium | St. Louis | MO | USA | Grass | Westin St. Louis | Charter |
| 2019 | 6-Sep | Mexico | 12 | 0-3 | L | Friendly | MetLife Stadium | East Rutherford | NJ | USA | Grass over turf | Hilton Short Hills | Commercial |
| 2019 | 7-Jul | Mexico | 18 | 0-1 | L | Gold Cup | Soldier Field | Chicago | IL | USA | Grass | W Chicago-Lakeshore | Charter |
| 2019 | 3-Jul | Jamaica | 54 | 3-1 | W | Gold Cup | Nissan Stadium | Nashville | TN | USA | Grass | Thompson Nashville | Charter |
| 2019 | 30-Jun | Curacao | 79 | 1-0 | W | Gold Cup | Lincoln Financial Field | Philadelphia | PA | USA | Grass | Sofitel Philadelphia | Charter |
| 2019 | 26-Jun | Panama | 75 | 1-0 | W | Gold Cup | Children's Mercy Park | Kansas City | KS | USA | Grass | The Fontaine | Charter |
| 2019 | 22-Jun | Trinidad & Tobago | 92 | 6-0 | W | Gold Cup | FirstEnergy Stadium | Cleveland | OH | USA | Grass | Ritz-Carlton Cleveland | Charter |
| 2019 | 18-Jun | Guyana | 177 | 4-0 | W | Gold Cup | Allianz Field | St. Paul | MN | USA | Grass | The Graduate Minneapolis | Commercial |
| 2019 | 9-Jun | Venezuela | 29 | 0-3 | L | Friendly | Nippert Stadium | Cincinnati | OH | USA | Grass over turf | Renaissance Cincinnati Downtown | Charter |
| 2019 | 5-Jun | Jamaica | 56 | 0-1 | L | Friendly | Audi Field | Washington D.C. | - | USA | Grass | Hotel Annapolis | Commercial |
| 2019 | 26-Mar | Chile | 13 | 1-1 | D | Friendly | BBVA Compass Stadium | Houston | TX | USA | Grass | Four Seasons Houston | Charter |
| 2019 | 21-Mar | Ecuador | 58 | 1-0 | W | Friendly | Orlando City Stadium | Orlando | FL | USA | Grass | Omni ChampionsGate | Commercial |
| 2019 | 2-Feb | Costa Rica | 36 | 2-0 | W | Friendly | Avaya Stadium | San Jose | CA | USA | Grass | Hilton San Jose | Charter |
| 2019 | 27-Jan | Panama | 71 | 3-0 | W | Friendly | StateFarm Stadium | Glendale | AZ | USA | Grass | Renaissance Glendale | Charter |
| 2018 | 20-Nov | Italy | 19 | 0-1 | L | Friendly | Luminus Arena | Genk | - | Belgium | Grass | Radisson Blu Hasselt | Charter |
| 2018 | 15-Nov | England | 5 | 0-3 | L | Friendly | Wembley Stadium | London | - | England | Grass | Hilton Syon Park | Commercial |
| 2018 | 16-Oct | Peru | 21 | 1-1 | D | Friendly | Pratt & Whitney Stadium | East Hartford | CT | USA | Grass | Hilton Hartford | Charter |
| 2018 | 11-Oct | Colombia | 14 | 2-4 | L | Friendly | Raymond James Stadium | Tampa | FL | USA | Grass | Hilton Tampa Downtown | Commercial |
| 2018 | 11-Sep | Mexico | 16 | 1-0 | W | Friendly | Nissan Stadium | Nashville | TN | USA | Grass | Thompson Nashville | Charter |
| 2018 | 7-Sep | Brazil | 3 | 0-2 | L | Friendly | MetLife Stadium | East Rutherford | NJ | USA | Grass over turf | W Hoboken | Commercial |
| 2018 | 9-Jun | France | 7 | 1-1 | D | Friendly | Groupama Stadium | Lyon | - | France | Grass | Radisson Blu Lyon | Charter |
| 2018 | 2-Jun | Ireland | 31 | 1-2 | L | Friendly | Aviva Stadium | Dublin | - | Ireland | Grass | Radisson Blu St. Helen's | Commercial |
| 2018 | 28-May | Bolivia | 57 | 3-0 | W | Friendly | Talen Energy Stadium | Chester | PA | USA | Grass | Sofitel Philadelphia | Commercial |
| 2018 | 27-Mar | Paraguay | 30 | 1-0 | W | Friendly | WakeMed Soccer Park | Cary | NC | USA | Grass | Renaissance Glendale | Commercial |
| 2018 | 28-Jan | Bosnia-Herzegovina | 38 | 0-0 | D | Friendly | StubHub Center | Carson | CA | USA | Grass | The Shade Redondo Beach | Commercial |
| 2017 | 14-Nov | Portugal | 3 | 1-1 | D | Friendly | Estadio Dr. Magalhaes Pessoa | Leiria | - | Portugal | Grass | Corinthia Hotel Lisbon | Commercial |
| 2017 | 10-Oct | Trinidad & Tobago | 99 | 1-2 | L | World Cup Qualifying | Ato Boldon Stadium | Couva | - | Trinidad | Grass | Hyatt Regency Trinidad | Charter |
| 2017 | 6-Oct | Panama | 60 | 4-0 | W | World Cup Qualifying | Orlando City Stadium | Orlando | FL | USA | Grass | The Grand Bohemian | Commercial |
| 2017 | 5-Sep | Honduras | 75 | 1-1 | D | World Cup Qualifying | Estadio Olimpico Metropolitano | San Pedro Sula | - | Honduras | Grass | Hilton Princess San Pedro Sula | Charter |
| 2017 | 1-Sep | Costa Rica | 21 | 0-2 | L | World Cup Qualifying | Red Bull Arena | Harrison | NJ | USA | Grass | W Hoboken | Commercial |
| 2017 | 26-Jul | Jamaica | 76 | 2-1 | W | Gold Cup | Levi's Stadium | Santa Clara | CA | USA | Grass | Fairmont San Jose | Charter |
| 2017 | 22-Jul | Costa Rica | 26 | 2-0 | W | Gold Cup | AT&T Stadium | Arlington | TX | USA | Grass over concret | Westin Dallas Downtown | Charter |
| 2017 | 19-Jul | El Salvador | 103 | 2-0 | W | Gold Cup | Lincoln Financial Field | Philadelphia | PA | USA | Grass | Sofitel Philadelphia | Charter |
| 2017 | 15-Jul | Nicaragua | 105 | 3-0 | W | Gold Cup | FirstEnergy Stadium | Cleveland | OH | USA | Grass | Ritz-Carlton Cleveland | Charter |
| 2017 | 12-Jul | Martinique | - | 3-2 | W | Gold Cup | Raymond James Stadium | Tampa | FL | USA | Grass | Westin Tampa Bay | Charter |
| 2017 | 8-Jul | Panama | 52 | 1-1 | D | Gold Cup | Nissan Stadium | Nashville | TN | USA | Grass | Renaissance Nashville | Commercial |
| 2017 | 1-Jul | Ghana | 49 | 2-1 | W | Friendly | Pratt & Whitney Stadium | East Hartford | CT | USA | Grass | Hilton Hartford | Charter |
| 2017 | 11-Jun | Mexico | 17 | 1-1 | D | World Cup Qualifying | Estadio Azteca | Mexico City | - | Mexico | Grass | Four Seasons Mexico City | Charter |
| 2017 | 8-Jun | Trinidad & Tobago | 77 | 2-0 | W | World Cup Qualifying | Dick's Sporting Goods Park | Commerce City | CO | USA | Grass | Four Seasons Denver | Commercial |
| 2017 | 3-Jun | Venezuela | 58 | 1-1 | D | Friendly | Rio Tinto Stadium | Sandy | UT | USA | Grass | Hyatt Centric Park City | Charter |

| Year | Date | Opponent | Ranking | Score | Result | Competition | Venue | City | State | Country | Surface | Hotel Accomodations | Means of Team Travel to Match |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | 28-Mar | Panama | 53 | 1-1 | D | World Cup Qualifying | Estadio Rommel Fernandez | Panama City | - | Panama | Grass | Westin Panama | Charter |
| 2017 | 24-Mar | Honduras | 65 | 6-0 | W | World Cup Qualifying | Avaya Stadium | San Jose | CA | USA | Grass | Fairmont San Jose | Commercial |
| 2017 | 3-Feb | Jamaica | 77 | 1-0 | W | Friendly | Finley Stadium | Chattanooga | TN | USA | Turf | The Chattanoogan | Commercial |
| 2017 | 29-Jan | Serbia | 45 | 0-0 | D | Friendly | Qualcomm Stadium | San Diego | CA | USA | Grass | Renaissance San Diego | Bus |
| 2016 | 15-Nov | Costa Rica | 18 | 0-4 | L | World Cup Qualifying | Estadio Nacional | San Jose | - | Costa Rica | Grass | Marriott Costa Rica | Charter |
| 2016 | 11-Nov | Mexico | 17 | 1-2 | L | World Cup Qualifying | MAPFRE Stadium | Columbus | OH | USA | Grass | The Lofts | Commercial |
| 2016 | 11-Oct | New Zealand | 88 | 1-1 | D | Friendly | RFK Stadium | Washington D.C. | - | USA | Grass | W DC | Charter |
| 2016 | 7-Oct | Cuba | 139 | 2-0 | W | Friendly | Estadio Pedro Marrero | Havana | - | Cuba | Grass | Parque Central | Charter |
| 2016 | 6-Sep | Trinidad & Tobago | 68 | 4-0 | W | World Cup Qualifying | TIAA Bank Stadium | Jacksonville | FL | USA | Grass | One Ocean | Commercial |
| 2016 | 2-Sep | St. Vincent and the Gre | 156 | 6-0 | W | World Cup Qualifying | Arnos Vale Stadium | Kingstown | - | St. Vincent | Grass | Buccament Bay Resort | Charter |
| 2016 | 25-Jun | Colombia | 3 | 0-1 | L | Copa America | University of Phoenix Stadium | Glendale | AZ | USA | Grass | Hotel Palomar Phoenix | Charter |
| 2016 | 21-Jun | Argentina | 1 | 0-4 | L | Copa America | NRG Stadium | Houston | TX | USA | Grass over concrete | JW Marriott Houston Downtown | Charter |
| 2016 | 16-Jun | Ecuador | 13 | 2-1 | W | Copa America | CenturyLink Field | Seattle | WA | USA | Grass over turf | Grand Hyatt | Charter |
| 2016 | 11-Jun | Paraguay | 44 | 1-0 | W | Copa America | Lincoln Financial Field | Philadelphia | PA | USA | Grass | Hotel Palomar Philadelphia | Charter |
| 2016 | 7-Jun | Costa Rica | 23 | 4-0 | W | Copa America | Soldier Field | Chicago | IL | USA | Grass | Renaissance Blackstone | Charter |
| 2016 | 3-Jun | Colombia | 3 | 0-2 | L | Copa America | Levi's Stadium | Santa Clara | CA | USA | Grass | Fairmont San Jose | Charter |
| 2016 | 28-May | Bolivia | 79 | 4-0 | W | Friendly | Children's Mercy Park | Kansas City | KS | USA | Grass | The Raphael | Commercial |
| 2016 | 25-May | Ecuador | 12 | 1-0 | W | Friendly | Toyota Stadium | Frisco | TX | USA | Grass | W Dallas-Victory | Commercial |
| 2016 | 22-May | Puerto Rico | 152 | 3-1 | W | Friendly | Juan Ramon Loubriel Stadium | Bayamón | - | Puerto Rico | Grass | Condado Plaza Hilton | Commercial |
| 2016 | 29-Mar | Guatemala | 95 | 4-0 | W | World Cup Qualifying | MAPFRE Stadium | Columbus | OH | USA | Grass | The Lofts | Charter |
| 2016 | 25-Mar | Guatemala | 95 | 0-2 | L | World Cup Qualifying | Estadio Mateo Flores | Guatemala City | - | Guatemala | Grass | Intercontinental Guatemala City | Charter |
| 2016 | 5-Feb | Canada | 85 | 1-0 | W | Friendly | StubHub Center | Carson | CA | USA | Grass | The Belamar | Commercial |
| 2016 | 31-Jan | Iceland | 36 | 3-2 | W | Friendly | StubHub Center | Carson | CA | USA | Grass | The Belamar | Commercial |
| 2015 | 17-Nov | Trinidad & Tobago | 54 | 0-0 | D | World Cup Qualifying | Hasely Crawford Stadium | Port of Spain | - | Trinidad | Grass | Hyatt Regency Trinidad | Charter |
| 2015 | 13-Nov | St. Vincent and the Gre | 129 | 6-1 | W | World Cup Qualifying | Busch Stadium | St. Louis | MO | USA | Grass | Westin St. Louis | Charter |
| 2015 | 13-Oct | Costa Rica | 42 | 0-1 | L | Friendly | Red Bull Arena | Harrison | NJ | USA | Grass | W Hoboken | Charter |
| 2015 | 10-Oct | Mexico | 27 | 2-3 | L | CONCACAF Cup | The Rose Bowl | Pasadena | CA | USA | Grass | The Langham Pasadena | Commercial |
| 2015 | 8-Sep | Brazil | 5 | 1-4 | L | Friendly | Gilette Stadium | Foxborough | MA | USA | Grass over turf | Renaissance Boston Patriot Place | Commercial |
| 2015 | 4-Sep | Peru | 48 | 2-1 | W | Friendly | RFK Stadium | Washington D.C. | - | USA | Grass | W DC | Commercial |
| 2015 | 25-Jul | Panama | 62 | 1-1 | L-PK | Gold Cup | Talen Energy Stadium | Philadelphia | PA | USA | Grass | Renaissance Philadelphia Airport | Charter |
| 2015 | 22-Jul | Jamaica | 76 | 1-2 | L | Gold Cup | The Georgia Dome | Atlanta | GA | USA | Grass over turf | Atlanta Marriott Marquis | Charter |
| 2015 | 18-Jul | Cuba | 104 | 6-0 | W | Gold Cup | M&T Bank Stadium | Baltimore | MD | USA | Grass over turf | Hilton Baltimore | Charter |
| 2015 | 13-Jul | Panama | 62 | 1-1 | D | Gold Cup | Children's Mercy Park | Kansas City | KS | USA | Grass | Westin Kansas City at Crown Center | Charter |
| 2015 | 10-Jul | Haiti | 79 | 1-0 | W | Gold Cup | Gilette Stadium | Foxborough | MA | USA | Grass over turf | Boston Marriott Quincy | Charter |
| 2015 | 7-Jul | Honduras | 75 | 2-1 | W | Gold Cup | Toyota Stadium | Frisco | TX | USA | Grass | Westin Stonebriar | Charter |
| 2015 | 3-Jul | Guatemala | 93 | 4-0 | W | Friendly | Nissan Stadium | Nashville | TN | USA | Grass | Renaissance Nashville | Commercial |
| 2015 | 10-Jun | Germany | 1 | 2-1 | W | Friendly | Rhein Energie Stadion | Cologne | - | Germany | Grass | Intercontinental Dusseldorf | Train |
| 2015 | 5-Jun | Netherlands | 6 | 4-3 | W | Friendly | Amsterdam Arena | Amsterdam | - | Netherlands | Grass | Sofitel Legend The Grand Amsterdam | Commercial |
| 2015 | 15-Apr | Mexico | 18 | 2-0 | W | Friendly | The Alamodome | San Antonio | TX | USA | Grass over concrete | Omni La Mansión del Rio | Commercial |
| 2015 | 31-Mar | Switzerland | 12 | 1-1 | D | Friendly | Stadion Letzigrund | Zurich | - | Switzerland | Grass | Renaissance Zurich Tower | Commercial |
| 2015 | 25-Mar | Denmark | 28 | 2-3 | L | Friendly | NRGi Park | Arhus | - | Denmark | Grass | Radisson Blu Aarhus | Charter |
| 2015 | 8-Feb | Panama | 55 | 2-0 | W | Friendly | StubHub Center | Carson | CA | USA | Grass | JW Marriott Santa Monica Le Merigot | Commercial |
| 2015 | 28-Jan | Chile | 14 | 2-3 | L | Friendly | Estadio El Teniente | Rancagua | - | Chile | Grass | Intercontinental Santiago | Commercial |

| Year | Date | Opponent | Ranking | Score | Result | Competition | Venue | City | State | Country | Surface | Hotel Accomodations | Means of Team Travel to Match |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | 18-Nov | Ireland | 61 | 1-4 | L | Friendly | Aviva Stadium | Dublin | - | Ireland | Grass | The Marker Hotel | Charter |
| 2014 | 14-Nov | Colombia | 3 | 1-2 | L | Friendly | Craven Cottage | London | - | England | Grass | Hyatt Regency London-The Churchill | Commercial |
| 2014 | 14-Oct | Honduras | 56 | 1-1 | D | Friendly | FAU Stadium | Boca Raton | FL | USA | Grass | W Ft. Lauderdale | Commercial |
| 2014 | 10-Oct | Ecuador | 21 | 1-1 | D | Friendly | Pratt & Whitney Stadium | East Hartford | CT | USA | Grass | Hartford Marriott Farmington | Bus |
| 2014 | 3-Sep | Czech Republic | 35 | 1-0 | W | Friendly | Generali Arena | Prague | - | Czech Republic | Grass | Hilton Prauge | Commercial |
| 2014 | 1-Jul | Belgium | 11 | 1-2 | L | World Cup | Arena Fonte Nova | Salvador | - | Brazil | Grass | Novotel Salvador Hangar Aeroporto | Charter |
| 2014 | 26-Jun | Germany | 2 | 0-1 | L | World Cup | Arena Pernambuco | Recife | - | Brazil | Grass | Golden Tulip Recife Palace | Charter |
| 2014 | 22-Jun | Portugal | 4 | 2-2 | D | World Cup | Arena Amazonia | Manaus | - | Brazil | Grass | Blue Tree Premium Manaus | Charter |
| 2014 | 16-Jun | Ghana | 37 | 2-1 | W | World Cup | Estadio das Dunas | Natal | - | Brazil | Grass | Serhs Natal Grand | Charter |
| 2014 | 7-Jun | Nigeria | 44 | 2-1 | W | Friendly | TIAA Bank Stadium | Jacksonville | FL | USA | Grass | One Ocean | Charter |
| 2014 | 1-Jun | Turkey | 39 | 2-1 | W | Friendly | Red Bull Arena | Harrison | NJ | USA | Grass | W Hoboken | Charter |
| 2014 | 27-May | Azerbaijan | 85 | 2-0 | W | Friendly | Candlestick Park | San Francisco | CA | USA | Grass | Sofitel San Francisco Bay | Commercial |
| 2014 | 2-Apr | Mexico | 20 | 2-2 | D | Friendly | University of Phoenix Stadium | Glendale | AZ | USA | Grass | Hotel Palomar Phoenix | Commercial |
| 2014 | 5-Mar | Ukraine | 18 | 0-2 | L | Friendly | Antonis Papadopoulos Stadium | Larnaca | - | Cyprus | Grass | Golden Bay Beach Hotel | Charter |
| 2014 | 1-Feb | Korea Republic | 53 | 2-0 | W | Friendly | StubHub Center | Carson | CA | USA | Grass | JW Marriott Santa Monica Le Merigot | Commercial |