# EXHIBIT 23



USSF_Morgan_005792