# EXHIBIT 29

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT

 2      FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3            NO. 2:19-cv-01717-RGK-AGR

 4   ------------------------------X
     ALEX MORGAN, et al.,
 5
                       Plaintiffs,
 6
               VS.
 7
     UNITED STATES SOCCER
 8   FEDERATION, INC.,

 9                     Defendant.
     ------------------------------X
10

11

12

13                 DEPOSITION

14                     OF

15              MEGAN RAPINOE

16        Thursday, January 16, 2020

17            620 Eighth Avenue

18            New York, New York

19

20

21   Reported by:
     AYLETTE GONZALEZ, RPR, CLR, CCR
22   JOB NO. 175029

23

24

25
```

1   M E G A N   R A P I N O E,

2       called as a witness, having been

3       duly sworn by a Notary Public,

4       was examined and testified as

5       follows:

6   EXAMINATION BY

7   MR. STOLZENBACH:

8       Q.   Good morning, Ms. Rapinoe.  I'm
9   Brian Stolzenbach, as you know.  And I
10  represent U.S. Soccer in both the case that
11  you and many of your teammates have filed, as
12  well as the separate case that Ms. Solo has
13  filed.
14           Just for the record, would you
15  state and spell your name so we have it right.
16      A.   Megan Rapinoe, M-E-G-A-N,
17  R-A-P-I-N-O-E.
18      Q.   And have you ever had your
19  deposition taken before?
20      A.   No.
21      Q.   Have you ever testified before in
22  any context?
23      A.   No.
24      Q.   Okay.  So I'll go through a few
25  things just so you have a good sense of the

1    A.    Just the one.

2    Q.    There was just the one in November?

3    A.    I was not at that.

4    Q.    When it comes to team travel, so
5    travel as the United States Women's National
6    Team, once you're together in camp, so
7    excluding the assembling from all corners of
8    the country or the earth, have you flown
9    anything other than charters since the
10   beginning of 2019?

11   A.    I don't believe so, not since 2019,
12   beginning of that.  Or that time period
13   specifically that you're talking about.

14   Q.    Okay.  Have you ever heard or seen
15   any statements by somebody from U.S. Soccer
16   that caused you to believe that U.S. Soccer
17   has treated you worse than male soccer players
18   because of your sex?

19   A.    Public statements?

20   Q.    Any kind of statements.

21   A.    Have I ever heard or seen
22   statements?

23   Q.    Correct.

24   A.    Yeah, I would say that's true.

25   Q.    Okay.  Can you describe each of

1  those statements to me?

2      A.   One of the famous statements,
3  mostly the market realities would suggest that
4  we don't deserve to be paid the same when
5  market realities I don't think did, in fact,
6  suggest that.  I don't remember specific
7  statements, definite overall sentiment.

8      Q.   Okay.  Any actual specific
9  statements other than the market reality
10 statement?

11     A.   I can't recall right now.

12     Q.   Who made the market reality
13 statement?

14     A.   I believe that was Russ Sauer.

15     Q.   And when was that?

16     A.   2016.

17     Q.   During the June 27th bargaining
18 session, would it be?

19     A.   I don't recall if it was that one
20 specifically.

21     Q.   Did Mr. Sauer make that statement
22 on more than one occasion that you heard?

23     A.   I don't recall.

24          (Rapinoe Exhibit 13, Plaintiffs'
25          Collective Action Complaint for

1  Q. And is that -- it's in quotes, is
2  that an actual quote that Mr. Sauer said,
3  "Market realities are such that the women do
4  not deserve to be paid equally to the men"?
5  A. Meaning like did I hear him say
6  that or is it worthy of being in a quote?
7  Q. Did you hear him say those exact
8  words? And in particular, did you hear him
9  say that the women do not deserve to be paid
10 equally?
11 A. Yeah, I think that's correct.
12 Q. Is it possible that he said only
13 that market realities were a basis for
14 different payment to the women, as opposed to
15 using the word "deserve"?
16      MS. SPANGLER: Objection to the
17   form.
18      You can answer if you can.
19 A. I suppose it's possible, but I also
20 answered yes to the question before so, I
21 think he said that.
22 Q. Okay. And this was during a
23 bargaining session, correct, that he said it?
24 A. Yes.
25 Q. Okay. Do you recall who else was

```
 1                  C E R T I F I C A T E

 2

 3     STATE OF NEW YORK        )
                              :  SS.:
 4     COUNTY OF RICHMOND       )

 5

 6            I, AYLETTE GONZALEZ, a Notary Public

 7     for and within the State of New York, do

 8     hereby certify:

 9            That the witness, MEGAN RAPINOE,

10     whose examination is hereinbefore set forth

11     was duly sworn and that such examination is a

12     true record of the testimony given by that

13     witness.

14            I further certify that I am not

15     related to any of the parties to this action

16     by blood or by marriage and that I am in no

17     way interested in the outcome of this matter.

18            IN WITNESS WHEREOF, I have hereunto

19     set my hand this 16th day of January, 2020.

20                    /s/ Aylette Gonzalez
                      _____
21                         AYLETTE GONZALEZ

22

23

24

25
```

Page 315

1.                 ERRATA SHEET

2. Case Name:

3. Deposition Date:

4. Deponent:

| Pg. | No. | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 35 | 8 | of the world--of | of | Error |
| 47 | 12 | but--there was | but, that was | Error |
| 47 | 23 | last year on I | last year I | Error |
| 91 | 16 | we've--since | since | Error |
| 95 | 9 | shall hire, otherwise | shall hire or otherwise | Error |
| 153 | 3 | The -- I | I | Error |
| 179 | 11 | track would | track we | Error |
| 179 | 12 | we have | would have | Error |
| 179 | 19 | to be | as | Error |
| 192 | 13 | thing | Things | Error |
| 198 | 14 | NW, so | NWSL | Error |
| 205 | 22 | verse | versus | Error |

_____
Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME
THIS ____ DAY OF _____, 2020.

_____
(Notary Public)   MY COMMISSION EXPIRES:_____