# EXHIBIT 30

Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2
     ALEX MORGAN, ET AL.            )
 3                                  )
             Plaintiff,             )
 4                                  )
     VS.                            )   Civil Action No.:
 5                                  )      2:19-cv-01717
     UNITED STATES SOCCER           )
 6   FEDERATION, INC.               )
                                    )
 7           Defendant              )
 8                       - AND -
 9
     HOPE SOLO, ET AL.              )
10                                  )
             Plaintiff,             )
11                                  )
     VS.                            )   Civil Action No.:
12                                  )      3:18-cv-05215 JD
     UNITED STATES SOCCER           )
13   FEDERATION, INC.               )
                                    )
14           Defendant              )
15
16
17         ORAL AND VIDEOTAPED DEPOSITION OF
                       RICH NICHOLS
18                DECEMBER 4, 2019
19
20          ORAL AND VIDEOTAPED DEPOSITION OF RICH NICHOLS,
     produced as a witness at the instance of the Defendant and
21   duly sworn, was taken in the above-styled and numbered
     cause on Wednesday, December 4, 2019, from 8:13 a.m. to
22   3:05 p.m., before Kari J. Behan, CSR, RPR, CRR, in and for
     the State of Texas, reported by computerized stenotype
23   machine, at the offices of K&L Gates, 1717 Main Street,
     Suite 2800, Dallas, Texas 75201, pursuant to the
24   California Federal Rules of Civil Procedure and the
     provisions stated on the record herein.
25   JOB NO. 172862
```

Page 10

1          PROCEEDINGS:
2          (Wednesday, December 4th, 2019, at 8:13 a.m.)
3                THE VIDEOGRAPHER:  This is the beginning of
4    this deposition, the beginning of DVD No. 1.  Today's date
5    is December 4th, 2019, and we are on the record at 8:13.
6                If everyone would please announce their
7    appearances after which the court reporter will swear in
8    the witness.
9                MR. STOLZENBACH:  Brian Stolzenbach on
10   behalf of United States Soccer Federation.
11               MR. BUDNER:  Craig Budner representing the
12   witness, Mr. Nichols.
13               MR. CLASH-DREXLER:  Matthew Clash-Drexler on
14   behalf of U.S. Women's National Team Players Association.
15               MS. SPANGLER:  Cardelle Spangler on behalf
16   of the Morgan Plaintiffs.
17               MR. STAFFORD:  Paul Stafford on behalf of
18   Hope Solo.
19                         RICH NICHOLS,
20   after having been first duly sworn by the above-mentioned
21   Certified Court Reporter, was examined and testified as
22   follows:
23                          EXAMINATION
24   BY MR. STOLZENBACH:
25       Q.  Good morning, Mr. Nichols.

Page 128

1  A. I probably said that, uh-huh.
2  Q. And do you recall also saying at the same time:
3  We have only been talking about game revenues and we have
4  not factored TV and sponsorship?
5  A. Yes.
6  Q. Do you recall what, if anything, Ms. Levine said
7  or did in response to that statement?
8  A. No, I don't.
9  Q. Okay. Do you recall being at a bargaining
10 session with the Federation in 2016 when the Federation
11 representatives referred to market realities to explain
12 its financial proposal?
13 A. Yes.
14 Q. What did the Federation representatives -- let me
15 ask it this way: Mr. Sauer, when he referenced marketing
16 -- market realities, explained that revenue attendance and
17 TV have to be taken into account.
18         Didn't he?
19 A. No. What I recall Mr. Sauer saying twice was
20 that market realities is such that the women do not
21 deserve to be paid equal pay.
22 Q. Did he ever explain what market realities were?
23 A. No.
24 Q. Do you recall being at a bargaining session and
25 saying something to the effect of: Information is power,

Page 175

```
 1                CHANGES AND SIGNATURE
 2                   RICH NICHOLS
 3              Wednesday, December 4, 2019
 4

        PAGE/LINE   |  CHANGE           REASON
 6      _____   |  _____
 7      _____   |  _____
 8      _____   |  _____
 9      _____   |  _____
10      _____   |  _____
11      _____   |  _____
12      _____   |  _____
13      _____   |  _____
14      _____   |  _____
15      _____   |  _____
16      _____   |  _____
17      _____   |  _____
18      _____   |  _____
19      _____   |  _____
20      _____   |  _____
21      _____   |  _____
22      _____   |  _____
23      _____   |  _____
24      _____   |  _____
25      _____   |  _____
```

Page 176

1      I, RICH NICHOLS, have read the foregoing
2  deposition and hereby affix my signature that same is true
3  and correct, except for the changes noted above.
4
5  _____
   RICH NICHOLS
6
7
8
9
10 COUNTY OF:    _____  ?
                                    ?
11 STATE OF: _____      ?
12
        Before me, _____, on
13 this day personally appeared RICH NICHOLS, known to me (or
   proved to me under oath or through _____) to be the
14 person whose name is subscribed to the foregoing
   instrument and acknowledged to me that they executed the
15 same for the purposes and consideration therein expressed.
16
        Given under my hand and seal of office this
17
   _____ day of _____, _____.
18
19
20
                     _____
                     NOTARY PUBLIC IN AND FOR
21                   THE STATE OF _____
22
                     My Commission Expires: _____
23
24
25

Page 177

```
                    UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF CALIFORNIA

    ALEX MORGAN, ET AL.           )
                                  )
              Plaintiff,          )
                                  )
    VS.                           )     Civil Action No.:
                                  )       2:19-cv-01717
    UNITED STATES SOCCER          )
    FEDERATION, INC.              )
                                  )
              Defendant           )
                            - AND -

    HOPE SOLO, ET AL.             )
                                  )
              Plaintiff,          )
                                  )
    VS.                           )     Civil Action No.:
                                  )       3:18-cv-05215 JD
    UNITED STATES SOCCER          )
    FEDERATION, INC.              )
                                  )
              Defendant           )
```

REPORTER'S CERTIFICATION
ORAL & VIDEOTAPED DEPOSITION OF
RICH NICHOLS
WEDNESDAY, DECEMBER 4, 2019

  I, Kari J. Behan, CSR, RPR, CRR, and in and for the State of Texas, do hereby certify that the facts as stated by me in the caption hereto are true;

  That there came before me the aforementioned named person, who was by me duly sworn to testify the truth concerning the matters in controversy in this cause;

  And that the examination was reduced to writing by computer transcription under my supervision; that the deposition is a true record of the testimony given by the witness.

  I further certify that I am neither attorney or

Page 178

1  parties to the action in which this deposition is taken, and further that I am not a relative or employee of any
2  attorney or counsel employed by the parties hereto, or financially interested in the action.
3
   Given under my hand and seal of office on this 6th
4  day of December, 2019.
5
6
   _____
7  KARI BEHAN, CSR, CSR NO. 8564;
   Expiration Date: 7-31-2020
8  Firm Registration No. 615
   TSG Reporting, Inc.
9  747 Third Avenue, 10th Floor
   New York, New York 10017
10 (877) 702-9580
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25