# EXHIBIT 32

| FEDERAL RULE OF EVIDENCE 1006 NET REVENUE (REVENUE – EXPENSES) FY '16 – FY '20[1] | | |
|---|---|---|
| | MNT | WNT[2] |
| FY 2016 | $2,670,077 | $9,404,022.30 |
| FY 2017 | (-$1,382,390) | $2,305,184.29 |
| FY 2018 | (-$1,354,788) | (-$3,375,286.71) |
| FY 2019 | (-$3,071,636) | (-$5,791,489.98) |
| FY 2020[3] | (-$2,955,160) | $7,692,723.99 |
| **Total** | **(-$6,093,897)** | **$10,235,153.89** |

---

[1] The figures listed in this Federal Rule of Evidence 1006 Summary are taken from USSF's accounting summaries found at Bates numbers USSF_Morgan_041681, USSF_Morgan_041694, USSF_Morgan_041706, USSF_Morgan_041728, USSF_Morgan_041740, USSF_Morgan_041747, and USSF_Morgan_063037.  Excludes revenue and expenses from the teams' respective World Cups and World Cup qualifying matches and WNT Olympic qualifying matches.

[2] Excludes salaries paid to WNT players for playing for their NWSL teams through October 31, 2019.  These salary totals can be found in USSF's yearly payroll records from 2015–2019 found at USSF_Morgan_057259–USSF_Morgan_057263.

[3] Through October 31, 2019.