# EXHIBIT 33

```
 1              SUNIL GULATI - CONFIDENTIAL

 2              UNITED STATES DISTRICT COURT

 3             CENTRAL DISTRICT OF CALIFORNIA

 4   ALEX MORGAN, et al.,          )
                                   )
 5              Plaintiffs,        )
                                   )
 6        vs.                      ) 2:19-cv-01717-RGK-AGR
                                   )
 7   UNITED STATES SOCCER          )
     FEDERATION, INC.,             )
 8                                 )
                Defendant.         )
 9   ------------------------------)
     (Caption continued on the next page.)
10

11            * * *CONFIDENTIAL* * *

12      VIDEOTAPED DEPOSITION OF SUNIL GULATI

13              New York, New York

14              December 17, 2019

15                  Volume I

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 173645
```

1         SUNIL GULATI - CONFIDENTIAL

2       want to put on the record that we have an

3       agreement with Hope Solo's counsel that,

4       with respect to any documents that have been

5       produced in Morgan but not produced in Solo,

6       that those will be Attorneys Eyes Only until

7       we reach an agreement on the Protective

8       Order.

9              MR. MORRISON:  And without waiving any

10      rights to challenge that later on, we agree

11      for today's purposes.

12             MS. McLAUGHLIN:  Thank you.

13   SUNIL GULATI, having been previously sworn,

14       resumed and testified as follows:

15   EXAMINATION BY (Cont'd.)

16   MR. KESSLER:

17      Q.   So I guess, Mr. Gulati, we can treat

18   you as if you're still under oath, if that's

19   acceptable to you.

20      A.   That's fine.

21      Q.   Okay, since you just were deposed as

22   the 30(b)(6) witness.

23           Mr. Gulati, I'm going to mark as

24   plaintiffs' 68 a copy of your separate

25   deposition notice as an individual witness.

1        SUNIL GULATI - CONFIDENTIAL

2   of helping to start and build leagues,

3   financially or otherwise.  And I have no doubt

4   that Tonya Antonucci and her colleagues would

5   confirm what I have just said.

6        Q.   And to come back to what you said, one

7   of your missions in U.S. Soccer, and part of

8   your business, if you will, would be to do

9   something like support the creation, success of

10  the NWSL, correct?

11       A.   Certainly in my personal deposition,

12  that is the case.  I'm not sure I would have

13  given you the same answer in the first part of

14  the day because there are colleagues who believe

15  that we shouldn't be in that business; that

16  you've got people with a lot of money and

17  they're taking certain risks and they should

18  take those risks.

19       Q.   When you were president of USSF, it

20  was at least your position as president that

21  USSF should make part of its mission to help the

22  NWSL succeed, correct?

23       A.   Yes.  Absolutely.  Yes.

24       Q.   And that's because you thought it was

25  in the interests of your mission at USSF,

Page 43

1          SUNIL GULATI - CONFIDENTIAL

2     correct?  It wasn't to do a favor for someone

3     else; it was because you thought it was part of

4     USSF's mission; is that right?

5          A.    The mission statement is to make

6     soccer the preeminent sport at all levels.  So

7     professional soccer is one of those levels, but

8     there is, at some times, wide disagreement on

9     what should we be doing; and in my view, in this

10    case, the NWSL should be part of that.  And we

11    didn't -- we didn't respond to a request from

12    the NWSL.  We took the initiative with the NWSL.

13         Q.    Okay.  USSF did?

14         A.    Yes.

15         Q.    Okay.  Is it fair to say by how you've

16    been making your comments that there have been

17    over the years some USSF board members who

18    believe that USSF should not commit so much

19    funds to promoting the professional level of

20    soccer and it should devote more of it to either

21    youth level or audit level or other parts of the

22    USSF constituency?

23         A.    Every --

24               MS. McLAUGHLIN:  Objection.  Form.

25         A.    Every one of our constituents believe

1      SUNIL GULATI - CONFIDENTIAL

2   minute to 5.  So to make sure I don't keep

3   you past what you say was a hard stop, why

4   don't we stop now and we'll resume at 9 in

5   the morning.

6          (Continued on the next page to include

7   the jurat.)

8          MS. McLAUGHLIN:  Sounds good.  Thank

9   you.

10         THE VIDEOGRAPHER:  The time is 4:58

11  p.m.  We're off the record.

12         (Whereupon, the deposition adjourned

13  at 4:58 p.m. until 9:00 a.m. on December 18,

14  2019.)

15                   oOo

16

17

18

19                     _____
                       SUNIL GULATI
20

21  Subscribed and sworn to
    before me this    day
22  of          2019.

23

    _____
24

25

```
 1         SUNIL GULATI - CONFIDENTIAL

 2

 3              CERTIFICATE

 4    STATE OF NEW YORK )
                        :  ss
 5    COUNTY OF NEW YORK)

 6         I, Kathy S. Klepfer, a Registered

 7    Merit Reporter and Notary Public within and

 8    for the State of New York, do hereby

 9    certify:

10         That SUNIL GULATI, the witness whose

11    deposition is herein before set forth, was

12    duly sworn by me and that such deposition is

13    a true record of the testimony given by such

14    witness.

15         I further certify that I am not

16    related to any of the parties to this action

17    by blood or marriage and that I am in no way

18    interested in the outcome of this matter.

19         In witness whereof, I have hereunto

20    set my hand this 19th day of December 2019.

21                    [signature: Kathy S. Klepfer]

22    ---------------------------------
         KATHY S. KLEPFER, RPR, RMR, CRR, CLR
23

24

25
```

Confidential

Page 124

```
 1              SUNIL GULATI - CONFIDENTIAL

 2    NAME OF CASE:  A. Morgan v. USSF

 3    DATE OF DEPOSITION:  December 17, 2019

 4    NAME OF WITNESS:  Sunil Gulati

 5    Reason Codes:

 6         1.  To clarify the record.
           2.  To conform to the facts.
 7         3.  To correct transcription errors.

 8    Page _____ Line _____ Reason _____
      From _____ to _____
 9
      Page _____ Line _____ Reason _____
10    From _____ to _____

11    Page _____ Line _____ Reason _____
      From _____ to _____
12
      Page _____ Line _____ Reason _____
13    From _____ to _____

14    Page _____ Line _____ Reason _____
      From _____ to _____
15
      Page _____ Line _____ Reason _____
16    From _____ to _____

17    Page _____ Line _____ Reason _____
      From _____ to _____
18
      Page _____ Line _____ Reason _____
19    From _____ to _____

20    Page _____ Line _____ Reason _____
      From _____ to _____
21
      Page _____ Line _____ Reason _____
22    From _____ to _____

23    Page _____ Line _____ Reason _____
      From _____ to _____
24

25                                   _____
                                     SUNIL GULATI
```