Ellen E. McLaughlin (Pro Hac Vice)
Email:  emclaughlin@seyfarth.com
Noah Finkel (Pro Hac Vice)
Email:  nfinkel@seyfarth.com
Brian Stolzenbach (Pro Hac Vice)
Email:  bstolzenbach@seyfarth.com
Sharilee Smentek (Pro Hac Vice)
Email:  ssmentek@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

Kristen M. Peters (SBN 252296)
Email: kmpeters@seyfarth.com
2029 Century Park East, Suite 2500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Chantelle C. Egan (SBN 257938)
Email: cegan@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
Email: gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-5849

Kyllan Kershaw (Pro Hac Vice)
Email: kkershaw@seyfarth.com
1075 Peachtree Street, NE, Suite 2500
Atlanta, Georgia 30309
Telephone:  (404) 885-1500
Facsimile:   (404) 892-7056

Counsel for Defendant
U.S. SOCCER FEDERATION, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>U.S. SOCCER FEDERATION, INC.,<br><br>             Defendant. | Case No. 2:19-cv-01717-RGK-AGR<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS**<br><br>Date      : March 30, 2020<br>Time     : 9:00 a.m.<br>Judge    : Hon. R. Gary Klausner<br>Crtrm.   : 850 |

61889735v.1

*[Filed concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Chantelle Egan, Sunil Gulati, Tom King, Carlyn Irwin, Praptika Raina; Deposition Excerpts of Megan Rapinoe, Meghan Klingenberg, Rebecca Roux, John Langel, Kelley O'Hara, Carli Lloyd, ;Rich Nichols and [Proposed] Judgment]]*

Complaint Filed : March 8, 2019
Trial Date : May 5, 2020

## NOTICE OF MOTION AND MOTION

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 30, 2020, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 850 of the United States District Court, Central District of California, located at 255 East Temple Street, Los Angeles, California, the Honorable R. Gary Klausner presiding, Defendant U.S. SOCCER FEDERATION, INC. ("U.S. Soccer") will and hereby does move this Court for summary judgment on Plaintiffs' claims pursuant to Rule 56 of the Federal Rules of Civil Procedure and Central District Local Rule 56.

**This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on February 11, 2020.**

U.S. Soccer's Motion for Summary Judgment on Plaintiffs' claims is made on the following grounds:

**Pay Discrimination - Equal Pay Act and Title VII**

1. U.S. Soccer is entitled to summary judgment on Plaintiffs' claims of pay discrimination under the Equal Pay Act and Title VII of the Civil Rights Act of 1964 because (i) U.S. Soccer did not pay higher wages to the Men's National Team (MNT) players than to Plaintiffs; (ii) Plaintiffs do not work in the same establishment as the MNT players; (iii) Plaintiffs and the MNT players do not perform equal work requiring

61889735v.1

equal skill, effort, and responsibility under similar working conditions; and (iv) any pay differential is based on factors other than sex.

**Discrimination in Other Terms and Conditions of Employment (Title VII)**

2. U.S. Soccer is entitled to summary judgment on Plaintiffs' claims for discrimination in other terms and conditions of employment because Plaintiffs failed to exhaust their administrative remedies and because there is no evidence to support Plaintiffs' claim that any differences between how often they and MNT players flew charter flights or played on artificial turf was because of sex.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, the Declarations of Chantelle Egan, Sunil Gulati, Tom King, Praptika Raina, Carlyn Irwin; Deposition Excerpts of Megan Rapinoe, Meghan Klingenberg, Rebecca Roux, John Langel, Kelley O'Hara, Carli Lloyd, and Rich Nichols; and all pleadings and papers on file in this action to which the Court may take judicial notice, and such other matters as may be presented to the Court prior to or at the hearing.

WHEREFORE, U.S. Soccer respectfully moves the Court for an order granting its motion for summary judgment and dismissing all of Plaintiffs' claims in this matter, with prejudice.

DATED: February 20, 2020                SEYFARTH SHAW LLP


By:  */s/ Brian Stolzenbach*
     Brian Stolzenbach