

*For the Game. For the World.*

**To the associations that have qualified for the 2010 FIFA World Cup South Africa™**

Circular no. 7

Zurich, 16 December 2009
SG/rma

**2010 FIFA World Cup™ – results of the Final Draw, prize money and taxation matters**

Dear Sir or Madam,

We are pleased to inform you of the results of the Final Draw for the 2010 FIFA World Cup South Africa™, which was held in Cape Town on 4 December 2009. The teams who will participate in the final competition of the 2010 FIFA World Cup South Africa™ were drawn into eight groups as follows.

| **Group A** | | **Group B** | |
|---|---|---|---|
| A1 | South Africa | B1 | Argentina |
| A2 | Mexico | B2 | Nigeria |
| A3 | Uruguay | B3 | Korea Republic |
| A4 | France | B4 | Greece |

| **Group C** | | **Group D** | |
|---|---|---|---|
| C1 | England | D1 | Germany |
| C2 | USA | D2 | Australia |
| C3 | Algeria | D3 | Serbia |
| C4 | Slovenia | D4 | Ghana |

| **Group E** | | **Group F** | |
|---|---|---|---|
| E1 | Netherlands | F1 | Italy |
| E2 | Denmark | F2 | Paraguay |
| E3 | Japan | F3 | New Zealand |
| E4 | Cameroon | F4 | Slovakia |

Fédération Internationale de Football Association
FIFA-Strasse 20  P.O. Box  8044 Zurich  Switzerland  ███████  ██████  www.FIFA.com

          USSF_Morgan_081017



For the Game. For the World.

**Group G**

| | |
|---|---|
| G1 | Brazil |
| G2 | Korea DPR |
| G3 | Côte d'Ivoire |
| G4 | Portugal |

**Group H**

| | |
|---|---|
| H1 | Spain |
| H2 | Switzerland |
| H3 | Honduras |
| H4 | Chile |

Please find attached the revised match schedule.

### Prize money for the participating member associations

We are pleased to confirm the prize money for the participating member associations (PMA) as announced during the team seminar in Cape Town on 4 December 2009.

| Rank | Number of teams | Amount (in USD million) |
|---|---|---|
| World champions | 1 | 30 |
| Runners-up | 1 | 24 |
| Third place | 1 | 20 |
| Fourth place | 1 | 18 |
| 5th–8th place | 4 | 14 |
| 9th–16th place | 8 | 9 |
| 17th–32nd place | 16 | 8 |

The prize money will be paid after the event to the official bank account of the association.

### Preparation cost

Each participating member association will receive a one-off payment of USD 1 million as a contribution towards its preparation costs (in accordance with art. 36 of the Regulations for the 2010 FIFA World Cup South Africa™).

This amount will be credited to the participating member association's account at FIFA in December 2009. Upon request by the association, this amount will be transferred to the association's official bank account in its own country.

### International travel cost

FIFA will bear the costs of business class air travel costs for 50 people from each participating member association between a city to be designated by the FIFA Organising Committee and the international airport nearest to the participating member association's team base camp in South Africa.

For each delegation's international air travel to the 2010 FIFA World Cup™, FIFA may request the participating member associations to use either (i) the airline designated as FIFA's air carrier or (ii) an appropriate network alliance partner of such designated air carrier (if the designated air carrier does not service the international airports of any participating member association). If, contrary to such

Not Confidential

USSF_Morgan_081018



*For the Game. For the World.*

request by FIFA, any participating member association elects not to use FIFA's designated air carrier or an appropriate network alliance partner of such designated air carrier, or if any participating member association elects to charter a private aircraft for its delegation's air travel, FIFA's obligation will be limited to the amount FIFA would have incurred had the participating member association used FIFA's designated air carrier for its delegation's air travel.

The travel costs will be paid upon request. The request needs to be supported by the invoice of the travel agency.

**Accommodation daily rates**

FIFA will bear the costs of a contribution towards the costs of board and lodging of USD 400 per person for up to 50 people from each participating member association in accordance with a set tariff to be fixed in due course, starting five nights prior to each team's first match and ending two nights after its last match.

The participating member associations will be responsible for and bear the costs of board and lodging during the final competition in excess of the amounts paid by FIFA.

The daily allowances for the first round will be paid upon request by the participating member association from March 2010 onwards. The additional daily allowances will be paid after the event.

**Participation of clubs in the benefits of the 2010 FIFA World Cup™**

A total amount of USD 40 million will be allocated to member associations to pass on to the clubs from their association who have helped to contribute to the successful staging of the competition. Taking into account the total number of teams, players and the duration of the 2010 FIFA World Cup™, a "per player per day" amount of USD 1,600 will be paid. For details we refer to circular no. 1186.

The payments to the clubs will be distributed to the participating member association for them to pass on to the clubs from their association. The distribution will be made after the event, depending on compliance with circular no. 1186.

**Taxation of prize money to players**

A detailed description of the taxation procedure and your responsibilities and duties is contained in the attached memorandum *Treatment of payment of prize monies by FIFA, FIFA Confederations Cup South Africa 2009, 2010 FIFA World Cup South Africa™*, which has been issued by the South African Revenue Service (SARS)

You are kindly requested to deal with the tax issues meticulously and provide the necessary forms and information as prescribed in the memorandum.

The memorandum is based on an understanding between SARS and FIFA, reflecting the point of view that all players must be treated equally for tax purposes. Each participating member association is

3

Not Confidential



*For the Game. For the World.*

responsible for handling and settling all of its own tax issues with SARS. FIFA does not assume any duty or liability in this respect but only provides assistance.

FIFA is required to withhold 15% of the aggregate amount of prize money paid to each member association participating in the 2010 FIFA World Cup South Africa™ and to place this amount in a reserve account specifically created to cover tax due in South Africa.

The participating member associations are required to provide detailed statements of the allocation of the match allowances to players and coaches by filling in the enclosed form and returning it to FIFA within 30 days of the final. FIFA must have received the duly completed forms by 11 August 2010 so that they may be forwarded to SARS

SARS will then calculate the final tax amounts, which will be deducted from the reserve account and transferred by FIFA to the tax authorities. After settlement with the tax authorities, FIFA will remit the remaining balance of the reserve account to the participating member associations.

Where applicable, SARS will send the players' tax statements to FIFA. FIFA will forward such tax statements to the participating member associations. You are kindly requested to forward such statements to the players to allow them to comply with their tax obligations in their home countries.

If you have any questions, do not hesitate to contact the people indicated in the attached forms.

**Refund of value-added tax**

We are pleased to inform you that all participating member associations are entitled to claim a refund of the 14% value-added tax (VAT) on all costs incurred directly in connection with the 2010 FIFA World Cup South Africa™. Since SARS can only make payments to residents in South Africa, FIFA and SARS have jointly developed a process which allows participating member associations to request this refund. Each participating member association needs to register with SARS before the event by using the attached application form. After the event, the participating member association will be required to complete the form with which it is provided upon registration  The cash refund will be transferred to the participating member association through FIFA. This process will be coordinated by the financial platform team based in South Africa.

The details of the procedure are explained in the enclosed brochure *Refund of value-added tax for Part II Entities (participating member associations)*, which has been issued by SARS. Please contact the FIFA financial platform team (jaco.vanderwalt@za.ey.com) if you have any questions.

**Importation of goods**

Rebate item 413.00 of the Customs and Excise Act has been created to provide for a rebate of import duty and value-added tax for participating member associations in respect of goods imported for sale, consumption or use in the 2010 FIFA World Cup™. SARS has introduced a special registration process for the participating member associations to facilitate the importation of goods into South Africa in accordance with the special rebate item.

4

Not Confidential



*For the Game. For the World.*

Your association will be required to register as an importer, exporter and rebate user with SARS, and to obtain a customs client code for this purpose. All applications for registration for the purposes of rebate item 413.00 (including registration as an importer and exporter in order to utilise the rebate item) must be submitted to the SARS head office at:

Lehae La SARS
299 Bronkhorst Street
Nieuw Muckleneuk
Pretoria 0181
F.A.O. Sean Padiachy
E-mail:

The application forms may be found on the SARS website www.sars.gov.za. We would advise that you approach a local South African clearing and forwarding agent to assist you with completing the application forms and submitting same to SARS as soon as possible.

Thank you in advance for your cooperation.

Yours faithfully,
FÉDÉRATION INTERNATIONALE
DE FOOTBALL ASSOCIATION

Markus Kattner
Deputy Secretary General

Encl.    Revised match schedule

cc.    Chairman of the Organising Committee for the FIFA World Cup South Africa 2010
       FIFA Executive Committee
       LOC South Africa

5

Not Confidential