Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT

 2      FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3            NO. 2:19-cv-01717-RGK-AGR

 4    --------------------------------X
      ALEX MORGAN, et al.,
 5
                        Plaintiffs,
 6
                  VS.
 7
      UNITED STATES SOCCER
 8    FEDERATION, INC.,

 9                      Defendant.
      --------------------------------X
10

11

12

13                    DEPOSITION

14                       OF

15                  MEGAN RAPINOE

16           Thursday, January 16, 2020

17              620 Eighth Avenue

18              New York, New York

19

20

21   Reported by:
     AYLETTE GONZALEZ, RPR, CLR, CCR
22   JOB NO. 175029

23

24

25
```

Page 223

1    had had $25,000 higher in annual base

2    compensation for the contracted players, which

3    was draped to 100,000 in their original

4    proposal and then in the contract stayed at

5    100,000.  So that could be the reason for the

6    resulting discrepancies.

7         Q.   It suggests that the parties were

8    making trade-offs in different line items in

9    order to reach on overall deal, doesn't it?

10        A.   You could say that.

11        Q.   And so you don't know what kind of

12   win or tie bonus you could have achieved if

13   you had reduced that annual-based compensation

14   even further than $100,000, do you?

15        A.   I don't know.  I suppose if it went

16   down or up, the other numbers would change as

17   well.

18        Q.   Okay.  Do you see in proposal

19   number 17 that there's no signing bonus being

20   proposed in that document?

21        A.   Exhibit 17?

22        Q.   Yep.

23        A.   I see that.

24        Q.   Do you see that there is a signing

25   bonus proposed in Exhibit 18?

1    appearances suggests that its decision about

2    how to pay for commercial appearances is not

3    motivated by sex?

4              MS. SPANGLER:  Objection; calls

5         for speculation.

6         A.   No, I wouldn't necessarily say

7    that.

8         Q.   Ms. Rapinoe, do you remember doing

9    an interview with Pod Save America last year?

10        A.   Yes.

11             (Rapinoe Exhibit 29, Transcript of

12        Video @ USSF_Morgan_042310 was marked

13        for identification, as of this date.)

14   BY MR. STOLZENBACH:

15        Q.   We produced in litigation in this

16   case video from that interview that I think

17   Pod Save America's Twitter account tweeted

18   out.  It's labeled in the production

19   USSF_Morgan_042310.  I presented you with a

20   typed transcript as it were of what you said

21   in that interview on that video that was on

22   the Twitter account.  I assume you can't sit

23   here today and tell me you remember exactly

24   what you said and whether this transcript is

25   accurate; is that fair?

Page 285

```
 1         A.    That is fair, yes.
 2         Q.    So I'm going to play it for you.
 3   And you can listen to it and read along and
 4   just see if you agree that we've gotten it
 5   correct, that we've transcribed it accurately,
 6   okay?
 7         A.    Okay.
 8               (Audio played.)
 9         Q.    Does Exhibit 29 accurately
10   transcribe your remarks in the interview I
11   just played?
12         A.    Seems so, yes.
13         Q.    I want to focus on the beginning of
14   Exhibit 29, where it says, "It's a complex
15   argument.  Our pay structure is different.  We
16   play different games.  We're different
17   rankings in the world, like it's just apples
18   to oranges."
19               "Our pay structure is different,"
20   when you said that, you were referring to the
21   pay structures of the Men's National Team
22   versus the Women's National Team, correct?
23         A.    Yes.
24         Q.    And when you said, "We play
25   different games," that was a reference to a
```

Page 286

1  comparison between the Men's National Team and
2  the Women's National Team, right?
3           MS. SPANGLER:  Objection to the
4       form, but you can answer that if you
5       can.
6       A.   Play different games, like
7  sometimes they play like in Gold Cup and we're
8  playing Tournament of Nations or like that, I
9  think is -- I think is what I meant at the
10 time, but I can't say for certain exactly what
11 I meant.
12      Q.   Okay.  In any event, you were
13 referring to, when it says "we play different
14 games," the "we" was the Women's National Team
15 compared to the Men's National Team, right?
16      A.   I think so.
17      Q.   "We're different rankings in the
18 world."  That was you also comparing the Men's
19 National Team to the Women's National Team,
20 right?
21      A.   Right.
22      Q.   "And it's just apples to oranges,"
23 was your description of trying to compare the
24 Men's National Team to the Women's National
25 Team, right?

Page 297

1      A.   Seems like it, yeah.

2           (Rapinoe Exhibit 32, Caitlin

3      Murray tweet was marked for

4      identification, as of this date.)

5   BY MR. STOLZENBACH:

6      Q.   Exhibit 32 is a tweet by Caitlin

7  Murray.  Do you know Ms. Murray?

8      A.   I know of her.

9      Q.   Okay.  She tweeted out -- you can

10 see there a quote that she attributes to you.

11 Is that an accurate quotation of something

12 that you said or wrote to her?

13     A.   I think that's accurate, as far as

14 I cannot confirm the validity of it the

15 document, but...

16     Q.   But that's an accurate quotation of

17 you, true?

18     A.   I think so.

19     Q.   Do you recall John Harkes' wife

20 e-mailing you about the concept of hiring a

21 lobbyist?

22     A.   No.

23     Q.   Have you ever engaged a lobbyist?

24     A.   Personally?

25     Q.   Yeah.