**Financial Terms: 2017-2021**

| | | | | | |
|---|---|---|---|---|---|
| Per Diem | | Domestic / Day | 62.50 | | |
| | | International / Day | 75.00 | | |
| Non-Contract Player | Non-Roster Camp Fee | Camp #1 / < / > 10 days | 1500 / 2000 | | |
| | | Camp #2 / < / > 10 days | 2500 / 3000 | | |
| Contract Players - Annual Base Compensation | | 20/20/18/18/16 Players | 100,000 | | |
| | | Annual Increase $2,500 | | | |
| Non-Contract Player | Game Appearance Fee | 2017-2018 Per Game / < / > 8 games | 3250/4250 | | |
| | | 2019-2020 Per Game / < / > 8 games | 3750/4750 | | |
| | | 2021 Per Game / < / > 8 games | 4250/5250 | | |
| | | All World Cup | 5000 | | |
| NWSL Allocated Player Annual Compensation | | Tier 1 - 12/12/12/12/10 | 70,000 | | |
| | | Tier 2 - 12/12/12/12/10 | 60,000 | | |
| | | Annual Increase - $2,500 | | | |

| Friendlies | Outcome | Opponent | Per Game per Player Bonus (2017-2020) | Per Game Pool Total | Per Game per Player Bonus 2021 (20% increase) |
|---|---|---|---|---|---|
| | Win (18) | Rank 1-4 and Canada | 10,000 | 180,000 | 12,000 |
| | | Rank 5-8 | 7,500 | 135,000 | 9,000 |
| | | Rank 9+ | 5,000 | 90,000 | 6,000 |
| | Tie (18) | Rank 1-4 and Canada | 2,500 | 45,000 | 3,000 |
| | | Rank 5-8 | 1,250 | 22,500 | 1,500 |
| | | Rank 9+ | 0 | 0 | |
| | Lose (18) | Rank 1-4 and Canada | - | - | - |
| | | Rank 5-8 | - | - | - |
| | | Rank 9+ | - | - | - |

| Friendly Game Tourneys | | | 2017-2020 | | 2021 (20% increase) |
|---|---|---|---|---|---|
| She Believes Tournament | | 1st Place Bonus (23) | 5,000 | 115,000 | 6,000 |
| Four Nations Tournament | | 1st Place Bonus (23) | 5,000 | 115,000 | 6,000 |
| World Cup Qualifying | Win (20) | | 3,000 | 60,000 | |
| | Tie (20) | | 500 | 10,000 | |
| | Lose (20) | | - | - | |
| World Cup | Qualification Bonus (20) | | 37,500 | 750,000 | |
| | Roster Bonus (23) | | 37,500 | 862,500 | |
| | 3rd Place (23) | | 25,000 | 575,000 | |
| | 2nd Place (23) | | 50,000 | 1,150,000 | |
| | 1st Place (23) | | 110,000 | 2,530,000 | |
| World Cup Post-Tourney Tour | To the Pool, per game (if 3/2/1) | | 300,000/400,000/500,000 | | |
| Olympic Qualifying | | | 3,000 | 60,000 | |
| | | | 500 | 10,000 | |
| | | | - | - | |
| Olympics | Qualify / Player (20) | | 25,000 | 500,000 | |
| | Roster Bonus / Player (18) | | 25,000 | 450,000 | |
| | 3rd Place / Player (18) | | 25,000 | 450,000 | |
| | 2nd Place / Player (18) | | 55,500 | 999,000 | |
| | 1st Place / Player (18) | | 100,000 | 1,800,000 | |
| Olympic Post-Tourney Tour | To the Pool, per game (if 3/2/1) | | 200,000/300,000/400,000 | | |
| Ticket Revenue Share | Per Ticket Sold | *Equal to MNT | 1.50 | | |
| Signing Bonus | To the pool | | 300,000 | | |

*(Deposition Exhibit stamp: Rony 37, 12/9/19 P)*

CONFIDENTIAL                                                                 3/29/2017