**Ballard Spahr** LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

MEMORANDUM

TO: US Soccer

FROM: United States Women's National Team Players Association

DATE: November 1, 2012

RE: WNT 2012 Negotiations with U.S. Soccer

---

This memorandum sets forth the issues to be addressed during the negotiations between Women's National Team Players Association (Players Association) and US Soccer for a collective bargaining agreement for the 2013 season and beyond. This list is without prejudice to identify additional issues and submit additional proposals.

### Compensation

1. The Tier system requiring a minimum of 14 Tier 1 players and 6 Tier 2 players was well-intentioned, but, at times, resulted in a ceiling.

2. Based on statements Pia made to the Captains and others, she did not believe that she had control over the tiering of players and thus could not move players to Tier 1 from Tier 2 or Tier 2 from Tier 3. Thus, players were not tiered based on ability and players were undeservedly placed in Tier 3 if 6 players were in Tier 2.

3. The Floater category was miss-used. The goal of the Floater status was to give players an opportunity "to be seen" and "to earn" a Tier contract. It was not designed to place a player in a 42 day holding pattern. Nor was it designed to have an established veteran like Kate Sobrero or Kristine Lilly return as a Floater or have an Olympic alternate be a Floater.

4. To remedy this, players on qualifying rosters for the Olympics/World Cup and/or on the Olympic/World Cup roster must be placed in the highest Tier if they receive a contract the following year. Alternates on the Olympic/World Cup roster must be at least Tier 2. At all times, there must be at least 27 players under contract 3 of whom may be Tier 3. Players returning from pregnancy or injury will return to the Tier they were last

DMEAST #15879517 v1

Atlanta | Baltimore | Bethesda | Denver | Las Vegas | Los Angeles | New Jersey | Philadelphia | Phoenix | Salt Lake City | San Diego
Washington, DC | Wilmington | www.ballardspahr.com

USSF_SOLO_000545

on; at least 18 players will be Tier 1; and no player will be on Tier 3 without a written explanation from the Coach.

5. Treatment of pregnant players should be the same as treatment for injured players as is addressed in paragraph 6. Pregnant players must be given a 3-month trial contract at the Tier she was on once she is ready to return.

6. An injury protection that protects the player for the shorter of the length of the injury or one year from the date of the injury.

7. Severance for all players whether or not they received notice of non renewal on September 15 in any given year.

8. Increase the amount of win bonuses for non-Olympic/World Cup games. Add win bonuses for World Cup and Olympic qualifiers. Create a tie bonus.

9. Bonus for World Cup and Olympic roster without regard to whether the team qualifies.

10. Bonus for World Cup and Olympic qualifying.

11. World Cup and Olympic per game payment until the medal round.

12. Bonus for a top 5 ranking.

13. Bonus for making it to the medal round.

14. Increase Medal Bonus for Olympics/World Cup and close the gap between Gold, Silver and Bronze payments.

15. Increase Victory Tour payments and close the gap between Gold, Silver and Bronze payments. Victory Tour should be concluded by the end of September.

16. Provide win and tie bonus for salaried player who is in training camp but is not on the roster of a friendly and can't currently receive a win or tie bonus.

17. Increase compensation for Floater in training camp but not on the roster of a friendly. Increase compensation for a Floater on a roster regardless of whether she plays.

18. Add compensation for players who are in World Cup and Olympic training camp and/or at the World Cup/Olympics but are not on the roster.

19. Increase guaranteed payment from US Soccer to WNT upon signing of new collective bargaining agreement.

20. Per Diem payments – should at least be equal to Men's current contract.

21. Add dental insurance.

22. Increase appearance fees to be same as Men.

**Play**

23. Agreed upon number of games

24. Limit the number of closed door games.

25. Agreed upon tournaments (e.g., Algarve, etc.)

26. Salaried Players will receive a set amount of break time.

27. Training camps outside of residency allowed but must be tied to games.

**Other**

28. Term of contract?

29. Travel accommodations (hotels/flights)?  Should be the same as Men. Address group travel as it affects ability to get upgrades.  Address ability to change return trips.

30. Residency model or other model? Will it be impacted by League?

31. Allow for triangular flights to/from WNT games/training, residency whether or not there is a residency.

32. Vehicles provided for the exclusive use of the Players during ALL camps/residency/and competitions?

33. Day care for matches/residency

34. Requirement of two trainers, one of whom should be a PT.

**League**

35. How many teams, where, number of players on a team?

36. How will WNT players be assigned?

37. International Players allowed? Proposal that U.S. Soccer will increase the salary of any WNT player so it is no less than the highest total compensation the League pays an international player.

38. Quality of coaches/trainers/staff?

39. How will League impact WNT salaries?

40. Provide for housing expenses for all WNT Players while playing in the League.

41. Can WNT Players choose to opt-in/out of League?

42. What if WNT player does not participate in League?

43. Will WNT player be permitted to play in foreign leagues? How will she be compensated by US Soccer?

44. Who determines quality and whether to pull the plug? Defined criteria? How would this impact WNT Players if League folds?

45. How long will season be? How many games?

46. Scheduling conflicts with WNT schedule/foreign league schedules

47. Health insurance and injury protection for all players in the League.