| | |
|---|---|
| **Message** | |
| From: | Sunil Gulati |
| Sent: | 3/8/2013 10:37:10 PM |
| To: | 'Langel, John B. (Phila)' |
| CC: | 'Uselton, Ruth S. (Phila)'   'Lisa Levine'   Tom King   ; Dan Flynn   ; EGleason |
| Subject: | RE: Additional Potential Topics for Memo of Understanding |

I am copying my colleagues in on this response. The general principle that stuff that we have not specifically covered would remain the same (or be appropriately adjusted) as in the previous CBA seems sensible. We will of course need to address all of the specifics to make sure. And you are correct--your list may be non-exhaustive. It's also the case that other changes may be needed (I don't have any specifics in mind) in language, etc.

---

**From:** Langel, John B. (Phila)
**Sent:** Friday, March 08, 2013 5:09 PM
**To:** Sunil Gulati
**Cc:** Uselton, Ruth S. (Phila)
**Subject:** Additional Potential Topics for Memo of Understanding

Please review. Terms from the old CBA that we have not addressed remain unchanged unless inconsistent with the memo we will sign. Please review my list of items that carry over which I am sure is not complete. Ruth and I should discuss all of the items with Lisa.

### Topics from the Old CBA
- Additional payment if compensation ratio changes (if ratio of aggregate compensation of WNT players to aggregate revenue from all WNT games is less than the ratio of aggregate compensation of MNT compensation to aggregate revenue from all MNT games, then US Soccer makes a lump sum payment to WNT player pool to make the ratios equal).
- Victory tour – gold is 10, silver and bronze are 3. Paid even if games are not scheduled and players must play in the ratios that exist in existing CBA
- Make sure travel agreement also applies to travel for sponsorship appearances
- If there is no league and we return to residency, the existing residency provisions apply with 15% increases to things like rent.
    - Unmet rental obligation if player is released during residency? Same, $1,300, plus 15%?
    - Reimbursement for travel if player drives?
    - Round-trip flight during breaks from training?
    - Relocation and 5 nights in hotel while looking for housing
    - 5 vehicles for residency, for players' exclusive use. Best efforts to provide 2 additional vehicles for players' use.
    - Provide meal at least one time each training day that includes training in both the morning and afternoon
    - Day care in residency
- Defined criteria for League – Division 1?

### Topic That Players Tell Us Already Exists
- Players have input on the trainers selected for each camp/competition

EXHIBIT
Langel-25
11/21/19

CONFIDENTIAL                                                                                                                                     USSF_SOLO_001321