# EXHIBIT 11

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2              CASE NO.  2:19-cv-01717-RGK-AGR
       -----------------------------------------------X
 3   ALEX MORGAN, MEGAN RAPINOE, BECKY SAUERBRUNN,
     CARLI LLOYD, MORGAN BRIAN, JANE CAMPBELL, DANIELLE
 4   COLAPRICO, ABBY DAHLKEMPER, TIERNA DAVIDSON, CRYSTAL
     DUNN, JULIE ERTZ, ADRIANNA FRANCH, ASHLYN HARRIS, TOBIN
 5   HEATH, LINDSEY HORAN, ROSE LAVELLE, ALLIE LONG, MERRITT
     MATHIAS, JESSICA McDONALD, SAMANTHA MEWIS, ALYSSA
 6   NAEHER, ELLEY O'HARA, CHRISTEN PRESS, MALLORY PUGH,
     CASEY SHORT, EMILY SONNETT, ANDI SULLIVAN and McCALL
 7   ZERBONI,

 8                  Plaintiffs,

 9                     v.

10   UNITED STATES SOCCER FEDERATION, INC.,

11                  Defendant.
       -----------------------------------------------X
12

13

14        CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

15        VIDEOTAPED DEPOSITION OF CARLOS CORDEIRO

16                   Miami, Florida

17                  January 29, 2020

18

19

20

21   REPORTED BY:  BOBBIE ZELTMAN
                   Professional Realtime Court Reporter
22

23

24   Job Number:  174949

25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 7

```
 1              MR. FINKEL:  Noah Finkel of

 2        Seyfarth Shaw on behalf of the United

 3        States Soccer Federation.

 4              MR. HARRISON:  Todd Harrison,

 5        McDermott Will & Emery for Carlos

 6        Cordeiro.

 7              MS. WAHLKE:  Lydia Wahlke for

 8        United States Soccer Federation.

 9              THE VIDEOGRAPHER:  Will the

10        court reporter please swear in the

11        witness.

12              THE REPORTER:  Raise your right

13        hand, please.

14              Do you solemnly swear that the

15        testimony you're about to give will be

16        the truth, the whole truth and nothing

17        but the truth, so help you God?

18              THE WITNESS:  Yes.

19              THE REPORTER:  Very good.

20                  CARLOS CORDEIRO,

21          having been first duly sworn by

22        Barbara R. Zeltman, Notary Public, was

23           examined and testified as follows:

24                  EXAMINATION BY

25    BY MR. KESSLER:
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 52

1    respected and valued as much as our men's

2    teams."

3              I'm going to stop there for a

4    moment.

5              Did you make that statement?

6    A    Yes.

7    Q    Did you believe it at the time?

8    A    Yes.

9    Q    Do you believe it today?

10   A    Yes.

11   Q    Okay.

12             Then it states, "But our female

13   players have not been treated equally."

14             Do you see that?

15   A    Yes.

16   Q    Did you believe it at the time when

17   you made that statement?

18   A    Yes.

19   Q    Okay.  And is it correct that that

20   statement would still apply today?

21   A    Well, let me explain.

22   Q    First, you can give me a yes or no?

23   A    I'm not going to give you a yes or

24   no because it's not a yes or no question.

25             A lot has changed in the last two

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 53

 1   years.

 2       Q    So that's not my question.

 3       A    Well, you just asked me, do I still

 4   believe it.  It's not a yes or no question.

 5       Q    So let me ask you the following

 6   question.  It's very specific.

 7            You wrote in December 20 of 2017

 8   that, "Our female players have not been

 9   treated equally," and you said you believed

10   it to be a true statement then.

11            My question is:  Are the things --

12   well, let me ask you first this way:  What

13   were you referring to in December of 2017 as

14   being ways that the female players have not

15   been treated equally?  Start with that.

16       A    That's a fair question.

17            So if I could explain what I meant,

18   if that's what you are asking me --

19       Q    I'm asking you what you were

20   referring to, yes.

21       A    I ran for president at the end of

22   2017 because I felt that there were a number

23   of things we could be doing better; that

24   given the mission we had to grow the sport

25   at all levels, to continue to win, to

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 54

1    continually grow the game, to make it a

2    preeminent sport, I made these comments here

3    about at the highest levels, it was too

4    insular, failed to listen and so on.  And I

5    felt that then, and that's one of the

6    reasons why I ran for president.

7            Specific to the point about female

8    players had not been treated equally, I felt

9    then and I still feel to a degree, that the

10   lack of opportunity for our female players

11   was really what was at the root of some of

12   their issues.

13           The fact that our women play once

14   every four years in a tournament and our men

15   might play four or five times in a four-year

16   cycle, that tells you about lack of

17   opportunity.

18           The fact that the Women's World Cup

19   generates a fraction of revenue and a

20   fraction of what the men get paid is a

21   reflection, frankly, of lack of opportunity.

22           So I felt then that the players

23   needed more opportunity and we needed to do

24   more to give them more opportunity.

25           And by generating more opportunity

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 55

```
 1    by growing the game globally, which is at

 2    the heart of the problem, it's not just in

 3    the United States, the women's soccer

 4    outside of the United States doesn't have

 5    the same degree of respect, and for that

 6    reason, there just isn't enough opportunity.

 7              And that's what I felt then.

 8              I think we've made a fair amount of

 9    effort over the last two years to close the

10    gap.  There's still a lot more work to be

11    done.

12              So to answer your specific question

13    as yes, I felt that then for the reasons I

14    just stated and I continue to feel that's an

15    issue, but I think we've worked hard to

16    close the gap.

17      Q    Isn't it correct that part of what

18    you were referring to when you said "women

19    have not been treated equally," is that they

20    did not receive equal pay?

21      A    And that's not what I said.

22      Q    You can say no.  I'm just asking

23    you, is that what you were referring to?  Is

24    that true or false?

25      A    That's not what I said.  You can
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

11          THE VIDEOGRAPHER:  Time is

12      10:23 a.m.  We're going off the

13      record.

14          MR. FINKEL:  Please do not make

15      it a long break or we'll be here a

16      long time.

17              (A brief recess was

18      taken.)

19          THE VIDEOGRAPHER:  Time is

20      10:28 a.m.  We're back on the record.

21  BY MR. KESSLER:

22      Q    My question, Mr. Cordeiro, is as

23      follows:  When Mr. Gulati said that "I'll

24      leave aside the fact that you never raised

25      this view in 11 years on the board," was he

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1   correct that in 11 years on the board, you

2   never raised the fact that female players

3   have not been treated equally?

4       A     No.

5       Q     You did raise that on the board?

6       A     I did, as did several others over

7   many years were talking about raising the

8   level of the game of our women.

9             We created tournaments to

10  provide -- to fill open gaps, such as She

11  Believes and Four Nations.

12            We had with CONCACAF about creating

13  a Women's Gold Cup, so there were lots of

14  conversations that I and others.  I was at

15  that point in time, I was on the

16  stakeholders committee, FIFA stakeholders

17  committee, and it was at that committee

18  that basically talks about competitions.

19            So the answer to the question is I

20  spent specifically a lot of my own time

21  thinking about ways in which to raise the

22  profile of the women's game not just in the

23  US but globally.

24      Q     Approximately at how many board

25  meetings did you raise the idea that female

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q      And the fact that women did not

2  have equal opportunity, I'll use your word,

3  was discussed by various board members

4  during board meetings, correct?

5      A      Board meetings, board dinners,

6  board breakfasts.  When we got together,

7  that would have been a common theme over

8  years, not a particular meeting or

9  particular year.

10          MR. KESSLER:  So Counsel, I'm

11      going to make a request now, we had

12      previously requested the board

13      meeting transcripts, and it has been

14      expressed to us that that was either

15      privileged discussions with counsel

16      or privileged Collective Bargaining

17      Agreement negotiations.

18          This witness has now identified

19      discussions that do not appear to fall

20      into either one of those categories, so I

21      would request that those minutes be

22      reviewed and that all board minutes which

23      has been a subject of ours for some time

24      in which any discussion of the fact that

25      female players were not treated equally

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 85

```
 1              Is that fair?

 2      A       Yes, I would have.

 3      Q       And you agreed with everything that

 4  was in it at the time you distributed,

 5  correct?

 6      A       Yes, absolutely.

 7      Q       If you look at the last page of

 8  this document on the top right-hand

 9  corner -- this is 42188 on the Bates

10  stamp -- on the right side, the first bolded

11  headline says, "Increase resources and

12  investment in the women's program."

13              Do you see that?

14      A       Yes.

15      Q       One of the things you wrote was

16  "including working towards equal pay."

17              Is that correct?

18      A       Yes.

19      Q       Okay.  And you believed that at the

20  time you wrote it, correct?

21      A       Yes.

22      Q       And then you wrote, "so that our

23  women have the best technical and training

24  support, are no longer forced to play on

25  artificial turf and have greater
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 93

1         in a strong financial position today?

2              A       We are in a stable financial

3         position.

4              Q       Stable from what it was in 2016?

5              A       Yes.

6              MR. KESSLER:   Let's next mark

7         Tab 6., a report on questions and

8         answers that you provided to an ESPN

9         reporter that was during your -- let

10        me see if I can find a date on

11        this -- on March 21, 2018.  No,

12        that's not it.

13             I'm sorry January 12, 2018.  This

14        is during your candidacy.

15             THE WITNESS:   Okay.

16             (Plaintiffs' Exhibit 127,

17        ESPN's questions, Carlos Cordeiro

18        USSF presidential candidate,

19        answers ESPN's questions, was

20        marked for Identification.)

21   BY MR. KESSLER:

22             Q       First of all, I'll show you the

23        date, Mr. Cordeiro.  I found this just above

24        your picture, you'll see it's January 12,

25        2018.  That's when you were running for

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 94

1    president, correct?

2        A    Yes.

3        Q    Do you recall providing answers to

4    this reporter from ESPN called Jeff

5    Carlisle?

6        A    I was doing a lot of interviews at

7    the time.

8            I know Jeff Carlisle.  I don't

9    recall specifically the interview.  I was

10   doing multiple interviews a day and I would

11   have to read the whole thing to --

12       Q    Let me first ask before you read

13   the whole thing, I'm only going to ask you

14   about the last page, but do you recall

15   first -- my general question is that

16   Jeff Carlisle is someone who over time has

17   interviewed you from ESPN.

18           You are familiar with him?

19       A    Since, but not before.  I was not a

20   hugely public figure before and I didn't

21   deal a lot with the media.

22       Q    Have you generally found

23   Mr. Carlisle to be a reliable reporter in

24   the articles that you've done?

25       A    Yeah.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1      Q      Now let me direct your attention to

 2   the next to last page where he asks you

 3   questions about equal pay.

 4           You'll see it's at the very bottom

 5   of this page.

 6      A      Yes.

 7      Q      And I'll read to you as follows, it

 8   says, "How would you ensure that the men's

 9   and women's national team get equal pay?"

10           You see that was the question he

11   wrote?

12           And this is what he said was your

13   response.  He said the following, "I

14   provided an in-depth answer to this question

15   in my responses to the Athletes' Council.

16   In short, I am a strong supporter of greater

17   equality, diversity and inclusion throughout

18   US Soccer and we clearly need to work toward

19   equal pay for the national teams."

20           Let me just stop there.

21           Do you recall making that statement

22   during your candidacy to the Athletes'

23   Counsil.

24      A      Like I said, I don't specifically

25   Mr. Kessler because I was talking to
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 96

1   multiple people on any given day and running

2   around the country, but I don't specifically

3   recall this interview.  I'm not saying I

4   didn't say it.  I'm saying I just don't

5   recall.

6       Q     Do you recall that the Athletes'

7   Counsil had you fill out a questionnaire?

8       A     Yes.

9       Q     And that would be your written

10  response, correct?

11      A     That's probably what he was

12  referring to, yes.

13      Q     Right.  But is it correct as you

14  are sitting here that your written response

15  to the Athletes' Counsil, you wrote that "We

16  clearly need to work towards equal pay for

17  the national teams," correct?

18      A     I'd have to see it, but if you say

19  so, yes.

20      Q     As you are sitting here now, you

21  have no basis to deny you said that, you

22  just don't recall exactly?

23      A     I don't recall because I don't have

24  it in front of me.

25      Q     We'll get to that.  We'll get to

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 97

1    that.

2           He then goes on to list as a quote

3    from you, "I believe that where existing

4    agreements are unfair, adjustments should be

5    made immediately."

6           Do you see that?

7    A     Yes.

8    Q     Do you recall making a statement

9    like that?

10   A     Not to him, but to others, yes,

11   yes.

12   Q     And what you meant by that, by

13   "existing agreements", that included

14   existing collective bargaining agreements,

15   correct?

16   A     Yes.

17   Q     So what you were stating during

18   your campaign is that if an existing

19   collective bargaining agreement was unfair,

20   the adjustment should be made immediately,

21   not waiting for the agreement to expire.

22          Is that fair?

23   A     Yes.

24   Q     He then has you saying, "To ensure

25   equal pay going forward, we need to be open

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 98

1    to new paradigms while negotiating the

2    specific needs and desires of the women's

3    national team and men's national team.

4    There are many ways to achieve this.  The

5    key is establishing the right process.  We

6    also need to address bonus compensation."

7            Do you remember making statements

8    like that?

9        A    Yes.

10       Q    Now, bonus compensation, did that

11   include bonuses for friendlies?

12       A    I was thinking more of FIFA

13   World Cup, but it could, yes.

14       Q    So it could include both bonuses

15   for FIFA and FIFA World Cup and for

16   friendlies, correct?

17       A    Yes.

18       Q    It then says, "Beyond player

19   salaries, my platform calls for equal

20   resources for our women's program from the

21   coaching staff to the training facilities to

22   the travel accommodations.  We don't need to

23   wait for CBA negotiations to make these

24   changes.  We can start now.  It's the right

25   thing to do."

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 99

```
1              Do you remember making statements

2    like that?

3      A       Yes.

4      Q       And you believed them at the time

5    you made them, correct?

6      A       Can I explain what I said.

7      Q       Just answer.  Did you believe them

8    at the time you made them?

9      A       Yes.
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 160

```
 1     A      Yes.

 2     Q      Okay.

 3            And one of the things you wrote in

 4     your letter in the fourth paragraph,

 5     "Finally, as I say in my letter, we're

 6     sharing this information in the spirit of

 7     partnership and transparency.  As I said in

 8     my remarks in New York, we're committed to

 9     doing right by you, and I meant it, I still

10     do and always will."

11            Did you write that to the women

12     players?

13     A      Yes.

14     Q      And did you mean it at the time

15     that you sent this letter?

16     A      Yes.

17     Q      Okay.  You mean it still today?

18     A      Yes.

19     Q      Okay.  Let's look at the letter.

20            The letter was something that you

21     distributed widely; is that correct?

22     A      Yes.

23     Q      Who did you send this open letter

24     to on July 29, 2019?

25     A      Friends, colleagues and supporters
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 161

1    of US Soccer.

2        Q      Okay.  Did you send it to sponsors?

3        A      I didn't -- I didn't see the full

4    list, but basically, it would have been our

5    membership, our staff, patrons, possibly

6    sponsors, yeah, a wide group.

7        Q      And I think you mentioned you

8    thought this letter was distributed to

9    members of Congress at some point by the

10   lobbyists who were hired?

11       A      I don't know the letter, but maybe

12   the appendix was.

13       Q      Okay.  Looking at your letter --

14   and this is a copy of the letter; is that

15   correct?  Just to establish it.  You can

16   take a look at it.

17       A      Yes, it was a three-page letter --

18   two-page letter, sorry, yes.

19       Q      And this is it; yes?

20       A      Yes.

21       Q      I'm sorry.  I just have to make a

22   record on that type of a question.

23              Okay.  And then attached to the

24   letter in the back is what on Pages 1

25   through 3?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 162

```
 1     A      What is it?

 2     Q      If you look over the pages, there's

 3   a three-page attachment, what is that?

 4     A      It's an attachment.

 5     Q      What is this attachment supposed to

 6   contain?

 7     A      Supporting information to the

 8   letter.

 9     Q      Okay.

10     A      Because I made statements in the

11   letter and this was the backup.

12     Q      Okay.

13            Looking at your letter now, in the

14   third paragraph, you state, "I wrote in my

15   open letter in March, after the lawsuit was

16   filed, that US Soccer believes that all

17   female athletes deserve fair and equitable

18   pay and we strive to meet this core value at

19   all times."

20            Is that something that you wrote

21   officially on behalf of US Soccer in July of

22   2019?

23     A      Yes.

24     Q      And is that the position of

25   US Soccer today?
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      A      I believe so.

2      Q      Looking at the next sentence, it

3  says, "Moreover, it should be a basic

4  principle everywhere in our country, equal

5  work deserves equal pay."

6            Is that something you wrote

7  officially as president of US Soccer, as

8  being a position of US Soccer?

9      A      Yes.

10     Q      Is that something that US Soccer

11 still believes in and supports today?

12     A      Yes.

13     Q      Okay.

14            Do you agree that the women's

15 national team plays under the same rules of

16 the game on the same size field as the men's

17 national team?

18     A      Yes.

19     Q      Okay.  Do you agree that the

20 women's national team works just as hard as

21 the men's national team players in preparing

22 and training for games?

23     A      Yes.

24     Q      Do you agree that the women's

25 national team has been the most successful

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        women's national team in the world for the

 2        past five or six years, at least?

 3            A      Yes.

 4            Q      Do you agree that the men's

 5        national team has not been the most

 6        successful men's national team in the world,

 7        ever?

 8            A      Regrettably, yes.

 9            Q      Okay.  And do you agree that what

10        the women do on their team is substantially

11        equal as the work that the men do on their

12        team?

13                MR. FINKEL:  Object to the

14            form.

15            A      What do you mean by

16        "substantially"?

17  BY MR. KESSLER:

18            Q      Well, I could use -- you could use

19        your own definition.

20                Do you believe that the work of the

21        women, however you would use

22        "substantially," is substantially equal to

23        the work that the men do?

24                I'm not talking about anything

25        else, just the work.
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 165

```
 1                    MR. FINKEL:  Same objection.

 2        A      You used the word "substantially"

 3     to explain substantially.  What do you mean

 4     by "substantially"?

 5  BY MR. KESSLER:

 6        Q      Well, how would you use

 7     "substantially"?

 8        A      I'm not using the word.  You are.

 9        Q      Okay.  I would use "substantially"

10     to mean very similar to the work that the

11     men do.

12             Would you agree that the work that

13     the women do is very similar to the work

14     that the men do on the national teams?

15        A      The statement reads, "Equal work

16     deserves equal pay."

17        Q      Well, I'm not asking you about the

18     statement now.

19        A      They do not do equal work.

20        Q      Okay.  They do not do equal work.

21             What is not equal about the work

22     that they do?

23        A      They play different competitors at

24     different times, different competitions in

25     different geographies.  They play different
```

1          numbers of friendlies, they play different

2          numbers -- even the qualifiers for their

3          respective World Cups are different.

4                    They fundamentally play the same

5          game, but their work is different, and that

6          is captured by the two respective CBAs.

7          Q      Okay.  So let me ask you this:  If

8          you had two salespeople, one is a woman and

9          one is a man, and the man calls on one group

10         of customers and the woman calls on a

11         different group of customers, but they're

12         selling the same product, would you say that

13         the woman is not doing equal work because

14         the group of customers she's calling upon is

15         not identical to the group of customers that

16         the man is calling upon?

17                    MR. FINKEL:  Object to the

18              form.

19    BY MR. KESSLER:

20         Q      The way you use the word "equal"?

21                    MR. FINKEL:  Object to the form

22              and incomplete hypothetical.

23         A      I'll answer the question.  I don't

24         equate salespeople selling products with

25         players playing competitive games.  They're

```
 1          two different things.

 2     BY MR. KESSLER:

 3          Q      Okay.

 4               So is it your view that while

 5          salespeople deserve to have a system where

 6          women get equal pay with men, that athletes

 7          don't because of differences in -- about

 8          athletes playing games and other employees

 9          doing other kinds of work?

10               MR. FINKEL:  Object to the form

11          and foundation.

12          A      That's not what I said.

13     BY MR. KESSLER:

14          Q      Is it your view that women would

15          never deserve equal pay for athletics

16          because of differences between the

17          competitions that the men and women play?

18               MR. FINKEL:  Object to the

19          form.

20          A      I'm confused.  I thought I said to

21          you that they play different competitions,

22          different competitors at different times,

23          and therein lies my explanation.  They are

24          not performing equal work.

25
```

1    BY MR. KESSLER:

2         Q     Okay.  So why did you write in this

3    letter, "It should be a basic principle

4    everywhere in our country that equal work

5    deserves equal pay," if your view was these

6    women you are writing about don't do equal

7    work, so you don't think they deserve equal

8    pay?

9         A     One, because I believe that, but I

10   go on to say, "In the case of our men's and

11   women's national teams, they have different

12   pay structures," not because of gender, but

13   because each team chose to negotiate a

14   different compensation package commensurate

15   with the competitions and the differences of

16   the game.

17          So I don't disagree with the

18   principle, but as it applies to us, it's not

19   equal work.

20        Q     So "as it applies to us," you

21   don't -- "us," as it applies to the women's

22   national team --

23        A     US Soccer.

24        Q     US Soccer.

25          As the law applies to US Soccer,

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    you do not believe the women's national team

2    does equal work and, therefore, they do not

3    deserve equal pay, as you wrote would be the

4    case if they did do equal work?

5         MR. FINKEL:  Object to the form

6      and foundation.

7      A    I think my letter is very clear.

8    Our athletes deserve fair and equitable pay

9    and we strive to meet this core value at all

10   times.  It's taken from my letter.

11 BY MR. KESSLER:

12      Q    But they don't deserve equal pay,

13   in your view?

14      A    It's not a question of deserving.

15   They don't do equal work.

16           It's not a question of deserving.

17   We pay people for what they do commensurate

18   with their work.  It's not about deserving.

19      Q    Who wrote the word "deserves" in

20   this letter?  Did you write that word?

21      A    Yes.

22      Q    Okay.  So you chose to write the

23   word that "equal work deserves equal pay."

24      A    Yes.

25      Q    But you don't believe the women's

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      national team does equal work, correct?

2          A      That's our premise.

3          Q      Right.  So therefore -- I'm using

4      your words -- you do not believe they

5      deserve equal pay, right, because they don't

6      do equal work, in your view?

7          A      I've answered your question now

8      multiple times and I'm not going to say

9      anything more.

10         Q      Do you agree that the women's

11     soccer players on the women's national team

12     are as skilled as the men's national team

13     soccer players?

14             MR. FINKEL:  Object to the

15         form.  Vague.

16         A      Perhaps, probably.  Every player is

17     different.  You are making a generalized

18     comment about all players.

19  BY MR. KESSLER:

20         Q      Well, no, I'm only asking about the

21     players in the world champion women's

22     national team, not all players.

23             So do agree that as a whole, the

24     women's national team's players, the world

25     champions, are as skilled as the men's

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        national team players who didn't make the

 2        last World Cup?

 3                MR. FINKEL:  How do you define

 4           "skilled"?

 5        A     What do you mean by "skilled"?

 6   BY MR. KESSLER:

 7        Q     As good a soccer player or better?

 8        A     What does that mean?

 9        Q     You don't have any -- how long have

10        you been involved in soccer?

11        A     Well, I still don't understand the

12        question.  I'm not allowed to ask you to

13        explain the question to me?

14        Q     Use any definition you want to use.

15              Tell this jury if you believe,

16        based on your history of soccer -- did you

17        ever play the game, by the way?

18        A     In school.

19        Q     Okay.  Through what level?

20        A     High school.

21        Q     Okay.  So you are a soccer player.

22              Based on your experience in playing

23        soccer, being involved in USSF, going to

24        numerous games, going to World Cup games --

25        A     Mr. Kessler, at that level of the
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 172

```
1          game, the women and the men worldwide are

2          all, quote/unquote, "skilled players."  I

3          mean, what would you want me to do.

4               Q     You wouldn't say that the women are

5          less skilled than the men, would you give me

6          that?

7               A     I didn't say that.

8               Q     Okay.  So would you agree they are

9          less skilled?

10              A     What do you mean by "skilled"?

11                    MR. FINKEL:  What do you mean

12         by "less skilled"?

13  BY MR. KESSLER:

14              Q     Use any definition you want.

15         Again, I'm happy for you to explain to the

16         jury how you would define "skill" under the

17         any definition of "skill" you can define it.

18                    Are the women less skilled than the

19         men?

20              A     At that level of the game, you are

21         talking about the best women and

22         professional men around the world, they are

23         all great athletes, first and foremost; and

24         they are experienced soccer players.

25              Q     So would you agree the women are
```

```
 1          not less skilled?

 2                  MR. FINKEL:  Object to the form

 3             again.  And calls for a legal

 4             conclusion, I should add.

 5          A     You are putting words in my mouth.

 6                  I just said to you that at that

 7          level of the game, our men and our women are

 8          all great athletes, and our women

 9          collectively were very successful, yes.

10   BY MR. KESSLER:

11          Q     I'm just trying to establish -- and

12          again, you can give me any view --

13          A     I'm not in a position, Mr. Kessler,

14          I'm not a coach, I'm not a technical person.

15          I might have play 40, 50 years ago, that's

16          not the point.

17                  The point I'm trying to make is

18          that, you know, they do different work here.

19          They play different competitors.  They are

20          not comparable.

21                  The women, we love, we adore our

22          women, they're great players, it's a great

23          team, they were very successful, I'm not

24          taking anything away from them.

25                  But you are putting words in my
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          mouth and you're trying to get me to say

2          something I'm not prepared to say.  I can't

3          make a general comment about one being

4          better than another.  Simple as that.

5              Q    Okay.  If the women's national team

6          head team coach won the World Cup testified

7          in this case that she believed the women on

8          her team were as skilled as the men's

9          national team, and she is an expert, would

10         you have any basis in your experience to

11         disagree with that?

12             A    No.

13             MR. FINKEL:  Object to the

14         form.

15             A    I would take her advice.

16    BY MR. KESSLER:

17             Q    Okay.

18             Now, take a look at the second page

19         on this letter.  It states in the letter

20         that, "At my request" -- this is the second

21         paragraph -- "US Soccer staff conducted

22         extensive analysis of the past ten years of

23         US Soccer's financials."

24             Let me stop there.  Who, in

25         US Soccer, concluded that it should be a

Case 2:19-cv-01717-RGK-AGR  Document 180-2  Filed 03/04/20  Page 34 of 40  Page ID
#:4113
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 175

1   ten-year analysis?  Is that a decision you

2   made?

3       A     I did, yes.

4       Q     Okay.  How did you pick 10?  Why

5   not 15?  Why not 5?  Why 10?

6       A     Because I picked ten.

7       Q     When you picked ten, did anyone

8   tell you what ten was going to show as

9   opposed to five?

10      A     No.

11      Q     Okay.  So you just picked it

12  randomly, is your testimony?

13      A     Not randomly, I felt ten years was

14  a long enough period in which to look at a

15  series of payments to see what relevance

16  they have.

17      Q     Okay.

18            Then you say, "Based on this

19  analysis, we produced the fact sheet which

20  has been reviewed by an independent

21  accounting firm."

22            What did that accounting firm

23  actually do?

24      A     The accounting firm went deep

25  beneath the numbers.  I believe they checked

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Do you know if for the period
 2    fiscal 2016 through fiscal year '20, to the
 3    extent we have information to date, do you
 4    know if the men's or women's team generated
 5    a higher net for the Federation?
 6         A     I don't off the top of my head, no.
 7         Q     Did you ask to have any analysis
 8    like that prepared for the class period on a
 9    net basis before you sent out your letter to
10    the world on that subject?
11         A     As I said to you, the letter was
12    prepared with a ten-year perspective and
13    that's what the numbers -- the analysis was
14    for.
15         Q     Okay.
16              Let's take a look at --
17              MR. KESSLER:  We'll mark as
18         Exhibit 134, a copy of a document
19         called Book of Reports for the annual
20         general meeting.
21              (Plaintiffs' Exhibit 134, Book
22         of Reports dated February 13
23         through 16, annual general meeting
24         2020, no Bates numbers, was marked
25         for Identification.)
```

1    BY MR. KESSLER:

2          Q      I'll ask you, Mr. Cordeiro, if you

3    recognize this Exhibit 134?

4          A      Yes.

5          Q      What is this exhibit?

6          A      This is Section 4 relating to the

7    proposed budget for the new fiscal year.

8          Q      And for what purpose was this

9    prepared?

10         A      This is something we prepare

11   annually.  It goes out to our membership in

12   advance of our annual general meeting at

13   which time the budget is discussed and voted

14   on.

15         Q      Okay.  And is there first a meeting

16   by the national council who reviews this?

17   Could you describe to me the process?

18         A      No, the AGM is the national

19   council.

20         Q      I'm sorry.  Thank you.

21                So at the AGM, the national council

22   meets and they're asked to approve the

23   budget for the year, correct?

24         A      Yes.

25         Q      Okay.  Does the board approve the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 217

```
 1    budget separately or in advance of the

 2    national council?

 3      A     The board in this case met in

 4    December and voted to recommend the budget

 5    to the national council.

 6      Q     And is the budget that the board

 7    voted to recommend this past December, the

 8    one that's contained in this report?

 9      A     Yeah, I would have to look at it

10    carefully, but I'm assuming it is, yeah.

11      Q     Just look through it and make sure.

12            I mean, this was produced by USSF,

13    I'm assuming it's the right one, but you

14    should tell me from your knowledge.

15      A     Yeah.  It looks -- yeah.

16      Q     It looks to you to be the correct

17    document, right?

18            And this is something that USSF

19    produces regularly each year in the course

20    of their business for the AGM to vote upon?

21      A     Oh, yes, every year.

22      Q     Okay.

23            Now, let's take a look at Page 4 of

24    this document, which has a Roman V, Budget

25    Detail.
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 299

```
 1

 2              THE REPORTER:  Are you ordering

 3       this expedited?

 4              MR. KESSLER:  Yes, for Friday,

 5       please.

 6

 7

 8

 9              (Whereupon, the deposition was

10       concluded at 4:02 p.m.)

11

12              _____

13                CARLOS CORDEIRO

14

15  Subscribed and sworn

16  to before me this

17  _____  day of _____, 2020

18

19  _____
             Notary Public
20

21

22

23

24

25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 300

```
 1                    ERRATA SHEET

 2   Case Name:

 3   Deposition Date:

 4   Deponent:

 5   Pg.  No.  Now Reads       Should Read  Reason

 6   ____ ____ _____     _____  _____

 7   ____ ____ _____     _____  _____

 8   ____ ____ _____     _____  _____

 9   ____ ____ _____     _____  _____
10   ____ ____ _____     _____  _____
11   ____ ____ _____     _____  _____
12   ____ ____ _____     _____  _____
13   ____ ____ _____     _____  _____
14   ____ ____ _____     _____  _____
15   ____ ____ _____     _____  _____
16   ____ ____ _____     _____  _____
17   ____ ____ _____     _____  _____
18   ____ ____ _____     _____  _____
19   ____ ____ _____     _____  _____
20

                              _____
21                            Signature of Deponent

22   SUBSCRIBED AND SWORN BEFORE ME

23   THIS ____ DAY OF _____, 2020.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                C E R T I F I C A T E

 2    STATE OF FLORIDA     )
                                    : ss.
 3    COUNTY OF BROWARD    )

 4              I, BARBARA R. ZELTMAN, a

 5        Professional Realtime Court Reporter and

 6        Notary Public, within and for the State

 7        of Florida, do hereby certify:

 8              That CARLOS CORDEIRO, the witness

 9        whose deposition is hereinbefore set

10        forth, was duly sworn by me and that such

11        deposition is a true record of the

12        testimony given by the witness.

13              I further certify that I am not

14        related to any of the parties to this

15        action by blood or marriage, and that I

16        am in no way interested in the outcome of

17        this matter.

18              IN WITNESS WHEREOF, I have hereunto

19        set my hand this 30th day of January,

20        2020

21

22        _____

23        BARBARA R. ZELTMAN
          Professional Realtime Reporter
          and Notary Public
24        COMM NO. GG 132922
          EXP:  August 9, 2021
25
```