1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SOCCER FEDERATION, INC., <br><br> Defendant. | **Case No. 2:19-CV-01717-RGK-AGR** <br><br> Assigned to: Judge R. Gary Klausner <br><br> **[~~PROPOSED~~] ORDER GRANTING THE STIPULATION REGARDING THE LOCAL RULE 16-2 PRETRIAL MEETING OF COUNSEL AND EXPERT DEPOSITION** <br><br> Complaint Filed: March 8, 2019 |

|   |   |
|---|---|
| 1 | The Court, having considered the Parties' Stipulation Regarding the Local Rule 16-2 Pretrial Meeting of Counsel and Expert Deposition, hereby grants the stipulation as follows: |

The Court, having considered the Parties' Stipulation Regarding the Local Rule 16-2 Pretrial Meeting of Counsel and Expert Deposition, hereby grants the stipulation as follows:

The Local Rule 16-2 pretrial meeting of counsel may take place after the current deadline of March 11, 2020 and instead, on March 17, 2020; and

The deposition of Defendant's expert Dr. Justin McCrary may take place after the April 3, 2020 expert deposition deadline on April 9, 2020.

IT IS SO ORDERED.

Dated: March 4, 2020

*(signature: Gary Klausner)*

R. Gary Klausner
Judge of the United States District Court
Central District of California

---

1
[PROPOSED] ORDER GRANTING STIPULATION REGARDING THE LOCAL RULE 16-2 PRETRIAL MEETING OF COUNSEL AND EXPERT DEPOSITION