CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
           CASE NO.  2:19-cv-01717-RGK-AGR
----------------------------------------------------------X
ALEX MORGAN, MEGAN RAPINOE, BECKY SAUERBRUNN,
CARLI LLOYD, MORGAN BRIAN, JANE CAMPBELL, DANIELLE
COLAPRICO, ABBY DAHLKEMPER, TIERNA DAVIDSON, CRYSTAL
DUNN, JULIE ERTZ, ADRIANNA FRANCH, ASHLYN HARRIS, TOBIN
HEATH, LINDSEY HORAN, ROSE LAVELLE, ALLIE LONG, MERRITT
MATHIAS, JESSICA McDONALD, SAMANTHA MEWIS, ALYSSA
NAEHER, ELLEY O'HARA, CHRISTEN PRESS, MALLORY PUGH,
CASEY SHORT, EMILY SONNETT, ANDI SULLIVAN and McCALL
ZERBONI,

              Plaintiffs,

                v.

UNITED STATES SOCCER FEDERATION, INC.,

              Defendant.
----------------------------------------------------------X


         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

         VIDEOTAPED DEPOSITION OF CARLOS CORDEIRO

                    Miami, Florida

                   January 29, 2020




REPORTED BY:  BOBBIE ZELTMAN
              Professional Realtime Court Reporter



Job Number:   174949
```

1    repeat the question that I asked several

2    times before the break, which is:  When you

3    were referring to the fact that our

4    female -- when you were referring to the

5    fact "but our female players have not been

6    treated equally," was one of the subjects

7    you were referring to the lack of equal pay?

8            MR. FINKEL:  I'm going to

9        object on foundation and form.

10           Go ahead.

11       A    No.

12   BY MR. KELLER:

13       Q    Okay.  Take a look at the next page

14   of this document.

15           Is it correct under the bold

16   heading, "Develop World-class National

17   Teams," you stated the following:  "To make

18   sure that our women defend their World Cup

19   championship in 2019, ensure that our men

20   return to the World Cup in 2022, and that

21   both our men's and women's teams excel in

22   2026 and 2027, what I call Mission '26, '27,

23   we must invest more in world-class coaches

24   and training facilities, create a new

25   technical department to recruit select and

Page 59

```
 1   manage all national team coaches, work for
 2   equal pay and equal resources for our
 3   women's athletes."
 4            And I'm going to stop there.
 5            Was that something that you wrote
 6   at the time?
 7       A    Yes.
 8       Q    And is that something you believed
 9   in at the time?
10       A    Yes.
11       Q    Okay.
12            And the fact that you were saying
13   that you believed "it should be the mission,
14   part of Mission '26, '27 to work for equal
15   pay and equal resources for women's
16   athletes," that you recognize that at the
17   time the women's national team did not
18   receive equal pay, correct?
19            MR. FINKEL:  Object to the
20      form.
21            Go ahead.
22       A    What I said to you previously
23   before the break was that I had a concern --
24   which is why I ran for president -- that our
25   women lacked equal opportunity.
```

Page 60

1         And lacking equal opportunity to
2    play competitive matches and competitive
3    tournaments that had significant payouts was
4    a significant disadvantage for our women.
5         So I believe then and I continue to
6    believe now that working for quote "equal
7    pay and equal resources" is all about
8    creating more opportunity for our women so
9    they can play more competitive events that
10   would drive more revenue and more
11   compensation.
12   BY MR. KELLER:
13        Q    Okay.
14        A    And it is a global issue.  It's not
15   a US-specific issue.
16        But as world champions four times
17   over we have a specific -- we have a leading
18   role to play and I have played that role to
19   play and I've played that role over the last
20   two years since becoming president,
21   advocating for our women.
22        Q    What you were saying here when you
23   refer to "working for equal pay", referred
24   to equal pay for the women's national team
25   in comparison to the men's national team,

Case 2:19-cv-01717-RGK-AGR Document 186-63 Filed 03/09/20 Page 5 of 5 Page ID #:6042
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 61

1  correct?

2  A    What I was referring to -- since
3  you are asking me -- what I was referring to
4  there was lack of opportunity, comparable
5  opportunity for the women where the men play
6  four/five times as many competitive matches
7  as our women do, was at the heart and is at
8  the heart of the issue.

9  Q    Actually the women's national team
10 plays more games than the men's national
11 team every year, correct?

12 A    Not necessarily.

13 Q    You're not familiar with the fact?
14 Have you looked at the number of games
15 played by the women's national team and the
16 men's national team over the last eight
17 years?

18 A    It depends on the year.

19 Q    Isn't it true that in virtually
20 every year of the last eight years the
21 women's national team has played more games
22 than the men's national team.
23      True or false?

24 A    I can't answer that specifically.

25 Q    Hey, you are the president of the