1  Ellen E. McLaughlin (*Pro Hac Vice)*
   E-mail:  emclaughlin@seyfarth.com
2  Noah Finkel (*Pro Hac Vice*)
   E-mail:  nfinkel@seyfarth.com
3  Brian Stolzenbach (*Pro Hac Vice*)
   E-mail: bstolzenbach@seyfarth.com
4  Sharilee Smentek (*Pro Hac Vice*)
   E-mail:  ssmentek@seyfarth.com
5  **SEYFARTH SHAW LLP**
   233 South Wacker Drive, Suite 8000
6  Chicago, Illinois 60606-6448
   Telephone:   (312) 460-5000
7  Facsimile:    (312) 460-7000

8  Kristen M. Peters (SBN 252296)
   E-mail:  kmpeters@seyfarth.com
9  **SEYFARTH SHAW LLP**
   2029 Century Park East, Suite 3500
10 Los Angeles, California 90067-3021
   Telephone:  (310) 277-7200
11 Facsimile:   (310) 201-5219

12 Giovanna A. Ferrari (SBN 229871)
   E-mail: gferrari@seyfarth.com
13 Chantelle C. Egan (SBN 257938)
   E-mail: cegan@seyfarth.com
14 **SEYFARTH SHAW LLP**
   560 Mission Street, 31st Floor
15 San Francisco, California 94105
   Telephone:  (415) 397-2823
16 Facsimile:   (415) 397-8549

17 Kyllan Kershaw (Pro Hac Vice)
   E-mail: kkershaw@seyfarth.com
18 **SEYFARTH SHAW LLP**
   1075 Peachtree Street, NE, Suite 2500
19 Atlanta, GA 30309
   Telephone:  (404) 885-1500
20 Facsimile:   (404) 892-7056

21 Counsel for Defendant
   U.S. SOCCER FEDERATION, INC.

22 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 23  ALEX MORGAN, et al., | Case No. 2:19-cv-01717-RGK-AGR |
| 24          Plaintiffs, | **ERRATA TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| 25       v. | |
| 26  U.S. SOCCER FEDERATION, INC., | Judge:        Hon. R. Gary Klausner |
| 27          Defendant. | Hearing:     March 30, 2020 at 9:00 a.m.<br>Place:        Courtroom 850 |
| 28 | |

1    In Defendant's Motion for Summary Judgment (Dkt. 171), Defendant

2   inadvertently did not file the attached deposition transcript of Kelley O'Hara, taken on

3   January 17, 2020, and referred to in Defendant's Statement of Uncontroverted Facts and

4   Conclusions of Law in Support of its Motion for Summary Judgment[1] (Dkt. 171-2).

5   Attached hereto as Exhibit 1 are excerpts of the O'Hara transcript to be attached to Dkt.

6   171.

7    We have only just become aware of this inadvertent mistake and are filing this errata

8   thereafter immediately.

9   Dated: March 13, 2020                    Respectfully submitted,

10                                           U.S. SOCCER FEDERATION, INC.

11

12                                           By:   /s/ Brian Stolzenbach

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] This exhibit was filed in Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment at Dkt. 186-93.

1

ERRATA TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT