Ellen E. McLaughlin (*Pro Hac Vice*)
E-mail: emclaughlin@seyfarth.com
Noah Finkel (*Pro Hac Vice*)
E-mail: nfinkel@seyfarth.com
Brian Stolzenbach (*Pro Hac Vice*)
E-mail: bstolzenbach@seyfarth.com
Sharilee Smentek (*Pro Hac Vice*)
E-mail: ssmentek@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Kristen M. Peters (SBN 252296)
E-mail: kmpeters@seyfarth.com
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Giovanna A. Ferrari (SBN 229871)
E-mail: gferrari@seyfarth.com
Chantelle C. Egan (SBN 257938)
E-mail: cegan@seyfarth.com
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Kyllan Kershaw (Pro Hac Vice)
E-mail: kkershaw@seyfarth.com
**SEYFARTH SHAW LLP**
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Counsel for Defendant
U.S. SOCCER FEDERATION, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. SOCCER FEDERATION, INC.,<br><br>　　　　Defendant. | Case No. 2:19-cv-01717-RGK-AGR<br>**ERRATA TO EXHIBIT 1 OF CARLYN IRWIN'S SECOND DECLARATION IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:　　Hon. R. Gary Klausner<br>Hearing:　March 30, 2020 at 9:00 a.m.<br>Place:　　Courtroom 850 |

1    Defendant inadvertently filed an incorrect document at Dkt. 186-28, Exhibit 1 to Carlyn Irwin's Second Declaration in Support of Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment, on March 9, 2020. Defendant hereby submits an errata to correct this inadvertent error. Through this errata, Defendant corrects such inadvertent error and replaces Dkt. 186-28 with the attached document, Exhibit 1 to Carlyn Irwin's Second Declaration.

We have only just become aware of this inadvertent mistake and are filing this errata thereafter immediately.

**Dated: March 13, 2020**          Respectfully submitted,

U.S. SOCCER FEDERATION, INC.


By: */s/ Brian Stolzenbach*

---

ERRATA TO EXHIBIT 1 OF CARLYN IRWIN'S SECOND DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT