1 | Jeffrey L. Kessler (admitted *pro hac vice*)
jkessler@winston.com
2 | David G. Feher (admitted *pro hac vice*)
dfeher@winston.com
3 | **WINSTON & STRAWN LLP**
200 Park Avenue
4 | New York, New York 10166
Telephone: (212) 294- 6700
5 | Facsimile: (212) 294-4700

6 | Cardelle B. Spangler (admitted *pro hac vice*)
cspangler@winston.com
7 | **WINSTON & STRAWN LLP**
35 West Wacker Drive
8 | Chicago, Illinois 60601
Telephone: (312) 558-5600
9 | Facsimile: (312) 558-5700

10 | Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
11 | Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
12 | **WINSTON & STRAWN LLP**
333 South Grand Avenue, Los Angeles, CA 90071
13 | Tel:   (213) 615-1700
Fax:   (213) 615-1750

14 |

15 | Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
16 | **WINSTON & STRAWN LLP**
101 California St., 35th Floor
17 | San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

18 |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ALEX MORGAN, et al., | **Case No. 2:19-cv-01717-RGK-AGR** |
| Plaintiffs/Claimants, | Assigned to: Judge R. Gary Klausner |
| v. | **PLAINTIFFS' NOTICE OF ERRATA RE: PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| UNITED STATES SOCCER FEDERATION, INC., | |
| Defendant/Respondent. | |

1    PLEASE TAKE NOTICE that Plaintiffs' Reply in Support of Motion for Partial

2   Summary Judgment (Dkt. No. 197) is being re-filed to correct typographical errors on

3   Page 8, Line 3, and Page 15, Line 6.  Specifically, Page 8, Line 3, which stated "are not

4   biologically weaker and slower than men," now reads "are ~~not~~ biologically weaker and

5   slower than men," and, Page 15, Line 6, which stated "But this false pretext …," now

6   reads "~~But~~ **T**his false pretext …."

7    A copy of the corrected Plaintiffs' Reply in Support of Motion for Partial

8   Summary Judgment is attached hereto.  No changes have been made to the document

9   other than these corrections.  As such, Plaintiffs respectfully request that the Court

10   remove Docket No. 197 and replace it with the corrected copy attached hereto.

11    Plaintiffs apologize to the Court for any inconvenience this may have caused.

12

13   Dated:  March 16, 2020                    WINSTON & STRAWN LLP

14
                                            By: */s/ Diana Hughes Leiden*
15                                              Diana Hughes Leiden

16                                              Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28