LATHAM & WATKINS LLP
Jamie L. Wine (Bar No. 181373)
E-mail: Jamie.Wine@lw.com
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200
Facsimile: (212) 751-4864

Michele D. Johnson (Bar No. 198298)
E-Mail: Michele.Johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Phone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendant
Defendant U.S. Soccer Federation, Inc.
(Additional counsel are listed on the signature page).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. SOCCER FEDERATION, INC., <br><br> Defendant. | Case No. 2:19-cv-01717-RGK-AGR <br><br> **DEFENDANT'S MOTION IN LIMINE NO. 2** <br><br> Judge: Hon. R. Gary Klausner <br> Hearing: May 5, 2020 at 9:00 a.m. <br> Place: Courtroom 850 |

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on May 5, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 850 of the United States District Court, Central District of California, located at 255 East Temple Street, Los Angeles, CA 90012, the Honorable R. Gary Klausner presiding, Defendant U.S. Soccer Federation, Inc. ("U.S. Soccer") will and hereby does move *in limine* for an order excluding any and all evidence, references to evidence, or argument relating to head coaches' salaries.

This Motion is made on the grounds that evidence and argument relating to head coach salaries have no relevance to the issues before the jury. Allowing such evidence and argument into trial would also prejudice U.S. Soccer and cause juror confusion.

This Motion is made following a conference of counsel pursuant to Central District Local Rule 7-3, which took place on March 13, 2020, and at other times during the proceedings.

This Motion is made under Fed. R. Evid. 403, and is based on this Notice, the supporting Memorandum of Points and Authorities, the pleadings, records and files in this action, and any oral and documentary evidence as may be presented at the hearing on the Motion.

Dated: March 20, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Jamie L. Wine*
    Jamie L. Wine
    Attorneys for Defendant
    Defendant U.S. Soccer Federation, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs should be precluded from introducing evidence and arguments relating to the salaries of the head coaches for the Men's National Team ("MNT") and Women's National Team ("WNT"). Plaintiffs alleged in summary judgment briefing that the WNT head coach received less compensation. Dkt. No. 187 at 25 (Pls.' Opp. to Def.'s Mot. for Summ. J.; Dkt. 187-1 at 138-39, Pls.' SAUF Nos. 7 & 8). To the extent Plaintiffs intend to make this argument at trial or introduce evidence related to it, they should be precluded from doing so for two reasons.

*First*, in discussing head coaches' salaries, Plaintiffs impermissibly attempt to introduce an entirely new claim, not previously raised, about a new set of individuals (head coaches) that are not part of this class action. This case is about whether U.S. Soccer engaged in gender-based pay discrimination toward *WNT players*. WNT head coaches are not players, nor are they members of the class. A claim for unequal pay for head coaches is not before this Court, nor would these Plaintiffs have standing to assert such a claim.

*Second*, evidence relating to head coaches' salaries should also be excluded under Rule 403 because its relevancy (which is none) is outweighed by the substantial confusion and prejudice it would create. Fed. R. Evid. 403. The pay difference between WNT and MNT head coaches is entirely irrelevant to the issues at hand: WNT players' compensation. But if Plaintiffs present evidence about alleged differences in head coaches' compensation, it is likely to create an unfair and inaccurate impression of systemic discrimination against the WNT that could bias the jury in their evaluation of *player* compensation. Plaintiffs do not allege that because their head coaches are paid less the players are adversely affected, e.g., that they receive inferior quality of coaching. *See United States v. Gonzalez-Flores*, 418 F.3d 1093, 1098 (9th Cir. 2005) ("Where the evidence is of very slight (if any) probative value, it's an abuse of discretion to admit it if there's even a modest likelihood of unfair prejudice or a small risk of misleading the jury." (citation omitted)).

For these reasons, U.S. Soccer respectfully requests that the Court exclude any evidence and argument related to head coach salaries.

| | | |
|---|---|---|
| 1 | Dated: March 20, 2020 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | |
| 4 | | By /s/ *Jamie L. Wine* |
| | | Jamie L. Wine (Bar No. 181373) |
| 5 | | E-mail: Jamie.Wine@lw.com |
| | | 885 Third Avenue |
| 6 | | New York, NY 10022 |
| | | Phone: (212) 906-1200 |
| 7 | | Facsimile: (212) 751-4864 |
| 8 | | Michele D. Johnson (Bar No. 198298) |
| | | E-Mail: Michele.Johnson@lw.com |
| 9 | | 650 Town Center Drive, 20th Floor |
| | | Costa Mesa, CA 92626 |
| 10 | | Phone: (714) 540-1235 |
| | | Facsimile: (714) 755-8290 |
| 11 | | |
| 12 | | Ellen E. McLaughlin (Pro Hac Vice) |
| | | Noah Finkel (Pro Hac Vice) |
| 13 | | Brian Stolzenbach (Pro Hac Vice) |
| | | Sharilee Smentek (Pro Hac Vice) |
| 14 | | SEYFARTH SHAW LLP |
| | | 233 South Wacker Drive, Suite 8000 |
| 15 | | Chicago, Illinois 60606-6448 |
| | | Telephone: (312) 460-5000 |
| 16 | | Facsimile: (312) 460-7000 |
| 17 | | Kristen M. Peters (SBN 252296) |
| | | E-mail: kmpeters@seyfarth.com |
| 18 | | SEYFARTH SHAW LLP |
| | | 2029 Century Park East, Suite 3500 |
| 19 | | Los Angeles, California 90067-3021 |
| | | Telephone: (310) 277-7200 |
| 20 | | Facsimile: (310) 201-5219 |
| 21 | | Giovanna A. Ferrari (SBN 229871) |
| | | E-mail: gferrari@seyfarth.com |
| 22 | | Chantelle C. Egan (SBN 257938) |
| | | E-mail: cegan@seyfarth.com |
| 23 | | SEYFARTH SHAW LLP |
| | | 560 Mission Street, 31st Floor |
| 24 | | San Francisco, California 94105 |
| | | Telephone: (415) 397-2823 |
| 25 | | Facsimile: (415) 397-8549 |
| 26 | | Kyllan Kershaw (Pro Hac Vice) |
| | | E-mail: kkershaw@seyfarth.com |
| 27 | | SEYFARTH SHAW LLP |
| | | 1075 Peachtree Street, NE, Suite 2500 |
| 28 | | Atlanta, GA 30309 |
| | | Telephone: (404) 885-1500 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (404) 892-7056

Attorneys for Defendant
Defendant U.S. Soccer Federation, Inc.