1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al., ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. SOCCER FEDERATION, INC.,<br><br>Defendant. | CASE NO. 2:19-CV-01717-RGK-AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE NO. 2**<br><br>Judge: Hon. R. Gary Klausner<br>Hearing: May 5, 2020 at 9:00 a.m.<br>Place: Courtroom 850 |

1

Defendant U.S. Soccer Federation, Inc. filed a motion *in limine* for an order to exclude evidence and argument at trial related to head coaches' salaries. After full consideration of all moving and opposing documents, the court's record and file in this matter, and the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant's motion *in limine* is GRANTED.
2. All evidence, mention of, and reference to head coaches' salaries are EXCLUDED as evidence during trial.
3. All parties, their respective counsel, and witnesses are PROHIBITED from introducing or referring to in any way any evidence, testimony, or argument regarding or referring to head coaches' salaries.

**IT IS SO ORDERED.**

Dated: _____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE