LATHAM & WATKINS LLP
Jamie L. Wine  (Bar No. 181373)
E-mail: Jamie.Wine@lw.com
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200
Facsimile: (212) 751-4864

Michele D. Johnson (Bar No. 198298)
E-Mail: Michele.Johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Phone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendant
Defendant U.S. Soccer Federation, Inc.
(Additional counsel are listed on the signature page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ALEX MORGAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. SOCCER FEDERATION, INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01717-RGK-AGR<br><br>**DECLARATION OF WESLEY J. HORTON IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 4**<br><br>Judge:　　Hon. R. Gary Klausner<br>Hearing: May 5, 2020 at 9:00 a.m.<br>Place:　　Courtroom 850 |
|---|---|

I, Wesley J. Horton, hereby declare and state as follows:

1. I am an attorney with the law firm of Latham & Watkins LLP, counsel of record for Defendant U.S. Soccer Federation, Inc. in the above-captioned action. I am admitted to practice law in the State of California and am a member in good standing of the United States District Court for the Central District of California. I submit this declaration in support of Defendant's Motion in Limine No. 4.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition of Alex Morgan dated December 19, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Kelley O'Hara dated January 17, 2020.

I declare under penalty of perjury that he foregoing is true and correct. Executed on March 20, 2020 in Costa Mesa, California.

/s/ Wesley J. Horton
Wesley J. Horton