# EXHIBIT 1

Exhibit 1
3

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   _____
                                        )
 5                                      )
     ALEX MORGAN, et al.,               )
 6                                      )
                 Plaintiffs,            ) Case No.
 7                                      ) 2:19-cv-01717
           vs.                          ) RGK-AGR
 8                                      )
     UNITED STATES SOCCER               )
 9   FEDERATION, INC.,                  )
                                        )
10               Defendant.             )
     _____
11
12
13              DEPOSITION OF ALEX MORGAN
14                 Los Angeles, California
15              Thursday, December 19, 2019
16                      Volume I
17
18
19
20
21
22
23   Reported by:
24   Gail E. Kennamer, CSR 4583, CCRR
25   Job No. 172865
```

1   BY MS. FERRARI:
2       Q.   It's tedious.  So why don't we do one page and
3   then we'll --
4       A.   Okay.
5       Q.   -- look at the next one.
6       You're starting from the back; right?
7       A.   Yes.  I'm starting from 2014, game on
8   August 20th in Cary, North Carolina.  Renaissance Raleigh,
9   North Hills, we stayed at this a few times, and I believe
10  it's a very busy, hotel, and I don't think we had security
11  at this time, so that was a concern.  I also remember the
12  food at this hotel is not up to standard of what a
13  professional athlete should have.
14      Q.   What were your other hotel options in that area?
15      A.   I don't know.
16      Q.   Where did the men stay when they were in Cary,
17  North Carolina?  Do you know?
18      A.   No.
19      Q.   Did the Women's National Team have -- or the
20  NW -- no -- yes -- the NWSL have a chef at that time?
21      A.   Can you say the question again?
22      Q.   Did you have a chef in 2014?
23      A.   For the Women's National Team?
24      Q.   Yes.
25      A.   No.

1  Q. What do you mean by "no security"?
2  A. Before 2018, we didn't have a security with us,
3  a security person with us at all times. It was only on
4  international trips or major tournaments.
5  Q. Is it something you bargained for in the 2017
6  CBA?
7  A. No. It's not something we felt like we needed
8  to.
9  MS. OPPENHEIMER: Don't testify about internal
10  discussions.
11  THE WITNESS: That's personally, just no. We
12  didn't. No.
13  Okay. Do you want to move on to the next one?
14  BY MS. FERRARI:
15  Q. All right. Yes, please.
16  A. (Indicating.)
17  In 2015, on February 13th, we played in Milton Keynes
18  against England. We stayed at the Luton Hoo Hotel & Spa.
19  I remember that although this was a higher starred hotel,
20  I don't know whether four or five star, it was extremely
21  old. I didn't have a working shower the entire time I was
22  there. There was -- It was not walking distance to
23  anything, so there was no way for players to get
24  additional food or coffee of our choice if we didn't like
25  the hotel food, and there was not vehicles provided to us

Page 179

1  Soccer Federation said or suggested their bargaining
2  position was motivated by sex?  Other than Sunil because
3  we just talked about him.
4       A.   No.
5       Q.   And you haven't heard Sunil specifically say
6  that he was motivated by sex in his bargaining position
7  for the CBA; right?
8       A.   That's correct.
9       Q.   All right.  I'd like you to tell me everything
10 the Federation has done that you feel is discriminatory
11 against women.
12      A.   Not paying us equally to the men or offering us
13 equal structure and opportunity to make the same
14 compensation that the men receive.
15           Receiving less quality treatment.  And that goes from
16 the coaching staff, to the medical staff, to travel and
17 accommodations, food quality, not being provided a chef,
18 marketing -- lack of marketing.
19           And bundling our TV rights with the men at all times.
20      Q.   Is it your position that the Federation did that
21 purposely because you're women?
22      A.   It's my position that they have undervalued our
23 potential because that -- because we're women or not, it's
24 my personal opinion of it.
25      Q.   What's your basis for that?

Page 227

I, Gail E. Kennamer, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: December 31, 2019

*[signature]*

_____

GAIL E. KENNAMER, CSR 4583, CCRR