Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue, New York, NY 10166
Tel:    (212) 294-6700
Fax:    (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive, Chicago, IL 60601
Tel:    (312) 558-5600
Fax:    (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, Los Angeles, CA 90071
Tel:    (213) 615-1700
Fax:    (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor, San Francisco, CA 94111
Tel:    (491) 591-1000
Fax:    (491) 591-1400

Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, Los Angeles, CA 90071
Tel:    (213) 615-1700
Fax:    (213) 615-1750

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN ET AL., | **Case No. 2:19-CV-01717-RGK-AGR** |
| Plaintiffs/Claimants, | Assigned to: Judge R. Gary Klausner |
| vs. | **DECLARATION OF JEANIFER E. PARSIGIAN IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE*** |
| UNITED STATES SOCCER FEDERATION, INC., | |
| Defendant/Respondent. | |

## **DECLARATION OF JEANIFER E. PARSIGIAN**

I, Jeanifer E. Parsigian, hereby declare, under penalty of perjury, as follows:

1.      I am an associate at Winston & Strawn LLP, counsel for Plaintiffs Alex Morgan, et al. in this matter.  I am over the age of eighteen years old and I have personal knowledge of each and every fact stated in this declaration.  If called to testify, I could testify competently thereto.  I make this declaration based on my personal knowledge and in support of Plaintiffs' Motions *in Limine* 1 through 10.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of United States Soccer Federation ("USSF") through Jay Berhalter, dated December 12, 2019.

3.      Attached as **Exhibit 2** is a true and correct copy of notes from collective bargaining negotiations between the U.S. Women's National Team Players Association and USSF produced by Defendant USSF (Plaintiffs' Exhibit 65, beginning with Bates number USSF_Morgan_005657).

4.      Attached as **Exhibit 3** is a true and correct copy of the May 31, 2016 correspondence sent by Latham & Watkins LLP to Mr. Greg Mucha of the EEOC (Plaintiffs' Exhibit 84).

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of USSF through Tom King, dated January 23, 2020.

6.      Attached as **Exhibit 5** is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of USSF through Sunil Gulati, dated December 17, 2019.

7.      Attached as **Exhibit 6** is a true and correct copy of the 2017–2021 Collective Bargaining Agreement entered into between the U.S. Women's National Team Players Association and USSF on April 4, 2017 produced by Defendant USSF (Plaintiffs' Exhibit 31, beginning with Bates number USSF_Morgan_000587).

8.      Attached as **Exhibit 7** is a true and correct copy of the 2011–2018 Collective Bargaining Agreement entered into between the U.S. National Team Players

1  Association and USSF on November 20, 2011 produced by Defendant USSF (Plaintiffs'
2  Exhibit 32, beginning with Bates number USSF_Morgan_000530).

3      9.    Attached as **Exhibit 8** is a true and correct copy of excerpts from the
4  deposition of Plaintiff Alex Morgan, dated December 19, 2019.

5      10.    Attached as **Exhibit 9** is a true and correct copy of excerpts from the
6  deposition of Plaintiff Megan Rapinoe, dated January 16, 2020.

7      11.    Attached as **Exhibit 10** is a true and correct copy of the 2013–2016
8  Memorandum of Understanding entered into between the U.S. Women's National Team
9  Players Association and USSF on March 19, 2013, produced by the U.S. Women's
10 National Team Players Association (Plaintiffs' Exhibit 117, beginning with Bates
11 number WNTPA_00004575).

12     12.    Attached as **Exhibit 11** is a true and correct copy of excerpts from the
13 individual deposition of Sunil Gulati, dated December 17, 2019.

14     13.    Attached as **Exhibit 12** is a true and correct copy of the Expert Report of
15 Philip A. Miscimarra dated February 4, 2020 on behalf of Defendant USSF.

16     14.    Attached as **Exhibit 13** is a true and correct copy of excerpts from the
17 individual deposition of Jay Berhalter, dated December 13, 2019.

18     15.    Attached as **Exhibit 14** is a true and correct copy of Defendant USSF's
19 Proposed Witness List for Rule 16 Conference.

20     16.    Attached as **Exhibit 15** is a true and correct copy of Defendant USSF's
21 Rule 26(a)(1) Initial Disclosures.

22     17.    Attached as **Exhibit 16** is a true and correct copy of an email
23 correspondence between Jeanifer Parsigian, of Winston & Strawn LLP, and Brian
24 Stolzenbach, of Seyfarth Shaw LLP, dated January 15–20, 2020.

25     18.    Attached as **Exhibit 17** is a true and correct copy of Defendant USSF's
26 Amended and Supplemental Rule 26(a)(1) Initial Disclosures.

27     19.    Attached as **Exhibit 18** is a true and correct copy of the Expert Report of
28 Justin McCrary dated March 6, 2020 on behalf of Defendant USSF.

1    20.    Attached as **Exhibit 19** is a true and correct copy of the Expert Report of

2    Justin McCrary dated February 4, 2020 on behalf of Defendant USSF.

3    21.    Attached as **Exhibit 20** is a true and correct copy of the Expert Report of

4    Carlyn Irwin dated February 4, 2020 on behalf of Defendant USSF.

5    22.    Attached as **Exhibit 21** is a true and correct copy of Defendant USSF's

6    Supplemental Answers to Plaintiffs' Interrogatory Nos. 1, 2, 5, 6 and 11.

8    I declare under penalty of perjury that the foregoing is true and correct.

9    Executed on this 20th day of March, 2020 in San Francisco, California.

*/s/ Jeanifer E. Parsigian*
Jeanifer E. Parsigian