# EXHIBIT 16

| | |
|---|---|
| **From:** | Stolzenbach, Brian |
| **To:** | Parsigian, Jeanifer |
| **Subject:** | RE: Lisa Levine + Christie Rampone, Hope Solo, and Other Plaintiffs |
| **Date:** | Monday, January 20, 2020 12:47:37 PM |

Jeanifer,

Rather than working off the term "proper rebuttal," which we would have to make sure we define with a common understanding among the parties, we can confirm that we do not anticipate calling her "unless the use would be solely for impeachment," as that phrase is used in Rule 26(a)(1)(A)(i). We have not disclosed Lisa pursuant to that Rule and do not intend to supplement or amend our disclosures to add her.

Can you confirm the same thing regarding Christie Rampone, Hope Solo, and all other plaintiffs on your own 26(a)(1)(A)(i) disclosures other than those we have already deposed and Jessica McDonald?  In other words, do you agree to amend your disclosures under that Rule to remove Ms. Rampone, Ms. Solo, and the plaintiffs we have not already deposed, aside from Jessica McDonald and use them solely for impeachment?

Thanks.

**Brian Stolzenbach** | Partner
Chicago | Ext: 735551 (+1-312-460-5551) | Mobile: +1-312-498-6907
bstolzenbach@seyfarth.com

**From:** Parsigian, Jeanifer <jparsigian@winston.com>
**Sent:** Wednesday, January 15, 2020 10:05 PM
**To:** Stolzenbach, Brian <BStolzenbach@seyfarth.com>
**Subject:** Lisa Levine

**[EXT. Sender]**

Brian,

I confirmed with the team that we are willing to forego deposing Lisa Levine as long as USSF confirms it does not anticipate calling her except for proper rebuttal.

Best,
Jeanifer

**Jeanifer E. Parsigian**
**Associate Attorney**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5840

D: +1 415-591-1469

F: +1 415-591-1400

Email | winston.com [winston.com]



Please consider the environment before printing this e-mail.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.