UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



ALEX MORGAN, et al.,
    Plaintiffs,

v.                                      Case #: 2:19-cv-01717-RGK-AGR

U.S. SOCCER FEDERATION, INC.,
    Defendants.

EMERGENCY MOTIONS TO INTERVENE BY "USA, ex rel; STEPHEN P. WALLACE, aka PRIVATE ATTORNEY GENERAL", AND FOR A TEMPORARY STAY WHILE PRESIDENT DONALD J. TRUMP REVIEWS CASE FOR SETTLEMENT
VIA AN EXECUTIVE ORDER, WITH BRIEF IN SUPPORT

Come now, Necessary Intervenor Parties, who allege fraud is being perpetrated upon the US Government's "NATIONAL INTEREST" aka US Women's National Soccer Team [USWNT], under color of Law;

1 That Intervenor & the President are Parties in [ND CA] (Case #:4:20-cv-01563), @ [Dkt #: 40]; (enclosed without Exhibits: See PACER)

2 That Intervenors allege that SEYFARTH SHAW ("SS"), is operating an Enterprise to illicitly "Compound Legal Fees & Costs", with a "OverKill of Lawyers", and are continuing to File "DISCRIMINATION; MISOGYNISTIC & SEXIST PROPOSITIONS", solely to exponentially DELAY & DEFLECT ANY SETTLEMENT, ad infinitum, with MALICE & FORETHOUGHT, & have now FILED a REPLY to USWNT's "Motion for Summary Judgment", WITHOUT THE AUTHORIZATION, KNOWLEDGE & CONSENT of USSF President, CARLOS CARDEIRO, compelling his Honor to RESIGN his Legacy @ the USSF, for ("SS") FILING "<u>Women were inherently Inferior to Men</u>" ?

3 That the "NATIONAL INTEREST" now compels President Trump to Review the instant CASE to determine if Violations to USWNT Due Process Rights could have been Violated, under color of Law;

4 That Intervenor's allege ("SS") has intentionally inflicted EMOTIONAL DURESS & OPPRESSION upon the USWNT, to perpetuate Intimidation, Hostility, Failure to Thrive, en route to the "2020 OLYMPICS in TOKYO";

% That INTERVENOR has also been VICTIM to these illicit PRACTICES; (enclosed)

5 That this Court has Jurisdiction, after NOTICE of the allegations herein, and in the NATIONAL INTEREST, to Enter a TEMPORARY STAY, & a "FREEZE SUBMITTAL of All Legal Fees & Costs", IN THE INTEREST OF JUSTICE; FOR GOOD CAUSE SHOWN; & IN AN ABUNDANCE OF CAUTION for the Allegations herein, including Latham & Watkins.

*President Trump*

CC: Coca Cola
VW
Budweiser Team Representatives
ALL Interested COUNSEL via Email
[Via USPS Priority Mail with Signature Confirmation]

Respectfully Submitted,

*Stephen P. Wallace*

## AFFIDAVIT

I swear this is correct under penalty of perjury.

State of __IL__
County of __Kane__

*Stephen P. Wallace*

Stephen Wallace appeared & signed this Affidavit this __14__ day of March, 2020

Notary Public

*Aimee Marie*

OFFICIAL SEAL
AIMEE MARX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/16/23

# Private attorney general

From Wikipedia, the free encyclopedia

**Private attorney general** is an informal term usually used today in the United States to refer to a private party who brings a lawsuit considered to be in the public interest, i.e., benefiting the general public and not just the plaintiff.[1] The person considered "private attorney general" is entitled to recover attorney's fees if he or she prevails. The rationale behind this principle is to provide extra incentive to private citizens to pursue suits that may be of benefit to society at large.

## Contents

- 1 Examples of application
- 2 Civil Rights Attorney's Fees Award Act
- 3 Other uses
- 4 References
- 5 See also

## Examples of application

Many civil rights statutes rely on private attorneys general for their enforcement. In *Newman v. Piggie Park Enterprises*,[2] one of the earliest cases construing the Civil Rights Act of 1964, the United States Supreme Court ruled that "A public accommodations suit is thus private in form only. When a plaintiff brings an action . . . he cannot recover damages. If he obtains an injunction, he does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority." The United States Congress has also passed laws with "private attorney general" provisions that provide for the enforcement of laws prohibiting employment discrimination, police brutality, and water pollution. Under the Clean Water Act, for example, "any citizen" may bring suit against an individual or a company that is a source of water pollution.[*citation needed*]



Another example of the "private attorney general" provisions is the Racketeer Influenced and Corrupt Organizations Act (RICO). RICO allows average citizens (private attorneys general) to sue those organizations that commit mail and wire fraud as part of their criminal enterprise.[*citation needed*] To date, there are over 60 federal statutes[*citation needed*] that encourage private enforcement by allowing prevailing plaintiffs to collect attorney's fees.

Attorneys who function as a private attorney general do so without compensation. The statutes permitting a plaintiff to recover attorneys' fees have been held not to apply when the plaintiff is an attorney.

## Civil Rights Attorney's Fees Award Act

The U.S. Congress codified the private attorney general principle into law with the enactment of Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988 (http://www.law.cornell.edu/uscode /42/1988.html). The Senate Report on this statute stated that The Senate Committee on the Judiciary



# TRUMP
## MAKE AMERICA GREAT AGAIN!

July 7, 2015
Stephen Wallace
1116 Sheffer rd
Aurora, IL 60505

Dear Stephen,

Thank you for your recent letter. I truly appreciate your support and encouragement. It is because of Americans like you that I want to become President of the United States.

America needs reform, and a President with the ability to bring about real, positive, economic change. My experience as a business executive, employing thousands, maintaining balanced budgets, and winning at negotiations all over the world makes me the most qualified candidate to restore American greatness. America can be saved; with your support I am confident we will reenergize the spirit of the American people. I am relying on your dedication to spread the values, ideals, and principles of my Presidential campaign.

Stephen, I am honored to call you a valuable member of Team Trump. With your support we can Make America Great Again!

Sincerely,

*[signature]*

Donald J. Trump

725 Fifth Avenue · New York · New York · 10022 · www.DonaldJTrump.com

Paid for by Donald J. Trump for President, inc

WIKIPEDIA

# National interest

The **national interest**, often referred to by the French expression ***raison d'État*** (English: "reason of State"), is a country's goals and ambitions, whether economic, military, cultural or otherwise. The concept is an important one in international relations, where pursuit of the national interest is the foundation of the realist school.

## Contents

History of the concept

As a euphemism

See also

References

Bibliography

## History of the concept

In early human history the national interest was usually viewed as secondary to that of religion or morality. To engage in a war rulers needed to justify the action in these contexts. The first thinker to advocate for the primacy of the national interest is usually considered to be Niccolò Machiavelli.

The practice is seen as being employed by France under the direction of its Chief Minister Cardinal Richelieu in the Thirty Years' War when it intervened on the Protestant side, despite its own Catholicism, to block the increasing power of the Catholic Holy Roman Emperor. At Richelieu's prompting, Jean de Silhon defended the concept of reason of state as "a mean between what conscience permits and affairs require."[1] The notion of the national interest soon came to dominate European politics that became fiercely competitive over the next centuries. It is a form of reason "born of the calculation and the ruse of men" and makes of the state "a knowing machine, a work of reason"; the state ceases to be derived from the divine order and is henceforth subject to its own particular necessities.[1]

States could now openly embark on wars purely out of self-interest. Mercantilism can be seen as the economic justification of the aggressive pursuit of the national interest.

A foreign policy geared towards pursuing the national interest is the foundation of the realist school of international relations. The realist school reached its greatest heights at the Congress of Vienna with the practice of the balance of powers, which amounted to balancing the national interest of several great and lesser powers.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

STATE OF CALIFORNIA, et al.,
    Plaintiffs,

v.                                        CASE #: 4:20-cv-01563

DONALD J. TRUMP, et al.,
    Defendants.

## VERIFIED MOTION TO INTERVENE BY INTERESTED PARTY, CURRENTLY IN RELATED [SD TX] (CASE #:1:18-CV-00068), FOR POTENTIAL MUTUAL SETTLEMENT BETWEEN CURRENT & PREVIOUS PARTIES, WITH BRIEF IN SUPPORT

Comes now, Stephen P. Wallace, moving the Court to GRANT Intervenor's Motion, having also Intervened in related [SD TX] (Case #:1:18-cv-00068); **(see Enclosures)**
1 That ALL PARTIES hereto would confess that the **HEALTH, SAFETY & WELL BEING of the DACA/DAPA Recipients** is preeminent & a priority concern;
2 That Intervenor has had "**Every Viable OPTION Quashed**" in the [SD TX] CASE, allowing "massive compounding of Legal Fees", when Intervenor possesses the [**Intellectual Capital Property**] to RESOLVE ALL MATTERS, under a "**SOLE SOURCE CONTRACT**", secured by a [**Non-Disclosure/Non Circumvent] Irrevocable Contract**;
Wherefore, Intervenor moves the Court to STAY the CASE, and ORDER Defendants to execute the [NDA/NCA] Agreement of RECORD in the [SD TX] CASE, sua sponte.
*Copy emailed to all Parties                  Respectfully submitted,

Sent USPS Priority Mail with Signature Confirmation

**AFFIDAVIT**            _Stephen P. Wallace_

I swear/affirm the foregoing is true & correct under penalty of perjury.

State of _Illinois_
County of _DuPage_                 _Stephen P. Wallace_
Stephen P. Wallace appeared & signed this Affidavit this _6_ day of March, 2020.

OFFICIAL SEAL
SUSAN SLAMAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/22

_Susan Slamar_
Notary Public

1  Ellen E. McLaughlin (*Pro Hac Vice*)
   E-mail: emclaughlin@seyfarth.com
2  Noah Finkel (*Pro Hac Vice*)
   E-mail: nfinkel@seyfarth.com
3  Brian Stolzenbach (*Pro Hac Vice*)
   E-mail: bstolzenbach@seyfarth.com
4  Sharilee Smentek (*Pro Hac Vice*)
   E-mail: ssmentek@seyfarth.com
5  **SEYFARTH SHAW LLP**
   233 South Wacker Drive, Suite 8000
6  Chicago, Illinois 60606-6448
   Telephone: (312) 460-5000
7  Facsimile: (312) 460-7000

8  Kristen M. Peters (SBN 252296)
   E-mail: kmpeters@seyfarth.com
9  **SEYFARTH SHAW LLP**
   2029 Century Park East, Suite 3500
10 Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
11 Facsimile: (310) 201-5219

12 Giovanna A. Ferrari (SBN 229871)
   E-mail: gferrari@seyfarth.com
13 Chantelle C. Egan (SBN 257938)
   E-mail: cegan@seyfarth.com
14 **SEYFARTH SHAW LLP**
   560 Mission Street, 31st Floor
15 San Francisco, California 94105
   Telephone: (415) 397-2823
16 Facsimile: (415) 397-8549

17 Kyllan Kershaw (Pro Hac Vice)
   E-mail: kkershaw@seyfarth.com
18 **SEYFARTH SHAW LLP**
   1075 Peachtree Street, NE, Suite 2500
19 Atlanta, GA 30309
   Telephone: (404) 885-1500
20 Facsimile: (404) 892-7056

21 Counsel for Defendant
   U.S. SOCCER FEDERATION, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ALEX MORGAN, et al., | Case No. 2:19-cv-01717-RGK-AGR |
|---|---|
| Plaintiffs, | **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| U.S. SOCCER FEDERATION, INC., | |
| Defendant. | Judge: Hon. R. Gary Klausner<br>Hearing: March 30, 2020 at 9:00 a.m.<br>Place: Courtroom 850 |

Query   Reports   Utilities   Help   Log Out

**2:19-cv-01717-RGK-AGR** Alex Morgan et al v. United States Soccer Federation, Inc.
R. Gary Klausner, presiding
Alicia G. Rosenberg, referral
**Date filed:** 03/08/2019
**Date of last filing:** 03/13/2020

# Attorneys

**Chantelle C Egan**
Seyfarth Shaw LLP
560 Mission Street Suite 3100
San Francisco, CA 94105
415-397-2823
415-397-8549 (fax)
cegan@seyfarth.com
*Assigned: 08/28/2019*
*ATTORNEY TO BE NOTICED*

representing

**United States Soccer Federation, Inc.**
*(Defendant)*

**David G Feher**
Winston and Strawn LLP
200 Park Avenue
New York, NY 10166-0005
212-294-6700
212-294-4700 (fax)
dfeher@winston.com
*Assigned: 03/08/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

representing

**Abby Dahlkemper**
*(Plaintiff)*

**Adrianna Franch**
*(Plaintiff)*

**Alex Morgan**
*(Plaintiff)*

**Allie Long**
*(Plaintiff)*

**Alyssa Naeher**
*(Plaintiff)*

The Telegraph

# Carlos Cordeiro resigns as US Soccer Federation president over women's national team equal-pay row

Katie Whyatt    2 hrs ago



© GETTY IMAGES   Carlos Cordeiro talks to the press - GETTY IMAGES

Carlos Cordeiro has resigned as US Soccer Federation president, three days after the organisation claimed in legal documents as part of an ongoing gender discrimination case that its female players had less skill and physical ability than their male counterparts.

The federation has faced global criticism for submissions saying that playing for the US men's national team "requires a higher level of skill based on speed and strength" than the women's team. Ahead of their game against Japan on Wednesday, the US national women's team turned their warm-up shirts inside out to hide the US Soccer logo - but not their four World Cup stars - to make clear their disgust at the federation. Sponsors, including Coca-Cola, Budweiser and Volkswagen, also publicly condemned US Soccer.

As a result, Cordeiro announced his resignation, on Twitter, without informing the federation's communications team, amid criticism from several federation board members over the governing body's legal filings - including Major League Soccer commissioner Don Garber. Former American midfielder Cindy Parlow Cone - previously the organisation's vice president - has now become the first female president in US Soccer's history.

Cordeiro decided to quit after discussions with the USSF board, the 64 year-old said in a statement.





© Getty  (AP Photo/Jeffrey McWhorter)

"My one and only mission has always been to do what is best for our federation, and it has become clear to me that what is best right now is a new direction," he wrote. "The arguments and language contained in this week's legal filing caused great offense and pain, especially to our extraordinary women's national team players who deserve better. It was unacceptable and inexcusable."

"I did not have the opportunity to fully review the filing in its entirety before it was submitted, and I take responsibility for not doing so. Had I done so, I would have objected to language that did not reflect my personal admiration for our women's players or our values as an organisation.

"After discussions with the Board of Directors, I have decided to step down, effective immediately.

"I will always treasure the many weeks that I spent with our women's national team players during the World Cup in France, and I'm thankful for their friendship. As US Soccer moves ahead with its defence against the lawsuit by the team, I hope that our remarkable women's players are always treated with the dignity, respect and admiration they truly deserve."



© Getty  (Photo by Alika Jenner/Getty Images)

The legal papers were submitted to federal court in Los Angeles as part of US Soccers' defence over gender discrimination filed by 28 of its female players last year. They have asked for around $66 million in back-pay under the Equal Pay Act and the Civil Rights Act of 1964. A trial is scheduled for May 5.

Cordeiro had previously released a statement during Wednesday's game against Japan apologising for the arguments presented in the documents - which Ballon D'or winner Megan Rapinoe rejected.

"While it is gratifying that there has been such a deafening outcry against USSFs blatant misogyny, the sexist culture and policies overseen by Carlos Cordeiro have been approved for years by the board of directors of USSF," the women's players said in a statement read out by spokeswoman Molly Levinson. "This institution must change and support and pay women players equally."

Related: With most sporting events being cancelled, here are some documentaries to keep you entertained [Read Sport]



Stephen P. Wallace
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001

Michael E. Horowitz
USDOJ INSPECTOR GENERAL
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530

**FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST**

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

[USA, ex rel; Private Attorney General, Stephen P. Wallace, and All those US Tax Payers similarly situated  vs. RESPONDENTS, and John Does 1-10 not yet named for Reparations due US Government Agencies (compounded)].

Please respond via email, voicemail and US Mail which said Predicate Actors have continued to tamper with as "obstruction of justice".   Thank you.

Sincerely,

*Stephen Wallace*

```
**********************
***   TX REPORT    ***
**********************

       TRANSMISSION OK

       TX/RX NO                    2018
       RECIPIENT ADDRESS           12025144001
       DESTINATION ID
       ST. TIME                    10/03 12:24
       TIME USE                    01'42
       PAGES SENT                  9
       RESULT                      OK
```

Stephen P. Wallace
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001

Michael E. Horowitz
USDOJ INSPECTOR GENERAL
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530

**FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST**

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

[USA, ex rel: Private Attorney General, Stephen P. Wallace, and All those US

U.S. Department of Justice

Office of the Inspector General

*Investigations Division*

1425 New York Avenue NW, Suite 7100
Washington, D.C. 20530

November 17, 2014

Stephen P. Wallace
1116 Sheffer Road, #F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 23, 2014. The matters that you raised are more appropriate for review by another office or Agency. Therefore, your complaint has been forwarded to:

> U.S. Department of Justice
> Office of Professional Responsibility
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530

The Office of the Inspector General considers this matter closed. Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,


Office of the Inspector General
Investigations Division

U.S. Department of Justice

Office of the Inspector General

*Investigations Division*

---

1425 New York Avenue NW, Suite 7100
Washington, D.C. 20530

January 5, 2015

Stephen Wallace
1116 Sheffer Road
Apartment F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 3, 2014. The matters that you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

The primary investigative responsibilities of this office are:

- Allegations of misconduct committed by U.S. Department of Justice employees and contractors; and

- Waste and abuse by high ranking Department officials, or that affects major programs and operations.

This Office does not have jurisdiction in the matter you described. Therefore, your complaint was forwarded to the following office on December 8, 2014:

> U.S. Department of Justice
> Criminal Division
> 350 Pennsylvania Avenue, NW
> Room 2107
> Washington, DC 20530
> Telephone Number 202-353-4641

Any future correspondence regarding this matter should be directed to that office.

Sincerely,

Office of the Inspector General
Investigations Division



U.S. Department of Justice

Mail Referral Unit

---

Washington, D.C. 20530

February 23, 2017

Stephen P. Wallace
Plaintiff
Private Attorney General Relator
1116 Sheffer Road, Apt F
Aurora, IL 60505-1936

Dear Friend:

Thank you for your letter dated February 22, 2017 to the Attorney General, Deputy Attorney General, or Associate Attorney General, which was received by the Department of Justice, Mail Referral Unit, on February 23, 2017 and assigned ID number 3789582.

Your letter will be reviewed and if a response or an update is necessary it will be sent to you within 60 business days. If you have any questions, please contact us at (301) 583-7350 and refer to your ID number 3789582 when requesting any information concerning your correspondence.

Sincerely,

Mail Referral Unit
Department of Justice



**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*
1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

April 4, 2017

Stephen P. Wallace
1116 Sheffer Road Apt.F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of recent correspondence. The matters which you raised have been reviewed by the staff of the Investigations Division, Office of the Inspecor General.

This Office does not have jurisdiction to investigate allegations that a Department of Justice attorney has committed misconduct while exercising his or her litigation authority. Accordingly, your correspondence has been referred to:

> U.S. Department of Justice
> Office of Professional Responsibility
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
>
> U. S. Department of Justice
> Executive Office for United States Attorneys
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530

Any further correspondence regarding this matter should be directed to those offices.

Any additional material you provide our office regarding this matter will not be forwarded to the above offices. Instead, we recommend that you correspond directly with those offices if you have additional information to provide. Please be advised that this is the only correspondence you will receive from this Office regarding this matter.

If you have new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.



**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*
1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

July 21, 2017

Stephen Wallace
1116 Sheffer Road, Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated June 2, 2017. The matters that you raised have been reviewed by the Investigations Division, Office of the Inspector General for the U.S. Department of Justice (DOJ).

The primary investigative responsibilities of our Office are:

- Allegations of misconduct committed by DOJ employees and contractors; and

- Waste and abuse by high ranking DOJ officials, or that affects DOJ programs and operations.

Our Office does not have jurisdiction regarding the matter you described. Therefore, as a courtesy, your complaint has been forwarded to the following office:

Administrative Office of the United States Courts
1 Columbus Circle NE
Washington, DC 20002

Any additional material you provide our Office regarding this matter will not be forwarded to the above agency. Instead, any future correspondence regarding this matter should be directed to that office.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter, unless you submit new information that involves allegations or issues regarding DOJ employees, contractors, programs or operations.

Thank you for giving us the opportunity to review your concerns.

# US Soccer Brings in Latham After Arguing Women Players Are Less Skilled Than Men

**The organization faced a barrage of criticism after its lawyers at Seyfarth Shaw wrote that players on the U.S. Women's National Team "do not perform equal work requiring equal skill, effort, and responsibility under similar working conditions."**

By **David Thomas** | March 12, 2020 at 12:04 PM

*U.S. Women's National Soccer Team forward Megan Rapinoe (#15) in action during friendly game against Mexico as preparation for 2019 Women's World Cup in Harrison, New Jersey. (Shutterstock.com)*

The president of the U.S. Soccer Federation on Wednesday announced it was bringing on Latham & Watkins after the group and its lawyers at Seyfarth Shaw underlined_argued in federal court that the U.S. Women's National Team has less "skill" than the men's team.

But at this point, it's unclear whether U.S. Soccer's decision to hire Latham means the federation will fire Seyfarth or the two firms will work together to push back again the class action claims made by female U.S. Soccer players, who have alleged the federation discriminates against them by paying players on the men's team more money.

In a statement apologizing for U.S. Soccer's motion—which was filed in response to the women's team's motion for summary judgment—federation president Carlos Cordeiro said the group is "making immediate changes."

"I have asked the firm of Latham & Watkins to join and guide our legal strategy going forward," Cordeiro said. "I have made it clear to our legal team that, even as we debate facts and figures in the course of this case, we must do so with the utmost respect not only for our women's national team players but for all female athletes around the world. As we do, we will continue to work to resolve this suit in the best interest of everyone involved."

As of press time, there have been no withdrawal or appearance filings in the case docket for the U.S. District Court for the Central District of California. A spokesman for Seyfarth declined to comment; spokesmen for Latham and U.S. Soccer did not respond to requests for comment as of press time.

**Stephen P. Wallace**
1116 Sheffer Road Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

**_Georgetown University_**, Language & Linguistics-**1979**; Then moved to Kuwait for merchant banking relationships; then retained by Al-Sayassah Publishing to join their Netherlands office.

**_Thunderbird Global_**, Glendale, AZ.-**1974**; Masters of International Management & Finance.

**_Southern Methodist University_**, Dallas, TX.-**1973**; _Masters of Business Administration/Finance_.

**_Loyola University_**, Chicago, IL.-**1971**; Bachelor of Arts in Political Science, Spending Junior Year ['69/'70] @ the Loyola Rome Center, Italy, studying International Law & Realty Development.

································································

**_INDEPENDENT U.S. SENATE Candidate_** (OK); **2008 & 2010**; vs. James Inhofe & Tom Coburn.

**_Independent Justice Institute, LLC_**, Washington DC-**1997 to Present;** Formed originally as a non-profit Watchdog group monitoring judicial/legal malfeasance/misfeasance operating 'under color of law' by the Washington, DC prominent Firm, [Webster, Chamberlain & Bean]; then as a for-profit Litigation Management Company (LMO), for **_Global Collection Services_**.

**_River Oaks Development Corporation_**, Tulsa, OK. -**1990 to 2000;** Master Planned (300 acre) upscale golf residential community lying on over a mile of scenic Arkansas River frontage.

**_Burnham Park Plaza ReHab_**, Chicago-**1985;** Procured over **$15 million Re-Development** Equity Limited Partnerships Interests for Rehab of former Burnham YMCA into upscale condo/apts.

**_Wallace Investments_**, Tulsa, OK. -**1984 to 2000**; Realty/Oil & Gas Development of extensive Family Realty Holdings and the Oil & Gas Reserves lying thereunder.

**_World Trade Services, Inc._,** Tulsa & Houston.-**1976 to 1979**; President & Founder of Oklahoma Export Management Company (EMC), specializing in logistics for chartering ships & expediting drilling equipment worldwide. Secured **_Caterpillar International_** as main Client.

**_Parker Drilling Company_**, Tulsa & Houston. - **1974 to 1976**; Financial Planning & Control Analyst for all Global Drilling Operations, as the largest land drilling company in the world. Extensive travel for interaction with all global subsidies and their administrative officers.

**Activities:** Retired Tae Kwon Do Karate Black Belt & Budweiser Sponsored Tournament Soccer Player.

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

FROM: Stephen P. Wallace
PRIVATE ATTORNEY GENERAL
1116 Sheffer Road Apt. F
Aurora, IL 60505
(331) 575-2341

TO:
COURT CLERK
US Courthouse
255 East Temple Street
Los Angeles, CA.
90012

PRESS FIRMLY TO SEAL

US POSTAGE PAID
$10.90
Origin: 60505
03/14/20
1604140507-2

PRIORITY MAIL 2-DAY®
0 Lb 4.60 Oz
1004
C032

EXPECTED DELIVERY DAY: 03/16/20

SHIP TO:
255 E TEMPLE ST
LOS ANGELES CA 90012-3332

USPS SIGNATURE® TRACKING NUMBER
9510 8120 1802 0074 2844 06

- Date of del
- USPS TRAC
  international
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP