| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| | Jeffrey L. Kessler (*pro hac vice*) |
| 2 | jkessler@winston.com |
| | David G. Feher (*pro hac vice*) |
| 3 | dfeher@winston.com |
| | 200 Park Avenue |
| 4 | New York, New York 10166 |
| | Telephone: (212) 294- 6700 |
| 5 | Facsimile: (212) 294-4700 |
| 6 | Cardelle B. Spangler (*pro hac vice*) |
| | cspangler@winston.com |
| 7 | 35 West Wacker Drive |
| | Chicago, Illinois 60601 |
| 8 | Telephone: (312) 558-5600 |
| | Facsimile: (312) 558-5700 |
| 9 | |
| | LATHAM & WATKINS LLP |
| 10 | Jamie L. Wine (Bar No. 181373) |
| | E-mail: Jamie.Wine@lw.com |
| 11 | 885 Third Avenue |
| | New York, NY 10022 |
| 12 | Phone: (212) 906-1200 |
| | Facsimile: (212) 751-4864 |
| 13 | |
| | Michele D. Johnson (Bar No. 198298) |
| 14 | E-Mail: Michele.Johnson@lw.com |
| | 650 Town Center Drive, 20th Floor |
| 15 | Costa Mesa, CA 92626 |
| | Phone: (714) 540-1235 |
| 16 | Facsimile: (714) 755-8290 |
| 17 | Attorneys for Defendant |
| | UNITED STATES SOCCER |
| 18 | FEDERATION, INC. |
| | *Additional counsel identified on |
| 19 | signature page |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>  Defendant. | **Case No. 2:19-CV-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**JOINT STIPULATION REGARDING CHANGES TO CASE DEADLINES**<br><br>Complaint Filed: March 8, 2019 |

Plaintiffs Alex Morgan, et al. and Defendant United States Soccer Federation, Inc. (together with Plaintiffs, the "Parties"), having conferred, by and through their counsel of record, hereby stipulate to the following changes to deadlines. The basis for the Parties' stipulation is as follows:

WHEREAS, the Court entered an Order (Dkt. No. 239) on April 8, 2020 continuing the pre-trial conference date from April 20, 2020 to June 1, 2020, and the trial date from May 5, 2020 to June 16, 2020 due to the ongoing COVID-19 crisis;

WHEREAS, this change in dates alters several pretrial deadlines;

WHEREAS, the Parties met and conferred on April 9, 2020 regarding updated deadlines in light of the new trial date;

WHEREAS, the Parties have agreed that given the additional time allowed under the new schedule, there is good reason to revise the date on which Plaintiffs will serve their objections to Defendant's jury instructions on Defendant from May 26, 2020 to May 19, 2020, which is twenty-eight (28) days, rather than twenty-one (21) days, before the new trial date;

WHEREAS, the Parties have also agreed that given the additional time allowed under the new schedule, there is good reason to revise the deadline of May 22, 2020 for filing oppositions to motions *in limine* to May 15, 2020, a date that is thirty-two (32) days, rather than twenty-five (25) days, before the new trial date;

WHEREAS, per the Parties' prior stipulation (Dkt. No. 193) and the Court's order (Dkt. No. 239), Defendant filed an additional motion *in limine* regarding the testimony of Plaintiffs' expert, Dr. Goldberg, on April 13, 2020, and Plaintiffs' deadline to oppose that motion is April 17, 2020;

WHEREAS, in light of the new trial date, there is good reason to extend Plaintiffs' deadline for opposing Defendant's additional motion *in limine* to May 4, 2020 and to revise the deadline for Defendant's reply thereto to May 26, 2020;

WHEREAS, the Parties' other motions *in limine* were filed on March 20, 2020;

WHEREAS, after motions *in limine* were due on March 20, 2020, Defendant

JOINT STIPULATION REGARDING CHANGES TO CASE DEADLINES
CASE NO. 2:19-CV-01717-RGK-AGR

raised in its March 30, 2020 Memorandum of Contentions of Fact and Law (Dkt. No. 225) an argument that Plaintiffs' Equal Pay Act ("EPA") "claims are barred, in whole or in part, to the extent that certain workweeks were performed entirely within foreign countries";

WHEREAS, the Parties have agreed that Plaintiffs may file an additional motion *in limine* on April 17, 2020 seeking to exclude U.S. Soccer's argument that Plaintiffs' Equal Pay Act ("EPA") "claims are barred, in whole or in part, to the extent that certain workweeks were performed entirely within foreign countries," after which the motion will be briefed in accordance with the Parties' previously agreed-upon schedule for motions *in limine*;

THEREFORE, the Parties respectfully request that the Court grant their stipulation and order that:

(1) Plaintiffs may file an additional motion *in limine* addressing Defendant's extraterritoriality defense to Plaintiffs' EPA claim on April 17, 2020, and opposition and reply deadlines shall be the same as the Parties' other motions *in limine*;

(2) Plaintiffs will serve objections to Defendant's jury instructions on May 19, 2020;

(3) The deadline for Plaintiffs to file their Opposition to Defendant's motion *in limine* regarding Dr. Goldberg's testimony will be May 4, 2020 and the deadline for Defendant to file its Reply thereto will be May 26, 2020; and

(4) The deadline for the Parties to file oppositions to all other motions *in limine* will be May 15, 2020.

| | | |
|---|---|---|
| 1 | Dated: April 14, 2020 | WINSTON & STRAWN LLP |
| 2 | | By:  /s/ *Jeffrey L. Kessler*[1] |
| 3 | | Jeffrey L. Kessler<br>David G. Feher |
| 4 | | Cardelle B. Spangler<br>Diana Hughes Leiden |
| 5 | | Jeanifer E. Parsigian<br>Lev Tsukerman |
| 6 | | Diana Hughes Leiden (SBN: 267606)<br>dhleiden@winston.com |
| 7 | | Lev Tsukerman (SBN: 319184)<br>ltsukerman@winston.com |
| 8 | | 333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543 |
| 9 | | Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 |
| 10 | | |
| 11 | | Jeanifer E. Parsigian (SBN: 289001)<br>jparsigian@winston.com |
| 12 | | 101 California St., 35th Floor<br>San Francisco, California 94111 |
| 13 | | Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |
| 14 | | Attorneys for Plaintiffs |
| 15 | | |
| 16 | Dated:  April 14, 2020 | LATHAM & WATKINS LLP |
| 17 | | By: */s/ Jamie L. Wine* |
| 18 | | Jamie L. Wine<br>Michele D. Johnson |
| 19 | | LATHAM & WATKINS LLP |
| 20 | | Jamie L. Wine (Bar No. 181373)<br>E-mail: Jamie.Wine@lw.com |
| 21 | | Kuan Huang (admitted *PHV*)<br>E-mail: kuan.huang@lw.com |
| 22 | | 885 Third Avenue<br>New York, NY 10022 |
| 23 | | Phone: (212) 906-1200<br>Facsimile: (212) 751-4864 |
| 24 | | Michele D. Johnson (Bar No. 198298) |
| 25 | | E-Mail: Michele.Johnson@lw.com<br>650 Town Center Drive, 20th Floor |
| 26 | | Costa Mesa, CA 92626<br>Phone: (714) 540-1235 |
| 27 | | Facsimile: (714) 755-8290 |
| 28 | [1] I, Jeffrey L. Kessler, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sarah M. Gragert (admitted *PHV*)
E-mail: sarah.gragert@lw.com
555 11th St. NW, Suite 1000
Washington, DC 20001
Phone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for UNITED STATES SOCCER FEDERATION, INC.