# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-01717-RGK-AGR | Date | May 4, 2020 |
|---|---|---|---|
| Title | *Alex Morgan et al. v. United States Soccer Federation, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Regarding Outstanding Motions**

The Court **ORDERS** the parties to inform the Court what pending motions are mooted by the Court's ruling on the parties' motions for summary judgment. If a motion is mooted in part, the parties shall inform the Court what issues from that motion remain outstanding. The parties shall file a joint statement not to exceed 5 pages no later than May 15, 2020.

**IT IS SO ORDERED.**

                                                                                                                                        : _____

Initials of Preparer