Jeffrey L. Kessler (admitted *pro hac vice*)
jkessler@winston.com
David G. Feher (admitted *pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue, New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (admitted *pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive, Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, Los Angeles, CA 90071
Tel:   (213) 615-1700
Fax:   (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor, San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al., | **Case No. 2:19-cv-01717-RGK-AGR** |
| Plaintiffs/Claimants, | Assigned to: Judge R. Gary Klausner |
| v. | **DECLARATION OF DIANA H. LEIDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 5** |
| UNITED STATES SOCCER FEDERATION, INC., | |
| Defendant/Respondent. | |

I, Diana Hughes Leiden, hereby declare, under penalty of perjury, as follows:

1.      I am a partner at Winston & Strawn LLP, counsel for the Plaintiffs Alex Morgan, et al. in this matter. I am over the age of eighteen years old and I have personal knowledge of each and every fact stated in this declaration. If called to testify, I could testify competently thereto. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion *in Limine* No. 5.

2.      Attached as **Exhibit 1** is a true and correct copy of a transcript from a July 5, 2018 hearing in *Ravina v. Columbia University*, Case No. 16-CV-2137-RA (S.D.N.Y. Complaint filed March 22, 2016), Dkt. No. 238.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of May, 2020 in Los Angeles, California.

*/s/ Diana Hughes Leiden*
Diana Hughes Leiden