WINSTON & STRAWN LLP
Jeffrey L. Kessler (pro hac vice)
jkessler@winston.com
David G. Feher (pro hac vice)
dfeher@winston.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 294- 6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (pro hac vice)
cspangler@winston.com
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

LATHAM & WATKINS LLP
Jamie L. Wine (Bar No. 181373)
jamie.wine@lw.com
Kuan Huang (pro hac vice)
kuan.huang@lw.com
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200

Michele D. Johnson (Bar No. 198298)
michele.johnson@lw.com
650 Town Center Drive
Costa Mesa, CA 92626
Phone: (714) 540-1235
*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al., | Case No. 2:19-cv-01717-RGK-AGR |
| Plaintiffs, | Judge: Hon. R. Gary Klausner |
| v. | |
| U.S. SOCCER FEDERATION, INC., | **JOINT STATEMENT REGARDING PENDING MOTIONS** |
| Defendant. | |

**JOINT STATEMENT REGARDING PENDING MOTIONS**

Pursuant to the Court's May 4, 2020 Order, the parties jointly submit this statement indicating the status of pending motions following the Court's Order Regarding Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment (DE 250).

Plaintiffs agree that their:

➢ Motions *in Limine* Nos. 2-4, 5, 8, and 11 (DE 203, 205, 206, 207, 214, and 247) are moot;

➢ Motions *in Limine* Nos. 1, 6, and 9 (DE 202, 209, and 215) remain pending;

➢ Motion *in Limine* No. 7 (DE 211) is moot as to Lisa Levine, but otherwise remains pending; and

➢ Motion *in Limine* No. 10 and Motion to Exclude Defendant's Expert Testimony (DE 216 and 167) are moot as to Justin McCrary, but otherwise remain pending.

U.S. Soccer agrees that its:

➢ Motions *in Limine* Nos. 1, 2, and 5 (DE 210, 204, 240) remain pending; and

➢ Motions *in Limine* Nos. 3 and 4 (DE 212 and 208) are moot.

1  DATED: May 15, 2020                    Respectfully submitted,

2  LATHAM & WATKINS LLP           WINSTON & STRAWN LLP

3
4  By: */s/ Jamie L. Wine*                By: */s/ Jeffrey L. Kessler[1]*
        Jamie L. Wine                         Jeffrey L. Kessler
5       Michele D. Johnson                    David G. Feher
        Kuan Huang                            Cardelle B. Spangler
6       Sarah M. Gragert                      Diana Hughes Leiden
7                                             Jeanifer E. Parsigian

8
9  Attorneys for UNITED STATES          Attorneys for PLAINTIFFS
   SOCCER FEDERATION
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   ───────────────────
   [1] I, Jeffrey L. Kessler, attest that all other signatories listed, and on whose behalf this
   filing is submitted, concur in the filing's content and have authorized the filing.