1
2
3
4
5
6
7
8
9

Link to 260

10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

12

13

14

15

16

17

18

ALEX MORGAN, et al.,

Plaintiffs,

v.

UNITED STATES SOCCER FEDERATION, INC.,

Defendant.

**Case No. 2:19-CV-01717-RGK-AGR**

Assigned to: Judge R. Gary Klausner

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING PRETRIAL DEADLINES**

19
20
21
22
23
24
25
26
27
28

1    Having considered the Joint Stipulation Regarding Pretrial Deadlines filed by
2    Plaintiffs Alex Morgan, et al. and Defendant United States Soccer Federation, Inc., the
3    Court grants the Parties' Joint Stipulation that the deadline for the Parties to file
4    oppositions to Motions *in Limine* will be August 7, 2020, with Parties' replies thereto
5    due August 21, 2020.

6    IT IS SO ORDERED.

7

8    DATED: May 21, 2020
9                                          R. Gary Klausner
                                           Judge of the United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28