LINK TO 257

# **DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ALEX MORGAN, et al., | Case No. 2:19-cv-01717-RGK-AGR |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES** |
| v. | |
| U.S. SOCCER FEDERATION, INC., | |
| Defendant. | Judge:  Hon. R. Gary Klausner<br>Trial:  September 15, 2020 at 9:00 a.m.<br>Place:  Courtroom 850 |

1  ~~Having considered the Joint Stipulation to Continue Pretrial Deadlines filed by~~
2  ~~Plaintiffs Alex Morgan, et al. and Defendant United States Soccer Federation, Inc., and~~
3  ~~good cause appearing,~~ **IT IS HEREBY ORDERED** ~~that: (1) the pretrial deadlines are~~
4  ~~continued; and (2) the parties will submit a revised schedule for pretrial deadlines to the~~
5  ~~Court by May 20, 2020~~.

**THE STIPULATION IS DENIED AS MOOT.**

**IT IS SO ORDERED.**

DATED: May 21, 2020          By: _/s/ Gary Klausner_
                              Hon. R. Gary Klausner
                              United States District Judge