UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-01717-RGK-AGR | Date | June 2, 2020 |
|---|---|---|---|
| Title | Alex Morgan et al v. United States Soccer Federation, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER**

Defendant United States Soccer Federation, Inc.'s Motion to Strike Plaintiffs' Notice of Amendment to Plaintiffs' Witness List and Exhibit List Notice [263], was filed after the motion cut-off date ordered by the Court. The Court will construe the document an objection and will not place the matter on the Court's motion calendar.

**IT IS SO ORDERED.**

                                                                                    :
                                         Initials of Preparer     slw