| Name and address: |
|---|
| Diana Hughes Leiden |
| WINSTON & STRAWN LLP |
| 333 South Grand Ave. Suite 3800 |
| Los Angeles, CA 90071-1543 |
| (213) 615 1700 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alex Morgan, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:19-cv-1717-RGK-AGR |
| v. | |
| United States Soccer Federation Inc. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.  **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Netter, Brian D.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Mayer Brown LLP
*Firm/Agency Name*

1999 K Street NW                           (202) 263-3000              (202) 263-3300
                                            *Telephone Number*          *Fax Number*

*Street Address*

Washington, DC 20006                                              bnetter@mayerbrown.com
*City, State, Zip Code*                                           *E-mail Address*

**I have been retained to represent the following parties:**

[See Section IV for the individual plaintiffs I represent]   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
                                                              ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Columbia | 3/7/2008 | Yes |
| Illinois | 11/21/2006 | Yes |
| [See Section IV for additional admissions] | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 17-cv-8106-VAP-RAO | Alas v. AT&T Inc. | 12/13/2017 | Yes |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 7/2/2020

Brian D. Netter
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

### SECTION III - DESIGNATION OF LOCAL COUNSEL

Leiden, Diana Hughes
*Designee's Name (Last Name, First Name & Middle Initial)*

Winston & Strawn LLP
*Firm/Agency Name*

333 South Grand Ave. Suite 3800
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

(213) 615-1700
*Telephone Number*

(213) 615-1750
*Fax Number*

dhleiden@winston.com
*Email Address*

267606
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 7/2/2020

Diana Hughes Leiden
*Designee's Name (please type or print)*

*Designee's Signature*

### SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Parties I have been retained to represent (all are individual plaintiffs, not the classes, in this case):

Alex Morgan, Megan Rapinoe, Becky Sauerbrunn, Carli Lloyd, Tobin Heath, and Samantha Mewis

Additional courts to which I have been admitted (all memberships are active and in good standing):

Supreme Court of the United States (6/13/2011)
United States Court of Appeals for the First Circuit (11/23/2015)
United States Court of Appeals for the Second Circuit (12/21/2009)
United States Court of Appeals for the Third Circuit (2/19/2016)
United States Court of Appeals for the Fifth Circuit (5/27/2015)
United States Court of Appeals for the Sixth Circuit (9/14/2012)
United States Court of Appeals for the Seventh Circuit (10/232/2009)
United States Court of Appeals for the Eighth Circuit (8/5/2016)
United States Court of Appeals for the Ninth Circuit (1/14/2009)
United States Court of Appeals for the Tenth Circuit (5/15/2018)
United States Court of Appeals for the Eleventh Circuit (9/17/2012)
United States Court of Appeals for the District of Columbia Circuit (5/15/2007)
United States Court of Appeals for the Federal Circuit (4/9/2008)
United States District Court for the District of Columbia (5/4/2014)
United States District Court for the Western District of New York (6/1/2018)
United States Tax Court (12/4/2012)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Brian D Netter*

was duly qualified and admitted on March 7, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 24, 2020.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Brian David Netter

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/21/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 25th day of June, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois