Diana Hughes Leiden
WINSTON & STRAWN LLP
333 South Grand Ave. Suite 3800
Los Angeles, CA 90071-1543
(213) 615 1700

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Morgan, et al.<br><br>Plaintiff(s)<br>v.<br>United States Soccer Federation Inc.<br><br>Defendant(s). | CASE NUMBER<br>2:19-cv-1717-RGK-AGR<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Netter, Brian D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 263-3000      (202) 263-3300
*Telephone Number*     *Fax Number*

bnetter@mayerbrown.com
*E-Mail Address*

of  Mayer Brown LLP
    1999 K Street NW
    Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Alex Morgan, Megan Rapinoe, Becky Sauerbrunn, Carli Lloyd, Tobin Heath, and Samantha Mewis

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Leiden, Diana Hughes
*Designee's Name (Last Name, First Name & Middle Initial)*

267606      (213) 615-1700      (213) 615-1750
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dhleiden@winston.com
*E-Mail Address*

of  Winston & Strawn LLP
    333 South Grand Ave. Suite 3800
    Los Angeles, CA 90071-1543

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: July 8, 2020**      /s/ R. GARY KLAUSNER
                             **U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1