# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-01717-RGK-AGR | Date | August 14, 2020 |
|---|---|---|---|
| Title | *Alex Morgan et al v. United States Soccer Federation, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Stipulation to Continue Pretrial Deadlines [DE 272]**

On July 29, 2020, the Court continued the pretrial and trial dates because of the unavailability of jurors during the current COVID-19 pandemic. On August 6, 2020, the parties filed a stipulation asking that the Court continue certain pretrial deadlines—including the deadline to file oppositions to motions in limine—to an unspecified date. The Court refers the parties to its Civil Jury Trial Order, which provides that all relevant pretrial deadlines are calculated by counting back from the trial date. (*See, e.g.*, Civil Jury Trial Order at 4 ("All opposition documents must be filed and served at least twenty-five (25) days prior to the scheduled trial date.").) Accordingly, because the relevant deadlines were automatically continued when the trial date was continued, the Court **DENIES as moot** the parties' stipulation.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer