Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543
Tel: (213) 615-1700
Fax: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SOCCER FEDERATION, INC., <br><br> Defendant. | Case No. 2:19-CV-01717-RGK-AGR <br><br> Judge R. Gary Klausner <br><br> **PLAINTIFFS' UNOPPOSED APPLICATION TO FILE UNDER SEAL** <br><br> Local Rule 79-5.2.2(a) <br><br> [Filed concurrently with Declaration of Jeanifer E. Parsigian and Proposed Order] |

TO THE COURT, DEFENDANT, AND ALL ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Local Rule 79-5.2.2(a), plaintiffs Alex Morgan, et al., hereby request that this Court enter an order permitting them to file under seal portions of Exhibit A to the Declaration of Jeffrey L. Kessler in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and of Class Notice ("Kessler Declaration"). Defendant United States Soccer Federation, Inc. ("USSF") has requested the relief sought herein.

As detailed in the concurrently filed motion for preliminary approval, Plaintiffs and USSF have agreed to settle Plaintiffs' Title VII working-conditions claims. The crux of that agreement is that USSF will implement revised policies on four working conditions: charter flights, venue selection, professional support, and hotel accommodations. Plaintiffs are informed that two of those policies, the venue selection and hotel accommodations policies, contain commercially sensitive information about USSF's internal workings, the disclosure of which to potential counterparties would disadvantage USSF's business interests. *See* Declaration of Jeanifer E. Parsigian, concurrently filed herewith.

The parties' proposed settlement agreement is attached as Exhibit A to the Kessler Declaration. The proposed venue selection and hotel accommodations policies are Exhibits 3 and 5, respectively, to the settlement agreement. Plaintiffs request that they be allowed to file Exhibits 3 and 5 of Exhibit A to the Kessler Declaration under seal. Plaintiffs consent to the sealing of these exhibits.

| | | |
|---|---|---|
| 1 | Dated: December 1, 2020 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: */s/ Jeanifer E. Parsigian* |
| 4 | | Jeffrey L. Kessler |
| | | David G. Feher |
| 5 | | Cardelle B. Spangler |
| | | Diana Hughes Leiden |
| 6 | | Jeanifer E. Parsigian |
| | | Lev Tsukerman |
| 7 | | *Attorneys for Plaintiffs* |