**WINSTON & STRAWN LLP**
Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Plaintiffs*

**LATHAM & WATKINS LLP**
Jamie L. Wine  (Bar No. 181373)
E-mail: Jamie.Wine@lw.com
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200
Facsimile: (212) 751-4864

Michele D. Johnson (Bar No. 198298)
E-mail: Michele.Johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Phone: (714) 540-1235
Facsimile: (714) 755-8290

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>Defendant. | Case No. 2:19-CV-01717-RGK-AGR<br><br>**JOINT STIPULATION TO STAY ALL PRE-TRIAL AND TRIAL DEADLINES**<br><br>Judge:  Hon. R. Gary Klausner<br>Trial:  January 26, 2021 at 9:00 a.m. |

Plaintiffs Alex Morgan, et al., and defendant United States Soccer Federation, Inc. (together with Plaintiffs, the "Parties"), having conferred, by and through their counsel of record, hereby stipulate to the following. The basis for the Parties' stipulation is as follows:

WHEREAS, the Court entered an Order (Dkt. No. 271) on July 29, 2020 continuing the pre-trial conference date from August 31, 2020 to January 11, 2021, and the trial date from September 15, 2020 to January 26, 2021;

WHEREAS, the Parties are scheduled to go to trial on Plaintiffs' claims of discrimination in their working conditions;

WHEREAS, various pre-trial deadlines are approaching under this Court's Order for Jury Trial (Dkt. 60) and the local rules;

WHEREAS, the Parties have agreed to settle Plaintiffs' working-conditions claims;

WHEREAS, on December 1, 2020, Plaintiffs filed an unopposed motion seeking preliminary approval of the Parties' settlement of Plaintiffs' working-conditions claims (Dkt. 276);

WHEREAS, the Parties' proposed settlement resolves all remaining claims;

WHEREAS, the Court has not yet ruled on Plaintiffs' preliminary approval motion; and

WHEREAS, the Parties believe that it is in their best interests and in the interest of judicial economy and efficiency to stay all pre-trial and trial dates and deadlines until the Court has ruled on Plaintiffs' motion for preliminary approval.

THEREFORE, the Parties respectfully request that:

(1) the Court stay all pre-trial and trial dates and deadlines until the Court rules on Plaintiffs' motion for preliminary approval (Dkt. 276);

(2) if the Court grants Plaintiffs' motion for preliminary approval (Dkt. 276), all pre-trial and trial dates and deadlines remain stayed until the hearing on final approval of the Parties' proposed settlement; and

(3) if the Court denies Plaintiffs' motion for preliminary approval (Dkt. 276), the trial be reset to four months from the date of denial of Plaintiffs' preliminary approval motion.

Dated: December 8, 2020

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler* [1]
    Jeffrey L. Kessler
    David G. Feher
    Cardelle B. Spangler
    Diana Hughes Leiden
    Jeanifer E. Parsigian

*Attorneys for Plaintiffs*

LATHAM & WATKINS LLP

By: */s/ Jamie L. Wine*
    Jamie L. Wine
    Michele D. Johnson
    Kuan Huang
    Sarah M. Gragert

*Attorneys for Defendant*

---

[1] I, Jeffrey L. Kessler, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.