Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue, New York, NY 10166
Tel:   (212) 294-6700
Fax:   (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive, Chicago, IL 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, Los Angeles, CA 90071
Tel:   (213) 615-1700
Fax:   (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor, San Francisco, CA 94111
Tel:   (491) 591-1000
Fax:   (491) 591-1400

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX MORGAN, et al., | **Case No. 2:19-CV-01717-RGK-AGR** |
| Plaintiffs, | Assigned to: Judge R. Gary Klausner |
| v. | **DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| UNITED STATES SOCCER FEDERATION, INC., | |
| Defendant. | Date:  April 12, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom: 850 |

I, Jeffrey L. Kessler, hereby declare, under penalty of perjury, as follows:

1. I am a partner and Co-Executive Chairman of Winston & Strawn LLP, co-lead counsel for Plaintiffs and the certified classes in this matter. I have personal knowledge of the facts set forth herein and if called upon to testify thereto, I could and would do so.

2. I submit this declaration, together with the attached exhibit, in support of Plaintiffs' motion for final approval of their class action settlement.

3. In its order certifying the Rule 23(b)(2) and 23(b)(3) classes and the collective action (Dkt. 98), the Court appointed my firm as class counsel in this matter. My and my colleagues' qualifications and extensive experience in class action, sports, and employment matters are described in detail in my declaration in support of Plaintiffs' class certification motion (Dkt. 64-1).

4. The parties agreed to settle Plaintiffs' Title VII claims for sex discrimination based on unequal working conditions. Attached hereto as **Exhibit A** is a true and correct copy of the parties' proposed Class Action Settlement and Release of Working Conditions Claims with the class notice and working conditions policies attached thereto.

**SETTLEMENT NOTICE EFFORTS**

5. USSF counsel represented to class counsel that on December 7, 2020 it provided notice of the parties' proposed settlement to the appropriate state and federal officials under the Class Action Fairness Act.

6. USSF provided class counsel with a class list on January 26, 2021. The class list included, among others, the full name, last known home address, and last known email address of 66 class members.

7. On January 29, 2021, class counsel provided notice of the proposed settlement to each class member via first class mail. Each mailing contained one copy of the approved class notice and one copy of the settlement agreement. Per the terms of the approved class notice (Dkt. 274-2, Ex. 1 at 3), the settlement agreement delivered

to each class member omitted the venue selection policy but advised class members to contact class counsel for additional details on this policy; it did, however, include in full the charter flight policy, the professional support policy, and the hotel accommodations policy.

8. On January 29, 2021, class counsel also emailed the notice and agreement to 65 class members for whom USSF provided an email address with its class list; for one class member, Rachel Buehler, the class list noted her email address as "not available." Electronic notice to four class members was initially returned as undeliverable, but between January 29 and February 1, class counsel obtained alternate email addresses for these four members plus Ms. Buehler and emailed both the class notice and settlement agreement to these five individuals. No other service emails were returned as undeliverable.

9. Class counsel's initial mailings to class members Jaelene Hinkle and Hope Solo were returned as undeliverable, but there were no delivery issues with the service emails to either. Soon after Ms. Hinkle's mailing was returned to class counsel's office, class counsel contacted USSF counsel to obtain an alternate mailing address, but USSF counsel advised that it was unable to locate another address for Ms. Hinkle. And soon after Ms. Solo's mailing was returned, class counsel contacted Ms. Solo's personal counsel, obtained an alternate service address from that counsel, and re-mailed the class notice and settlement to the alternate address. To date, Ms. Solo's second mailing has not been returned to class counsel's office as undeliverable.

10. To date, class counsel has not received any objections to the proposed settlement agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of March, 2021 in New York, New York.

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler