1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

12 ALEX MORGAN, et al., | **Case No. 2:19-CV-01717-RGK-AGR**
13      Plaintiffs, | Assigned to Hon. R. Gary Klausner
14 v. | **[PROPOSED] JUDGMENT ON PLAINTIFFS' PAY-DISCRIMINATION CLAIMS**
15 UNITED STATES SOCCER FEDERATION, INC.,
16      Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

The Court previously conditionally granted Plaintiffs' motion for entry of partial final judgment on Plaintiffs' pay-discrimination claims, pending final approval of the parties' settlement. Now that the Court has officially approved the parties' proposed settlement, the Court **GRANTS** Plaintiffs' motion for entry of partial final judgment and **ENTERS** final judgment on Plaintiffs' Equal Pay Act and Title VII pay-discrimination claims that the Court dismissed in its summary judgment ruling (Dkt. 250).

**IT IS SO ORDERED.**

Dated: _____    _____

Hon. R. Gary Klausner
United States District Judge for the
Central District of California