NOTE CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ALEX MORGAN, et al., | **Case No. 2:19-CV-01717-RGK-AGR** |
|---|---|
| Plaintiffs, | Assigned to Hon. R. Gary Klausner |
| v. | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| UNITED STATES SOCCER FEDERATION, INC., | |
| Defendant. | |

Having considered Plaintiffs' unopposed motion for final approval of class action settlement and its supporting documents, and for good cause showing, the Court **GRANTS** the motion in its entirety. The Court **APPROVES** the parties' proposed Class Action Settlement and Release of Working Conditions Claims (the "Settlement").

The Court **ORDERS** that the terms and provisions of the Settlement be carried out. The Court will retain jurisdiction to oversee the administration and enforcement of the Settlement and the Court's orders, except that any alleged violations of the four agreed-upon policies of the Settlement (and any obligations of these four policies) shall exclusively be enforceable under and subject to binding arbitration under the grievance and arbitration procedure of the collective bargaining agreement between the United States Soccer Federation, Inc. and the U.S. Women's National Team Players Association, effective January 1, 2017 through December 31, 2021.

The Court **ENTERS** final judgment in this case, including on Plaintiffs' Equal Pay Act and Title VII pay-discrimination claims.

**IT IS SO ORDERED.**

Dated: April 13, 2021

*Gary Klausner*

Hon. R. Gary Klausner
United States District Judge for the
Central District of California