UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: Central District of California

U.S. District Court case number: 2:19-cv-01717

Date case was first filed in U.S. District Court: 03/08/2019

Date of judgment or order you are appealing: 04/14/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

See Exhibit A

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Mayer Brown LLP

1999 K Street NW

City: Washington   State: DC   Zip Code: 20006

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Nicole A. Saharsky   **Date** Apr 14, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                         Rev. 12/01/2018