*Morgan et al. v. United States Soccer Federation, Inc.*
C.D. Cal. No. 2:19-cv-01717

**Exhibit A to Notice of Withdrawal**

Alex Morgan, Megan Rapinoe, Becky Sauerbrunn, Carli Lloyd, Morgan Brian, Jane Campbell, Danielle Colaprico, Abby Dahlkemper, Tierna Davidson, Crystal Dunn, Julie Ertz, Adrianna Franch, Ashlyn Harris, Tobin Heath, Lindsey Horan, Rose Lavelle, Allie Long, Merritt Mathias, Jessica McDonald, Samantha Mewis, Alyssa Naeher, Kelley O'Hara, Christen Press, Mallory Pugh, Casey Short, Emily Sonnett, Andi Sullivan, McCall Zerboni