UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 3 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEX MORGAN; MEGAN RAPINOE; BECKY SAUERBRUNN; CARLI LLOYD; MORGAN BRIAN; JANE CAMPBELL; DANIELLE COLAPRICO; ABBY DAHLKEMPER; TIERNA DAVIDSON; CRYSTAL DUNN; JULIE ERTZ; ADRIANNA FRANCH; ASHLYN HARRIS; TOBIN HEATH; LINDSEY HORAN; ROSE LAVELLE; ALLIE LONG; MERRITT MATHIAS; JESSICA MCDONALD; SAMANTHA MEWIS; ALYSSA NAEHER; KELLEY O'HARA; CHRISTEN PRESS; MALLORY PUGH; CASEY SHORT; EMILY SONNETT; ANDI SULLIVAN; MCCALL ZERBONI, individually and on behalf of all others similarly situated, | No. 21-55356<br><br>D.C. No. 2:19-cv-01717-RGK-AGR<br>Central District of California, Los Angeles<br><br>ORDER |

        Plaintiffs-Appellants,

 v.

UNITED STATES SOCCER FEDERATION, INC.,

        Defendant-Appellee.

Before:    Lisa B. Fitzgerald, Appellate Commissioner.

      Appellants' unopposed motion to file under seal Volume 7 of the excerpts of record (Docket Entry No. 19) is granted. The Clerk will file publicly the opening brief (Docket Entry No. 17), Volumes 1 through 6 of the excerpts of record

(Docket Entry No. 18), and the motion to seal (Docket Entry No. 19-1). The Clerk will file under seal Volume 7 of the excerpts of record (Docket Entry No. 19-2).

The existing briefing schedule remains in effect.