UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SOCCER FEDERATION, INC., <br><br> Defendant. | **Case No. 2:19-CV-01717-RGK-AGR** <br><br> Assigned to Hon. R. Gary Klausner <br><br> [PROPOSED] **ORDER GRANTING JOINT MOTION FOR INDICATIVE RULING**  [315] |

Having considered the parties' Joint Notice of Motion and Motion for Indicative Ruling (the "Motion") and its supporting documents, and for good cause shown, the Court **GRANTS** the Motion in its entirety.

The Court hereby issues an indicative ruling under Federal Rule of Civil Procedure 62.1(a)(3) stating that it would grant the parties' motion for preliminary approval if the Ninth Circuit remands for that purpose or that the preliminary approval motion raises a substantial issue.

**IT IS SO ORDERED.**

Dated: June 13, 2022

Hon. R. Gary Klausner
United States District Judge for the
Central District of California