**WINSTON & STRAWN LLP**
Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Plaintiffs*

**LATHAM & WATKINS LLP**
Jamie L. Wine (Bar No. 181373)
E-mail: Jamie.Wine@lw.com
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200
Facsimile: (212) 751-4864

Michele D. Johnson (Bar No. 198298)
E-mail: Michele.Johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Phone: (714) 540-1235
Facsimile: (714) 755-8290

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES SOCCER FEDERATION, INC., <br><br>Defendant. | Case No. 2:19-CV-01717-RGK-AGR <br><br>**JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING** <br><br>Judge:  Hon. R. Gary Klausner |

Plaintiffs Alex Morgan, et al. and defendant United States Soccer Federation, Inc. (together with Plaintiffs, the "Parties"), having conferred, by and through their counsel of record, hereby stipulate to the following and request that the Court continue the December 5, 2022 final approval hearing to December 12, 2022. The basis for the Parties' stipulation is as follows:

WHEREAS, on August 11, 2022, the Court preliminarily approved the Parties' settlement of Plaintiffs' Title VII and Equal Pay Act pay-discrimination claims (Dkt. 320);

WHEREAS, in granting preliminary approval, the Court scheduled a final approval hearing for December 5, 2022 (Dkt. 320 at 6);

WHEREAS, USSF has advised that it provided notice of the Parties' pay-claims settlement to the appropriate state and federal officials under the Class Action Fairness Act ("CAFA") on September 9, 2022;

WHEREAS, courts may not issue final settlement approval orders until 90 days after the appropriate state and federal officials are served with notice under CAFA (*Alikhan v. Goodrich Corp.*, No. 17-CV-6756-JGB-RAOx, 2020 WL 4919382, at *5 (C.D. Cal. June 25, 2020 ("An order giving final approval of a proposed settlement may not be issued earlier than 90 days after the later of the dates on which the appropriate Federal official and the appropriate State official are served with the notice required under [28 U.S.C. § 1715(b)]" (citing statute)));

WHEREAS, 90 days from the September 9, 2022 service date is Thursday, December 8, 2022;

WHEREAS, the Parties seek to continue the December 5, 2022 final approval hearing to December 12, 2022 (or to such later date in December that the Court's schedule allows) so that it occurs after the 90-day period after service of CAFA notices has expired and the Court may grant final approval of the settlement.

THEREFORE, the Parties respectfully request that the Court continue the December 5, 2022 final approval hearing to December 12, 2022 at 9:00 a.m.

| | |
|---|---|
| Dated: October 10, 2022 | Respectfully submitted, |
| | WINSTON & STRAWN LLP |
| | By: */s/ Jeffrey L. Kessler*[1] |
| | Jeffrey L. Kessler |
| | David G. Feher |
| | Cardelle B. Spangler |
| | Diana Hughes Leiden |
| | Jeanifer E. Parsigian |
| | *Attorneys for Plaintiffs* |
| | LATHAM & WATKINS LLP |
| | By: */s/ Jamie L. Wine* |
| | Jamie L. Wine |
| | Michele D. Johnson |
| | Kuan Huang |
| | Sarah M. Gragert |
| | *Attorneys for Defendant* |

---

[1] I, Jeffrey L. Kessler, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.