Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue, New York, NY 10166
Tel:   (212) 294-6700
Fax:   (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive, Chicago, IL 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, Los Angeles, CA 90071
Tel:   (213) 615-1700
Fax:   (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor, San Francisco, CA 94111
Tel:   (491) 591-1000
Fax:   (491) 591-1400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al., | **Case No. 2:19-CV-01717-RGK-AGR** |
| Plaintiffs, | Assigned to: Judge R. Gary Klausner |
| v. | **DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF STIPULATION TO CONTINUE FINAL APPROVAL HEARING** |
| UNITED STATES SOCCER FEDERATION, INC., | |
| Defendant. | |

I, Jeffrey L. Kessler, hereby declare, under penalty of perjury, as follows:

1. I am a partner and Co-Executive Chairman of Winston & Strawn LLP, co-lead counsel for Plaintiffs and the certified classes in this matter. I have personal knowledge of the facts set forth herein and if called upon to testify thereto, I could and would do so.

2. Plaintiffs and Defendant seek to continue the December 5, 2022 final approval hearing to December 12, 2022 (or to such later date in December that the Court's schedule allows) to allow the CAFA notice period to expire prior to the final approval hearing.

3. This is the parties' first request for a continuance of the December 5, 2022 final approval hearing.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of October 2022 in New York, New York.

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler