1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>    Defendant. | **Case No. 2:19-CV-01717-RGK-AGR**<br><br>Assigned to: Judge R. Gary Klausner<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING** |

1 | Having considered the Joint Stipulation to Continue Final Approval Hearing filed by Plaintiffs and defendant United States Soccer Federation, Inc., and for good cause shown, the Court **GRANTS** the parties' Joint Stipulation and continues the final approval hearing to <u>Monday, December 12, 2022 at 9:00 a.m.</u>

**IT IS SO ORDERED.**

OCTOBER 11, 2022

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
Judge of the United States District Court

ORDER GRANTING JOINT STIPULATION
CASE NO. 2:19-CV-01717-RGK-AGR