A.J. de Bartolomeo (SBN 136502)
**TADLER LAW LLP**
P.O. Box 475847
San Francisco, CA 94147-5847
Telephone: (415) 226-0260
Email: ajd@tadlerlaw.com

Richard M. Nichols (SBN 166638)
876 Arlene Way
Novato, CA  94530
Telephone: (415) 314-0066
Email: Rnicholspc@gmail.com

Attorneys for Class Member
HOPE AMELIA SOLO STEVENS
[*Additional Counsel on last page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>*Defendant.* | Case No. 2:19-CV-01717 RGK-AGR<br><br>Assigned to Hon. R. Gary Klausner<br><br>**CLASS MEMBER AND OBJECTOR HOPE SOLO'S *EX PARTE* APPLICATION TO REQUEST A BRIEF CONTINUANCE OF THE DECEMBER 12, 2022 FINAL APPROVAL HEARING TO A DATE ON OR AFTER DECEMBER 15, 2022**<br><br>[Filed concurrently with: Notice to Counsel of Class Member and Objector Hope Solo's *Ex Parte* Application; Memorandum in Support of *Ex Parte* Application; Declaration of Class Member and Objector's Counsel A.J. de Bartolomeo; and [Proposed] Order re *Ex Parte* Application to Request a Brief Continuance of Final Approval Hearing] |

1       Class Member Hope Amelia Solo Stevens ("Class Member and Objector Solo" or "Solo")

2 hereby applies *ex parte* to the Court for an Order Approving *Ex Parte* Application to Request a

3 Brief Continuance of December 12, 2022 Final Approval Hearing to A Date On Or After December

4 15, 2022.

5       On Monday, October 17, 2022, at approximately 10:20 a.m. PT, Counsel for Class Member

6 and Objector Solo, A. J. de Bartolomeo, contacted counsel of record for the Class and for Defendant

7 USSF via e-mail to notify them both of Class Member and Objector Solo's intention to file the *Ex*

8 *Parte* Application.

9       Class Counsel stated they would oppose the *Ex Parte* Application. At the time of this filing,

10 Defense Counsel has not yet responded to the request.  As there will be an opposition to the *Ex*

11 *Parte* Application, opposing papers must be filed not later than 3:00 p.m. on October 19, 2022,

12 which is the first business day following service.

13       This application is made on the grounds set forth in the accompanying Memorandum in

14 Support of *Ex Parte* Application to Request a Brief Continuance of the December 12, 2022 Final

15 Approval Hearing To A Date On Or After December 15, 2022; all pleadings and papers filed in this

16 action; and Declaration Of Class Member And Objector's Counsel A.J. de Bartolomeo In Support

17 Of Class Member Solo's *Ex Parte* Application To Request A Brief Continuance of the December

18 12, 2022 Final Approval Hearing To A Date On Or After December 15, 2022.

DATED:  October 18, 2022                 Respectfully submitted,

By:   */s/ A.J. de Bartolomeo*

A.J. de Bartolomeo (SBN 136502)
**TADLER LAW LLP**
P.O. Box 475847
San Francisco, CA 94147-5847
Telephone: (415) 226-0260
Email: ajd@tadlerlaw.com

1

CLASS MEMBER AND OBJECTOR HOPE SOLO'S EX PARTE APPLICATION TO REQUEST A BRIEF
CONTINUANCE OF THE FINAL APPROVAL HEARING DATE
CASE NO. 2:19-CV-01717 RGK-AGR

Richard M. Nichols (SBN 166638)
Attorney at Law
876 Arlene Way
Novato, CA 94530
Telephone: (415) 314-0066
Email: rnicholspc@gmail.com

Timothy W. Moppin (SBN 133363)
Attorney at Law
2015 Junction Avenue
El Cerrito, CA 94530
Telephone: (510) 232-0442
Email: timmoppin@yahoo.com
   timmoppin@aol.com

Paul K. Stafford *(pro hac vice pending)*
**STAFFORD MOORE, PLLC**
325 N. St. Paul St., Suite 2210
Dallas, TX 75201
Telephone (Main):   (214) 764-1529
Telephone (Direct): (214) 764-1531
Facsimile:          (214) 580-8104
Email: paul@staffordmoore.law

*Attorneys for Class Member and Objector*
*Hope Amelia Solo Stevens*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1, I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 18, 2022          By: */s/ A.J. de Bartolomeo*
                                     A.J. de Bartolomeo

2