Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David G. Feher (*pro hac vice*)
dfeher@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue, New York, NY 10166
Tel:   (212) 294-6700
Fax:  (212) 294-4700

Cardelle B. Spangler (*pro hac vice*)
cspangler@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive, Chicago, IL 60601
Tel:   (312) 558-5600
Fax:  (312) 558-5700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Lev Tsukerman (SBN: 319184)
ltsukerman@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, Los Angeles, CA 90071
Tel:   (213) 615-1700
Fax:  (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor, San Francisco, CA 94111
Tel:   (491) 591-1000
Fax:  (491) 591-1400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ALEX MORGAN, et al., | **Case No. 2:19-CV-01717-RGK-AGR** |
|---|---|
| Plaintiffs, | Assigned to: Judge R. Gary Klausner |
| v. | **DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| UNITED STATES SOCCER FEDERATION, INC., | |
| Defendant. | Date: December 12, 2022
Time: 9:00 a.m.
Place: Courtroom 850 |

I, Jeffrey L. Kessler, hereby declare, under penalty of perjury, as follows:

1. I am a partner and Co-Executive Chairman of Winston & Strawn LLP, co-lead counsel for Plaintiffs and the certified classes in this matter. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would do so.

2. I submit this declaration, together with the attached exhibit, in support of Plaintiffs' motion for final approval of their class action settlement.

3. In its order certifying the Rule 23(b)(2) and 23(b)(3) classes and the collective action (Dkt. 98), the Court appointed my firm as class counsel in this matter. Winston's qualifications and extensive experience in class action, sports, and employment matters are described in detail in my declaration in support of Plaintiffs' class certification motion (Dkt. 64-1).

4. The parties agreed to settle Plaintiffs' Title VII and Equal Pay Act pay-discrimination claims. Attached hereto as **Exhibit A** is a true and correct copy of the parties' proposed Class Action Settlement and Release of Pay Claims.

## SETTLEMENT NOTICE EFFORTS

5. USSF counsel represented to class counsel that on September 9, 2022, it provided notice of the parties' proposed settlement to the appropriate state and federal officials under the Class Action Fairness Act.

6. USSF provided class counsel with a class list on August 24, 2022. The class list included, among others, the full name, last known home address, and last known email address of 74 class and collective action members.

7. On September 9, 2022, class counsel provided notice of the proposed settlement to each class and collective action member via first class mail. Each mailing contained one copy of the approved class notice and one copy of the settlement agreement.

8. On September 9, 2022, class counsel also emailed the notice and agreement to all 74 class and collective action members. While electronic notice to two

members was initially returned as undeliverable, class counsel obtained alternate email addresses for those class members and successfully re-sent electronic notice on September 10. All class members received electronic notice.

9. Class counsel's mailings to four class members, Jaelene Hinkle, Taylor Smith, Catarina Macario, and Casey Short, were ultimately returned as undeliverable. While class counsel had obtained an alternate mailing address for Ms. Hinkle and attempted service there, the mailing to that alternate address was also returned as undeliverable (after the objection window had closed). Class counsel was unable to obtain an alternate mailing address for Ms. Smith. The mailings to Ms. Short and Ms. Macario were returned as undeliverable after the objection window had closed. Class counsel, however, successfully delivered electronic mail notice to Ms. Smith, Ms. Hinkle, Ms. Macario, and Ms. Short. Therefore, all class members have received either mail or electronic notice and most class members have received both forms of notice.

10. To date, only one class member has objected to the proposed settlement agreement. *See* Dkt. 325.

11. The $22 million fund will be divided among the class and collective action members after subtracting any awarded attorneys' fees and expenses. Each member will receive a pro rata share of the damages fund based on her pro rata share of the total damages sought based on Plaintiffs' expert's damages calculations. The estimated damages fund, if the Court awards the requested $6.6 million in attorney's fees, $1,319,127 in expenses, and $50,000 in anticipated settlement administration costs, is $14,030,873. An estimated allocation of this damages fund is set forth in the chart below. This allocation accounts for the types of games and win/loss rate for each player's tenure with the team. Certain players were assigned $0 in damages in the analysis of Plaintiffs' expert, Dr. Finnie Cook. This occurred for a few reasons. For example, some players maintained their NCAA eligibility and were thus not able to be paid. As a result, Dr. Cook did not attribute damages to those individuals for their play

on the USWNT.  A few others only participated in camps and did not appear on any roster.  Class counsel will remit the total allocation for each member over time consistent with USSF's payout schedule.  Within eight weeks of final approval, class counsel will remit one-quarter of each member's total allocation.  Then, within eight weeks after each of USSF's three remaining yearly installments (with the last becoming due in 2025), class counsel will remit an additional quarter of the total allocation until the full amount is remitted.

| Estimated Allocation to Each Player ||
|---|---|
| **Player Name** | **Estimated Total Allocation** |
| Barnes, Lauren | $14,088 |
| Barnhart, Nicole | $0 |
| Bledsoe, Aubrey | $0 |
| Boxx, Shannon | $244,295 |
| Brian, Morgan | $549,582 |
| Campbell, Jane | $11,244 |
| Chalupny, Lori | $263,069 |
| Colaprico, Danielle | $5,487 |
| Cook, Alana | $108 |
| Dahlkemper, Abby | $301,995 |
| Davidson, Tierna | $242,350 |
| Dorsey, Imani | $1,077 |
| Dunn, Crystal | $371,964 |
| Edmonds, Kristen | $0 |
| Engen, Whitney | $323,038 |
| Ertz, Julie | $640,677 |
| Fox, Emily | $0 |
| Franch, Adrianna | $249,266 |
| Gilliland, Arin | $669 |
| Groom, Shea | $669 |
| Hamilton, Kristen | $269 |
| Hanson, Haley | $943 |
| Harris, Ashlyn | $608,781 |
| Hatch, Ashley | $404 |
| Heath, Tobin | $604,321 |

| Name | Amount |
|---|---|
| Hinkle, Jaelene | $32,005 |
| Holiday, Lauren | $300,492 |
| Horan, Lindsey | $339,470 |
| Howell, Jaelin | $0 |
| Huerta, Sofia | $8,789 |
| Huster, Tori | $4,078 |
| Klingenberg, Meghan | $332,844 |
| Krieger, Ali | $582,411 |
| Lavelle, Rose | $261,080 |
| Leroux, Sydney | $280,942 |
| Lewandowski, Gina | $3,997 |
| Lloyd, Carli | $639,273 |
| Long, Allie | $254,952 |
| Mace, Hailie | $0 |
| Mathias, Merritt | $6,523 |
| McCaffrey, Stephanie | $23,947 |
| McCaskill, Savannah | $9,543 |
| McDonald, Jessica | $251,615 |
| McGrady, Tegan | $0 |
| Menges, Emily | $639 |
| Mewis, Samantha | $341,316 |
| Morgan, Alex | $594,233 |
| Murphy, Casey | $0 |
| Naeher, Alyssa | $593,714 |
| Ohai, Kealia | $5,165 |
| O'Hara, Kelley | $606,258 |
| O'Reilly, Heather | $321,064 |
| Oyster, Megan | $1,724 |
| Pinto, Brianna | $0 |
| Press, Christen | $643,873 |
| Pugh, Mallory | $262,198 |
| Purce, Margaret | $4,513 |
| Rampone, Christie | $270,597 |
| Rapinoe, Megan | $565,917 |
| Rodriguez, Amy | $275,619 |
| Sauerbrunn, Becky | $640,324 |

| Short, Casey | $54,739 |
| --- | --- |
| Smith, Abby | $8,852 |
| Smith, Sophia | $0 |
| Smith, Taylor | $15,059 |
| Solo, Hope | $339,999 |
| Sonnett, Emily | $336,577 |
| Sullivan, Andi | $28,092 |
| Ubogagu, Chioma | $0 |
| Wambach, Abby | $304,400 |
| Williams, Lynn | $32,097 |
| Zerboni, McCall | $19,778 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of November 2022, in New York, New York.

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler