A.J. de Bartolomeo (SBN 136502)
**TADLER LAW LLP**
P.O. Box 475847
San Francisco, CA 94147-5847
Telephone: (415) 226-0260
Email: ajd@tadlerlaw.com

Richard M. Nichols (SBN 166638)
876 Arlene Way
Novato, CA 94530
Telephone: (415) 314-0066
Email: Rnicholspc@gmail.com

Attorneys for Class Member and Objector
HOPE AMELIA SOLO STEVENS
[*Additional Counsel on last page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MORGAN, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES SOCCER FEDERATION, INC., <br><br> *Defendant.* | **Case No. 2:19-CV-01717 RGK-AGR** <br><br> Assigned to Hon. R. Gary Klausner <br><br> **NOTICE OF MOTION AND MOTION TO PARTIALLY WITHDRAW CLASS MEMBER AND OBJECTOR HOPE SOLO'S OBJECTIONS REGARDING AMBIGUITY OF CLASS NOTICE AND ALLOCATION OF SETTLEMENT FUNDS** <br><br> Date: December 12, 2022 <br> Time: 9:00 a.m. <br> Courtroom: 850 |

Class Member and Objector Hope Amelia Solo Stevens ("Class Member Solo" or "Solo") files this Motion to request the Court's approval pursuant to Fed. R. Civ. P. 23(e)(5) to *partially* withdraw her October 11, 2022, Objection (ECF Nos.325 and 335) ("Objection"). Specifically, Solo seeks to withdraw the portions of her Objections that: (1) the Class Notice is ambiguous and the proposed Settlement fails to articulate the settlement amount allocated for each Class Member; and (2) the failure of the proposed hybrid Settlement to allocate settlement funds between Rule 23(b)(3) Title VII Damages Class Members and the FLSA Collective Action Members.

Class Member Solo still maintains, preserves and is prepared to argue her Objection to Class Counsel's Motion for Attorneys' Fees and Expenses (ECF No. 334) because Class Members were not provided with an opportunity to review Class Counsel's Fee Application *before* the objection deadline; and Class Counsel's request for an attorneys' fee which exceeds the Ninth Circuit's 25% benchmark is unreasonable and unjustifiable.

\* \* \* \*

Since August 2022, Class Member Solo and United States Soccer Federation, Inc. ("USSF") have engaged in arms-length negotiations regarding her pending individual action for violation of the Equal Pay Act in *Hope Solo v. United States Soccer Federation, Inc.*, Case No. 3:18-CV-05215-JD (*Solo Individual Action*). On December 9, 2022, Solo and USSF reached an agreement in principle to settle the *Solo Individual Action*. The parties in the *Solo Individual Action* are working to memorialize the settlement of that action and expect to do so by December 31, 2022.

Settlement of the *Solo Individual Action* does not impact Solo's eligibility and rights to participate as a Class Member under the proposed Settlement terms in this class action, which is currently pending review for final approval by the Court. For any claims that Solo is eligible to participate in this class action Settlement, Solo may participate and receive any relief accorded her under the proposed class action Settlement, if approved by the Court.

Subject to the ultimate and complete resolution of the *Solo Individual Action*, Class Member Solo seeks to withdraw the portion of her Objection as to: (1) the Class Notice is ambiguous and the

1

1 proposed Settlement fails to articulate the settlement amount allocated for each Class Member; and
2 (2) the failure of the proposed hybrid Settlement to allocate settlement funds between Rule 23(b)(3)
3 Title VII Damages Class Members and the FLSA Collective Action Members.

4       Once again, Class Member Solo still maintains, preserves, and is prepared to argue her
5 Objection to Class Counsel's Motion for Attorneys' Fees and Expenses because Class Members
6 were not provided with an opportunity to review Class Counsel's Fee Application *before* the
7 objection deadline; and Class Counsel's request for attorneys' fees which exceeds the 25% Ninth
8 Circuit benchmark is unreasonable and unjustifiable.

10     DATED:  December 9, 2022    Respectfully submitted,

12     By:  /s/ *A.J. de Bartolomeo*

13     A.J. de Bartolomeo (SBN 136502)
**TADLER LAW LLP**
14     P.O. Box 475847
San Francisco, CA 94147-5847
15     Telephone: (415) 226-0260
Email: ajd@tadlerlaw.com

17     Richard M. Nichols (SBN 166638)
Attorney at Law
18     876 Arlene Way
Novato, CA  94530
19     Telephone: (415) 314-0066
Email:  rnicholspc@gmail.com

21     Timothy W. Moppin (SBN 133363)
Attorney at Law
22     2015 Junction Avenue
El Cerrito, CA  94530
23     Telephone: (510) 232-0442
Email: timmoppin@yahoo.com
24         timmoppin@aol.com

25     Paul K. Stafford *(pro hac vice pending)*
**STAFFORD MOORE, PLLC**
26     325 N. St. Paul St., Suite 2210

|  |  |
|---|---|
| 1 | Dallas, TX 75201 |
| 2 | Telephone (Main):   (214) 764-1529 |
|   | Telephone (Direct): (214) 764-1531 |
| 3 | Facsimile:          (214) 580-8104 |
|   | Email: paul@staffordmoore.law |

*Attorneys for Class Member and Objector Hope Amelia Solo Stevens*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1, I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 9, 2022                    By: */s/ A.J. de Bartolomeo*
                                                A.J. de Bartolomeo

3

NOTICE OF MOTION AND MOTION TO PARTIALLY WITHDRAW CLASS MEMBER AND OBJECTOR HOPE SOLO'S OBJECTIONS RE AMBIGUITY OF CLASS NOTICE AND ALLOCATION OF SETTLEMENT FUNDS
CASE NO. 2:19-CV-01717 RGK-AGR