UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-01717-RGK-AGRx | Date | December 12, 2022 |
|---|---|---|---|
| Title | Alex Morgan et al v. United States Soccer Federation, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|

| Joseph Remigio | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey Kessler | Michele Johnson |
| Cardelle Spangler | Ariana Tadler (objectors) |
| Diana Leiden | |

**Proceedings:**      **MOTION HEARING**

The case is called and counsel make their appearance.

The Court and counsel confer regarding the pending motions.

For the reasons stated on the record, the Court GRANTS the Motion for Final Approval of Class Action Settlement [333]. Plaintiff's Motion for Attorney Fees and Expenses [334] is taken under submission. The objectors shall have until December 19, 2022 to file additional briefing regarding the Attorney Fees motion. Plaintiffs shall have until December 21, 2022 to file any response thereto. The Court will thereafter issue its ruling.

IT IS SO ORDERED.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | jre | |