**AMENDED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-01717-RGK-AGRx | Date | December 12, 2022 |
|---|---|---|---|
| Title | Alex Morgan et al v. United States Soccer Federation, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|

| Joseph Remigio | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey Kessler<br>Cardelle Spangler<br>Diana Leiden | Michele Johnson<br>Ariana Tadler (objectors) |

**Proceedings:** **MOTION HEARING**

The case is called and counsel make their appearance.

The Court and counsel confer regarding the pending motions.

The Court GRANTS the Motion for Final Approval of Class Action Settlement [333]. Plaintiff's Motion for Attorney Fees and Expenses [334] is taken under submission. However, the objectors have until December 19, 2022 to file additional briefing. Plaintiffs shall have until December 21, 2022 to file any response thereto. The Court will thereafter issue its ruling.

IT IS SO ORDERED.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | jre | |